IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 12-01606-2-PHX-SRB |
| Plaintiff, | **ORDER** |
| vs. | |
| Joseph John Plany, | |
| Defendant. | |

Defendant Plany having filed his Motion for Acquittal or, Alternatively, For a New Trial [Doc. 262] on August 4, 2014,

IT IS ORDERED denying as moot Defendant Plany's Second Motion to Extend Time to File Post-Verdict Motions [Doc. 257].

DATED this 8th day of August, 2014.

_____
Susan R. Bolton
United States District Judge