**feder law office, p.a.**
2930 e. camelback road, suite 160
phoenix, arizona 85016
(602) 257-0135
bf@federlawpa.com

Bruce Feder - State Bar No. 004832

attorney for Defendant Anderson

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | ) | NO. CR12-01606-001-PHX-SRB |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **NOTICE OF JOINDER IN DEFENDANT JOSEPH PLANY'S REPLY IN SUPPORT OF MOTION FOR ACQUITTAL OR, ALTERNATIVELY, A NEW TRIAL** |
| Paxton Jeffrey Anderson, | ) | |
| Defendant. | ) | |

The Defendant, Paxton Anderson, by and through his attorney undersigned, hereby joins in Defendant Plany's Reply in Support of Motion for Acquittal or, Alternatively, a New Trial (Dkt. 270) filed by Co-defendant Joseph Plany, by and through his attorney, Joy Bertrand.

RESPECTFULLY SUBMITTED this 3rd day of September, 2014.

FEDER LAW OFFICE, P.A.


   s/Bruce Feder   
Bruce Feder
Attorney for Defendant

1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of September, 2014, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants:

Kevin Rapp, Esq.

Joy Bertrand, Esq.


 s/Laurel Barord

2