**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CRIMINAL MINUTES**

Phoenix Division

 **CR 12 /  01606  /  1 and 2  PHX SRB**     DATE: 10-27-14
Year    Case No.    Dft #

U.S. DISTRICT JUDGE: <u>SUSAN R. BOLTON</u>

USA v.   Anderson, Paxton Jeffrey, et al. [see below]
       Last Name      First Name     Middle Initial
DEFENDANT:   Present  X   Not Present  X   Released  Custody   __Writ

Deputy Clerk: Maureen Williams     Court Reporter Liz Lemke

U.S Attorney:    Kevin Rapp and Monica Klapper         Defense counsel:  Bruce Feder
                                                                         __ AFPD  X  Appointed  __ Retained
Interpreter:         Language:
==========================================================================
**Also present: Joy Bertrand [retained] for Defendant Joseph John Plany (2) [not present; released]**

**PROCEEDINGS**:   X Open Court    __ SEALED

3:02 p.m. This is the time set for Sentencing for both Defendants.  The Court waives Defendants' presence at today's proceedings.  Defendant Anderson's pending Motion for Extension of Time to File Objections to the Preliminary Presentence Report, to Continue Sentencing and for Discovery Relating to Probable Objections and Sentencing [Doc. 285] and Defendant Plany's pending Motion to Continue Sentencing and to Extend Time to File Pretrial Report Objections [Doc. 294], offense level calculations and restitution are discussed. Government's counsel advises the Court that all the documentation that the Government is going to rely upon for the loss calculation amount has been provided to both defense counsel. After discussion with the probation officer, the Court determines that the probation department relied only upon the information provided by the Government in making the calculations in the presentence report.  Regarding Michael Blemaster and Greg Sanchez, the Court will not order the Government to disclose discovery as to those two witnesses.

IT IS ORDERED setting Restitution Hearing on **December 16, 2014, at 9:30 a.m.**  Defendants are ordered to be present at said hearing. IT IS FURTHER ORDERED continuing Sentencing from October 27, 2014, to **February 2, 2015, at 3:00 p.m.** as to Defendant Paxton Anderson (1) and **February 2, 2015, at 3:30 p.m.** as to Defendant Joseph Plany (2).  The deadline to file objections to the draft presentence report is extended until **December 5, 2014.**  Sentencing memoranda shall be filed no later than **January 22, 2015.**

3:52 p.m.  Court is adjourned.