# LIST OF EXHIBITS FOR DEFENDANTS' OBJECTIONS TO GOVERNMENT'S CALCULATION OF LOSS

| EX | LENDER | DESCRIPTION |
|---|---|---|
| 1. | TIER ONE | 9.9.14 FDIC LETTER |
| 2. | M&I | M&I and GOVERNMENT LOSS CHART, TREND ANALYSIS AND REO EXPENSES |
| 3. | | INFORMATION AND PLEA AGREEMENT FOR GREG SANCHEZ |
| 4. | | INFORMATION AND PLEA AGREEMENT FOR MICHAEL BLEMASTER |
| 5. | | EXCERPTS OF TRIAL TESTIMONY OF MICHAEL BLEMASTER 5/16/2014 AND 5/20/2014 |
| 6. | TIER ONE | 13864 E. COYOTE LOT 46 MARICOPA COUNTY RECORDER CHAIN AND RECORDED DOCUMENTS COUNT 2 |
| 7. | TIER ONE | COUNT 32 OVERT ACT 6 JEFF ANDERSON 14353 ZORRA WAY – LOAN PAID OFF GOVT BATE 1C010-000179 |
| 8. | TIER ONE | ACRE – 104TH PLACE LOT 28 MARIBEL MARICOPA COUNTY RECORDER CHAIN COUNTS 6, 11-12,14,16-19,20,23 ,25 |
| 9. | | EXCERPTS FROM GOVT EXHIBIT 817 GW FILE FOR 104TH PLACE |
| 10. | | 3/9/2007 SETTLEMENT AGREEMENT BETWEEN ACRE AND ANDERSON WITH FIRST SUPPLEMENT TO SETTLEMENT AGREEMENT |
| 11. | | ACRE EXCERPTS OF TRIAL TESTIMONY from 5/9/14 and 5/13/14 |
| 12. | | SANCHEZ LIST OF TALKING ROCK PROPERTIES |
| 13. | | BLEMASTER AND P&B ENTERPRISES |
| 14. | | LIST OF PROPERTIES THAT DEFENDANTS WERE NOT INVOLVED WITH |
| 15. | | GOVERNMENT'S 10/10/14 LETTER STATING IT COULD NOT LOCATE ANY DOCUMENTS FOR TALKING RANCH LOT43 (32-0A33 AND TALKING ROCK LOT 44 NOT IN THE INDICTMENT |
| 16. | | SANCHEZ EMAIL TO ANDERSON WITH LIST OF ALL PROPERTIES THEY WERE INVOLVED IN TOGETHER GOVT EXHIBIT 788 |
| 17. | | P&B ENTERPRISES MCR INDEX AND SALE DOCUMENTS FOR WINDRUNNER. |
| 18. | | SANCHEZ TRIAL TESTIMONY EXCERPTS |
| 19. | | BLEMASTER – COUNT 15TH 3IT WAY (DISMISSED) |

| | | |
|---|---|---|
| 20. | | YAVAPAI COUNTY RECORDER CHAIN AND DOCUMENTS FOR 15050 N. FOUR MILE CREEK ROAD COUNTS 28-29 |
| 21. | | WAGNER COUNT 32-23 chain of title index |
| 22. | | HAYDEN LOT 47 32-32 SUMMIT |
| 23. | | ACRE PROPERTIES FROM GOVT LOSS CHART |
| 24. | | ACRE LOT 148 APACHE 41606 N 113TH PLACE MARICOPA COUNTY RECORDER CHAIN AND DOCS (COUNT 32 OVERT ACT 20) and loan account documents |
| 25. | | COPY OF 107,000 CHECK DISBURSED FROM LOT 148 APACHE PEAK  REFINANCE ESCROW |
| 26. | | ACRE LOT 98- WHITE FANG MARICOPA COUNTY CHAIN AND DOCS (COUNT 32, OVERT ACT 21 and loan account documents |
| 27. | | LOT 57 40645 97TH ST DESERT MOUNTAIN MARICOPA COUNTY RECORDER CHAIN AND DOCS (COUNT 32, OVERT ACT 22) and loan account documents |
| 28. | | HENSTEIN MCR INDEX AND LOAN DOCUMENTS |
| 29. | | |
| 30. | | |
| 31. | | |
| 32. | | |
| 33. | | |
| 34. | | |
| 35. | | |
| 36. | | |
| 37. | | |