**EXHIBIT 6**
**DEFENDANTS' SENTENCING OBJECTIONS**
**Case No.  CR-12-1606-SRB**

Case 2:12-cr-01606-SRB   Document 316-7   Filed 12/09/14   Page 2 of 6

## - AMERICAN TITLE SERVICE, ATS, JBAR

| | MARICOPA, AZ |
|---|---|
| 06/12/2014 04:34PM RQ5C    INVESTIGATIVE SEARCH RESULTS | PAGE 1 OF 5 |

### PLANT THROUGH

| JUNE 06, 2014 (Full) | INSTRUMENT: 2014-375334 | JUNE 09, 2014 04:29PM |
|---|---|---|
| | COURT HOUSE: APRIL 01, 2014 | |

### SEARCH PARAMETERS

| LOT | HI LOT | BLOCK | PLAT | SUB LOT | HI SUB LOT |
|---|---|---|---|---|---|
| 46 | | | 683-25 | | |

SUBDIVISION:         EAGLES NEST PARCEL 6

SEARCH:            FROM 00/00/0000   THROUGH 99/99/9999

DISPLAY AUTO CHAIN; OVERLAPPING PROPERTY

| PARAMETER ENTERED: | | | | | |
|---|---|---|---|---|---|
| LOT | HI LOT | BLOCK | PLAT | SUB LOT | HI SUB LOT |
| 46 | | | 683-25 | | |

**AUTO CHAIN:**

| | | | | | |
|---|---|---|---|---|---|
| 03/09/1973 | SECTION 5 | TOWN 3N | RANGE 6E | | |
| 0000 CREATED ARB 217 19 006 | | | | | |
| 09/05/1973 | SECTION 8 | TOWN 3N | RANGE 6E | | |
| 0000 CREATED ARB 217 19 009 | | | | | |
| 11/19/1974 | SECTION 6 | TOWN 3N | RANGE 6E | | |
| 0000 CREATED ARB 217 19 007 | | | | | |
| 07/29/1988 | ARB 217 19 006 | | | | |
| 1988- 374550 | CREATED ARB 217 19 006C | | | | |
| 09/24/1992 | PLAT 165-42 | BLOCK 6 | LOT 9 | SUB LOT | |
| 1992- 533883 | CREATED ARB 176 17 276 | | | | |
| 09/24/1992 | PLAT 165-42 | BLOCK 6 | LOT 10 | SUB LOT | |
| 1992- 533883 | CREATED ARB 176 17 277 | | | | |
| 12/02/1994 | PLAT 165-43 | BLOCK | LOT A | SUB LOT | |
| 1994- 849307 | CREATED ARB 176 21 467 | | | | |
| 12/06/1994 | ARB 176 17 276 | | | | |
| 1994 - 855304 | CREATED PLAT | | 387-30 | | |
| 12/06/1994 | ARB 176 17 277 | | | | |
| 1994 - 855304 | CREATED PLAT | | 387-30 | | |
| 12/06/1994 | ARB 217 19 009D | | | | |
| 1994 - 855304 | CREATED PLAT | | 387-30 | | |
| 12/06/1994 | PLAT 165-42 | BLOCK | LOT A | SUB LOT | |
| 1994 - 855304 | CREATED PLAT | | 387-30 | | |
| 12/06/1994 | PLAT 165-42 | BLOCK 1 | LOT | SUB LOT | |
| 1994 - 855304 | CREATED PLAT | | 387-30 | | |
| 12/06/1994 | PLAT 165-42 | BLOCK 5 | LOT | SUB LOT | |
| 1994 - 855304 | CREATED PLAT | | 387-30 | | |
| 12/06/1994 | PLAT 165-42 | BLOCK 6 | LOT 1-8 | | |
| 1994 - 855304 | CREATED PLAT | | 387-30 | | |

*

| - AMERICAN TITLE SERVICE, ATS, JBAR | | | MARICOPA, AZ |
|---|---|---|---|
| 06/12/2014  04:34PM RQ5C | INVESTIGATIVE SEARCH RESULTS | | PAGE 2 OF 5 |

| | | | | |
|---|---|---|---|---|
| 12/06/1994 PLAT 165-42 | BLOCK 6 | LOT 11-19 | | |
| 1994 - 855304        CREATED PLAT | 387-30 | | | |
| 12/06/1994 PLAT 165-43 | BLOCK | LOT D | SUB LOT | |
| 1994 - 855304        CREATED PLAT | 387-30 | | | |
| 12/06/1994 PLAT 165-43 | BLOCK 3 | LOT 31-55 | | |
| 1994 - 855304        CREATED PLAT | 387-30 | | | |
| 12/06/1994 ARB 217 19 009 | | | | |
| 1994- 855304        CREATED ARB  217 19 009D | | | | |
| 08/16/1995 ARB 176 21 417A | | | | |
| 1995 - 490675        CREATED PLAT | 402-6 | | | |
| 08/16/1995 ARB 176 21 467 | | | | |
| 1995 - 490675        CREATED PLAT | 402-6 | | | |
| 08/16/1995 ARB 176 21 469A | | | | |
| 1995 - 490675        CREATED PLAT | 402-6 | | | |
| 08/16/1995 PLAT 165-43 | BLOCK 1 | LOT 21-48 | | |
| 1995 - 490675        CREATED PLAT | 402-6 | | | |
| 08/16/1995 PLAT 165-43 | BLOCK 3 | LOT 7-30 | | |
| 1995 - 490675        CREATED PLAT | 402-6 | | | |
| 08/16/1995 ARB 176 21 417 | | | | |
| 1995- 490675        CREATED ARB  176 21 417A | | | | |
| 08/16/1995 ARB 176 21 469 | | | | |
| 1995- 490675        CREATED ARB  176 21 469A | | | | |
| 08/16/1995 PLAT 165-43 | BLOCK | LOT C | SUB LOT | |
| 1995- 490675        CREATED ARB  176 21 469 | | | | |
| 08/16/1995 PLAT 165-43 | BLOCK 1 | LOT 52 | SUB LOT | |
| 1995- 490675        CREATED ARB  176 21 417 | | | | |
| 12/16/1996 ARB 176 17 766 | | | | |
| 1996- 873204        CREATED ARB  176 17 766A | | | | |
| 12/16/1996 PLAT 387-30 | BLOCK | LOT E | SUB LOT | |
| 1996- 873204        CREATED ARB  176 17 766 | | | | |
| 12/16/1996 ARB 176 21 541 | | | | |
| 1996- 873205        CREATED ARB  176 21 541A | | | | |
| 12/16/1996 PLAT 402-6 | BLOCK | LOT B | SUB LOT | |
| 1996- 873205        CREATED ARB  176 21 541 | | | | |
| C  12/20/2001 ARB 176 17 766A | | | | |
| 2001 - 1201369        CREATED PLAT | 580-25 | | | |
| C  12/20/2001 ARB 176 21 469 | | | | |
| 2001 - 1201369        CREATED PLAT | 580-25 | | | |
| C  12/20/2001 ARB 176 21 541A | | | | |
| 2001 - 1201369        CREATED PLAT | 580-25 | | | |
| C  12/20/2001 ARB 217 19 006 | | | | |

| - AMERICAN TITLE SERVICE, ATS, JBAR | | MARICOPA, AZ |
|---|---|---|
| 06/12/2014 04:34PM RQ5C | INVESTIGATIVE SEARCH RESULTS | PAGE 3 OF 5 |

| 2001 - 1201369 | CREATED PLAT | 580-25 | | |
|---|---|---|---|---|
| C  12/20/2001  ARB 217 19 006C | | | | |
| 2001 - 1201369 | CREATED PLAT | 580-25 | | |
| C  12/20/2001  ARB 217 19 007 | | | | |
| 2001 - 1201369 | CREATED PLAT | 580-25 | | |
| C  12/20/2001  ARB 217 19 009 | | | | |
| 2001 - 1201369 | CREATED PLAT | 580-25 | | |
| C  12/20/2001  PLAT 165-43 | BLOCK | LOT B | SUB LOT | |
| 2001 - 1201369 | CREATED PLAT | 580-25 | | |
| C  12/20/2001  PLAT 165-43 | BLOCK 1 | LOT 53-54 | | |
| 2001 - 1201369 | CREATED PLAT | 580-25 | | |
| C  12/20/2001  PLAT 165-43 | BLOCK 2 | LOT 1-3 | | |
| 2001 - 1201369 | CREATED PLAT | 580-25 | | |
| C  12/20/2001  PLAT 165-43 | BLOCK 3 | LOT 1-6 | | |
| 2001 - 1201369 | CREATED PLAT | 580-25 | | |
| C  05/04/2004  PLAT 580-25 | BLOCK | LOT 6 | SUB LOT | |
| 2004 - 490365 | CREATED PLAT | 683-25 | | |

**SEARCHED PARAMETER:**

| LOT | HI LOT | BLOCK | PLAT | SUB LOT | HI SUB LOT |
|---|---|---|---|---|---|
| 46 | | | 683-25 | | |

NO OPEN ORDERS FOUND

| LOT | | BLOCK | PLAT | SUB LOT | |
|---|---|---|---|---|---|
| | | | 683-25 | | |
| RECORDED INST | INST NO. | | COMPANY FIRST PARTY | SECOND PARTY | |
| DOLLAR AMOUNT | YEAR FEE | | ORIG INST NO.   REMARKS | | |
| 05/04/2004 PLT | 2004 - 490365 | | EAGLES NEST PARCEL 6 | | |
| | | | 683-25 | | |
| | | | | FR 580- 25 | |
| 06/04/2004 RES | 2004 - 638523 | | EN LLC / | | |
| 06/04/2004 PLT RAT | 2004 - 638525 | | EN LLC / | | |
| 11/15/2004 PLT COR | 2004 - 1332422 | | EN LLC / | | |
| 05/27/2005 PLT | 2005 - 712867 | | SEC 1-23 AND 26-30 3 | | |
| | | | 751-36 INVALID | | |
| 11/03/2006 UCC PRL | 2006 - 1457210 | FA | EN LLC | | |
| | | 2003 - 1469460 | | | |
| 12/13/2006 PLT RAT | 2006 - 1626096 | | EN LLC / | | |
| | | 2004 - 638523 | | | |
| 03/09/2007 UCC PRL | 2007 - 288489* | FA | EN LLC | | |
| | | 2003 - 1469460 | REREC | | |
| 11/17/2008 PLT COR | 2008 - 985234 | | EAGLES NEST PARCEL 6 | | |
| 02/28/2011 RES AMD | 2011 - 174954 | | NORTH HEIGHTS PROPER | | |
| | | 1999 - 572880 | | | |

| - AMERICAN TITLE SERVICE, ATS, JBAR | | MARICOPA, AZ |
|---|---|---|
| 06/12/2014  04:34PM RQ5C | INVESTIGATIVE SEARCH RESULTS | PAGE 4 OF 5 |

| 11/21/2011 XGR MOD | 2011 - 963840 | | FOUNTAIN HILLS TOWN / | FOUNTAIN HILLS TOWN / |
|---|---|---|---|---|
| 01/03/2012 RSL | 2012 - 2879 | | FOUNTAIN HILLS TOWN | |
| | 2011 - 963840   REREC | | | |
| 01/15/2013 NOT HOA | 2013 - 45598 | | EAGLES NEST COMMUNIT | CITY PROPERTY MANAGE |
| | 2004 - 638523 | | | |
| 07/29/2013 RES AMD | 2013 - 689811 | | EN LLC / | |
| | 2004 - 638523 | | | |
| 05/14/2014 RSL | 2014 - 314508 | | FOUNTAIN HILLS TOWN | |

| LOT | BLOCK | | PLAT | SUB LOT | |
|---|---|---|---|---|---|
| 46 | | | 683-25 | | |
| RECORDED INST | INST NO. | | COMPANY FIRST PARTY | | SECOND PARTY |
| DOLLAR AMOUNT | YEAR FEE | | ORIG INST NO.   REMARKS | | |
| 12/30/2004 DOT PRL | 2004 - 1542928 | FA | EN LLC | | |
| | 2003 - 1469459 | | | | |
| 12/30/2004 UCC PRL | 2004 - 1542929 | FA | EN LLC | | |
| | 2003 - 1469460 | | | | |
| 12/30/2004 DED WAR | 2004 - 1542930 | FA | EN LLC / | | ANDERSON MARTI J |
| 12/30/2004 DOT | 2004 - 1542931 | FA | ANDERSON MARTI J | | TIERONE BANK |
| $1,267,447 | | | | | |
| 02/14/2007 DOT REL | 2007 - 187713 | 2004 - 1542931 | | | |
| 01/21/2005 EAS | 2005 - 83249 | | EN LLC / | | SALT RIVER PROJECT A |
| | | | PUBLIC UTILITIES | | |
| 04/27/2006 BASE | 06310198 | SP | | | |
| 11/30/2006 BASE | 06310435 | SP | | | |
| 01/08/2007 DOT | 2007 - 29854 | SP | ANDERSON MARTI J | | FIRST MAGNUS FINANCI |
| $1,875,000 | | | | | |
| 01/26/2009 DOT ASN | 2009 - 60771 | 2007 - 29854 | | | |
| 03/05/2009 DOT REL | 2009 - 197859 | SP   2007 - 29854 | | | |
| 10/24/2007 BASE | 6310435A | SP | | | |
| 02/04/2008 BASE | 06310435 | SP | | | |
| 02/15/2008 EAS | 2008 - 137152 | | ANDERSON MARTI J | | FOUNTAIN HILLS TOWN |
| | | | HILLSIDE PROTECTION | | |
| 09/29/2008 BASE | 08180270 | SP | | | |
| 03/05/2009 DED QCL | 2009 - 197858 | SP | ANDERSON MARTI J | | MORGAN AZ FINANCIAL |
| 03/12/2009 DOT | 2009 - 218559 | | MORGAN AZ FINANCIAL | | MERRILL LYNCH MORTGA |
| $1,360,762 | | | | | |
| 06/14/2011 DOT REL | 2011 - 494625 | SP   2009 - 218559 | | | |
| 11/20/2009 BASE | 09180433 | SP | | | |
| 04/01/2011 BASE | 11100333 | SP | | | |
| 06/10/2011 DED WAR | 2011 - 487909 | SP | MORGAN AZ FINANCIAL | | PERLMAN BARRY S |
| 06/10/2011 DOT | 2011 - 487910 | SP | PERLMAN BARRY S | | JOHNSON BANK |
| $1,000,000 | | | | | |

| - AMERICAN TITLE SERVICE, ATS, JBAR | MARICOPA, AZ |
|---|---|
| 06/12/2014 04:34PM RQ5C          INVESTIGATIVE SEARCH RESULTS | PAGE 5 OF 5 |

| | | | | | |
|---|---|---|---|---|---|
| *12/31/2012* **DOT REL** | *2012 - 1190700* | *2011 - 487910* | | | |
| 12/14/2012 **DOT** | 2012 - 1139224 | US | PERLMAN BARRY S | JOHNSON BANK | |
| $999,500 | | | | | |

**END SEARCH**