**EXHIBIT 8**
**DEFENDANTS' SENTENCING OBJECTIONS**
**Case No.  CR-12-1606-SRB**

# 219-60-649

**Parcel Type: Residential**

SNODDY ANTHONY L/SHAWN L

37475 N 104TH PL SCOTTSDALE 85262

## Property Information

| | |
|---|---|
| MCR #: | 59744 |
| Address: | 37475 N 104TH PL SCOTTSDALE 85262 |
| Latitude/Longitude: | 33.82588263 | -111.85609882 |
| Description: | MIRABEL VILLAGE 1 MCR 597-44 |
| Lot Size (Sq Ft): | 33,484 |
| Section, Township, Range: | 33 6N 5E |
| Market Area/Neighborhood: | 20/006 |
| Subdivision: | MIRABEL VILLAGE 1 |
| Lot #: | 28 |
| High School District: | CAVE CREEK UNION #220 |
| Elementary School District: | CAVE CREEK SCHOOL DISTRICT |
| Local Jurisdiction: | SCOTTSDALE |
| Owner: | SNODDY ANTHONY L/SHAWN L |
| Mailing Address: | 2840 WALTERS WY , ANN ARBOR, MI 48103 |
| Deed #: | 121188945 |
| Deed Date: | December 31, 2012 |
| Sale Date: | October 01, 2012 |
| Sale Price: | $1,245,000 |



Assessor full cash valuation over time

## Valuation Data

| Tax Year: | 2015 | 2014 | 2013 | 2012 | 2011 |
|---|---|---|---|---|---|
| Full Cash Value: | $1,202,700 | $992,100 | $1,351,700 | $1,287,000 | $1,430,000 |
| Limited Property Value: | $1,041,705 | $992,100 | $1,351,700 | $1,287,000 | $1,430,000 |
| Legal Class: | 4 | 4 | 4 | 4 | 3 |
| Description: | NON-PRIMARY/NOT IN OTHER CLASSES RESID | NON-PRIMARY/NOT IN OTHER CLASSES RESID | NON-PRIMARY/NOT IN OTHER CLASSES RESID | NON-PRIMARY/NOT IN OTHER CLASSES RESID | OWNER-OCCUPIED RESIDENTIAL |
| Assessment Ratio: | 10% | 10% | 10% | 10% | 10% |
| Assessed FCV: | $0 | $99,210 | $135,170 | $128,700 | $143,000 |
| Assessed LPV: | $104,170 | $99,210 | $135,170 | $128,700 | $143,000 |
| Property Use Code: | 0161 | 0161 | 0161 | 0161 | 0161 |
| PU Description: | Single Family Residence | Single Family Residence | Single Family Residence | Single Family Residence | Single Family Residence |
| Tax Area Code: | 931400 | 931400 | 931400 | 931400 | 931400 |

## Residential Property Characteristics

*Various characteristics about this property*

Construction Year: 2007

| | | | |
|---|---|---|---|
| Lot Sq Feet: | 33,484 | Market Area/Neighborhood: | 20/006 |
| Livable Square Footage: | 5,180 | Pool: | Yes |

### Improvement Characteristics

| | |
|---|---|
| Improvement Quality Grade: | Excellent (6) |
| Unique Location Characteristics: | Golf |

### External Property Characteristics

| | | | |
|---|---|---|---|
| Number of Patios: | 6 | Number Of Bath Fixtures: | 16 |
| Patio Type: | Covered Slab | Cooling Type: | Refrigeration |
| Exterior Wall Type: | Frame Stucco | Heating Type: | N/A |
| Roof Type: | Tile | Covered Parking: | 3 |

Notice: The values displayed on this page may not reflect constitutional or statutory adjustments.

## Property Sketches



**CAUTION! USERS SHOULD INDEPENDENTLY RESEARCH AND VERIFY INFORMATION ON THIS WEBSITE BEFORE RELYING ON IT.**

The Assessor's Office has compiled information on this website that it uses to identify, classify, and value real and personal property. Please contact the Maricopa County S.T.A.R. Center at (602) 506-3406 if you believe any information is incomplete, out of date, or incorrect so that appropriate corrections can be addressed. Please note that a statutory process is also available to correct errors pursuant to Arizona Revised Statutes 42-16254.

The Assessor does not guarantee that any information provided on this website is accurate, complete, or current. In many instances, the Assessor has gathered information from independent sources and made it available on this site, and the original information may have contained errors and omissions. Errors and omissions may also have occurred in the process of gathering, interpreting, and reporting the information. Information on the website is not updated in "real time". In addition, users are cautioned that the process used on this site to illustrate the boundaries of the adjacent

parcels is not always consistent with the recorded documents for such parcels. The parcel boundaries depicted on this site are for illustrative purposes only, and the exact relationship of adjacent parcels should be independently researched and verified. The information provided on this site is not the equivalent of a title report or a real estate survey. Users should independently research, investigate and verify all information before relying on it or in the preparation of legal documents.

**By using this website, you acknowledge having read the above and waive any right you may have to claim against Maricopa County, its officers, employees, and contractors arising out of my reliance on or the use of the information provided on this website.**

*[handwritten: 37475 N. 104th Pl.]*

*[handwritten: 219-60 649]*

| - AMERICAN TITLE SERVICE, ATS, JBAR | | | | MARICOPA, AZ | |
|---|---|---|---|---|---|
| 06/18/2014  02:01PM  RQ5C | | INVESTIGATIVE SEARCH RESULTS | | PAGE 1 OF 4 | |

PLANT THROUGH
JUNE 13, 2014 (Full)     INSTRUMENT: 2014-389271     JUNE 13, 2014 05:00PM
COURT HOUSE: APRIL 07, 2014

SEARCH PARAMETERS

| LOT | HI LOT | BLOCK | PLAT | SUB LOT | HI SUB LOT |
|---|---|---|---|---|---|
| 28 | | | 597-44 | | |

SUBDIVISION:              MIRABEL VILLAGE 1
SEARCH:                   FROM 00/00/0000  THROUGH 99/99/9999
DISPLAY AUTO CHAIN; OVERLAPPING PROPERTY

PARAMETER ENTERED:

| LOT | HI LOT | BLOCK | PLAT | SUB LOT | HI SUB LOT |
|---|---|---|---|---|---|
| 28 | | | 597-44 | | |

AUTO CHAIN:

| Date | Section | Town | Range | Sub |
|---|---|---|---|---|
| 01/11/1972 | SECTION 28 | TOWN 6N | RANGE 5E | |
| | 0000 CREATED ARB 219 11 004D | | | |
| 01/11/1972 | SECTION 28 | TOWN 6N | RANGE 5E | NHSE |
| | 0000 CREATED ARB 219 11 008D | | | |
| 01/11/1972 | SECTION 29 | TOWN 6N | RANGE 5E | |
| | 0000 CREATED ARB 219 11 004D | | | |
| 01/11/1972 | SECTION 32 | TOWN 6N | RANGE 5E | |
| | 0000 CREATED ARB 219 11 004D | | | |
| 01/11/1972 | SECTION 32 | TOWN 6N | RANGE 5E | SENE |
| | 0000 CREATED ARB 219 11 008D | | | |
| 01/11/1972 | SECTION 33 | TOWN 6N | RANGE 5E | |
| | 0000 CREATED ARB 219 11 008D | | | |
| 01/11/1972 | SECTION 33 | TOWN 6N | RANGE 5E | NWNE |
| | 0000 CREATED ARB 219 11 004D | | | |
| 01/11/1972 | SECTION 33 | TOWN 6N | RANGE 5E | NHNW |
| | 0000 CREATED ARB 219 11 004D | | | |
| 03/26/1973 | SECTION 28 | TOWN 6N | RANGE 5E | SWSE |
| | 0000 CREATED ARB 219 11 003F | | | |
| 03/26/1973 | SECTION 28 | TOWN 6N | RANGE 5E | SW |
| | 0000 CREATED ARB 219 11 003F | | | |

| | 03/10/1976 | ARB 219 11 004D | | |
|---|---|---|---|---|
| 11580- 380 | | CREATED ARB 219 11 004E | | |
| | 03/10/1976 | ARB 219 11 008D | | |
| 11580- 380 | | CREATED ARB 219 11 008E | | |
| C | 02/22/2001 | ARB 219 11 003F | | |
| 2001 - 131921 | | CREATED PLAT | 555-20 | |
| C | 02/22/2001 | ARB 219 11 004E | | |
| 2001 - 131921 | | CREATED PLAT | 555-20 | |

| - AMERICAN TITLE SERVICE, ATS, JBAR | | | | MARICOPA, AZ |
|---|---|---|---|---|
| 06/18/2014  02:01PM  RQ5C | | INVESTIGATIVE SEARCH RESULTS | | PAGE 2 OF 4 |

| | | | | |
|---|---|---|---|---|
| C  02/22/2001  ARB 219 11 008E | | | | |
| 2001 - 131921 | CREATED PLAT | 555-20 | | |
| C  07/09/2002  ARB 219 11 008E | | | | |
| 2002 - 695555 | CREATED PLAT | 597-44 | | |
| C  07/09/2002  PLAT 555-20 | BLOCK | LOT | SUB LOT | |
| 2002 - 695555 | CREATED PLAT | 597-44 | | |

**SEARCHED PARAMETER:**

| LOT | HI LOT | BLOCK | PLAT | SUB LOT | HI SUB LOT |
|---|---|---|---|---|---|
| 28 | | | 597-44 | | |

NO OPEN ORDERS FOUND

| LOT | BLOCK | | PLAT | SUB LOT | |
|---|---|---|---|---|---|
| | | | 597-44 | | |
| RECORDED INST | INST NO. | | COMPANY FIRST PARTY | | SECOND PARTY |
| DOLLAR AMOUNT | YEAR FEE | | ORIG INST NO. | REMARKS | |
| 07/09/2002 PLT | 2002 - 695555 | | MIRABEL VILLAGE 1 | | |
| | | | 597-44 | | |
| | | | | | FR 555- 20 |
| 07/09/2002 PLT | 2002 - 695555 | | MIRABEL VILLAGE 1 | | |
| | | | 597-44 | | |
| | | | | | FR 008E |
| 01/28/2003 RES MOD | 2003 - 98511* | GC | TERRABROOK MIRABEL L | | |
| | | 2001 - 130259 | | | |
| 04/09/2003 PLT RAT | 2003 - 442972* | GC | DESERT HILLS BANK | | |
| 04/09/2003 PLT RAT | 2003 - 442997* | GC | COMPASS BANK | | |
| 04/09/2003 PLT RAT | 2003 - 442998 | GC | BANK OF THE SOUTHWES | | |
| 04/09/2003 PLT RAT | 2003 - 442999 | GC | APCFG LIMITED PARTNE | | |
| 04/09/2003 PLT RAT | 2003 - 443003 | GC | ROY HOUFF TRUST | | |
| 04/09/2003 PLT RAT | 2003 - 443009 | GC | KUSHNER RICK A | | |
| 04/09/2003 PLT RAT | 2003 - 443010 | GC | ADKIN FAMILY TRUST | | |
| 04/09/2003 PLT RAT | 2003 - 443012 | GC | NAKOMA INVESTMENTS L | | |
| 04/09/2003 PLT RAT | 2003 - 443013 | | MIDDLETON BLAKE | | |
| 04/09/2003 PLT RAT | 2003 - 443014 | GC | NAKOMA INVESTMENTS L | | |
| 04/09/2003 PLT RAT | 2003 - 443264 | GC | SODERHOLM JOSEPH W | | |
| 04/09/2003 PLT RAT | 2003 - 443265 | GC | WEBER GORDON J | | |
| 04/09/2003 PLT RAT | 2003 - 443289 | GC | WHITTEN ANDREW | | |
| 04/09/2003 PLT RAT | 2003 - 443290 | GC | MILLER RONALD W | | |
| 04/09/2003 PLT RAT | 2003 - 443291 | GC | RIST JACK A | | |
| 04/09/2003 PLT RAT | 2003 - 443292 | GC | DISTEL STEVEN | | |
| 04/09/2003 PLT RAT | 2003 - 443318 | GC | HARRY STEPHEN A | | |
| 04/09/2003 PLT RAT | 2003 - 443319 | GC | GIOVAN PETER | | |
| 04/09/2003 PLT RAT | 2003 - 443320 | GC | CARR THOMAS | | |

| | AMERICAN TITLE SERVICE, ATS, JBAR | | | | MARICOPA, AZ |
|---|---|---|---|---|---|
| 06/18/2014 02:01PM RQ5C | | | INVESTIGATIVE SEARCH RESULTS | | PAGE 3 OF 4 |
| 04/09/2003 | PLT RAT | 2003 - 443321 | GC | DOUGHAN JAMES | |
| 04/09/2003 | PLT RAT | 2003 - 443933 | GC | BERNSTEIN JOEL E | |
| 04/09/2003 | PLT RAT | 2003 - 443934 | GC | PLAYGROUND INVESTORS | |
| 04/09/2003 | PLT RAT | 2003 - 443935 | GC | PLAYGROUND INVESTORS | |
| 04/09/2003 | PLT RAT | 2003 - 443936 | GC | EARDLEY DENNIS R / | |
| 04/09/2003 | PLT RAT | 2003 - 443937 | GC | WARREN DAKE F | |
| 04/09/2003 | PLT RAT | 2003 - 443938 | GC | TERRY L RAY P C | |
| 04/09/2003 | PLT RAT | 2003 - 443939 | GC | CUMMINGS CLARENCE T | |
| 04/09/2003 | PLT RAT | 2003 - 443940 | GC | TURNER G T / | |
| 04/09/2003 | PLT RAT | 2003 - 443941 | GC | BIRKELAND MARION L | |
| 04/09/2003 | PLT RAT | 2003 - 443942 | GC | LOUDEN JR ED | |
| 04/09/2003 | PLT RAT | 2003 - 444107 | GC | BENNETT REVOCABLE TR | |
| 04/09/2003 | PLT RAT | 2003 - 444109 | GC | THIES FAMILY TRUST | |
| 04/09/2003 | PLT RAT | 2003 - 444110 | GC | ROBERT AND WENDY BAR | |
| 04/09/2003 | PLT RAT | 2003 - 444111 | GC | SOKOL KEVIN D | |
| 04/09/2003 | PLT RAT | 2003 - 444112 | GC | GARY AND DIANE THOMA | |
| 04/09/2003 | PLT RAT | 2003 - 444428 | GC | NASUS VENTURES LTD | |
| 04/10/2003 | PLT RAT | 2003 - 447894 | GC | ABBOTT MICHAEL | |
| 04/10/2003 | PLT RAT | 2003 - 447895 | GC | JAMES L THOMPSON FAM | |
| 07/02/2003 | DOT AMD | 2003 - 866377* | | DESERT MOUNTAIN PROP | CRESCENT REAL ESTATE |
| | | 1997 - 601276 | | | |
| 09/11/2003 | PLT RAT | 2003 - 1273390 | | MICHAEL D DUDGEON TR | |
| 09/11/2003 | PLT RAT | 2003 - 1273397 | | GERLACH GARY G / | |
| 10/02/2003 | PLT RAT | 2003 - 1387967 | GC | SCOFFIE LENIE | |
| 08/16/2004 | NOT | 2004 - 946558 | | MIRABEL COMMUNITY AS | |
| | | 2001 - 130259 | | | |
| 12/14/2004 | RES AMD | 2004 - 1464940 | | TERRABROOK MIRABEL L | |
| | | 2001 - 130259 | | | |
| | | 2001 - 257677 | | | |
| 06/06/2005 | PLT | 2005 - 751360 | | SEC 4-9 & 16-22 & 27 | |
| | | | | 752-41 INVALID | |
| 11/02/2005 | RES AMD | 2005 - 1663618 | | TERRABROOK MIRABEL L | |
| | | 2001 - 130259 | | | |
| | | 2001 - 257677 | | | |
| 03/28/2007 | RES AMD | 2007 - 365312 | | TERRABROOK MIRABEL L | |
| | | 2001 - 130259 | | | |
| | | 2001 - 257677 | | | |
| 04/24/2008 | PLT | 2008 - 362786 | | MONUMENT INVENTORY S | |
| | | | | 984-18 INVALID | |
| 11/12/2009 | NOT HOA | 2009 - 1046418* | | MIRABEL COMMUNITY AS | CITY PROPERTY MANAGE |
| | | 2001 - 130259 | | | |

| AMERICAN TITLE SERVICE, ATS, JBAR | | | | MARICOPA, AZ |
|---|---|---|---|---|
| 06/18/2014 02:01PM RQ5C | | INVESTIGATIVE SEARCH RESULTS | | PAGE 4 OF 4 |
| LOT 28 | BLOCK | PLAT 597-44 | SUB LOT | |
| RECORDED INST | INST NO. | COMPANY | FIRST PARTY | SECOND PARTY |
| DOLLAR AMOUNT | YEAR FEE | ORIG INST NO. | REMARKS | |
| 07/12/2002 BASE | 325551 | LDA | | |
| 07/02/2004 DED WAR | 2004 - 769604 | CE | LOUDEN JR ED W | LOUGHLIN MARTIN H |
| 07/02/2004 DED DIS | 2004 - 769605 | CE | LOUGHLIN DEBORA A | LOUGHLIN MARTIN H |
| 07/02/2004 DOT $750,000 | 2004 - 769606 | CE | LOUGHLIN MARTIN H | AXIS MORTGAGE AND IN |
| 07/02/2004 DOT ASN | 2004 - 769607 | CE  2004 - 769606 | | |
| 08/03/2007 DOT REL | 2007 - 882063 | DHI  2004 - 769606 | | |
| 09/27/2005 DED WAR | 2005 - 1426987 | CE ✓ | LOUGHLIN MARTIN H | ACRE DOMINIQUE M |
| 02/17/2006 DED WAR | 2006 - 225148 | DHI ✓  2005 - 1426987 | LOUGHLIN MARTIN H  REREC | ACRE MARK |
| 02/17/2006 DOT $1,467,844 | 2006 - 225149 | DHI | ACRE MARK | TIERONE BANK |
| 03/05/2008 STR | 2008 - 196867 | TT  2006 - 225149 | | |
| 03/05/2008 DOT SLE | 2008 - 196868 | TT  2006 - 225149 | | |
| ~~03/09/2006 EAS~~ | ~~2006 - 319952*~~ | | LOUGHLIN MARTIN / | SCOTTSDALE CITY NATURAL AREA OPEN SPACE |
| ~~05/29/2007 BASE~~ | ~~07310220~~ | SP | | |
| 08/27/2007 LN $4,992 | 2007 - 956438* | | MIRABEL COMMUNITY AS | ACRE DOMINQUE |
| ~~03/05/2008 DOT SLE~~ | ~~2008 - 196868~~ | TT  2006 - 225149 | ACRE MARK | |
| 06/04/2008 DED TRS | 2008 - 495495 | 2006 - 225149 | RIPP MICHAEL P | TIERONE BANK |
| 12/07/2010 DED | 2010 - 1066432 | | TIERONE BANK | GREAT WESTERN BANK |
| 04/01/2011 DED SWR | 2011 - 281643 | ET | GREAT WESTERN BANK | NUNNS JAMES |
| 10/23/2012 DED WAR | 2012 - 960560 | FI | NUNNS JAMES | SNODDY ANTHONY L |
| 10/23/2012 DED DIS | 2012 - 960561 | FI | SNODDY SHAWN L | SNODDY ANTHONY L |
| 10/23/2012 DOT $933,750 | 2012 - 960562 | FI | SNODDY ANTHONY L | PEOPLES MORTGAGE COM |
| 01/04/2013 DOT ASN | 2013 - 7899 | 2012 - 960562 | | |
| 04/09/2013 DOT ASN | 2013 - 319059 | 2012 - 960562 | | |
| 12/31/2012 DED WAR | 2012 - 1188945 | | SNODDY ANTHONY L | SNODDY ANTHONY L |
| 04/04/2014 DOT $200,000 | 2014 - 217199 | AS | SNODDY ANTHONY L | 50780 LLC |
| 04/11/2014 UCC | 2014 - 233804 | | SNODDY ANTHONY L | 50780 LLC |

**END SEARCH**