**EXHIBIT 9**
**DEFENDANTS' SENTENCING OBJECTIONS**
**Case No.  CR-12-1606-SRB**

Tony Choe
Senior Title Officer
Thomas Title & Escrow
14500 N. Northsight Blvd., Suite 133
Scottsdale, Arizona 85260
(P) 480.222.1116 ext. 206
(F) 480.383.6793 Facsimile
tchoe@thomastitle.com
www.thomastitle.com

---

**From:** Ripp, Michael [mailto:mripp@rcalaw.com]
**Sent:** Tuesday, March 04, 2008 1:31 PM
**To:** Tony Choe
**Cc:** Delmar Williams; mfkivett@womglaw.com; Carrie Sorensen; Sarah Spiker; Ron Cheffer
**Subject:** RE: TierOne Bank/ Mark Acre and Dominique M. Acre / Trustee's sale guaranty

Tony - In my prior e-mail message (below), I indicated that the principal balance was $1,467,844.  In fact, that was the maximum principal amount of the loan.  Given that there is still a $171,672.22 LIP account (funds not yet disbursed), the outstanding principal balance is actually $1,296,171.78, and I ask that you base your TSG premium quote on that amount, rather than the maximum principal amount.

Please also advise me if you are at the same location as Frank Busch.  I look forward to your responses.  Thank you.

Michael P. Ripp
Ryley Carlock & Applewhite
One North Central Avenue, Suite 1200
Phoenix, Arizona 85004
602-440-4823 direct
602-257-6923 fax
mripp@rcalaw.com
www.rcalaw.com

---

CONFIDENTIALITY NOTE:
This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

---

**From:** Ripp, Michael
**Sent:** Tuesday, March 04, 2008 12:02 PM
**To:** 'tchoe@thomastitle.com'
**Cc:** 'Delmar Williams'; mfkivett@womglaw.com; Carrie Sorensen; Sarah Spiker; Ron Cheffer
**Subject:** TierOne Bank/ Mark Acre and Dominique M. Acre / Trustee's sale guaranty

Tony - This firm represents TierOne Bank, a federally chartered savings association ("TierOne"), in connection with its proposed trustee's sale of certain property, which we have been advised is located at 37475 North 104th Place in Scottsdale.  I have attached a copy of TierOne's Deed of Trust, which was recorded on 2-17-06 with the Maricopa County Recorder.  The outstanding principal balance secured by that Deed of Trust is $1,467,844.  TierOne's Deed of Trust was title insured by Fidelity National Title Insurance Company via its agent, DHI Title; a copy of the title

3/5/2008

37475 N. 104th Place, Scottsdale, AZ
This is an REO as of June. Appraised <u>as is</u> for $1, 445,000 on March 31, 2008.  This property is located in a gated community on the NE edge of Scottsdale. The club house to the golf course is a block away.



7-08

Anderson-001832

817-0548



**THOMS &
ASSOCIATES, LLC**

March 31, 2008

TierOne Bank
P.O. Box 83009
Lincoln, Nebraska 68501

*Acre*

Re:   Supplement to A08-0012
      37475 North 104th Place
      Scottsdale, Arizona 85262

Mr. Wilcox:
In response to your request, following please find a summary of the "As Is" market value of the above referenced property.  Please refer to the appraisal report dated February 7, 2008, as a guide to this supplement, and for additional detail on the subject property.

| | | |
|---|---|---|
| "As If Completed" Market Value (Land & Improvements) | | $2,600,000 |
| Less - Estimated Site Value | | $ 525,000* |
| "As If Completed" Market Value (Improvements) | | $2,075,000 |
| Less - Estimated Cost to Complete (40%) | $830,000** | |
|     Deferred Maintenance (garage drywall/master bath) | ±$ 10,000 | |
|     Buyer's Incentive to Acquire & Complete (15%) | ±$307,500 | |
| "As Is" Market Value of Improvements | | $ 927,500 |

Therefore:

| | | |
|---|---|---|
| "As Is" Market Value of Improvements | | $ 927,500 |
| Estimated Site Value | | $ 525,000 |
| Subtotal | | $1,452,500 |
| Less: | | |
|     2007 Real Estate Taxes ($6,723.32 + int., to report date) | $ 6,948 | |
|     HOA Fees (Account Status Unknown) | $ ? | |
| "As Is" Market Value Land & Improvements | | $1,445,552 |
| Rounded | | $1,445,000 |

* An opinion of the subject site value was not provided in the appraisal report originally completed for TierOne on this property since our assignment was to provide an opinion of the "As If Complete", market value of the subject property, and also as a result of discussion with you at the time of completion of the assignment as to the fact the Cost Approach would not be necessary to provide a credible opinion of market value for the subject property.  The land value of the subject site, in the above computations, is based on recent sales of similar sites in the subject subdivision.  Some of the detail on comparable sites can be found in the appraisal report (dated October 25, 2007) completed for TierOne by me on the property located at 10744 East

10110 E. Bloomfield Rd.  •  Scottsdale, AZ 85260-5158  •  (480) 767-2474  •  FAX (480) 767-2465  •  thomsandassociates@cox.net

Anderson-002026

817-0742

Mr. Wilcox
Page #2

Winter Sun Drive.

** Please note that the estimated cost to complete improvements of 60%, included in the appraisal report, dated February 7, 2008, was based on information provided by Marshall & Swift Residential Cost Handbook together with my visual inspection of the completion of the improvements. An inspection report provided by your office showed completion, based on the percentage allocation of the form utilized by the inspector, of 69%. The difference in the percentage of completion is a function of the percentage allocation of the forms used in providing an opinion of the level of improvement completion. Also, please note that a Segregated Cost Breakdown was not utilized in the above opinion of cost to complete the subject improvements. A Segregated Cost Breakdown provides considerably more detail and could conceivably result in a variance in the reported "As Is" Market Value of the Land and Improvements. If TierOne desires the additional detail provided by the Segregated Cost Breakdown of the "Cost to Complete" the improvements, please advise and the Segregated Cost Breakdown basis for estimating the "As Is" Market Value of the Land and Improvements will be completed and forwarded to you.

Please contact me if you have any questions or require any additional information.

Sincerely,

Duane Thoms MAI, SRA
Arizona Certified Appraiser #30059

Anderson-002027

817-0743

# LIST PRICE RECOMMENDATION

**Date:** 6/4/08        **File Name:** Acre, Mark        **REO Number:** Pending

**Address:** 37475 N. 104th Place, Scottsdale, Az.

**Property Type:** Unfinished, SF Home, 60% complete

|                                          | **APPRAISAL** | **(2/7/08)** |
|------------------------------------------|---------------|-----|
| Book value                               | $1,296,172    |     |
| Cost to Complete                         | 850,000       |     |
| Builder's Incentive (15%)                | 307,500       |     |
| Total Investment by TOB                  | $2,453,672    |     |
|                                          |               |     |
| Finished Value X 90% = Sales Price       | $2,340,000    |     |
| Investment Prior to Sale                 | -2,453,672    |     |
| Real Estate Commission & Other Expenses  | -  150,000    |     |
|                                          |               |     |
| Projected Loss Selling After Finish      | $ (263,672)   |     |
|                                          |               |     |
| "As Is" Value X 90% = Sales Price        | 1,307,250     |     |
| Book Value                               | 1,296,172     |     |
| Real Estate Commission & Other Expenses  | -   88,000    |     |
|                                          |               |     |
| Projected Loss Selling "As Is"           | $    (76,922) |     |

**Note:** It is interesting that only 19% of the LIP or $171,672 remained at the time of the foreclosure sale but home is only 60% complete.

**Comments:**

Not only is the projected loss less if we sell it "as is" but we don't expose ourselves to the risk of "finishing" while possibly having the market deteriorate even more before we finish and sell it. Also, the ultimate homeowner can finish the home to their specifications. However, by not finishing it, we limit our buyer's pool to individuals that are very liquid and not intimidated by the risk. There may be offers coming in soon as there were several individuals at the sale who spoke with our attorney.

**Recommendations:**

I suggest we get a BPO, review it to determine the proper list price, then sell it "as is".

## BRIAN L. KAMLER
## SR. LOAN RECOVERY SPECIALIST

Anderson-002158

817-0874

9032001 A09-0110| Page #1 of 46



## APPRAISAL OF REAL PROPERTY

**LOCATED AT:**
37475 N. 104th Place
Lot 28, Mirabel Village 1, MCR 597-44
Scottsdale, AZ 85262

**FOR:**
Tier One Bank
Appraisal Dept., PO Box 83009, Lincoln, NE  68501

**AS OF:**
August 25, 2009

**BY:**
Duane A. Thorns, MAI SRA

Arizona Real Estate Appraisers (623)572-0708

Form GA2 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Anderson-001783

817-0499

No. 9082001.A09-011D[ Page #2 of 46]

## SUMMARY OF SALIENT FEATURES

| SUBJECT INFORMATION | | |
|---|---|---|
| Subject Address | 37475 N. 104th Place | |
| Legal Description | Lot 28, Mirabel Village 1, MCR 597-44 | |
| City | Scottsdale | |
| County | Maricopa | |
| State | AZ | |
| Zip Code | 85262 | |
| Census Tract | 0101.00 | |
| Map Reference | 48-KT:177 | |

| SALES PRICE | | |
|---|---|---|
| Sale Price | $ N/A | |
| Date of Sale | N/A | |

| CLIENT | | |
|---|---|---|
| Borrower | TierOne Bank | |
| Lender/Client | Tier One Bank | |

| DESCRIPTION OF IMPROVEMENTS | | |
|---|---|---|
| Size (Square Feet) | 5,172 | |
| Price per Square Foot | $ 294.86 "As If Completed" | |
| Location | Good; Gated | |
| Age | 2008, 1 Yr/New | |
| Condition | Good | |
| Total Rooms | 9 | |
| Bedrooms | 4 | |
| Baths | 4.5 | |

| APPRAISER | | |
|---|---|---|
| Appraiser | Duane A. Thoms, MAI, SRA | |
| Date of Appraised Value | August 25, 2009 | |

| VALUE | | |
|---|---|---|
| Final Estimate of Value | $ Value Opinion "As If Completed" is $1,525,000.  Value Opinion "As Is" is $975,000. | |

Anderson-001784

817-0500

## OREO WRITE DOWN APPROVAL

PROPERTY NAME: Acre

OREO NUMBER: L-2334

PROPERTY ADDRESS: 37475 N 104th Place, Scottsdale, AZ

PROPERTY DESCRIPTION: Single-family house

APPRAISAL DATE: 08/25/09

APPRAISED VALUE: 975,000.00

ACQUISITION DATE: 06/04/08

ORIGINAL BOOK VALUE: 1,296,171.78

WRITE DOWNS TO DATE:

CURRENT BOOK VALUE: **1,860,850.16** a

RECOMMENDED WRITEDOWN: 983,350.16 b

**BOOK VALUE AFTER**
**RECOMMENDED WRITEDOWN:** **877,500.00** c = a - b

JUSTIFICATION:

A new appraisal has been obtained in order to determine whether or not to continue to complete this property. It has now been determined not to finish completion. It is requested that the book value be reduce to $877,500.

RECOMMENDED BY: Sarah Kantor     9/9/2009
                                       date

APPROVED BY:

Gale Furnas     date  10-26-09

Don Langford     date  10-21-09

Jeff Nix     date

Anderson-001805

817-0521

## OREO WRITE DOWN APPROVAL

PROPERTY NAME:               Acre

OREO NUMBER:                 L-2334

PROPERTY ADDRESS:            37475 N 104th Place, Scottsdale, AZ

PROPERTY DESCRIPTION:        Single-family house

APPRAISAL DATE:              08/25/09
APPRAISED VALUE:                            975,000.00

ACQUISITION DATE:            06/04/08
ORIGINAL BOOK VALUE:                        1,296,171.78

WRITE DOWNS TO DATE:

CURRENT BOOK VALUE:                         **1,860,850.16**   a

RECOMMENDED WRITEDOWN:                      983,350.16    b

**BOOK VALUE AFTER
RECOMMENDED WRITEDOWN:**                     **877,500.00**   c = a - b

JUSTIFICATION:

A new appraisal has been obtained in order to determine whether or not to continue to
complete this property. It has now been determined not to finish completion. It is requested
that the book value be reduce to $877,500.

RECOMMENDED BY:             Sarah Kantor              9/9/2009
                                                     date

APPROVED BY:

                            Gale Furnas               date

                            Don Langford              date

                            David Frances             date

Anderson-001877

817-0593

Acre
L-2334

MEMORANDUM
May 27, 2010

TO: Approval officers

FROM: Marlin Hupka

RE: Incomplete houses in Arizona

TierOne Bank has three OREO houses in Arizona on which construction was not
completed. I have over the last several months attempted to obtain multiple bids on the
houses but in that market it has been difficult finding a builder willing to take on a
partially completed project. I have two bids on the Acres house but only one bid on the
Dannenberg house and none at this time on the Sun Valley Homes house. The houses have
been difficult to market as the buyers have a large inventory of competing completed
houses to choose from and being a second home market prospective buyers desire a turn-
key situation. The purpose of this memorandum is to obtain direction from senior bank
officers on the direction you wish me to take concerning these three homes.

Option #1 Sell the houses "as is" but at a deeply discounted price.

| OREO | Appraised completed | Appraised as is | Date of appraisal |
|------|---------------------|-----------------|-------------------|
| Dannenberg | $2,000,000 | $1,625,000 | December 2009 |
| Acre | $1,525,000 | $ 975,000 | August 2009 |
| SunValley | $1,150,000 | $ * | August 2009 |

*Sun Valley home was not appraised as is.

Option #2 Complete the houses.

| OREO | Estimated cost to complete | |
|------|------|------|
| Dannenberg | $358,967 | $69.41 per square foot |
| Acre | $418,407 | $80.90 per square foot |
| Sun Valley | $No firm bids at this time. See explanation below. | |

RE: Sun Valley. I have discovered the Sun Valley home may have several defects in the
construction. Upon a preliminary examination one builder estimated $350,000 to
$400,000 to finish but has not furnished a written bid because of the possibility of too
many hidden defects. I am in the process of obtaining a written bid from Dakota
Construction but they too have said there are many defects and there most likely will
need to be a sizable contingency amount in the bid. I should have the week of June 7,
2010.

Anderson-001761

817-0477



## SUMMARY OF SALIENT FEATURES

| SUBJECT INFORMATION | | |
|---|---|---|
| Subject Address | 37475 N. 104th Place | |
| Legal Description | Lot 28, Mirabel Village 1, MCR 597-44 | |
| City | Scottsdale | |
| County | Maricopa | |
| State | AZ | |
| Zip Code | 85262 | |
| Census Tract | 0101.00 | |
| Map Reference | 48-KT:177 | |

| SALES PRICE | | |
|---|---|---|
| Sale Price | $ N/A | |
| Date of Sale | N/A | |

| CLIENT | | |
|---|---|---|
| Owner | TierOne Bank | |
| Lender/Client | Great Western Bank | |

| DESCRIPTION OF IMPROVEMENTS | | |
|---|---|---|
| Size (Square Feet) | 5,172 | |
| Price per Square Foot | $ 169.18 | |
| Location | Good; Gated | |
| Age | 2008, 2Yrs/New | |
| Condition | ±70% Complete | |
| Total Rooms | 9 | |
| Bedrooms | 4 | |
| Baths | 4F1H | |

| APPRAISER | | |
|---|---|---|
| Appraiser | M. David Sieh | |
| Date of Appraised Value | July 12, 2010 | |

| VALUE | | |
|---|---|---|
| Final Estimate of Value | $ 875,000 | |

Form SSD — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Anderson-001707

817-0423

## OREO Estimated Realizable Value Calculation

Property Name:   Acre

OREO #   L-2334   01-10241908

Property Address:   37475 N 104th Place Scottsdale AZ

Current Appraised Value:   $875,000   Date: 7/12/2010

**Estimated Selling Costs:**

| | |
|---|---|
| RE Commission: $ | 52,500.00 |
| Closing Costs: $ | 2,500.00 |

**Estimated Holding Period:**   6 Months

**Estimated Holding Costs:**

| | | |
|---|---|---|
| Taxes: $ | 3,789.00 | |
| Utilities: | | |
| Insurance: $ | 1,050.00 | |
| Other: $ | 2,500.00 | HOA/Site Maintenance |

*Randy,*

*Could you amend per*
*our new procedures ?*

*Thanks*
*Kyle*

Es
(Ap

Re

Randall Wilcox   8-30-10

Randall Wilcox   Date

Comments: Appraisal indicates there is some signs of price stabilization in this development since the first of the year. The subject property is incomplete and the value is supported by 2 sales of incomplete homes in the same area.

Approved: _____   8/11/10

Ewan Black   Date

Anderson-001705

817-0421

Acre

HOA 850/Quarter   877,500

210 pool + lawn/month



Main File No. 10070202 A10-0071 Page # 1 of 34

**APPRAISAL OF REAL PROPERTY**

**LOCATED AT:**
37475 N. 104th Place
Lot 28, Mirabel Village 1, MCR 597-44
Scottsdale, AZ 85262

**FOR:**
Great Western Bank
Appraisal Dept., P.O. Box 83009
Lincoln, NE 68501

REO # L-2334
LOAN # 01-10241908

Name = Acre

2010 RE TAXES   $7,578.00

Anderson-001706

817-0422

 10070202.A10-0071 Page #2 of 34

## SUMMARY OF SALIENT FEATURES

| SUBJECT INFORMATION | | |
|---|---|---|
| Subject Address | 37475 N. 104th Place | |
| Legal Description | Lot 28, Mirabel Village 1, MCR 597-44 | |
| City | Scottsdale | |
| County | Maricopa | |
| State | AZ | |
| Zip Code | 85262 | |
| Census Tract | 0101.00 | |
| Map Reference | 48-KT:177 | |

| SALES PRICE | | |
|---|---|---|
| Sale Price | $ N/A | |
| Date of Sale | N/A | |

| CLIENT | | |
|---|---|---|
| Owner | TierOne Bank | |
| Lender/Client | Great Western Bank | |

| DESCRIPTION OF IMPROVEMENTS | | |
|---|---|---|
| Size (Square Feet) | 5,172 | |
| Price per Square Foot | $ 169.18 | |
| Location | Good; Gated | |
| Age | 2008, 2Yrs/New | |
| Condition | ±70% Complete | |
| Total Rooms | 9 | |
| Bedrooms | 4 | |
| Baths | 4F1H | |

| APPRAISER | | |
|---|---|---|
| Appraiser | M. David Sieh | |
| Date of Appraised Value | July 12, 2010 | |

| VALUE | | |
|---|---|---|
| Final Estimate of Value | $ 875,000 | |

Form SSD — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Anderson-001707

817-0423

## OREO OFFER ANALYSIS

| | | | |
|---|---|---|---|
| Loan # | 110241908 | OREO #: | L-2334 |
| BORROWER NAME: | Acre | | |
| PROPERTY ADDRESS: | 37475 N. 104th Street, Scottsdale, Arizona | | |
| PROPERTY TYPE: | Unfinished SFR | | |
| APPRAISED VALUE: | 450,000 | APPRAISAL DATE: | 1/7/11 |
| LIST PRICE: | 700,000 | DAYS ON MARKET: | 81 |

| | |
|---|---|
| REVALUATION AMOUNT THROUGH 6/4/10: | 1,065,187.29 |
| REVALUATION AMOUNT AFTER 6/4/10: | 461,589.00 |
| TOTAL REVALUATION AMOUNT: | 1,526,776.29 |
| OFFER AMOUNT: | 700,000.00 |
| less: BOOK VALUE: | 415,911.00 |
| less: COMMISSION: | 42,000.00 |
| less: SELLER CLOSING COSTS: | 7,000.00 |
| less: MISCELLANEOUS: | 3,500.00 |
| **ESTIMATED GAIN / LOSS ON SALE:** | 231,589.00 |
| ESTIMATED GAIN / LOSS ON 6/4/10 BOOK VALUE: | (230,000.00) |

### FACTORS INCLUDED IN DECISION TO ACCEPT OFFER:

| | | |
|---|---|---|
| Length of Holding Period: | 1016 | |
| Sales Price Within as a % of the appraised value: | | 155.56% |

Other 3rd party offers:  This is the third offer we've received on this property. The first offer at $650,000 fell through due to financing issues. The second offer came in at $550,000 at the same time as this offer. This is an all cash offer.

Purchase Agreement Attached:  ☑ Yes ☐ No

**Additional Comments:** The exterior of this home is complete; however the interior of this home is only at drywall stage. Although this property is on the golf course, it does not have golf course views due to it sitting low compared to the course. The miscellaneous line item is the 1/2% management fee.

**RECOMMENDATION:** It is recommended that this offer be accepted. It is above appraised value and at list price.

PREPARED BY: _Kyla Sawtell_ 3/17/11
Kyla Sawtell                date

APPROVED BY:
* Requires only one of the three signatures

Michael Gough                date

Lloyd W. Say                date

Evan Black                3/17/11
date

Anderson-001630

817-0346




## OREO OFFER ANALYSIS

| | | | |
|---|---|---|---|
| Loan # | 110241908 | OREO #: | L-2334 |
| BORROWER NAME: | Acre | | |
| PROPERTY ADDRESS: | 37475 N. 104th Street, Scottsdale, Arizona | | |
| PROPERTY TYPE: | Unfinished SFR | | |
| APPRAISED VALUE: | 450,000 | APPRAISAL DATE: | 1/7/11 |
| LIST PRICE: | 700,000 | DAYS ON MARKET: | 80 |

| | |
|---|---|
| REVALUATION AMOUNT THROUGH 6/4/10: | 1,065,187.29 |
| REVALUATION AMOUNT AFTER 6/4/10: | 461,589.00 |
| TOTAL REVALUATION AMOUNT: | 1,526,776.29 |

| | |
|---|---|
| OFFER AMOUNT: | 550,000.00 |
| less: BOOK VALUE: | 415,911.00 |
| less: COMMISSION: | 33,000.00 |
| less: SELLER CLOSING COSTS: | 5,500.00 |
| less: MISCELLANEOUS: | 2,750.00 |
| **ESTIMATED GAIN / LOSS ON SALE:** | **92,839.00** |
| ESTIMATED GAIN / LOSS ON 6/4/10 BOOK VALUE: | (368,750.00) |

### FACTORS INCLUDED IN DECISION TO ACCEPT OFFER:

Length of Holding Period:          1015

Sales Price Within as a % of the appraised value:          122.22%

Other 3rd party offers:          This is the second offer we've received on this property. The first offer at $650,000 fell through due to financing issues. This is an all cash offer.

Purchase Agreement Attached:   ☑ Yes ☐ No

**Additional Comments:** The exterior of this home is complete; however the interior of this home is only at drywall stage. Although this property is on the golf course, it does not have golf course views due to it sitting low compared to the course. The miscellaneous line item is the 1/2% management fee.

**RECOMMENDATION:** It is recommended that this offer be accepted. It is above appraised value and the 2nd offer we have received on this property in over two and a half years.

PREPARED BY:                                        _Kyla Sawtell_  3/16/11
                                                                   Kyla Sawtell          date

APPROVED BY:                          *          _____
* Requires only one of the three signatures          Michael Gough          date

                                              *          _____
                                                         Lloyd W. Sohl          date

                                              *          _____
                                                         Ewan Black          date

Anderson-001627

817-0343

**OREO Estimated Realizable Value Calcuation and Revaluation Approval Form**

| | | | |
|---|---|---|---|
| Property Name: | Acre | | |
| OREO # | L-2334 | Loan # | 01-10241908 |
| Property Address: | 37475 N 104th Place Scottsdale AZ (SF House) | | |
| Current Appraised Value: | $          450,000.00 | Date: 01/07/2010 | |

**Estimated Selling Costs:**

| | |
|---|---|
| RE Commission: | $          22,500.00 |
| Closing Costs: | $          3,500.00 |

**Estimated Holding Period:**          6 months

**Estimated Holding Costs:**

| | |
|---|---|
| Taxes: | $          3,789.00 |
| Utilities: | $          700.00 |
| Insurance: | $          600.00 |
| Other: | $          3,000.00  HOA/Mgmt/SiteMain |
| **Total:** | $          34,089.00 |

**Estimated Realizable Value:**          $          415,911.00
(Appraised Value Less Projected Selling and Holding Costs)

Current Book Value:          $          812,661.00

Amount of Change:          $          (396,750.00)

Percent Change:          -48.82%

| |
|---|
| **Recommendation: Reduce book value to $415,911** |

_(signature)_                    1-12-1_

Randall Wilcox                    Date

Comments: The subject property is an unfinished home where the exterior is essentially complete and the interior is in the drywall stage. 7 of the 8 comparables are from the subject development which is a gated, golf course community. The appraisal is supported by 3 sales as well 3 listings of incomplete homes, and 2 sales of complete homes. This represents a significant decline from the prior appraisal and a quick review shows the prior appraisal was also supported by sales of both complete and incomplete homes from the area. This indicates property values continue decline for higher priced homes, and the decline is compounded when homes are unfinished. The current appraiser acknowledges the difficulty and subjectivity in valuing an incomplete home.

Approved:          _Approved by email_          1-12-1_

Ewan Black                    Date

Date Journaled in GL: _1/13/2011_ _(initials)_

Anderson-001954

817-0670

ACRE

## A. Settlement Statement

U.S. Department of Housing
and Urban Development

OMB No. 2502-0265

**B. Type of Loan**

| 1. ☐ FHA  2. ☐ FmHA  3. ☐ Conv Unins | 6. File Number | 7. Loan Number | 8. Mortgage Ins Case Number |
| 4. ☐ VA  5. ☐ Conv Ins.  6. ☐ Seller Finance | 6207EW | | |
| 7. ☐ Cash Sale | | | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower | E. Name & Address of Seller | F. Name & Address of Lender |
|---|---|---|
| James Nunn and Barbara Nunn, husband and wife | Great Western Bank | |
| 42 Lickskand Drive | 1235 North Street | |
| Hutchinson, KS 67502 | Lincoln, NE 68508 | |

| G. Property Location | H. Settlement Agent Name |
|---|---|
| Lot 28, Mirabel Village 1, Book 597, Page 44, County of Maricopa, State of Arizona | Empire West Title Agency |
| 37475 North 104th Place | 4505 East Chandler Blvd., Suite 230 |
| Scottsdale, AZ 85262 | Phoenix, AZ 85048 |

| | Place of Settlement | I. Settlement Date |
|---|---|---|
| | Empire West Title Agency of Arizona (Ahwatukee) | 4/1/2011 |
| | 4505 East Chandler Blvd., Suite 230 | Closing/Disbursed |
| | Phoenix, AZ 85048 | Date |

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| **100. Gross Amount Due From Borrower** | | **400. Gross Amount Due to Seller** | |
| 101. Contract Sales Price | $700,000.00 | 401. Contract Sales Price | $700,000.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to borrower | $1,704.50 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City property taxes | | 406. City property taxes | |
| 107. County property taxes | | 407. County property taxes | |
| 108. Assessment Taxes | | 408. Assessment Taxes | |
| 109. School property taxes | | 409. School property taxes | |
| 110. MUD taxes | | 410. MUD taxes | |
| 111. | | 411. | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| 116. | | 416. | |
| **120. Gross Amount Due From Borrower** | $701,704.50 | **420. Gross Amount Due to Seller** | $700,000.00 |
| **200. Amounts Paid By Or In Behalf Of Borrower** | | **500. Reductions In Amount Due to Seller** | |
| 201. Deposit or earnest money | $50,000.00 | 501. Excess Deposit | |
| 202. Principal amount of new loan(s) | | 502. Settlement Charges to Seller (line 1400) | $56,687.07 |
| 203. Existing loan(s) taken subject to | | 503. Existing Loan(s) Taken Subject to | |
| 204. Loan Amount 2nd Lien | | 504. | |
| 205. | | 505. | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City property taxes | | 510. City property taxes | |
| 211. County property taxes  01/01/11 thru 04/01/11 | $1,889.31 | 511. County property taxes  01/01/11 thru 04/01/11 | $1,889.31 |
| 212. Assessment Taxes | | 512. Assessment Taxes | |
| 213. School property taxes | | 513. School property taxes | |
| 214. MUD taxes | | 514. MUD taxes | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid By/For Borrower** | $51,889.31 | **520. Total Reduction Amount Due Seller** | $58,576.38 |
| **300. Cash At Settlement From/To Borrower** | | **600. Cash At Settlement To/From Seller** | |
| 301. Gross Amount due from borrower (line 120) | $701,704.50 | 601. Gross Amount due to seller (line 420) | $700,000.00 |
| 302. Less amounts paid by/for borrower (line 220) | $51,889.31 | 602. Less reductions in amt. due seller (line 520) | $58,576.38 |
| **303. Cash From Borrower** | $649,815.19 | **603. Cash To Seller** | $641,423.62 |

Section 5 of the Real Estate Settlement Procedures Act (RESPA) requires the following: • HUD must develop a Special Information Booklet to help persons borrowing money to finance the purchase of residential real estate to better understand the nature and costs of real estate settlement services; • Each lender must provide the booklet to all applicants from whom it receives or for whom it prepares a written application to borrow money to finance the purchase of residential real estate; • Lenders must prepare and distribute with the Booklet a Good Faith Estimate of the settlement costs that the borrower is likely to incur in connection with the settlement. These disclosures are mandatory.

Section 4(a) of RESPA mandates that HUD develop and prescribe this standard form to be used at the time of loan settlement to provide full disclosure of all charges imposed upon the borrower and seller. These are third party disclosures that are designed to provide the borrower with pertinent information during the settlement process in order to be a better shopper.

The Public Reporting Burden for this collection of information is estimated to average one hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.

This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number.

The information requested does not lend itself to confidentiality.

| Previous Editions are Obsolete | Page 1 | form HUD-1 (3/86) |
|---|---|---|

Anderson-001581

817-0297

Handbook 4305.2

**L. Settlement Charges**

| | | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|---|
| **700. Total Sales/Broker's Commission based on price** | $700,000.00 | @6 % = $42,000.00 | | |
| Division of Commission (line 700) as follows: | | | | |
| 701. $21,000.00 | to Phoenix Metro Properties | | | |
| 702. 221,000.00 | to DFR Realty | | | |
| 703. Commission Paid at Settlement | | | $0.00 | $42,000.00 |
| **800. Items Payable in Connection with Loan** | | | | |
| 801. Loan Origination Fee % | to | | | |
| 802. Loan Discount % | to | | | |
| 803. Appraisal Fee | to | | | |
| 804. Credit Report | to | | | |
| 805. Lender's Inspection Fee | to | | | |
| 806. Mortgage Insurance Application | to | | | |
| 807. Assumption Fee | to | | | |
| **900. Items Required by Lender To Be Paid in Advance** | | | | |
| 901. Interest from 4/1/2011 to 5/1/2011 @ $0/day | | | | |
| 902. Mortgage Insurance Premium for months to | | | | |
| 903. Hazard Insurance Premium for years to | | | | |
| **1000. Reserves Deposited With Lender** | | | | |
| 1001. Hazard Insurance | months @ | per month | | |
| 1002. Mortgage Insurance | months @ | per month | | |
| 1003. City property taxes | months @ | per month | | |
| 1004. County property taxes | months @ $631.50 | per month | | |
| 1005. Assessment Taxes | months @ | per month | | |
| 1006. School property taxes | months @ | per month | | |
| 1007. MUD taxes | months @ | per month | | |
| 1008. Other taxes | months @ | per month | | |
| 1011. Aggregate Adjustment | | | | |
| **1100. Title Charges** | | | | |
| 1101. Settlement or closing fee | to Empire West Title Agency of Arizona (Ahwatukee) | | $563.00 | $563.00 |
| 1102. Abstract or title search | to | | | |
| 1103. Title examination | to | | | |
| 1104. Title insurance binder | to | | | |
| 1105. Document preparation | to | | | |
| 1106. Notary fees | to | | | |
| 1107. Attorney's fees | to | | | |
| (includes above item numbers: | | ) | | |
| 1108. Title Insurance | to Empire West Title Agency of Arizona | | | $3,398.00 |
| (includes above item numbers: | | ) | | |
| 1109. Lender's coverage | $0.00/$0.00 . | | | |
| 1110. Owner's coverage | $700,000.00/$3,398.00 | | | |
| 1111. Courier Fee | to | | | |
| 1112. Wire Fee | to | | | |
| 1113. E-Doc Fee | to | | | |
| 1114. Process/e.express mail, wire, e.doc | to Empire West Title Agency of Arizona (Ahwatukee) | | $310.00 | - |
| 1115. Recon Tracking Fee | to | | | |
| **1200. Government Recording and Transfer Charges** | | | | |
| 1201. Recording Fees Deed $48.00 ; Mortgage ; Rel | to Empire West Title Agency of Arizona (Ahwatukee) | | $32.50 | $32.50 |
| 1202. City/county tax/stamps Deed ; Mortgage | to | | | |
| 1203. State tax/stamps Deed ; Mortgage | to | | | |
| 1204. Tax certificates | to | | | |
| 1205. Courier/Messenger Fee | to | | | |
| **1300. Additional Settlement Charges** | | | | |
| 1301. Survey | to | | | |
| 1302. Pest Inspection WAIVED | to | | | |
| 1303. home warranty WAIVED | to | | | |
| 1304. all 2010 taxes + interest | to Maricopa County Treasurer | | | $7,294.57 |
| 1305. .5 consulting fee | to CB Richard Ellis | | | $3,500.00 |
| 1306. HOA 2nd qtr assessments | to Mirabel Community Association | | $850.00 | |
| 1307. HOA post trustee fee | to City Property Management Company | | | $100.00 |
| 1308. HOA resale prior cancelled escrow | to City Property Management Company | | | $150.00 |
| 1309. HOA transfer fee | to City Property Management Company | | $150.00 | |
| 1310. HOA resale disclosure & rush fee | to City Property Management Company | | | $250.00 |
| **1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K)** | | | $1,704.50 | $56,687.07 |

Previous Editions are Obsolete                Page 2                form HUD-1 (3/86)
Handbook 4305.2

Anderson-001582

817-0298

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a completed copy of pages 1, 2 and 3 of this HUD-1 Settlement Statement.

Great Western Bank

_____          By  Kevin Edwards, Authorized Officer
James Nunes

_____
Barbara Nunes

SETTLEMENT AGENT CERTIFICATION
The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused the funds to be disbursed in accordance with this statement.

_____          _____
Settlement Agent                              Date
Warning: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

Previous Editions are Obsolete          Page 3          form HUD-1 (3/86)
                                                                    Handbook 4305.2

Anderson-001583

817-0299