Dynamite Custom Homes (Paxton Anderson)

| | Borrower Name(s) | Loan # | Property Address | State | Foreclosure Date | Amount Owed to Bank At Time of Foreclosure | Date Resold by M&I | Resale Amount (Proceeds) | REO Expenses | Total Loss to M&I | Oreo | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17 | DESMOT, LARRY/ELIZABETH | 3940722 | Lot 24 Talking Rock | AZ | 1/13/10 | $134,161.84 | 07/09/10 | 21,687.92 | $490.00 | $111,983.92 | 0985431 | 490 |
| 18 | DESMOT, LARRY/ELIZABETH LOPEZ, ARMANDO/JENNIFER | 4020175 | Lot 156 Talking Rock | AZ | 1/12/10 | $169,872.08 | 07/09/10 | 21,687.92 | $600.00 | $147,584.16 | 0985430 | 600 |
| 33 | SANCHEZ, GREG | 3897404 | 14485 N. Centennial Prescott, AZ | AZ | 12/5/08 | $260,000.00 | 05/07/09 | 138,430.21 | $1,899.78 | $119,670.01 | 0982872 | 1899.78 |
| 34 | SANCHEZ, GREG | 4035542 | Lot 141, Talking Rock Prescott, AZ | AZ | 12/4/08 | $144,999.48 | 11/24/09 | 24,427.40 | $2,589.78 | $117,982.28 | 0982871 | 2589.78 |
| 35 | SANCHEZ, GREG | 4038006 | Lot 154, Talking Rock Prescott, AZ | AZ | 12/4/08 | $199,099.85 | 11/24/09 | 24,427.40 | $2,717.18 | $171,955.27 | 0982873 | 2717.18 |
| 38 | WOODSON, KERRY/BRANDY | 4067948 | Lot 174, Talking Rock Prescott, AZ | AZ | 11/13/09 | $249,999.77 | 07/09/10 | 21,687.91 | $1,394.51 | $226,917.35 | 0985097 | 1394.51 |
| 41 | WOODWARD, JASON | 4056882 | 15205 N. Little Diamond Way Prescott, AZ 86305 | AZ | 10/30/08 | $182,250.00 | 11/24/09 | 24,427.40 | $2,806.81 | $155,015.79 | 0982703 | 2806.81 |
| 42 | WOODWARD, JASON | 4036763 | 15125 N. Third Mesa Lane Prescott, AZ 83605 | AZ | 11/4/2008 | $148,500.00 | 11/24/09 | 24,427.40 | $2,292.56 | $121,780.04 | 0982704 | 2292.56 |
| 43 | WOODWARD, JASON | 3941371 | 5225 W. Three Forks Rd. Prescott, AZ 86305 | AZ | 11/21/08 | $152,100.00 | 11/24/09 | 24,427.40 | $2,639.54 | $125,033.06 | 0982763 | 2639.54 |
| | | | | | | | | | | | | |
| | TOTAL | | | | | | | | | $ 1,297,921.88 | | #REF! |

Last Updated: 09/13/07

| Loan Number | Borrower | Co-borrower | Employer (Borrower) | Employer (Co-borrower) | Builder | Seller | Co-seller | Broker Company | Broker Contact | Appraisal Company | Appraiser | Supervisory Appraiser | Title Company | Title Contact | M&I Company | M&I Contact | M&I Exception Contact |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00004152417 | Acre, Mark | N/A | Shadow Glen Investors | N/A | Dynamite Custom Homes | Moore, David | Moore, Janet | N/A | N/A | Norris Property Consultants | Hainlen, Jon E. | N/A | Old Republic Title | Kerwin, Janice | MIMC | Slater, Greg | |
| 00004061623 | Anderson, Sandra | N/A | Digigroup | N/A | Dynamite Custom Homes | Superstition Mountain Properties, Inc. | N/A | N/A | N/A | Diamondback Appraisals | Brennan, William | N/A | Old Republic Title | Godfrey, Cindy | MIMC | Slater, Greg | |
| 00035599377 | Anderson, Sandra | N/A | Self Employed | N/A | Dynamite Custom Homes | Kay, Robert | Kay, Carol | N/A | N/A | Perry Appraisal Services | Perry, Robert A. | N/A | Old Republic Title | Hughes, Cheri | MIMC | Slater, Greg | |
| 00003998285 | Henstein, Tasha | Henstein, Will | Walgreens | Arrow Pharmacy | Dynamite Custom Homes | Abbott, Michael | Abbott, Amy | N/A | N/A | TR Moore & Associates | Moore, Terrence R. | N/A | First American Title | McCullough, Garry | MIMC | Slater, Greg | |
| 00003752314 | Jennett, Paul | Jennett, Lori | Ryder Truck / Digigroup | N/A | Dynamite Custom Homes | Smith, Winston | N/A | Axis Mortgage | Blemaster, Mike | Diamondback Appraisals | Brennan, William | N/A | DHI Title of Arizona | Warwick, Stephanie | MIHLS (WM) | N/A | |
| 00003897338 | Sanchez, Greg | N/A | Digigroup/Spark Hlding/Spark Desgn | N/A | Dynamite Custom Homes | N/A | N/A | N/A | N/A | TR Moore & Associates | Moore, Terrence R. | N/A | First American Title | Pope, Jennifer | MIMC | Slater, Greg | |
| 00004063680 | Wagner, Darryl | N/A | Sonoran Custom Homes LLC | N/A | Dynamite Custom Homes | | | N/A | N/A | Diamondback Appraisals | Brennan, William | | Old Republic Title Agency | Janice Kerwin | MIMC | Slater, Greg | |
| 0035610135 | Anderson, Jeff | N/A | Jeff B. Anderson, Optometrist | N/A | Dynamite Custom Homes | | | N/A | N/A | Diamondback Appraisals | Brennan, William | N/A | Old Republic Title Agency | Megan Massey | MIMC | Slater, Greg | |
| 3860015 | Haynie, Ray | Sorenson, Cathy | Frost & Co. P.S. | RSM McGladry Inc | Dynamite Custom Homes | Superstition Mountain Properties, Inc | | Pacific Coast Mortgage, Inc | Migual, Lisa | The Hendrickson Companies, Inc | Hendrickson, Donald | | First American Title | Barrow, Monica | MIMC | Wil Daly | |
| 00004223125 | Lombardo, Joe | Lombardo, Connie | Seattle Fire Department | Marie Dufflings DDS | Kevron Homes, Inc. | Superstition Mountain Properties, Inc | N/A | N/A | N/A | Appraisal ASAP, Inc. | Rose Mohr | Mark Andrews | Old Republic Title Agency | Janice Kerwin / Megan Massey | MIMC | Slater, Greg | |
| 35730266 | Hayden, Colin | Hayden, Vesta | | | | | | | | | | | | | | | |
| 00004082369 | Bailey, William | N/A | | N/A | | | | | | | | | | | | | |
| 00004049215 | Rongstad, Jason | N/A | Dynamite Custom Homes | N/A | N/A | Superstition Mountain Properties, Inc | | Wausau Mortgage Corp | Christopher, Cory | Diamondback Appraisals | Brennan, William | N/A | Stewart Title Company | Larsen, Patti | MIMC | N/A | |
| 00003755592 | Rongstad, Jason | N/A | Cal Home Door | N/A | Dynamite Custom Homes | Western Security Bank | N/A | Axis Mortgage&Investments | Michael Blemaster | Norris Property Consultants | John G. Willis | N/A | DHI Title of AZ, Inc. | Stephanie K. Warwick | MIMC | Wil Daly | N/A |
| 00004064263 | Acre, Mark | N/A | Shadow Glen Investors | N/A | N/A | N/A | N/A | N/A | N/A | T.R. Moore & Associates | Moore, Terrence | N/A | First American Title Agency | Pope, Jennifer | MIMC | Slater, Greg | N/A |
| 00004064296 | Acre, Mark | N/A | Shadow Glen Investors | N/A | N/A | N/A | N/A | N/A | N/A | T.R. Moore & Associates | Moore, Terrence | N/A | First American Title Agency | Pope, Jennifer | MIMC | Slater, Greg | |
| 00004064307 | Acre, Mark | N/A | Shadow Glen Investors | N/A | N/A | N/A | N/A | N/A | N/A | T.R. Moore & Associates | Moore, Terrence | N/A | First American Title Agency | Pope, Jennifer | MIMC | Slater, Greg | |
| 00009425349 | Acre, Mark | N/A | Shadow Glen Investors | N/A | Dynamite Customs Homes | Harry, Stephen | Harry, Linda | Axis Mortgage & Investment, LLC | Blemaster, Mike | Norris Property Consultants, Inc | Hainlen, Jon E | N/A | Old Republic Title Agency | Konieczny, Noreen | MIMC | Wil Daly | N/A |
| 00004065253 | Anderson, Marti Jo | N/A | Gannett Publishing | N/A | N/A-Vacant Lot Refi. | N/A-Vacant Lot Refi. | N/A-Vacant Lot Refi. | N/A | N/A | Appraisal Services | Rose Mohr | N/A | First American Title Agency | Penny Bailey | MIMC | Slater, Greg | |
| 00035591556 | Anderson, Marti Jo | N/A | Gannett Publishing | N/A | N/A-Vacant Lot Refi. | N/A-Vacant Lot Refi. | N/A-Vacant Lot Refi. | N/A | N/A | Diamondback Appraisal Services | William L. Brennan | N/A | Stewart Title | Deborah L. Wychkoff | MIMC | Slater, Greg | |
| 00004067948 | Woodson, Kerry | Woodson, Brandy | Southwest Greens of Florida | Thomson-West | N/A-Vacant Lot | Talking Rock Land, LLC | N/A | N/A | N/A | Benchmark Appraisals | Chad Calhoun | N/A | First American Title Agency | Lynn Wood | MIMC | Greg Slater | |
| 00004094161 | Woodson, Kerry | Woodson, Brandy | Southwest Greens of Florida | Thomson-West | N/A-Vacant Lot | Peter LaBarge | Nichelle LaBarge | N/A | N/A | Diamondback Appraisal Services | William L. Brennan | N/A | First American Title Agency | Sally D. Andrea | MIMC | Joshua Smith | N/A |
| 00004098363 | Woodson, Kerry | Woodson, Brandy | Southwest Greens of Florida | Thomson-West | N/A-Vacant Lot | Corey Christopher | N/A | N/A | N/A | Diamondback Appraisal Services | William L. Brennan | N/A | First American Title Agency | Sally D. Andrea | MIMC | Greg Slater | N/A |
| 00003897404 | Sanchez, Greg | N/A | Spark Holdings/Spark Designs, Digigroup | N/A | N/A-Vacant Lot | Talking Rock Land, LLC | N/A | N/A | N/A | Grrenhow Appraisals | Jan E. Greenhow | N/A | First American Title Agency | Toni Schmidt | MIMC | Greg Slater | |
| 00004035542 | Sanchez, Greg | N/A | Spark Design | N/A | N/A-Vacant Lot | Talking Rock Land, LLC | N/A | N/A | N/A | Perry Appraisal Services | Robert A. Perry | N/A | First American Title Agency | T. Rogers | MIMC | Jan Meyer | N/A |
| 00004038006 | Sanchez, Greg | N/A | Spark Design | N/A | N/A-Vacant Lot | Talking Rock Land, LLC | N/A | N/A | N/A | Perry Appraisal Services, Inc. | Robert A. Perry | N/A | First American Title Agency | T. Rogers | MIMC | Jan Meyer | N/A |

| Loan Number | Borrower | Co-borrower | Employer (Borrower) | Employer (Co-borrower) | Builder | Seller | Co-seller | Broker Company | Broker Contact | Appraisal Company | Appraiser | Supervisory Appraiser | Title Company | Title Contact | M&I Company | M&I Contact | M&I Exception Contact |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00004049226 | Jennett, Paul | Jennett, Lori | Ryder Truck Rental | N/A | N/A-Vacant Lot | N/A-Refinance | N/A | Wausau Mortgage Corporation | Corey Christopher | Diamond Back Appraisals | William L. Brennan | N/A | Steward Title & Trust of Phoenix | Barbara Hynd | MIMC | Mimi Winston | N/A |
| 00004194283 | P&B Enterprises | N/A | Broadstreet Mortgage | N/A | Landmark Building Consultants | William Perry | Michael & Elizabeth Blemaster | N/A | N/A | Norris Property Consultants | Scott J. Joseph | Mark A. Norris | Stewart Title | Barbara Hynd | MIMC | Mitch MacDermaid | N/A |
| 00004181490 | Blemaster, Michael | Blemaster, Elizabeth | Wausau Mortgage | N/A | N/A | N/A | N/A | Wausau Mortgage Corporation | Corey Christopher | Diamond Back Appraisals | William L. Brennan | N/A | Stewart Title | Barbara Hynd | MIMC | Mimi Winston | N/A |
| 00003756329 | Blemaster, Michael | Blemaster, Elizabeth | Axis Mortgage | West USA Realty | N/A | City View Properties, LLC | N/A | Axis Mortgage & Investment, LLC | Corey Christopher | Diamond Back Appraisals | William L. Brennan | N/A | Transnation Title | Barbara Boyer | MIMC | Wil Daly | N/A |
| 00004183195 | Westbrooks, Phillip | N/A | Chandler Regional Hospital | N/A | N/A - Vacant Lot Refi. | N/A-Refinance | N/A-Vacant Lot Refi | Altus Mortgage | Brett Nordin/Debbie Santorella | Speelman Appraisals | Bryan Speelman | N/A | First American Title Lenders Advantage | Michele Robison | MIMC | Nikkie Pruitt | N/A |
| 00004056882 | Woodward, Jason | N/A | NW Services | N/A | N/A - Vacant Lot | Talking Rock Land, LLC. | N/A | N/A | N/A | Perry Appraisal Services | Robert A. Perry | N/A | First American Title Agency | Lynn Wood | MIMC | Jan Meyer | N/A |
| 00004036763 | Woodward, Jason | N/A | NW Services | N/A | N/A - Vacant Lot | Talking Rock Land, LLC. | N/A | N/A | N/A | Perry Appraisal Services | Robert A. Perry | N/A | First American Title Agency | Lynn Wood | MIMC | Jan Meyer | N/A |
| 00003941371 | Woodward, Jason | Woodward, Julie | Alaska Airlines | Seattle University | N/A - Vacant Lot | Talking Rock Land, LLC. | N/A | N/A | N/A | Benchmark Appraisals | Chad Calhoun | N/A | First American Title Agency | Lynn Wood | MIMC | Greg Slater | N/A |
| 00009425331 | Woodward, Jason | Woodward, Julie | Alaska Airlines | Seattle University | Dynamite Custom Homes | Marion County Auto, Inc. | N/A | Axis Mortgage & Investments, LLC | Mike Blemaster | Diamondback Appraisals | Brennan, William | N/A | First American Title Agency | Carrie Charboneau | MIMC | Wil Daly | N/A |
| 00004136137 | Desmot, Larry | Desmot, Elizabeth | Alaska Airlines | Alaska Airlines | Dynamite Custom Homes | N/A | N/A | N/A | N/A | ASAP Appraisal Service | Mohr, Rode | Andrews, Mark | Old Republic Title Agency | Kerwin, Jancie | MIMC | Slater, Greg | N/A |
| 00003940722 | Desmot, Larry | Desmot, Elizabeth | Alaska Airlines | Alaska Airlines | N/A - Vacant Lot | Talking Rock Land, LLC. | N/A | N/A | N/A | N/A | Chad Calhoun | N/A | First American Title Agency | Lynn Wood | MIMC | Greg Slater | N/A |
| 00004020175 | Desmot, Larry/Elizabeth | Lopez, Armando/Jennifer | Alaska Airlines | Alaska Airlines,Country Wide Homes, Tempe Union H.S. District | N/A - Vacant Lot | Talking Rock Land, LLC. | N/A | N/A | N/A | N/A | Chad Calhoun | N/A | First American Title Agency | Lynn Wood | MIMC | Greg Slater | N/A |
| 00003758628 | Lopez, Armando | Lopez, Jennifer | Countrywide Home Loans | Tempe High School District | Dynamite Custom Homes | Superstition Mountain Properties, Inc. | N/A | Express One Mortgage, Corp. | Bill Rabold | Diamondback Appraisals | William L. Brennan | N/A | First American Title Agency | Cindy Mcgraugh | MIMC | Wil Daly | N/A |
| 00004004643 | Fisher, Scot | Fisher, Jeanine | Charter Funding | N/A | N/A | Superstition Mountain Properties, Inc. | N/A | N/A | N/A | The Hendrickson Companies, Inc. | Donald J. Hendrickson | N/A | First American Title Agency | Cindy Mcgraugh | MIMC | Greg Slater | Ryan Jones |

| OREONbr | TotalExpense |
|---|---:|
| 0981460 | 5,050.00 |
| 0982292 | 2,664.43 |
| 0982450 | 2,301.59 |
| 0982577 | 6,106.57 |
| 0982703 | 2,806.81 |
| 0982704 | 2,292.56 |
| 0982718 | 4,987.84 |
| 0982763 | 2,639.54 |
| 0982844 | 4,696.00 |
| 0982871 | 2,589.78 |
| 0982872 | 1,899.78 |
| 0982873 | 2,717.18 |
| 0982892 | 3,462.42 |
| 0982981 | 90,767.08 |
| 0983440 | 1,711.87 |
| 0984219 | 3,782.36 |
| 0984320 | 1,384.44 |
| 0984374 | 63,267.31 |
| 0985097 | 1,394.51 |
| 0985098 | 3,196.98 |
| 0985430 | 600.00 |
| 0985431 | 490.00 |
| 0985516 | 2,387.02 |
| 0985714 | 1,780.00 |
|  | 214,976.07 |