**EXHIBIT 13**
**DEFENDANTS' SENTENCING OBJECTIONS**
**Case No.  CR-12-1606-SRB**

Dynamite Custom Homes (Paxton Anderson)

| Borrower Name(s) | Loan # | Property Address | State | Foreclosure Date | Amount Owed to Bank At Time of Foreclosure | Date Resold by M&I | Resale Amount (Proceeds) | REO Expenses | Total Loss to M&I | Oreo |
|---|---|---|---|---|---|---|---|---|---|---|
| BLEMASTER, MICHAEL/ELIZABETH | 4181490 | 16802 S. 31st Way Phoenix, AZ 85048 | AZ | 12/10/08 | $300,000.00 | 09/07/10 | $63,941.30 | $3,462.42 | $232,596.28 | 0982892 |
| P&B ENTERPRISES | 4194283 | 10299 E. Windrunner Dr Scottsdale, AZ | AZ | N/A - short sale approved | | | P | | $ 913,028.00 | xxxx |

| Borrower Name(s) | Loan # | Property Address | State | Foreclosure Date | Amount Owed to Bank At Time of Foreclosure | Date Resold by M&I | Resale Amount (Proceeds) | REO Expenses | Total Loss to M&I | Oreo |
|---|---|---|---|---|---|---|---|---|---|---|
| BLEMASTER, MICHAEL/ELIZABETH | 4181490 | 16802 S. 31st Way Phoenix, AZ 85048 | AZ | 12/10/08 | $300,000.00 | 09/07/10 | $63,941.30 | $3,462.42 | $232,596.28 | |
| P&B ENTERPRISES | 4194283 | 10299 E. Windrunner Dr Scottsdale, AZ | AZ | N/A - short sale approved | | | | | | |

Last Updated: 09/13/07