**EXHIBIT 15**
**DEFENDANTS' SENTENCING OBJECTIONS**
**Case No.  CR-12-1606-SRB**



U.S. Department of Justice

United States Attorney
District of Arizona

Two Renaissance Square         Main:     (602) 514-7500
40 N. Central Ave., Suite 1200  Main Fax: (602) 514-7693
Phoenix, AZ  85004-4408

October 10, 2014

Bruce Feder, Esq.
2930 E. Camelback Rd., Ste. 160
Phoenix, AZ 85016

Joy Bertrand, Esq.
P.O. Box 2734
Scottsdale, AZ 85252-2734

Re:   *United States v. Paxton Anderson, et al.*
      CR-12-01606-PHX-SRB

Mr. Feder and Ms. Bertrand:

Enclosed is a disc containing records that detail the resale of subject properties. The records are Bates stamped 5876-5974. Please note that information could not be located for the following two properties: 1) Marti Jo Anderson, Lot 44 Talking Rock, Prescott (Loan 1556), and 2) Jeff Anderson, 14695 N. Kinishba, Prescott (Loan 0135).

Please contact me if you have any questions.

Sincerely,

JOHN S. LEONARDO
United States Attorney
District of Arizona

KEVIN M. RAPP
MONICA B. KLAPPER
Assistant United States Attorneys

Enclosures

| 32nd DISCLOSURE INDEX<br>CR-12-01606-PHX-SRB<br>*U.S. v. Paxton Anderson, et al.* |
|---|---|
| **Bates Stamp** | **Description** |
| 5876-5974 | Acre-40645 N 97th St-Resale-4296-M&I-20090321011-Affidavit.pdf |
| | Acre-41606 N 113th Place-Resale-2417-M&I-20120202745-Affidavit.pdf |
| | Acre-Lot 98-14245 E White Fang-Resale-4263-M&I-20090785043-Affidavit.pdf |
| | Bailey-Lot 273-36365 N 100th Way-Resale-M&I-2369-20090785043.pdf |
| | Blemaster-Lot 39-16802 S 31st-Resale-M&I-1490-20100769801-Affidavit.pdf |
| | Desmet-Lot 156-Resale-M&I-0175.pdf |
| | Desmet-Lot 24-Resale-M&I-0722-.pdf |
| | Hayden-7153 E Summit Trail-Resale-M&I-8285.pdf |
| | Henstein-Lot 32-37595 N 104th Pl-Resale-M&I-8285-20090785043-Affidavit.pdf |
| | Jennett-7165-E Juniper-Resale-M&I-2314.pdf |
| | Jennett-8703 E Lost Gold-Resale-M&I-9226.pdf |
| | Lombardo-3505 S Ponderosa-Resale-3125.pdf |
| | Madore-Lot 5-Deed in Lieu-M&I-0491.pdf |
| | Madore-Lot 5-Resale-M&I-0491.pdf |
| | Marti Jo-Lot 57-14252 E-Zorra Way-Resale-5253-M&I.pdf |
| | P&B Enterprises-10299 E Windrunner-Resale-M&I-4283-20090329956.pdf |
| | Rongstad-7390 E Wildflower-Resale-M&I-9215.pdf |
| | Sanchez-14485 N Centennial-Resale-M&I-7404.pdf |
| | Sanchez-Lot 141-Resale-M&I-5542.pdf |
| | Sanchez-Lot 154-Resale-M&I-8006.pdf |
| | Sandra-Lot 6-2546 S Moonlight-Resale-M&I-1623.pdf |
| | Sandra-Lot 74-14185 N Centennial-Resale-9377.pdf |
| | Wagner-3414 S Sycamore-Resale-M&I-3680.pdf |
| | Woodson-Lot 174-Resale-M&I-7948.pdf |
| | Woodson-Lot 4-Resale-M&I-4161.pdf |
| | Woodward-15125 N Third Mesa Lane-Resale-M&I-6763.pdf |
| | Woodward-15205 N Little Diamond-Resale-M&I-6882.pdf |
| | Woodward-Lot 65-5225 W Three Forks Rd-Resale-M&I-1371.pdf |