**EXHIBIT 16**
**DEFENDANTS' SENTENCING OBJECTIONS**
**Case No.  CR-12-1606-SRB**

SANOQUE CT – SANCHEZ
LAS SENDAS 38 – GUNSTEN (SOLD)
LAS SENDAS 47 – HAYDEN
FIREROCK 3 – SANCHEZ
FIREROCK 14 – DESMET (SOLD)
FIREROCK 11 – BAILEY
FIREROCK 273 – BAILEY
MIRABEL
TAPESTRY 17 – SANCHEZ (SOLD)
WILDERNESS 1 – HAMDEN (SOLD)
MIRABEL 94 – WESTBROOKS (SOLD)
DST MTN 65 – WOODWARD
MIRABEL 63 – WOODWARD
FIREROCK 35 – LABARGE (SOLD?)
COTTONWOOD 4 – LABARGE (SOLD?)
LOST GOLD 51 – LABARGE (SOLD?)
SUPERSTITION 49 – WOODWARD
SUPERSTITION 12 – LOPEZ
SUNSET 23 – LOPEZ
SUPERSTITION 42 – DEHAN
LOST GOLD 28 – HAYNIE (SOLD?)
EAGLES NEST 8 – HAYNIE (SOLD?)
PONDEROSA 24 – JOE LOMBARDO
SUNSET 24 – MIKE LOMBARDO
TALKING ROCK 79 – SANCHEZ (LOT LOAN)
TALKING ROCK 141 – SANCHEZ (LOT LOAN)
TALKING ROCK 154 – SANCHEZ/GNETZ (LOT LOAN)
TALKING ROCK 65 – WOODWARD (LOT LOAN)
TALKING ROCK 142 – WOODWARD (LOT LOAN)
TALKING ROCK 41 – CALLIHAN
TALKING ROCK 48 – FRED DIANE RAY (LAWSUIT)
TALKING ROCK 24 – DESMET (LOT LOAN)
TALKING ROCK 156 – DESMET/LOPEZ (LOT LOAN)

LS doc.
①

Paxton,

I'm just going to get straight to the point on all our projects. I'm done with Dynamite. I'm done with the lies. I'm done I hope you can separate each project by itself and not lump them together as one big deal. Please see my notes on each one below:

### FireRock Lot 3 - Sanchez
I have contacted M&I Bank and have had you replaced as my builder. Greg Slater is extremely concerned that you have taken draws of over $580,000 and there isn't even a foundation poured since we broke ground close to a year ago. As you are well aware, I am concerned too. I cannot even refi this loan that is currently due because you caused it to have an in-equity issue now. I have also changed the permit with the City of Fountain Hills taking you off of it. Greg Slater is also aware of all the forgery on the draw requests that Dynamite Custom Homes signed for. I have not signed for a single one. I have all the copies from the bank and I can get them to you if you or your attorney wish. Greg Slater nor I plan to take this up with any authorities or with anyone else at M&I Bank. He said the complications it would have on you, your company and all your deals you have with M&I would be mind boggling. I think we both can agree you have made plenty of profit on this deal and stand to make more on other deals you have without me and we just need to get on down the road without eachother. I have 100% made up my mind on this. Not changing it.

### FireRock Lot 11 - Bailey
I have signed LLC copies from Bill and myself ready for your signature. We can meet someplace to get your signature and make two copies for Bill and myself. He is aware of my decision on lot 3 and is also aware it has nothing to do with his projects.

### FireRock Lot 14 - Desmet
Larry has agreed to sign the LLC agreements but wants to see paid invoices and Dynamite's cancelled checks to all the major trades from Dynamite Custom Homes. He received a call from one of your trades saying he hasn't been paid over $26,000. Larry is concerned because you have already taken the draw regarding that trade. Joey should be able to get him those invoices within a week so it shouldn't alter our plans regarding the investors wanting to buy the home. I have given him copies of my cancelled checks totalling $78,000 for his project already. He is also aware of my decision on lot 3 and is aware it has absolutely nothing to do with this project.

### Mirabel Lot 273 - Bailey
Greg told us that he doubts he'll be able to get this refinanced. Although it made it through the first stage of loan committee, Kerry Woodson's didn't, he says he still has serious doubts it will go through. Just FYI...Bill has informed me he won't be signing any LLC agreements unless my name is on it as well, not just yours and his.

### Wildflower Lot 1 - Hayden
Blemaster just received the plans you told me he had weeks ago. Joey dropped them off a couple of days ago. Bud wants out of this deal asap. The sooner the better. If you don't have someone to replace him please let me know and I will get this taken care of. I told Bud you would be calling him directly. If this has changed, let me know.

### Ponderosa Lot 24 - Joe Lombardo
Joe no longer feels confident in you and hasn't in quite some time. He wants nothing to do with Dynamite on this project. I haven't told him anything about my decision not to do business with you. He made this decision on his own. The final straw was his phone conversation with the lender telling him that you raised the cost of his project from $725K to just under a million. He said never agreed to this and he won't be doing the deal with a builder he can't even talk to. I told him I knew nothing about the change in price.

### Ponderosa Lot 25 - Vince Adam
Vince doesn't want to build this project with Dynamite. He has told me that you can keep the $66K draw you took in return for all the working drawings, model and renderings you have done for this project. He is aware of my decision on lot 3 but I didn't talk him out of this project. In fact, I told him just the opposite. You can deal with him direct if you wish.

### Talking Rock Lot 41 - Callighan

Plany Disclosure 5051

788-003