**EXHIBIT 17**
**DEFENDANTS' SENTENCING OBJECTIONS**
**Case No.  CR-12-1606-SRB**

| - AMERICAN TITLE SERVICE, ATS, JBAR | | | | | MARICOPA, AZ | |
|---|---|---|---|---|---|---|
| 06/12/2014 02:23PM RQ5C | | INVESTIGATIVE SEARCH RESULTS | | | | PAGE 1 OF 4 |

PLANT THROUGH

JUNE 06, 2014 (Full)          INSTRUMENT: 2014-375334          JUNE 09, 2014 04:29PM

COURT HOUSE: APRIL 01, 2014

*10299 E.*
*WIND RUNNER DR*

SEARCH PARAMETERS

| LOT | HI LOT | BLOCK | PLAT | | SUB LOT | HI SUB LOT |
|---|---|---|---|---|---|---|
| 2104 | | | 607-14 | | | *#2104* |

SUBDIVISION:          DC RANCH PARCEL 5.1

SEARCH:          FROM 00/00/0000  THROUGH 99/99/9999

DISPLAY AUTO CHAIN; OVERLAPPING PROPERTY          *217-71-359*

| PARAMETER ENTERED: | | | | | | |
|---|---|---|---|---|---|---|
| LOT | HI LOT | BLOCK | PLAT | | SUB LOT | HI SUB LOT |
| 2104 | | | 607-14 | | | |

AUTO CHAIN:

    02/20/1973 SECTION 29          TOWN 4N          RANGE 5E

        0000 CREATED ARB 217 12 001

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

    06/28/1999 ARB 217 12 001

1999- 611020          CREATED ARB  217 12 001B

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

  C  01/27/2000 ARB 217 12 001

2000- 65998          CREATED ARB  217 12 001D

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

  C  01/27/2000 ARB 217 12 001B

2000- 65998          CREATED ARB  217 12 001D

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

  C  06/14/2002 ARB 217 12 001

2002- 613497          CREATED ARB  217 12 001E

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

  C  06/14/2002 ARB 217 12 001B

2002- 613497          CREATED ARB  217 12 001E

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

  C  06/14/2002 ARB 217 12 001D

2002- 613497          CREATED ARB  217 12 001E

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

  C  09/27/2002 ARB 217 12 001E

2002 - 998289          CREATED PLAT          607-14

| SEARCHED PARAMETER: | | | | | | |
|---|---|---|---|---|---|---|
| LOT | HI LOT | BLOCK | PLAT | | SUB LOT | HI SUB LOT |
| 2104 | | | 607-14 | | | |

NO OPEN ORDERS FOUND

| LOT | | BLOCK | PLAT | | SUB LOT | |
|---|---|---|---|---|---|---|
| | | | 607-14 | | | |
| RECORDED INST | INST NO. | | COMPANY FIRST PARTY | | SECOND PARTY | |
| DOLLAR AMOUNT | | YEAR FEE | ORIG INST NO. | REMARKS | | |
| 09/27/2002 PLT | 2002 - 998289 | | DC RANCH PARCEL 5 1 | | | |
| | | | 607-14 | | | |
| | | | | | FR 001E | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

  09/27/2002 PLT RAT   2002 - 998290          DC PARK DISTRICT LLC

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Date | Type | Inst No. | Code | Company First Party | Second Party |
|---|---|---|---|---|---|
| 09/27/2002 | RES | 2002 - 998291 | | DC RANCH L L C | |
| 10/09/2002 | RES CNS | 2002 - 1047407 | LT | DC PARK DISTRICT LLC | |
| | | 2002 - 998291 | | | |
| 12/20/2002 | DOT PRL | 2002 - 1378104 | | DC RANCH L L C | |
| | | 1998 - 365529 | | | |
| 12/20/2002 | DOT PRL | 2002 - 1378105 | | DC RANCH L L C | |
| | | 1999 - 1058022 | | | |
| 01/24/2003 | XGR | 2003 - 90008 | | CD RANCH L L C CORR | CITY OF SCOTTSDALE |
| 05/06/2003 | XGR | 2003 - 574396 | | SCOTTSDALE CITY | DC RANCH L L C |
| 05/13/2003 | CNS | 2003 - 606885 | | DC RANCH L L C | SCOTTSDALE CITY |
| | | 2003 - 90008 | | | |
| 07/01/2003 | NOT EAS | 2003 - 858542* | LT | BANDROWCZAK STEVEN J | |
| 05/28/2004 | NOT | 2004 - 613342 | LT | CALVIS WYANT HOMES-4 | |
| 08/18/2004 | PLT | 2004 - 962597 | | SEC 1-12 17-20 & 29-700-12 INVALID | |
| 10/22/2004 | BASE | 1399964 | LDA | | |
| 05/17/2005 | EAS | 2005 - 648017* | | DC RANCH L L C INGRESS EGRESS/ | SOUTHWEST GAS CORPOR |
| 06/08/2006 | EAS | 2006 - 775295 | LT | DC RANCH L L C / MAINTENANCE | |
| 06/14/2006 | EAS | 2006 - 802835* | LT | LANCELOT VILLAS LLC / RIGHT OF WAY/ | SCOTTSDALE CITY |
| 08/03/2006 | XGR MOD | 2006 - 1036433 | | DC RANCH L L C | SCOTTSDALE CITY |
| | | 1990 - 133973 | | | |
| 12/14/2006 | XGR MOD | 2006 - 1633564 | | DC RANCH L L C | SCOTTSDALE CITY |
| | | 1990 - 133973 | | | |
| 09/23/2008 | XGR REL | 2008 - 821967 | | SCOTTSDALE CITY | |
| | | 2003 - 574396 | | | |
| 10/15/2008 | EAS | 2008 - 888313* | | DC RANCH L L C | SOUTHWEST GAS CORPOR |
| | | 2005 - 648017 REREC RIGHT-OF-WAY/ | | | |
| 12/16/2009 | RES AMD | 2009 - 1152130 | | DC RANCH L L C | |
| | | 1996 - 868790 | | | |
| 01/31/2013 | PLT COR | 2013 - 103607 | | DC RANCH PARCEL 5 1 | |
| 05/20/2014 | RES AMD | 2014 - 328186 | | DC RANCH ASSOCIATION | |
| | | 1996 - 868791 | | | |

| LOT | BLOCK | | PLAT | SUB LOT | |
|---|---|---|---|---|---|
| 2104 | | | 607-14 | | |
| RECORDED INST | INST NO. | | COMPANY FIRST PARTY | | SECOND PARTY |
| DOLLAR AMOUNT | YEAR FEE | ORIG INST NO. | | REMARKS | |
| 11/14/2002 DED SWR | 2002 - 1208178 | LT | DC PARK DISTRICT LLC | | DC RANCH L L C |
| 11/25/2002 MIS | 2002 - 1253880 | | DC RANCH L L C | | ANTHONY HOLDINGS L L |

**- AMERICAN TITLE SERVICE, ATS, JBAR**                          **MARICOPA, AZ**
06/12/2014  02:23PM RQ5C          INVESTIGATIVE SEARCH RESULTS                          PAGE 3 OF 4

| Date | Type | Number | Code | Party 1 | Party 2 |
|---|---|---|---|---|---|
| 12/10/2002 | BASE | 607262 | LDA | | |
| 08/27/2003 | BASE | 607262 | LDA | | |
| 02/13/2004 | BASE | 1337121 | LDA | | |
| 04/08/2004 | DED SWR | 2004 - 372272 | LT | DC RANCH LLC | PERRY WILLIAM |
| 04/08/2004 | DED DIS | 2004 - 372273 | LT | PERRY NANCY E | PERRY WILLIAM R |
| 04/08/2004 | OPT | 2004 - 372274 | LT | PERRY WILLIAM | DC RANCH L L C LLC |
| 04/08/2004 | NOT | 2004 - 372275 | LT | PERRY WILLIAM | |
| 04/08/2004 | DOT $540,000 | 2004 - 372276 | LT | PERRY WILLIAM | NATIONAL BANK OF ARI |
| *12/05/2006* | *DOT REL* | *2006 - 1590109* | *2004 - 372276* | | |
| 04/08/2004 | UCC | 2004 - 372277 | | PERRY WILLIAM | NATIONAL BANK OF ARI |
| *12/05/2006* | *UCC REL* | *2006 - 1590110* | *2004 - 372277* | | |
| 05/09/2006 | BASE | 1540959 | LDA | | |
| 05/19/2006 | BASE | 1543560 | LDA | | |
| 09/08/2006 | BASE | 06310350 | SP | | |
| 09/15/2006 | DED WAR | 2006 - 1228298 | | PERRY WILLIAM | PERRY WILLIAM / |
| 10/24/2006 | OPT REL | 2006 - 1400417 | SP 2004 - 372274 | PERRY WILLIAM | DC RANCH L L C |
| 10/24/2006 | DED SWR | 2006 - 1400418 | SP | PERRY WILLIAM P / | P&B ENTERPRISES INC |
| 10/24/2006 | DOT $3,226,250 | 2006 - 1400419 | SP | P AND B ENTERPRISES | M&I MARSHALL AND ILS |
| *11/13/2008* | *STR* | *2008 - 977133* | *2006 - 1400419* | | |
| *11/13/2008* | *DOT SLE* | *2008 - 977134* | *SA   2006 - 1400419* | | |
| *05/04/2009* | *DOT REL* | *2009 - 394197* | *2006 - 1400419* | | |
| *05/05/2009* | *SLE CAN* | *2009 - 401396* | *SA   2006 - 1400419* | | |
| 10/24/2006 | DOT $852,827 | 2006 - 1400420 | SP | P&B ENTERPRISES INC | PERRY WILLIAM P / |
| *01/08/2008* | *DOT REL* | *2008 - 16644* | *SP   2006 - 1400420* | | |
| 10/25/2006 | DED SWR | 2006 - 1406837 | SP 2006 - 1400418 | PERRY WILLIAM P / REREC | P&B ENTERPRISES INC |
| 12/21/2007 | BASE | 08310001 | SP | | |
| 01/14/2008 | DOT $55,000 | 2008 - 33439 | SP | P&B ENTERPRISES INC | M&I MARSHALL & ILSLE |
| *07/22/2008* | *DOT REL* | *2008 - 635551* | *2008 - 33439* | | |
| 06/16/2008 | BASE | 08310134 | SP | | |
| 11/13/2008 | DOT SLE | 2008 - 977184 | SA 2006 - 1400419 | P AND B ENTERPRISE I | |
| 01/29/2009 | MLN $177,033 | 2009 - 75473 | | LANDMARK BUILDING CO | P & B ENTERPRISES / |
| 03/03/2009 | BASE | 08310134 | SP | | |
| 04/14/2009 | LN REL | 2009 - 329955 | EQ | P& B ENTERPRISES | |

| - AMERICAN TITLE SERVICE, ATS, JBAR | MARICOPA, AZ |
|---|---|
| 06/12/2014  02:23PM RQ5C                     INVESTIGATIVE SEARCH RESULTS | PAGE 4 OF 4 |

2009 - 75473

04/14/2009 DED WAR  2009 - 329956    EQ        P&B ENTERPRISES INC      DDW INVESTMENTS III

END SEARCH

```
CUSTOMER PROFILE - RELATED CUSTOMERS & ACCOUNTS          NEXT =    PAGE  1
                                                         10/14/09  11:36:26
    BANK 098    CUST #        390
              CUST NAME ELIZABETH BLEMASTER                   CUSTOMER CODES
                        C/O JOE JASKE                         HISTORICAL INFO
                        15831 S 13TH WAY
                        PHOENIX AZ 85048-8671

    STATUS          OPEN
    DATE OPENED     03-10-2005
    DATE CLOSED
    BRANCH          MIMC - WHOLESALE          PRIM OFFICER    DALY,WILFRID
    COST CENTER     0001902                   SEC OFFICER
                                              BIRTH
    BNK APPL  ACCOUNT NUMBER       S  OPENED     CLOSED   P RELATIONSHIP  CDTYP SRA
    098 HH                         O 03-13-05             P HH RELATED
    098 LN               490       O 05-23-06             S JOINT             100 N *
```

LAST PAGE

| A. U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT | | | B. TYPE OF LOAN | | OMB No. 2502-0265 |
|---|---|---|---|---|---|
| SETTLEMENT STATEMENT | | | 1. ☐ FHA  2. ☐ FMHA  3. ■ CONV. UNINS. | | |
| Stewart Title & Trust of Phoenix, Inc. | | | 4. ☐ VA  6. ☐ CONV. INS. | | |
| 3930 E. Ray Road #130 | | | 6. ESCROW FILE NUMBER: | | 7. LOAN NUMBER: |
| Phoenix, AZ 85044 | | | 06310350-031 BAH | | 9851122 |
| | | | 8. MORTGAGE INSURANCE CASE NUMBER: | | |

**FINAL**

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(P.O.C.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. NAME OF BORROWER: | P & B Enterprises, Inc., |
|---|---|
| ADDRESS OF BORROWER: | |
| E. NAME OF SELLER: | William Perry, Michael Blemaster and Elizabeth Blemaster |
| ADDRESS OF SELLER: | |
| F. NAME OF LENDER: | M & I Marshall and Ilsley Bank |
| ADDRESS OF LENDER: | 770 North Water Street, Milwaukee, WI 53202 |
| G. PROPERTY LOCATION: | 10299 E. Windrunner Dr #2104 Scottsdale, AZ 85255 Maricopa 217-71-359 Lot(s) 2104, of DC RANCH PARCEL 5.1, Map Book 607, Map Page 14 |
| H. SETTLEMENT AGENT: | Stewart Title & Trust of Phoenix, Inc. |
| PLACE OF SETTLEMENT: | 3930 E. Ray Road #130, Phoenix, AZ 85044 |
| I. SETTLEMENT DATE: 10/23/2006 | PRORATION DATE: 10/23/2006   FUNDING DATE: |

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| **100. Gross Amount Due From Borrower:** | | **400. Gross Amount Due To Seller:** | |
| 101. Contract Sales Price | 1,400,000.00 | 401. Contract Sales Price | 1,400,000.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to Borrower (line 1400) | 56,139.24 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments For Items Paid By Seller In Advance: | | Adjustments For Items Paid By Seller In Advance: | |
| 106. City/Town Taxes | | 406. City/Town Taxes | |
| 107. County Taxes 10/23/06-01/01/07 | 837.22 | 407. County Taxes 10/23/06-01/01/07 | 837.22 |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 113. CLA Account | 2,413,014.00 | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| 120. Gross Amount Due from borrower: | 3,869,990.46 | 420. Gross Amount Due to Seller | 1,400,837.22 |
| **200. Amounts Paid by or in behalf of Borrower:** | | **500. Reductions In Amount Due To Seller:** | |
| 201. Deposit or earnest money | | 501. Excess deposit (see Instructions) | |
| 202. Principal amount of new loan(s) | 3,226,250.00 | 502. Settlement charges to Seller (line 1400) | 7,263.98 |
| 203. Existing loan(s) subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | 540,745.73 |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. Seller Carryback | 852,827.51 | 509. Seller Carryback | 852,827.51 |
| Adjustments For Items Unpaid By Seller: | | Adjustments For Items Unpaid By Seller: | |
| 210. City/Town Taxes | | 510. City/Town Taxes | |
| 211. County Taxes | | 511. County Taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. Total Paid By/For Borrower | 4,079,077.51 | 520. Total Reductions in Amount Due Seller | 1,400,837.22 |
| **300. Cash at Settlement from/to Borrower:** | | **600. Cash at Settlement to/from Seller:** | |
| 301. Gross amount due from Borrower (line 120) | 3,869,990.46 | 601. Gross amount due to Seller (line 420) | 1,400,837.22 |
| 302. Less amount paid by/for Borrower (line 220) | 4,079,077.51 | 602. Less reductions in amount due Seller (line 52 | 1,400,837.22 |
| 303. Cash TO Borrower: | 209,087.05 | 603. Cash TO/FROM Seller: | 0.00 |

Printed by Barbara Hynd on 10/24/2006 at 10:25:52 AM

1C072-000002

ESCROW FILE NUMBER: 08310350-031 BAH                                  OMB No. 2502-0265

**L. SETTLEMENT CHARGES:**

| 700. Total Sales/Broker's Commission! | | Paid from Borrower's Funds at Settlement | Paid from Seller's Funds at Settlement |
|---|---|---|---|
| Based on Price $1,400,000.00 @ % =          0.00 | | | |
| Division of Commission (line 700) follows: | | | |
| 701. $          0.00 to | | | |
| 702. $          0.00 to | | | |
|        $          0.00 to | | | |
| 703. Commission paid at settlement | | | |
| 704. | | | |
| **800. Items Payable In Connection With Loan:** | | | |
| 801. Loan Origination Fee | | | |
| 802. Loan Discount Fee 1.5% to M & I Marshall and Ilsley Bank | | 46,393.75 | |
| 803. Appraisal Fee to Norris Property Consultants | | 2,500.00 | |
| 804. Credit Report to Landsafe | | 32.99 | |
| 805. Lenders Inspection Fee to M & I Marshall and Ilsley Bank | | 1,080.00 | |
| 806. Mortgage Insurance Application Fee | | | |
| 807. Assumption Fee | | | |
| 808. Processing Fee to M & I Marshall and Ilsley Bank | | 430.00 | |
| 809. Document Preparation Fee to M & I Marshall and Ilsley Bank | | 95.00 | |
| 810. Tax Service Fee to First American Real Estate | (Lender $61.00 POC) | | |
| 811. Flood Certification Fee to First American Flood Data | (Lender $21.00 POC) | | |
| **900. Items Required By Lender To Be Paid In Advance:** | | | |
| 901. Interest | | | |
| 902. Mortgage Insurance Premium | | | |
| 903. Hazard Insurance Premium | | | |
| 904. | | | |
| 905. | | | |
| **1000. Reserves Deposited With Lender:** | | | |
| 1001. Hazard Insurance | | | |
| 1002. Mortgage Insurance | | | |
| 1003. City Property Taxes | | | |
| 1004. County Property Taxes | | | |
| 1005. Annual Assessments | | | |
| 1006. | | | |
| 1007. | | | |
| 1008. Aggregate Adjustment   months @$ | | 0.00 | |
| **1100. Title Charges:** | | | |
| 1101. Settlement or closing fee to Stewart Title & Trust of Phoenix, Inc. | | 515.50 | 515.50 |
| 1102. Abstract or title search | | | |
| 1103. Title examination | | | |
| 1104. Title Insurance binder | | | |
| 1105. Document preparation | | | |
| 1106. Notary Fees | | | |
| 1107. Attorney's Fees | | | |
|        (Includes above item numbers: ) | | | |
| 1108. Title Insurance | | | |
|        (Included above item numbers: ) | | | |
| 1109. Lender's coverage $  3,226,250.00 to Stewart Title & Trust of Phoenix, Inc. | | 2,667.00 | |
| 1110. Owner's coverage $  1,400,000.00 to Stewart Title & Trust of Phoenix, Inc. | | | 2,336.00 |
| 1111. 8.1, ARM, Foundation to Stewart Title & Trust of Phoenix, Inc. | | 300.00 | |
| 1112. Reconveyance/Tracking to Stewart Title & Trust of Phoenix, Inc. | | | 25.00 |
| 1113. Fed Ex to Stewart Title & Trust of Phoenix, Inc. | | 80.00 | 20.00 |
| **1200. Government Recording and Transfer Charges:** | | | |
| 1201. Recording Fees: Deed$      15.00  Mortgage $      30.00  Release $      2.00 | | 45.00 | 2.00 |
| 1202. City/County tax/stamps | | | |
| 1203. State tax/stamps | | | |
| 1204. City Transfer Tax | | | |
| 1205. County Transfer Tax | | | |
| 1206. | | | |
| 1207. | | | |
| **1300. Additional Settlement Charges:** | | | |
| 1301. Survey | | | |
| 1302. Pest Inspection | | | |
| 1303. Full year 2006 to Maricopa County Treasurer | | | 4,365.48 |
| 1304. | | | |
| 1305. | | | |
| 1306. | | | |
| 1307. | | | |
| 1400. Total Settlement Charges (Enter on line 103,Section J -and- line 502, Section K) | | 56,139.24 | 7,263.98 |

Hudc.rpt (01/20/2006)                                      Printed by Barbara Hynd on 10/24/2006 at 10:25:52 AM

1C072-000003

ESCROW FILE NUMBER:     06310350-031  BAH

OMB No. 2502-0265

## BREAKDOWN OF NEW LOANS

| Description | Buyer Amount | Seller Amount |
|---|---|---|
| M & I Marshall and Ilsley Bank, 770 North Water Street, Milwaukee, WI 53202, Loan# 98511 | 3,226,250.00 | |
| Total of New Loans. | 3,226,250.00 | |

ESCROW FILE NUMBER:   06310350-031  BAH                                    OMB No. 2502-0265

## BREAKDOWN OF PAYOFF ON HUD line 504

Payoff to:      National Bank of Arizona          Loan #:   441121 0901
                Payoff Dept.
                6001 N. 24th St. AZ 7010
                Phoenix, AZ   85016

| Description | Amount |
|---|---|
| Principal Balance | 537,586.48 |
| Interest | 3,159.25 |
| Total Payoff | 540,745.73 |

Total as shown on HUD line #504.                              540,745.73

1C072-000005



# BANK

M&I Marshall and Ilsley Bank
11548 W Theodore Trecker Way
West Allis WI 53227
mibank.com

04/03/2009

P&B ENTERPRISES INC
16402 S 29TH AVE
PHOENIX AZ 85045

Attention: William Perry, Michael Blemaster and Elizabeth Blemaster

Re:     Customer Name:          P&B ENTERPRISES INC
        Account Number:
        Collateral Address:



Dear Mr. Perry, Mr. and Mrs. Blemaster:

M&I Bank agrees to accept a Contract Sales Price for $2,350,000.00 in addition to a settlement in the amount of $30,000.00 and acknowledge that P&B Enterprise will be selling the Silverleaf golf membership at or before closing for the release of its lien on the above referenced property. This offer is subject to the following terms and conditions. **If any of the following terms and conditions are not satisfied exactly as specified below, M&I Bank will revoke this offer and will not provide a release of its lien.**

1.  The payment M&I Bank has agreed to accept shall be proceeds from the sale of the property in an "arms length" transaction, with there being no personal, family or business relationships between the buyer and seller.

2.  The closing on the sale of the property must occur on or before April 30th, 2009.

3.  Neither the buyer nor seller shall receive any cash at settlement.

4.  If at the time of settlement the purchase contract sales price as shown on lines 101 and 401 of the HUD1 settlement statement is greater than the contract sales price stated above, all of the increase in the contract sales price shall be paid to M&I Bank to the extent required to satisfy all remaining unpaid amounts secured by the lien on the above referenced property.

5.  The final HUD1 settlement statement must be sent via fax to 414-302-2430 at least two days prior to closing for final review and approval by M&I Bank.

6.  On or before April 30th, 2009 M&I Bank must receive the following:

    a.  A payment in the amount of not less than $2,350,000.00(or net to bank per final HUD once received) plus $50,000.00 from the net proceeds of the Silverleaf golf membership and all of the additional amount resulting from the increase in the contract sales price as compared to the contract sales price stated above, if any, wired to M&I Bank in accordance with the instructions provided below.
    b.  A copy of the final  HUD1 settlement statement signed by the parties to the transaction and delivered to the address listed below (this final HUD1 must match of the HUD1 previously faxed to, reviewed and approved by M&I Bank with respect to the contract sales price and reflect that no cash has been distributed to either the buyer or seller); and
    c.  A copy of this letter signed by the customer(s) named above, delivered to the address listed below.



| <u>Mailing address for documents</u> | <u>Wire Instructions</u> |
| --- | --- |

M&I Marshall & Ilsley Bank
11548 W. Theodore Trecker Way
West Allis, WI 53227
Attn: Mashandi Robinson

M&I Marshall & Ilsley Bank, Milwaukee, WI – ABA #075000051
Credit to M&I Bank Transfer Account #24103937
Further credit to: P&B ENTERPRISES INC, 098-4194283-40000

**NOTE:**
**This amount is for the release of the Bank's interest in the Collateral Property only and is**
**less than the full amount due under the Loan. The Bank, however, agrees to forgive any**
**deficiency balances still owing under the terms of the original Loan Documents and the**
**Borrower is no longer responsible for the debt.**

Please be aware that the Banks' acceptance of a Settlement is reported to various credit reporting agencies
and may have an adverse affect on your credit rating. Please also be aware that forgiveness of debt may
have tax ramifications per various IRS and state agencies. Contact your tax advisor regarding any tax
questions you may have.

If you have any questions about the terms of this offer please contact me at the phone number listed below.

Sincerely,

Mashandi Robinson
Loss Mitigation Negotiator
(414)302-6518

The offer contained in this letter must be accepted exactly as presented herein with no changes in any
manner. The undersigned has read, understands and accepts the terms of the offer contained herein.

| | | |
| --- | --- | --- |
| _____ | _____ | _____ _____ |
| William Perry | Date | Michael Blemaster            Date |
| | | |
| _____ | _____ | New Phone Number: _____ |
| Elizabeth Blemaster | Date | Date |
| | | New Mailing Address: _____ |
| | | _____ |

Anderson-004647

| A. U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT | B. TYPE OF LOAN | | OMB No. 2502-0265 |
|---|---|---|---|

SETTLEMENT STATEMENT

| | | |
|---|---|---|
| 1. ☐ FHA | 2. ☐ FMHA | 3. ☐ CONV. UNINS. |
| 4. ☐ VA | 5. ☐ CONV. INS. | |

Equity Title Agency, Inc.
3125 E. Lincoln Drive
Phoenix, AZ 85016

6. ESCROW FILE NUMBER:    7. LOAN NUMBER:
   02409757-024  KS

8. MORTGAGE INSURANCE CASE NUMBER:

**ESTIMATED - Figures subject to change**

C. NOTE:  This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(P.O.C.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

D. NAME OF BORROWER:    DDW INVESTMENTS III, LLC

ADDRESS OF BORROWER:    1030 N. CENTER PARKWAY
                        KINNEWICK, WA 99336

E. NAME OF SELLER:      P&B ENTERPRISES, INC.

ADDRESS OF SELLER:

F. NAME OF LENDER:
ADDRESS OF LENDER:

G. PROPERTY LOCATION:   10299 E. WINDRUNNER DR.
                        SCOTTSDALE, AZ  85255
                        MARICOPA 217-71-359
                        Lot(s)  2104, of DC RANCH PARCEL 5.1, Map Book  607, Map Page  14

H. SETTLEMENT AGENT:    Equity Title Agency, Inc.
   PLACE OF SETTLEMENT:  3125 E. Lincoln Drive, Phoenix, AZ 85016

| I. SETTLEMENT DATE: 04/17/2009 | PRORATION DATE: | FUNDING DATE: |
|---|---|---|
| | | DISBURSE DATE: |

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| **100. Gross Amount Due From Borrower:** | | **400. Gross Amount Due To Seller** | |
| 101. Contract Sales Price | 2,350,000.00 | 401. Contract Sales Price | 2,350,000.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to Borrower (line 1400) | 6,389.00 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments For Items Paid By Seller In Advance: | | Adjustments For Items Paid By Seller In Advance: | |
| 106. City/Town Taxes | | 406. City/Town Taxes | |
| 107. County Taxes | | 407. County Taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| 120. Gross Amount Due from borrower: | 2,356,389.00 | 420. Gross Amount Due to Seller | 2,350,000.00 |
| **200. Amounts Paid by or in behalf of Borrower:** | | **500. Reductions in Amount Due To Seller** | |
| 201. Deposit or earnest money | 100,000.00 | 501. Excess deposit (see instructions) | |
| 202. | | 502. Settlement charges to Seller (line 1400) | 219,041.83 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. See Addendum | 2,129,764.61 |
| 205. | | 505. See Addendum | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments For Items Unpaid By Seller: | | Adjustments For Items Unpaid By Seller: | |
| 210. City/Town Taxes | | 510. City/Town Taxes | |
| 211. County Taxes 01/01/09 - 04/17/09 | 1,193.56 | 511. County Taxes 01/01/09-04/17/09 | 1,193.56 |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. Total Paid By/For Borrower | 101,193.56 | 520. Total Reductions in Amount Due Seller | 2,350,000.00 |
| **300. Cash at Settlement from/to Borrower:** | | **600. Cash At Settlement to/from Seller** | |
| 301. Gross amount due from Borrower (line 120) | 2,356,389.00 | 601. Gross amount due to Seller (line 420) | 2,350,000.00 |
| 302. Less amount paid by/for Borrower (line 220) | 101,193.56 | 602. Less reductions in amount due Seller (line 520) | 2,350,000.00 |
| 303. Cash FROM Borrower: | 2,255,195.44 | 603. Cash FROM Seller: | 0.00 |

ESCROW FILE NUMBER:    02409757-024  KS

OMB No. 2502-0265

## L. SETTLEMENT CHARGES:

| 700. Total Sales/Broker's Commission: | | Paid from Borrower's Funds at Settlement | Paid from Seller's Funds at Settlement |
|---|---|---|---|
| Based on Price $2,350,000.00 @ 4.5% =   105,750.00 | | | |
| Division of Commission (line 700) follows: | | | |
| 701. $   35,250.00  to COLDWELL BANKER RES. BROKERAGE | | | |
| 702. $   70,500.00  to MONTEBELLO FINE PROPERTIES | | | |
| $       0.00  to | | | |
| 703. Commission paid at settlement | | | 105,750.00 |
| 704. | | | |
| **800. Items Payable In Connection With Loan:** | | | |
| 801. Loan Origination Fee | | | |
| 802. Loan Discount Fee | | | |
| 803. Appraisal Fee | | | |
| 804. Credit Report | | | |
| 805. Lenders Inspection Fee | | | |
| 806. Mortgage Insurance Application Fee | | | |
| 807. Assumption Fee | | | |
| 808. | | | |
| 809. | | | |
| 810. | | | |
| 811. | | | |
| **900. Items Required By Lender To Be Paid In Advance:** | | | |
| 901. Interest | | | |
| 902. Mortgage Insurance Premium | | | |
| 903. Hazard Insurance Premium | | | |
| 904. | | | |
| 905. | | | |
| **1000. Reserves Deposited With Lender:** | | | |
| 1001. Hazard Insurance | | | |
| 1002. Mortgage Insurance | | | |
| 1003. City Property Taxes | | | |
| 1004. County Property Taxes | | | |
| 1005. Annual Assessments | | | |
| 1006. | | | |
| 1007. | | | |
| 1008. AGGREGATE ADJUSTMENT   months @$ | | 0.00 | |
| **1100. Title Charges:** | | | |
| 1101. Settlement or closing fee to Equity Title Agency, Inc. | | 545.00 | 545.00 |
| 1102. Abstract or title search | | | |
| 1103. Title examination | | | |
| 1104. Title insurance binder | | | |
| 1105. Document preparation | | | |
| 1106. Notary Fees | | | |
| 1107. Attorney's Fees | | | |
| (includes above item numbers: ) | | | |
| 1108. Title Insurance | | | |
| (included above item numbers: ) | | | |
| 1109. Lender's Coverage | | | |
| 1110. Owner's coverage $  2,350,000.00  to Equity Title Agency, Inc. | | 5,324.00 | |
| 1111. | | | |
| 1112. OVERNIGHT FEES to Equity Title Agency, Inc. | | 50.00 | 50.00 |
| 1113. RECONVEYANCE TRACKING to Equity Title Agency, Inc. | | | 75.00 |
| 1114. WIRE FEE to Equity Title Agency, Inc. | | | 30.00 |
| **1200. Government Recording and Transfer Charges:** | | | |
| 1201. Recording Fees: Deed$     20.00  Mortgage $  Release $ | | 20.00 | |
| 1202. City/County tax/stamps | | | |
| 1203. State tax/stamps | | | |
| 1204. City Transfer Tax | | | |
| 1205. County Transfer Tax | | | |
| 1206. AFFIDAVIT OF PROPERTY VALUE to Equity Title Agency, Inc. | | | 2.00 |
| 1207. | | | |
| **1300. Additional Settlement Charges:** | | | |
| 1301. Survey | | | |
| 1302. Pest Inspection | | | |
| 1303. 2ND 1/2 2008 TAXES to MARICOPA COUNTY TREASURER | | | 2,054.95 |
| 1304. LIEN PAYOFF to LANDMARK BUILDERS | | | 108,831.00 |
| 1305. WORKING CAPITAL FEE to DC RANCH ASSOCIATION | | 300.00 | |
| 1306. TRANSFER FEE to DC RANCH ASSOCIATION | | 150.00 | |
| 1307. CURRENT BALANCE to DC RANCH ASSOCIATION | | | 1,703.88 |
| 1400. Total Settlement Charges (Enter on line 103,Section J -and- line 502, Section K) | | 6,389.00 | 219,041.83 |

*[handwritten notations across 700 section: "4/10/09", "per Diane V.", "Rodd d", "old invoice", "hur to 4.5 %"]*

ESCROW FILE NUMBER:    02409757-024  KS

OMB No. 2502-0265

**BREAKDOWN OF PAYOFF ON HUD line 504.**

Payoff to:      M&I BANK                          Loan #:

| Description | Amount |
|---|---|
| Principal Balance | 2,129,764.61 |
| Total Payoff | 2,129,764.61 |

Total as shown on HUD line #504.          2,129,764.61

Anderson-004644

ESCROW FILE NUMBER:     02409757-024  KS

OMB No. 2502-0265

**HUD-1 Settlement Statement Certification**

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction.  I further certify that I have received a copy of the HUD-1 Settlement Statement.

**Buyers Signatures:**

**Sellers Signatures:**

DDW INVESTMENTS III, LLC

P&B ENTERPRISES, INC.

To the best of my knowledge, the HUD-1 Settlement Statement which I have prepared is a true and accurate account of the funds which were received and have been or will be disbursed by the undersigned as part of the settlement of this transaction.

**Settlement Agent:**

Equity Title Agency, Inc.

Date:

WARNING: It is a crime to knowingly make false statements to the United States on this or any similar form.  Penalties upon conviction can include a fine and imprisonment.  For details see: Title 18 U.S. Code Section 1001 and Section 1010.

Anderson-004645

OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL
20090394197  05/04/2009  09:42
ELECTRONIC RECORDING

COURTESY RECORDING
NO TITLE LIABILITY

0409757

02409757A-1-1-1--
sarabiam

WHEN RECORDED, MAIL TO:
P&B ENTERPRISES INC
C/O FIRST HOUSTON MTG
16402 S 29TH AVE
PHOENIX AZ 85045-2286

## DEED OF RELEASE OF LIEN

WHEREAS, the Deed of Trust, EXECUTED BY P AND B ENTERPRISES INC, M&I MARSHALL & ILSLEY BANK, Trustee, Dated October 19, 2006 and recorded October 24, 2006 in Document No.20061400419, of Official Records in the Office of the County Recorder of MARICOPA County, Arizona, has been fully released.

NOW THEREFORE, the present Trustee under said Deed of Trust does hereby release all it's rights, title, and interests in the above-described Deed of Trust. The real estate, which is subject to the Deed of Trust, is described as follows:

LOT 2104, DC RANCH PARCEL 5.1, ACCORDING TO BOOK 607 OF MAPS, PAGE 14, RECORDS OF MARICOPA COUNTY, ARIZONA

Dated this 23rd day of April, 2009

M&I MARSHALL & ILSLEY BANK

BY _____
Cindy Michalovitz, Loan Services Officer

ATTEST: _____
Matthew Plotz, Team Leader

STATE OF WISCONSIN      )
                        )SS.
County of  Waukesha     )

This instrument was acknowledged by Cindy Michalovitz, Loan Services Officer and Matthew Plotz, Team Leader, as authorized signors of M&I Marshall & Ilsley Bank, before me this 23rd day of April 2009.

Acct No.: 098-xxxx4283--40000  cc001602      _____
                                              Chris Stanke, Notary Public
                                              My commission will expire October 23, 2011.

SECURITY TITLE AGENCY

OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL
20090401396  05/05/2009  04:24
ELECTRONIC RECORDING

When recorded return to:

Larry O. Folks
C/O FOLKS & O'CONNOR, PLLC
Suite 1140
1850 N. Central Ave.
Phoenix, AZ 85004

140974097C-2-1-1--
sarabiam

14-74097

## CANCELLATION OF NOTICE OF SALE

TRUSTEE SALE NO: P&B Enterprises
Loan Number: 098-00004194283-40000

    The undersigned hereby cancels the Notice of Sale recorded
November 13, 2008 in Instrument No. 2008-0977134, of Maricopa
County, Arizona, on real property legally described as:

    SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF

    Which notice of sale refers to a Trust Deed executed by
P and B Enterprise Inc, an Arizona corporation, as Trustor(s),
in which M & I Marshall & Ilsley Bank is named Beneficiary, and
M&I Marshall & Ilsley Bank, an Arizona Corporation, as Trustee,
and recorded October 24, 2006, in Instrument No. 2006-1400419,
Records of Maricopa County, Arizona.

Dated April 23, 2009

                                    Larry O. Folks

STATE OF ARIZONA        )
                        ) ss.
County of MARICOPA      )

SUBSCRIBED, SWORN TO AND ACKNOWLEDGED before me April 23, 2009,
by Larry O. Folks, Esq., A MEMBER OF THE STATE BAR OF ARIZONA.

WITNESS my hand and official seal.

My commission expires 12/03/2010

                                    Jennifer Menges
                                    NOTARY PUBLIC

JENNIFER MENGES
Notary Public - Arizona
Maricopa County
My Commission Expires
December 03, 2010

P&B Enterprises     EXHIBIT "A"~ Legal Description

Lot 2104, DC Ranch Parcel 5.1, according to Book 607 of
Maps, Page 14, records of Maricopa County, Arizona;
EXCEPT all uranium, thorium or any other material which is
or may be determined to be peculiarly essential to the
production of fissionable materials whether or not of
commercial value as reserved in the patent of said land.