**EXHIBIT 19**
**DEFENDANTS' SENTENCING OBJECTIONS**
**Case No.  CR-12-1606-SRB**

| - AMERICAN TITLE SERVICE, ATS, MERG | | MARICOPA, AZ |
|---|---|---|
| 07/21/2014 11:06AM Y5R8 | INVESTIGATIVE SEARCH RESULTS | PAGE 1 OF 3 |

**PLANT THROUGH**

JULY 16, 2014 (Full)   **INSTRUMENT: 2014-467461**   JULY 16, 2014 04:59PM

**COURT HOUSE: MAY 28, 2014**

**SEARCH PARAMETERS**

**PARCEL: 300-05-683**
CROSS REFERENCE SUCCESSFUL

| LOT | HI LOT | BLOCK | PLAT | SUB LOT | HI SUB LOT |
|---|---|---|---|---|---|
| 39 | | | 662-43 | | |

SUBDIVISION:                   FOOTHILLS 80 A PLANNED RESIDENTIAL DEVELOPMENT
SEARCH:                        FROM 00/00/0000   THROUGH 99/99/9999
DISPLAY AUTO CHAIN; OVERLAPPING PROPERTY
MATCHED CROSS REFERENCE LEGAL

| PARAMETER ENTERED: | | | | | |
|---|---|---|---|---|---|
| LOT | HI LOT | BLOCK | PLAT | SUB LOT | HI SUB LOT |
| 39 | | | 662-43 | | |

**AUTO CHAIN:**

| | Date | Description | | | | |
|---|---|---|---|---|---|---|
| | 07/09/1975 | SECTION 35 | TOWN 1S | RANGE 2E | NW | |
| | 0000 | CREATED ARB | 300 05 003A | | | |
| | 07/09/1975 | SECTION 35 | TOWN 1S | RANGE 2E | NESW | |
| | 0000 | CREATED ARB | 300 05 004A | | | |
| | 07/09/1975 | SECTION 35 | TOWN 1S | RANGE 2E | SESW | |
| | 0000 | CREATED ARB | 300 05 005 | | | |
| | 10/15/1985 | ARB 300 05 003A | | | | |
| | 1985- 488866 | CREATED ARB | 300 05 005A | | | |
| | 10/15/1985 | ARB 300 05 004A | | | | |
| | 1985- 488866 | CREATED ARB | 300 05 005A | | | |
| | 10/15/1985 | ARB 300 05 005 | | | | |
| | 1985- 488866 | CREATED ARB | 300 05 005A | | | |
| | 10/22/1990 | ARB 300 05 005A | | | | |
| | 1990- 471533 | CREATED ARB | 300 05 005B | | | |
| C | 12/10/2003 | ARB 300 05 003A | | | | |
| | 2003 - 1676383 | CREATED PLAT | 662-43 | | | |
| C | 12/10/2003 | ARB 300 05 004A | | | | |
| | 2003 - 1676383 | CREATED PLAT | 662-43 | | | |
| C | 12/10/2003 | ARB 300 05 005 | | | | |
| | 2003 - 1676383 | CREATED PLAT | 662-43 | | | |
| C | 12/10/2003 | ARB 300 05 005A | | | | |
| | 2003 - 1676383 | CREATED PLAT | 662-43 | | | |
| C | 12/10/2003 | ARB 300 05 005B | | | | |
| | 2003 - 1676383 | CREATED PLAT | 662-43 | | | |

| - AMERICAN TITLE SERVICE, ATS, MERG | | | | | | MARICOPA, AZ |
|---|---|---|---|---|---|---|
| 07/21/2014 11:06AM Y5R8 | | | INVESTIGATIVE SEARCH RESULTS | | | PAGE 2 OF 3 |

**SEARCHED PARAMETER:**

| LOT | HI LOT | BLOCK | PLAT | SUB LOT | HI SUB LOT |
|---|---|---|---|---|---|
| 39 | | | 662-43 | | |

NO OPEN ORDERS FOUND

| LOT | BLOCK | PLAT | SUB LOT | | |
|---|---|---|---|---|---|
| | | 662-43 | | | |
| RECORDED | INST | INST NO. | COMPANY | FIRST PARTY | SECOND PARTY |
| DOLLAR AMOUNT | | YEAR FEE | ORIG INST NO. | REMARKS | |
| 12/10/2003 | PLT | 2003 - 1676383 | | FOOTHILLS 80 A PLANN | |
| | | | | 662-43 | |
| | | | | | FR 003A |
| 12/10/2003 | PLT | 2003 - 1676383 | | FOOTHILLS 80 A PLANN | |
| | | | | 662-43 | |
| | | | | | FR 004A |
| 12/10/2003 | PLT | 2003 - 1676383 | | FOOTHILLS 80 A PLANN | |
| | | | | 662-43 | |
| | | | | | FR 005 |
| 12/10/2003 | PLT | 2003 - 1676383 | | FOOTHILLS 80 A PLANN | |
| | | | | 662-43 | |
| | | | | | FR 005A |
| 12/10/2003 | PLT | 2003 - 1676383 | | FOOTHILLS 80 A PLANN | |
| | | | | 662-43 | |
| | | | | | FR 005B |
| 01/22/2004 | RES | 2004 - 65559 | | CALABREA DEVELOPMENT | |
| 05/18/2004 | PLT | 2004 - 550667 | | FOOTHILLS 80 MAP OF | |
| | | | | 685-50 INVALID | |
| 06/04/2004 | RES AMD | 2004 - 633101 | | CALABREA HOMEOWNERS | |
| | | | 2004 - 65559 | | |
| 08/23/2005 | NOT HOA | 2005 - 1216058 | | CALABREA HOMEOWNERS | KACHINA MANAGEMENT I |
| | | | 2004 - 65559 | | |
| 06/01/2006 | PLT COR | 2006 - 743257 | | FOOTHILLS 80 | |

| LOT | BLOCK | PLAT | SUB LOT | | |
|---|---|---|---|---|---|
| 39 | | 662-43 | | | |
| RECORDED | INST | INST NO. | COMPANY | FIRST PARTY | SECOND PARTY |
| DOLLAR AMOUNT | | YEAR FEE | ORIG INST NO. | REMARKS | |
| 12/12/2003 | DED WAR | 2003 - 1683401 | | FOOTHILLS FORTY / | FOOTHILLS FORTY |
| 01/09/2004 | DED SWR | 2004 - 24134 | SA | FOOTHILLS FORTY | CALABREA DEVELOPMENT |
| 01/09/2004 | DOT | 2004 - 24135 | SA | CALABREA DEVELOPMENT | FOOTHILLS FORTY |
| $4,735,000 | | | | | |
| 06/14/2004 | EAS | 2004 - 669323 | | CALABREA DEVELOPMENT | SALT RIVER PROJECT A |
| | | | | PUBLIC UTILITIES POWER | |
| 09/13/2004 | DED WAR | 2004 - 1066043 | SA | CALABREA DEVELOPMENT | DEGENNARO GARY |
| 09/13/2004 | DED WAR | 2004 - 1066044 | SA | DEGENNARO GARY | BLEMASTER MICHAEL |

Case 2:12-cr-01606-SRB   Document 316-20   Filed 12/09/14   Page 4 of 15

| - AMERICAN TITLE SERVICE, ATS, MERG | | | | | MARICOPA, AZ |
|---|---|---|---|---|---|
| 07/21/2014 11:06AM Y5R8 | | | INVESTIGATIVE SEARCH RESULTS | | PAGE 3 OF 3 |

| Date | Type | Doc # | Code | Name 1 | Name 2 |
|---|---|---|---|---|---|
| 09/13/2004 | DOT $860,868 | 2004 - 1066045 | SA | BLEMASTER MICHAEL R | FIRST INDIANA BANK N |
| 07/07/2005 | DOT ASN | 2005 - 933669 | 2004 - 1066045 | | |
| 08/18/2006 | DOT REL | 2006 - 1104135 | 2004 - 1066045 | | |
| 09/13/2004 | DOT $9,960 | 2004 - 1066046 | SA | BLEMASTER MICHAEL | CALABREA DEVELOPMENT |
| 06/28/2006 | DOT REL | 2006 - 868859 | SP   2004 - 1066046 | | |
| 06/22/2005 | DOT PRL | 2005 - 852494 | | CALABREA DEVELOPMENT 2004 - 24135 | |
| 04/21/2006 | BASE | 06310191 | SP | | |
| 05/17/2006 | DOT $300,000 | 2006 - 668051 | SP | BLEMASTER MICHAEL | M&I MARSHALL AND ILS |
| 09/09/2008 | STR | 2008 - 781597 | 2006 - 668051 | | |
| 09/09/2008 | DOT SLE | 2008 - 781598 | SA   2006 - 668051 | | |
| 05/24/2006 | AFF ERR | 2006 - 705404A* | | ALLEN CONSULTING ENG | |
| 06/04/2007 | DOT PRL | 2007 - 644664 | SA | CALABREA DEVELOPMENT 2004 - 24135   REREC | |
| 06/05/2007 | DOT PRL | 2007 - 652188 | SA | CALABREA DEVELOPMENT 2004 - 24135   REREC | |
| 04/03/2008 | LN $738 | 2008 - 293684 | | CALABREA HOMEOWNERS | BLEMASTER MICHAEL |
| 06/16/2008 | BASE | 08310133 | SP | | |
| 09/09/2008 | DOT SLE | 2008 - 781598* | SA   2006 - 668051 | BLEMASTER MICHAEL | |
| 12/15/2008 | DED TRS | 2008 - 1057300 | SA   2006 - 668051 | FOLKS LARRY O | M&I MARSHALL AND ILS |
| 06/22/2010 | BASE | 10100428 | SP | | |
| 08/16/2010 | BASE | 10100545 | SP | | |
| 08/18/2010 | BASE | 45001974 | GC | | |
| 09/07/2010 | DED SWR | 2010 - 769801 | GC | M&I MARSHALL & ILSLE | BRIAN K SIEVER & MAR |

**END SEARCH**

```
CUSTOMER PROFILE - RELATED CUSTOMERS & ACCOUNTS        NEXT =    PAGE   1
                                                       10/14/09  11:35:33
BANK 098    CUST # 00004911386
            CUST NAME  MICHAEL BLEMASTER
                       C/O JOY JASKE                   REMARKS
                                                       CUSTOMER CODES
                                                       HISTORICAL INFO

STATUS          OPEN
DATE OPENED     03-10-2005
DATE CLOSED
BRANCH          MIMC - WHOLESALE         PRIM OFFICER   DALY,WILFRID
COST CENTER     0001902                  SEC OFFICER    GOWAN,JENNIFER
                                         BIRTH          11-27-1968
BNK APPL  ACCOUNT NUMBER       S  OPENED    CLOSED   P RELATIONSHIP  CDTYP SRA
098 HH    0503130000019560     O  03-13-05           S HH RELATED
098 LN    00004181490          O  05-23-06           P JOINT          100  N *
098 LN    00004194283          O  11-01-06           S JOINT          100  N
098 TRHST 000000794532         C  11-21-05 12-14-06  P EXTENDED HSTR
```

LAST PAGE

# Account #4181490

Blemaster Michael/Elizab
4181490-40000 Note

41 items: Life-to-date beginning 05/16/2006

| Effective / Posted | Type | Amount | Principal | Interest | Balance | Part or Fee |
|---|---|---|---|---|---|---|
| | | [redacted] | | | | |
| 12/30/2008 01/02/2009 | 677 - Special adjustment decrease | 883.3500000 | 0.00 | 883.3500000 | 59,995.01 | |
| 12/30/2008 01/02/2009 | 677 - Special adjustment decrease | 240004.99 | 240,004.99 | 0.00 | 59,995.01 | |
| | | [redacted] | | | | |
| 05/30/2008 05/30/2008 | 610 - Regular payment | 1739.06 | 0.00 | 1739.06 | 300,000.00 | |
| 04/14/2008 04/14/2008 | 610 - Regular payment | 1656.25 | 0.00 | 1656.25 | 300,000.00 | |
| 03/26/2008 03/26/2008 | 610 - Regular payment | 1656.25 | 0.00 | 1656.25 | 300,000.00 | |
| 02/15/2008 02/15/2008 | 610 - Regular payment | 1656.25 | 0.00 | 1656.25 | 300,000.00 | |
| 01/04/2008 01/04/2008 | 610 - Regular payment | 1656.25 | 0.00 | 1656.25 | 300,000.00 | |
| 12/12/2007 12/12/2007 | 610 - Regular payment | 1656.25 | 0.00 | 1656.25 | 300,000.00 | |
| 11/09/2007 11/09/2007 | 610 - Regular payment | 1656.25 | 0.00 | 1656.25 | 300,000.00 | |
| 10/05/2007 10/05/2007 | 610 - Regular payment | 1656.25 | 0.00 | 1656.25 | 300,000.00 | |
| 09/06/2007 09/06/2007 | 610 - Regular payment | 1656.25 | 0.00 | 1656.25 | 300,000.00 | |
| 08/08/2007 08/08/2007 | 610 - Regular payment | 1656.25 | 0.00 | 1656.25 | 300,000.00 | |
| 07/11/2007 07/11/2007 | 610 - Regular payment | 1656.25 | 0.00 | 1656.25 | 300,000.00 | |
| 07/09/2007 07/11/2007 | 800 - Reversal | -1656.25 | -1,656.25 | 0.00 | 300,000.00 | |
| 07/09/2007 * 07/09/2007 | 610 - Regular payment | 1656.25 | 1,656.25 | 0.00 | 300,000.00 | |

| Date 1 | Date 2 | Transaction | Amount | Principal | Interest | Balance |
|---|---|---|---|---|---|---|
| 06/28/2007 | 07/11/2007 | 661 - Renewal payment | 0.00 | 0.00 | 0.00 | 300,000.00 |
| 06/08/2007 | 06/08/2007 | 610 - Regular payment | 1656.25 | 0.00 | 1656.25 | 300,000.00 |
| 06/01/2007 | 07/11/2007 | 400 - Rate change | 6.625000% | 0.00 | 0.00 | 300,000.00 |
| 05/07/2007 | 05/07/2007 | 610 - Regular payment | 1656.25 | 0.00 | 1656.25 | 300,000.00 |
| 04/09/2007 | 04/09/2007 | 610 - Regular payment | 1656.25 | 0.00 | 1656.25 | 300,000.00 |
| 03/01/2007 | 03/01/2007 | 610 - Regular payment | 1656.25 | 0.00 | 1656.25 | 300,000.00 |
| 02/13/2007 | 02/13/2007 | 610 - Regular payment | 1656.25 | 0.00 | 1656.25 | 300,000.00 |
| 01/03/2007 | 01/03/2007 | 610 - Regular payment | 1656.25 | 0.00 | 1656.25 | 300,000.00 |
| 12/04/2006 | 12/04/2006 | 610 - Regular payment | 1656.25 | 0.00 | 1656.25 | 300,000.00 |
| 11/10/2006 | 11/10/2006 | 610 - Regular payment | 1656.25 | 0.00 | 1656.25 | 300,000.00 |
| 10/10/2006 | 10/11/2006 | 610 - Regular payment | 1656.25 | 0.00 | 1656.25 | 300,000.00 |
| 09/05/2006 | 09/06/2006 | 610 - Regular payment | 1656.25 | 0.00 | 1656.25 | 300,000.00 |
| 08/03/2006 | 08/03/2006 | 610 - Regular payment | 1656.25 | 0.00 | 1656.25 | 300,000.00 |
| 06/29/2006 | 06/29/2006 | 610 - Regular payment | 1656.25 | 0.00 | 1656.25 | 300,000.00 |
| 05/31/2006 | 05/31/2006 | 402 - FASB fee rate chg - sys gen | 6.667778% | 0.00 | 0.0000000 | 300,000.00 |
| 05/31/2006 | 05/31/2006 | 660 - Special payment | 828.15 | 0.00 | 828.15 | 300,000.00 |
| 05/31/2006 | 05/31/2006 | 725 - Special adjustment increase | 828.1500000 | 0.00 | 828.1500000 | 300,000.00 |
| 05/24/2006 | 05/24/2006 | 402 - FASB fee rate chg - sys gen | 6.498585% | 0.00 | 0.0000000 | 300,000.00 |
| 05/16/2006 | 05/24/2006 | 310 - New note | 300000.00 | 300,000.00 | 0.00 | 300,000.00 |

11/19/2009 11:03 FAX 414 785 8026     M&I MONEY TRANSFER                                    ☑019

| | | |
|---|---|---|
| Run Date: 19-Nov-09<br>Run Time: 9:43 AM | **Transaction Detail Report** | Page: 1<br>User Name: GSHARPOV |

BNK: MIB     SND DATE: 060517           VAL: 060517           TRN: 060517-00003818
AMT: $300,000.00                        CUR: USD              FOR AMT: 300,000.00
SRC: BOB     ADV: FED     TYP: FTR      LOC: MTRANS           CHECK NUM:

DBT: D/00029854979/098
ACC: D/00029854979                                      ON FILE: Y
DEPT:                                                   CTRY:
M&I MTG LN MEMO ACCT
C/O LN BALANCING
BRK-401-LSC

SEND:
SNDR REF NUM: 80512

ORIG:
REF NUM: 6310191

CDT: A/021000021
ACC: D/00000160059                                      ON FILE: Y
DEPT:                                                   CTRY:
JPMORGAN CHASE BANK
NEW YORK
NEW YORK

BNF: /634962443                                         BK: N
STEWART TITLE & TRUST OF PHOENIX

ORIG TO BNF INFO:
0009782285/0004181490 BLEMASTER M:
6310191
PRINCIPAL
WHOLESALE-PORTFOLIO (AZ)

## Foreclosure Sale / Bid Approval

| | | | | |
|---|---|---|---|---|
| Date Of Bid Analysis | 12/09/08 | Prepared By: Shonda Paterson | Bank N■ | 98 |
| | | | Account N■mber | 4181490 |
| | | | Note Number | 40000 |
| Customer | MICHAEL R BLEMASTER | | Note Date | 05/16/06 |
| Collateral Address | Parcel # 300-05-683 | | Original Value | $300,000 |
| City | PHOENIX, | PMI Coverage | Original LTV | 63% |
| State | AZ | | Current Balance | $300,000 |
| Zip | 85048-8553 | | Our Pay Off Amt. | $314,683 |

### APPRAISAL / BPO HISTORY

| Evaluation Source | | Dollar | Type | Date |
|---|---|---|---|---|
| | Original Value | 475,000 | Original Appraisal | 04/10/2006 |
| | Value 1 | 0 | 0 | 01/00/1900 |
| | Value 2 | 0 | 0 | 01/00/1900 |
| Tom O'Connor | Current Value | 270,000 | Vendor VR | 11/12/2008 |

| MARKET | Retail | | Sheriff's Sale Date | 12/10/2008 |
|---|---|---|---|---|
| | | | Confirmation Date | 12/10/2008 |
| REO Marketing Time | | 6 Months | | |
| Process Time (Start of Foreclosure Thru REO Sale) | | 7 Months | | |
| Current Valuation | | | | $270,000 $270,000 |
| Estimated Sale Price | | | | |

### SENIOR LIEN INFORMATION

| | | | | | $0 |
|---|---|---|---|---|---|
| Senior Lien/s | 0 | | | | $0 |
| Past Due Fees and Interest At Time of Notice | | | | | $0 |
| Post Notification Adjustment | | Mos to Acquisition | 1 | Monthly Interest $0 | $0 |
| Interest Rate | 0.00% | | | | $0 |
| Senior Lien Holders Foreclosure Costs | | | | Payoff thru confirmation date: 12/10/2008 | $0 |
| Total to Senior Lien | | | | | |

### REAL ESTATE TAXES

| Past Due | 2007-08 | $3,370 | Good Thru | | $3,370 |
|---|---|---|---|---|---|
| Thru Foreclosure Process and Sale | | | Process Time | 18 Months | $3,653 |
| Annual Real Estate Tax | 2008 | $2,436 | | | $7,023 |
| TOTAL REAL ESTATE TAX ADJUSTMENT | | | | | |

### REO SALES COSTS

| | | | | | $16,200 |
|---|---|---|---|---|---|
| Typical Commission Rate | 6.00% | | Commission Paid | | $1,272 |
| Title Insurance Fee (estimated) | | | | | $500 |
| Property Preservation Costs | | | | | $1,000 |
| Estimated Repair Costs | | | | | $1,000 |
| Miscellaneous Closing Costs + Appraisal Fee | | | | | $19,972 |
| TOTAL OTHER COSTS | | | | | $26,995 |
| TOTAL SELLING COSTS | | | | | |

| | | |
|---|---|---|
| GROSS SURPLUS FROM SALE | | $243,005 |
| MINUS our LEGAL FEES | | $3,000 |
| RECAPTURE | | $240,005 |
| our BALANCE | | $300,000 |
| | | ($59,995) |
| RECAPTURE $$ | | $240,005 |
| LOSS AMOUNT | | ($59,995) |
| GAIN AS % OF our BALANCE | | 80.00% |
| LOSS AS % OF our BALANCE | | -20.00% |

| | YES | NO |
|---|---|---|
| Sufficient Equity to Bid at Foreclosure/Trustee Sale | X | |

| EQUITY | $240,004.99 |
|---|---|
| RECOMMENDED BID AMOUNT | $240,004.99 |

**GLA COMMENTS**
RECVD & REVWD LAND APPRAISAL FROM NORRIS PROPERTY DATED 10/16/08. AS IS
PRICE/SALE $ 270K. VACANT LAND, .58 ACRE, ELECTRIC, GAS, WATER, SEWER,
ASPHALT ROAD. ZONED R1-35, SINGLE FAMILY RESIDENCE. TOPO IS BASICALLY LEVEL.
DECLINING VALUES, OVER SUPPLY OF LISTINGS, HIGHEST AND BEST USE IS PRESENT
USE. REVIEW REQUEST TO BRIAN SERWE

11/13/08 14:29  RANDY STERNIG   F098597   GLA 11/18/2008
VENDOR VR   TOM O'CONNOR   $270,000   11/12/2008

**BID COMMENTS**

| Reason for default | RFD: The debtors father died of brain cancer and he was helping to pay the medical bills. He was working on a loan mod but nothing has transpired from that. He recently called in to loss mit regarding short sale but has not returned the paper work. There has been no bankruptcy filings to date. I recommend we bid our equity of $240,004.99 |
|---|---|
| Whether Bk was filed, or whether the balance will be collectable. | |
| Issues that affect value, title or the ability to sell the property. | |
| Loss Mit? | |
| Property status | |
| Title review | FRAUD ACCOUNT |
| Bid recommendation | |

APPROVAL  David Roberts   12-9-08

APPROVAL  Scott Williams   12-9-08

## GRAND CANYON TITLE AGENCY, INC
720 E. Camelback Rd. Ste. 100, Phoenix, AZ 85016
(602) 343-3420

### CLOSING STATEMENT
#### Final


Blenmaster

**Seller(s):**
M & I Marshall & Ilsley Bank

**Property:** 16802 South 31st Lane
Phoenix, AZ 85045

**Buyer(s):**
Brian K. Siever and Margrit E. Siever, as Co-Trustee's of the Brian K. Siever & Margrit E. Siever Trust, dated Nov. 1, 1993
**Escrow No:** 45001974-045 SSH
**Close Date:** 09/07/2010
**Proration Date:** 09/07/2010
**Date Prepared:** 09/07/2010

| Seller Debit | Seller Credit | Description | Buyer Debit | Buyer Credit |
|---|---|---|---|---|
| | | **TOTAL CONSIDERATION:** | | |
| | 72,000.00 | Total Consideration | 72,000.00 | |
| | | Deposit/Earnest Money | | 6,500.00 |
| | | **TITLE CHARGES:** | | |
| 12.00 | | Wire Transfer to Grand Canyon Title Agency, Inc. | 12.00 | |
| 390.00 | | Owners Policy $72,000.00 to Grand Canyon Title Agency, Inc. | | |
| 25.00 | | Courier to Grand Canyon Title Agency, Inc. | | |
| | | **ESCROW CHARGES** | | |
| 149.00 | | Escrow Fee to Grand Canyon Title Agency, Inc. | 213.00 | |
| | | **PRORATIONS AND ADJUSTMENTS:** | | |
| 846.54 | | County Taxes   From 07/01/10 To 09/07/10 | | 846.54 |
| | | Based on the Annual amount of $4,543.92 | | |
| | 362.30 | Assessments   From 09/07/10 To 01/01/11 | 362.30 | |
| | | Based on the Semi-Annual amount of $570.00 | | |
| | | Deposit from Siever Trust | | 65,278.26 |
| | | **COMMISSIONS:** | | |
| 4,320.00 | | Commission | | |
| | | 2,160.00   to DPC Realty Services, Inc. | | |
| | | 2,160.00   to Keller Williams Sonoran Living | | |
| | | **RECORDING FEES:** | | |
| 37.50 | | Recording Service Fee(s) to Grand Canyon Title Agency, Inc. | 37.50 | |
| | | **ADDITIONAL CHARGES:** | | |
| 320.00 | | HOA Transfer Fee to Kachina Management, Inc. | | |
| 49.00 | | Service Fee to CondoCerts | | |
| 2,271.96 | | 1st 1/2 2010 taxes to Maricopa County Treasurer | | |
| 8,421.00 | 72,362.30 | Sub Totals                            Sub Totals | 72,624.80 | 72,624.80 |
| 63,941.30 | | Proceeds Due Seller         Balance Due From Buyer | | |
| **$72,362.30** | **$72,362.30** | Totals                                    Totals | **$72,624.80** | **$72,624.80** |



Anderson-003531

SEP-08-2010 WED 08:44 AM  Accounting        FAX NO. 60247857        P. 01/01

## Outgoing Wire Request

Date: September 07, 2010                                    Time:    15:47:36

To: Escrow Accounting                    Wire #: PENDING

Bank Name:   M & I Bank / 21466819
Escrow Number: 45001974   SSH        Escrow Branch #:  045
Amount:     $ 63,941.30

Name of Bank Wire Is Being Sent to: M&I MARSHALL & ILSLEY
Bank Routing or ABA Number:         075000051
Name of Account Holder at Bank:     M & I MARSHALL & ILSLEY BANK
Account Number at the Bank:         48410208
Further Credit to:
Loan/Account Number:                N/A

Please Reference on Wire:           16802 S. 31ST LANE, PHOENIX AZ 85045
Offline Bank ABA Number:
Offline Bank Name:
Escrow Officer Signature:
Escrow Asst/Second Officer Signature:
Notes:

ACCOUNTING USE ONLY:

Date: 9-8-10
Time: 8:17 MB
Reference #: 45-26056
Sent By:  AH 8140

Printed Date/Time: 09/07/2010 3:47:38PM        7lrcout.rpt (08/27/2009)        Page 1 of 1

Anderson-003535

**M&I** Marshall & Ilsley Bank
770 North Water Street/Milwaukee, WI 53202-3593/Tel 414 765-7700          www.mibank.com

DATE: 9-7-2010
TO: GRAND CANYON TITLE AGENCY
ATTN: SALLY HEVIER
RE: ESCROW NO. 45001974

Dear

Enclosed you will find the executed deed and HUD-1 for the above scheduled closing. M&I bank *must* approve any changes to the HUD-1 prior to closing.

All proceeds are to be wired. Wire instructions are outlined below. A copy of the final HUD1 along with the wire confirmation must be faxed on the day the wire was sent. Our fax number is (262)814-5477.

Remitted funds should always include a copy of this letter with the HUD-1.

If you have any questions, please feel free to contact me at the number listed below.

Sincerely,

Wendy Houston
REO Asset Manager
(P)262-814-5746
(F)262-814-5477

### Wire Form ORE Sale Proceeds

Date: 9-7-2010

Originator Data
Senders Name: GRAND CANYON TITLE AGENCY - GLORIA BURNETT
Phone Number: 602-343-3423

Recipient: M&I Marshall & Ilsley Bank
ABA#: 075000051
Credit To: MTC Account #48410208
Specific Instructions: Contact Sandy Schmidt in Accounting at (262) 814-5673 or Allison Nunez at (262) 814-5660 or Julie Heppe at (262) 814-5664

Dollar Amount of Wire: $ 63,941.30

Additional Wire Details:
Property Address: 16802 S. 31st LANE, PHOENIX AZ 85045
Acct #:

Anderson-003537

**M&I MARSHALL & ILSLEY BANK (REGIONAL PROPERTIES)/ M&I FSB/SWB/Louisville Realty**
**REPOSSESSED OTHER REAL ESTATE OWNED - FIRST PASS TRANSFER**
**\*\* AUTHORIZATION FORM \*\***
Form Date 05/29/2008

| | | | |
|---|---|---|---|
| Today's Date: | 12/11/08 | Routing: | |
| Completed by: | Shonda Patterson | From: | Gundi Davis |
| Phone #: | 262-814-5829 | | |
| Name of Account: | Michael Blemaster | To: | Jayne Cunningham |
| Property Address: | Parcel #300-05-683 | | BRK-401-LSC |
| City/State/Zip | Phoenix, AZ 85048-8553 | | |
| Loan No. | 4181490 | From: | Jayne Cunningham |
| Note No. | 40000 | To: | Julie Heppe |
| Original Fed Call Code | C465 | | BRK-180-ACCT |
| Surrender Date: | 12/10/08 | | |
| Co/RC that originated the loan | 1922 | From: | Julie Heppe |
| | | To (check Management Class Code & return): | |
| | | | Ingrid Buchanan (098 & 298) |
| | | | BRK-401-LSC |
| | | | Donna Thony (726) |
| | | | SP-098-0503-LSC |

OREO Number _____
To be assigned by Accounting

This loan is owned by (check one):
[X] Co-098
[ ] Co-098 (726 loan system; user code 2 = "P")
[ ] Co-098 (726 loan system; user code 2 = "Q")

[ ] Co-098 and Co-726 (726 loan system; user code 2 = "R")

[ ] Co-726 M&I FSB (non-P,Q,R)

[ ] Co-298

*If Title in Reg Prop - check here _____*

*If Title in Louis Realty - check here _____*

Property Type (Check one):
[X] Construction and Land Development
[ ] 1-4 Family
[ ] 5+
[ ] Non-Farm, Non-Residential
[ ] Farmland

Method of Acquisition (check one):
[X] Sheriff Sale
[ ] Judicial
[X] Non-Judicial
[ ] Deed acquired in lieu of foreclosure
[ ] In substance foreclosure

**Insurance**
Insurance (Date)

Authorization:  Do not book into OREO until authorization is signed below
I approve this property for transfer to Other Real Estate.
Retail Collections to maintain supporting documentation for the evaluation.

Initiator _____   Date: 12-16-08

**APPLICATION OF AMOUNT BID AT FORECLOSURE - CUSTOMER LEGAL DEBT**

Amount Applied to Principal ................... 240,004.99    Advance - 1st Lein Buyout _____
Amount Applied to Expense ...................
Amount Applied to Fees ...................
Amount Applied to Late Charges ...................
Amount Applied to Interest ...................
Amount Applied  [A]  240,004.99
Bid Amount      [B]  240,004.99
Check A-B is zero      0.00      Amount To Apply to Principal   240,004.99

**FOR LOAN DEPARTMENT USE ONLY:**
Date Entry Recorded: _____

Amount Transferred to OREO _____

[ ] Change Fed Call Code to C510 ~or~
[ ] Regional Properties - Change Fed Call Code to C511 ~or~
    Change Cost Center to XXXX29
[ ] Louisville Realty - Change Fed Call Code to C512 ~or~
    Change Cost Center to XXXX29

[ ] Place Original Fed Call Code and date of transfer in the Application Code Field
[ ] Change officer number to 99899
[ ] Add Post No Tran Z and Notepad
[ ] Was a $.01 charge-off processed at the time of transfer (Y or N)

Loan Dept _____     Date: _____

Date 25G Screen Checked: _____    Return to Julie Heppe at BRK-180-ACCT
If management class code was FLFZ,     for inclusion in OREO property file after completion.
it should be changed to FLCO

Anderson, Teresa 098-3835210-40000 12.11.08.xls     Page 1

Anderson-003545

Page: 1 Document Name: Sho█da P.

```
PAYOFF FOR NOTE AND PARTS                              AUTHORITY CODE: 0
                                        PAGE REQUEST: 001  PAGE NO: 001
ACCOUNT: 00004181490 INQUIRY: 232       BLEMASTER MICHAEL/ELIZAB
SEARCH 1: 40000          SEARCH 2: 12/11/08    SEARCH 3:
PROC DATE: 12/11/08
NOTE/PART   STATUS                              REB/ACC   DLY ACC/GOOD THRU

40000M        N   CURRENT BAL         300,000.00
                  INTEREST             12,063.02    ACC         55.2083333
                  LATE CHG                331.24
                  OTHER FEES            2,122.63

                  TOTAL PAYOFF        314,516.89                55.2083333

                  ACTUAL ACCRUAL                              12063.0233170


INTEREST PAID TO 05/02/08         TELLER ACTIVITY                    0.00


LAST PAGE
```

Date: 12/11/2008 Time: 1:25:19 PM

Anderson-003546