**EXHIBIT 20**
**DEFENDANTS' SENTENCING OBJECTIONS**
**Case No.  CR-12-1606-SRB**

| - AMERICAN TITLE SERVICE, ATS, JBAR | | | | | YAVAPAI (YV), AZ | |
|---|---|---|---|---|---|---|
| 06/13/2014 01:37PM RQ5C | | INVESTIGATIVE SEARCH RESULTS | | | PAGE 1 OF 6 | |

PLANT THROUGH

JUNE 03, 2014 (Full)   INSTRUMENT: 2014-25049   JUNE 03, 2014 05:01PM

SEARCH PARAMETERS

| LOT | HI LOT | BLOCK | PLAT | SUB LOT | HI SUB LOT |
|---|---|---|---|---|---|
| 74 | | | 45-62 | | |

SUBDIVISION: TALKING ROCK RANCH PHASE ONE A AMENDED
SEARCH: FROM 00/00/0000 THROUGH 99/99/9999
DISPLAY AUTO CHAIN; OVERLAPPING PROPERTY

PARAMETER ENTERED:

| LOT | HI LOT | BLOCK | PLAT | SUB LOT | HI SUB LOT |
|---|---|---|---|---|---|
| 74 | | | 45-62 | | |

AUTO CHAIN:

| | | | | |
|---|---|---|---|---|
| 07/31/1991 SECTION 15 | TOWN 16N | RANGE 3W | NE | |
| 0000 CREATED ARB 15 16N 03W 001 | | | 15 16N 03W 002 | |
| 07/31/1991 SECTION 15 | TOWN 16N | RANGE 3W | NE | |
| 0000 CREATED ARB 15 16N 03W 004 | | | | |
| 07/31/1991 SECTION 15 | TOWN 16N | RANGE 3W | NW | |
| 0000 CREATED ARB 15 16N 03W 005 | | | | |
| 07/31/1991 SECTION 15 | TOWN 16N | RANGE 3W | NW | |
| 0000 CREATED ARB 15 16N 03W 007 | | | 15 16N 03W 008 | |
| 07/31/1991 SECTION 15 | TOWN 16N | RANGE 3W | SW | |
| 0000 CREATED ARB 15 16N 03W 013 | | | 15 16N 03W 014 | |
| 07/31/1991 SECTION 15 | TOWN 16N | RANGE 3W | SW | |
| 0000 CREATED ARB 15 16N 03W 016 | | | | |
| 07/31/1991 SECTION 16 | TOWN 16N | RANGE 3W | NE | |
| 0000 CREATED ARB 16 16N 03W 003 | | | | |
| 07/31/1991 SECTION 16 | TOWN 16N | RANGE 3W | SE | |
| 0000 CREATED ARB 16 16N 03W 009 | | | 16 16N 03W 012 | |
| 07/31/1991 SECTION 16 | TOWN 16N | RANGE 3W | SW | |
| 0000 CREATED ARB 16 16N 03W 013 | | | 16 16N 03W 016 | |
| 07/31/1991 SECTION 21 | TOWN 16N | RANGE 3W | NE | |
| 0000 CREATED ARB 21 16N 03W 001 | | | 21 16N 03W 002 | |
| 07/31/1991 SECTION 21 | TOWN 16N | RANGE 3W | NW | |
| 0000 CREATED ARB 21 16N 03W 005 | | | | |
| 07/31/1991 SECTION 22 | TOWN 16N | RANGE 3W | NW | |
| 0000 CREATED ARB 22 16N 03W 006 | | | 22 16N 03W 008 | |
| 07/31/1991 SECTION 22 | TOWN 16N | RANGE 3W | SE | |
| 0000 CREATED ARB 22 16N 03W 011 | | | 22 16N 03W 012 | |
| 07/31/1991 SECTION 22 | TOWN 16N | RANGE 3W | SW | |
| 0000 CREATED ARB 22 16N 03W 013 | | | 22 16N 03W 015 | |

C  10/06/1999 ARB 22 16N 03W 015

| | | | |
|---|---|---|---|
| - AMERICAN TITLE SERVICE, ATS, JBAR | | | YAVAPAI (YV), AZ |
| 06/13/2014 01:37PM RQ5C | INVESTIGATIVE SEARCH RESULTS | | PAGE 2 OF 6 |

| | | |
|---|---|---|
| 3701- 212 | | CREATED ARB 22 16N 03W 017 |
| | 10/06/1999 | ARB 22 16N 03W 008 |
| 3701- 212 | | CREATED ARB 22 16N 03W 017 |
| | 10/06/1999 | ARB 22 16N 03W 013 |
| 3701- 212 | | CREATED ARB 22 16N 03W 017 |
| | 10/06/1999 | ARB 22 16N 03W 014 |
| 3701- 212 | | CREATED ARB 22 16N 03W 017 |
| C | 09/10/2001 | ARB 15 16N 03W 013 |
| 3861- 761 | | CREATED ARB 15 16N 03W 104 |
| C | 09/10/2001 | ARB 22 16N 03W 013 |
| 3861- 761 | | CREATED ARB 22 16N 03W 105 |
| C | 09/10/2001 | ARB 15 16N 03W 001 |
| 3861- 761 | | CREATED ARB 15 16N 03W 104 |
| C | 09/10/2001 | ARB 15 16N 03W 002 |
| 3861- 761 | | CREATED ARB 15 16N 03W 104 |
| C | 09/10/2001 | ARB 15 16N 03W 004 |
| 3861- 761 | | CREATED ARB 15 16N 03W 104 |
| C | 09/10/2001 | ARB 15 16N 03W 005 |
| 3861- 761 | | CREATED ARB 15 16N 03W 104 |
| C | 09/10/2001 | ARB 15 16N 03W 007 |
| 3861- 761 | | CREATED ARB 15 16N 03W 104 |
| C | 09/10/2001 | ARB 15 16N 03W 008 |
| 3861- 761 | | CREATED ARB 15 16N 03W 104 |
| C | 09/10/2001 | ARB 15 16N 03W 014 |
| 3861- 761 | | CREATED ARB 15 16N 03W 104 |
| C | 09/10/2001 | ARB 16 16N 03W 003 |
| 3861- 761 | | CREATED ARB 16 16N 03W 103 |
| C | 09/10/2001 | ARB 16 16N 03W 009 |
| 3861- 761 | | CREATED ARB 16 16N 03W 103 |
| C | 09/10/2001 | ARB 16 16N 03W 010 |
| 3861- 761 | | CREATED ARB 16 16N 03W 103 |
| C | 09/10/2001 | ARB 16 16N 03W 013 |
| 3861- 761 | | CREATED ARB 16 16N 03W 103 |
| C | 09/10/2001 | ARB 16 16N 03W 014 |
| 3861- 761 | | CREATED ARB 16 16N 03W 103 |
| C | 09/10/2001 | ARB 16 16N 03W 015 |
| 3861- 761 | | CREATED ARB 16 16N 03W 103 |
| C | 09/10/2001 | ARB 16 16N 03W 016 |
| 3861- 761 | | CREATED ARB 16 16N 03W 103 |
| C | 09/10/2001 | ARB 21 16N 03W 001 |
| 3861- 761 | | CREATED ARB 21 16N 03W 106 |

```
- AMERICAN TITLE SERVICE, ATS, JBAR                              YAVAPAI (YV), AZ
06/13/2014 01:37PM RQ5C         INVESTIGATIVE SEARCH RESULTS     PAGE 3 OF 6
```

| | | | |
|---|---|---|---|
| C 09/10/2001 ARB 21 16N 03W 002 | | | |
| 3861- 761 | CREATED ARB 21 16N 03W 106 | | |
| C 09/10/2001 ARB 21 16N 03W 005 | | | |
| 3861- 761 | CREATED ARB 21 16N 03W 106 | | |
| C 09/10/2001 ARB 22 16N 03W 006 | | | |
| 3861- 761 | CREATED ARB 22 16N 03W 105 | | |
| C 09/10/2001 ARB 22 16N 03W 007 | | | |
| 3861- 761 | CREATED ARB 22 16N 03W 105 | | |
| C 09/10/2001 ARB 22 16N 03W 011 | | | |
| 3861- 761 | CREATED ARB 22 16N 03W 105 | | |
| C 09/10/2001 ARB 22 16N 03W 012 | | | |
| 3861- 761 | CREATED ARB 22 16N 03W 105 | | |
| C 09/10/2001 ARB 22 16N 03W 017 | | | |
| 3861- 761 | CREATED ARB 22 16N 03W 105 | | |
| C 09/21/2001 ARB 15 16N 03W 016 | | | |
| 2001 - 3388334 | CREATED PLAT | 43-13 | |
| C 09/21/2001 ARB 15 16N 03W 104 | | | |
| 2001 - 3388334 | CREATED PLAT | 43-13 | |
| C 09/21/2001 ARB 16 16N 03W 011 | | | |
| 2001 - 3388334 | CREATED PLAT | 43-13 | |
| C 09/21/2001 ARB 16 16N 03W 012 | | | |
| 2001 - 3388334 | CREATED PLAT | 43-13 | |
| C 09/21/2001 ARB 16 16N 03W 103 | | | |
| 2001 - 3388334 | CREATED PLAT | 43-13 | |
| C 09/21/2001 ARB 21 16N 03W 106 | | | |
| 2001 - 3388334 | CREATED PLAT | 43-13 | |
| C 09/21/2001 ARB 22 16N 03W 105 | | | |
| 2001 - 3388334 | CREATED PLAT | 43-13 | |
| C 08/16/2002 PLAT 43-13 | BLOCK | LOT | SUB LOT |
| 2002 - 3488283 | CREATED PLAT | 45-62 | |

**SEARCHED PARAMETER:**

| LOT | HI LOT | BLOCK | PLAT | SUB LOT | HI SUB LOT |
|---|---|---|---|---|---|
| 74 | | | 45-62 | | |

NO OPEN ORDERS FOUND

| LOT | BLOCK | PLAT | SUB LOT | |
|---|---|---|---|---|
| | | 45-62 | | |
| RECORDED INST | INST NO. | COMPANY FIRST PARTY | | SECOND PARTY |
| DOLLAR AMOUNT | YEAR FEE | ORIG INST NO | REMARKS | |
| 08/16/2002 PLT | 2002 - 3488283 | TALKING ROCK RANCH P | | |
| | | 45-62 | | |
| | | | FR 43- 13 | |

| | | | | | |
|---|---|---|---|---|---|
| - AMERICAN TITLE SERVICE, ATS, JBAR | | | | | YAVAPAI (YV), AZ |
| 06/13/2014 01:37PM RQ5C | | | INVESTIGATIVE SEARCH RESULTS | | PAGE 4 OF 6 |
| 08/16/2002 | PLT | 2002 - 3488283 | | TALKING ROCK RANCH P | |
| | | | | 45-63 COMBINED W/45-62 | |
| 08/16/2002 | PLT | 2002 - 3488283 | | TALKING ROCK RANCH P | |
| | | | | 45-64 COMBINED W/45-62 | |
| 08/16/2002 | PLT | 2002 - 3488283 | | TALKING ROCK RANCH P | |
| | | | | 45-65 COMBINED W/45-62 | |
| 09/18/2002 | PLT RAT | 3959 - 27 | FA | TALKING ROCK RANCH A | |
| 09/18/2002 | PLT RAT | 3959 - 28 | FA | RESIDENTIAL FUNDING | |
| 09/18/2002 | EAS | 3959 - 31 | FA | TALKING ROCK GOLF CL | TABLE TOP TELEPHONE |
| | | | | ACCESS ROAD | |
| 11/06/2002 | COL PRL | 3973 - 900 | FA | DALCOM INC | TALKING ROCK LAND L |
| | | | 3701 - 213 | | |
| 11/06/2002 | COL PRL | 3973 - 901 | FA | DALCOM INC | TALKING ROCK LAND L |
| | | | 3701 - 213 | | |
| 12/13/2002 | RES | 3984 - 485 | FA | TALKING ROCK GOLF CL | |
| 12/13/2002 | PLT RAT | 3984 - 486 | FA | RESIDENTIAL FUNDING | |
| | | | 3984 - 485 | | |
| 12/19/2002 | RSL | 3986 - 129 | | ICR SANITARY DISTRIC | |
| | | | 3799 - 86 | | |
| 02/27/2003 | COL PRL | 4006 - 325* | FA | HARVARD INSCRIPTION | DALCOM INC |
| | | | 3701 - 213 | REREC | |
| 02/27/2003 | COL PRL | 4006 - 326* | FA | HARVARD INSCRIPTION | DALCOM INC |
| | | | 3701 - 213 | REREC | |
| 05/21/2003 | EAS PRL | 4033 - 644* | | ARIZONA PUBLIC SERVI | |
| 08/29/2003 | DOT PRL | 4068 - 517 | FA | TALKING ROCK LAND L | |
| | | | 3861 - 762 | | |
| 08/29/2003 | UCC PRL | 4068 - 518 | FA | TALKING ROCK LAND L | |
| | | | 3861 - 763 | | |
| 08/29/2003 | REL | 4068 - 519 | FA | RESIDENTIAL FUNDING | |
| | | | 3861 - 762 | | |
| 08/29/2003 | XGR REL | 4068 - 520* | FA | RESIDENTIAL FUNDING | TALKING ROCK GOLF CL |
| 08/29/2003 | COL PRL | 4068 - 521 | FA | TALKING ROCK LAND L | |
| | | | 3861 - 762 | | |
| 11/21/2003 | ASN REL | 4096 - 246* | FA | RESIDENTIAL FUNDING | |
| | | | 3861 - 767 | | |
| 01/30/2004 | PLT SVY | 2004 - 3679171 | | SEC 15 16N 3W SURVEY | |
| | | | | S97-17 | |
| 01/30/2004 | PLT SVY | 2004 - 3679372 | | SEC 1516 & 22 16N 3W | |
| | | | | S97-18 INVALID | |
| 03/25/2004 | DED SWR | 4131 - 221 | FA | INSCRIPTION CANYON R | FIRST AMERICAN TITLE |
| | | | | | TR 4750 |
| | | | 3701 - 212 / | REREC | |
| 04/08/2004 | XGR MOD | 4135 - 686* | | RANCH DEVELOPMENT AG | TALKING ROCK LAND L |

```
- AMERICAN TITLE SERVICE, ATS, JBAR                              YAVAPAI (YV), AZ
06/13/2014 01:37PM RQ5C         INVESTIGATIVE SEARCH RESULTS        PAGE 5 OF 6
```

| Date | Type | Book-Page | Code | Party 1 | Party 2 |
|---|---|---|---|---|---|
| | | 3707 - 759 | | | |
| 04/21/2004 | RES AMD | 4139 - 689 | FA | TALKING ROCK GOLF CL | |
| | | 3984 - 485 | | | |
| 04/21/2004 | RES AMD | 4139 - 717 | FA | TALKING ROCK LAND L | |
| | | 3859 - 676 | | | |
| 01/31/2006 | AFF TRS | 4359 - 980 | FA | FIRST AMERICAN TITLE | |
| | | | | TR 4750 | |
| 02/23/2006 | RES AMD | 4367 - 308 | FA | TALKING ROCK LAND L | |
| | | 3859 - 676 | | | |
| 10/10/2006 | RES AMD | 4443 - 780 | FA | TALKING ROCK LAND L | |
| | | 3859 - 676 | | | |
| 04/24/2008 | RES AMD | 4591 - 132 | FA | TALKING ROCK LAND L | |
| | | 3859 - 676 | | | |
| 05/27/2008 | EAS | 4598 - 646 | | TALKING ROCK LAND L | ICR WATER USERS ASSO |
| | | | | INGRESS EGRESS/ | |
| 09/10/2008 | NOT HOA | 4620 - 742* | | TALKING ROCK COMMUNI | HOMEOWNERS ASSOCIATI |
| | | 3859 - 676 | | | |
| 07/20/2009 | XGR MOD | 4682 - 858* | | ICR WATER USERS ASSO | AQUA MEADOWS LLC |
| | | 3895 - 877 | | | |
| 09/15/2009 | NOT | 4694 - 819* | | TALKING ROCK LAND L | |
| | | 3707 - 759 | | | |
| 10/09/2009 | RES | 4700 - 283 | FA | MURPHY SHANE | |
| 11/23/2009 | RES | 4708 - 601* | SA | M&I MARSHALL & ILSLE | |
| 11/30/2009 | RES | 4709 - 457* | SA | M&I MARSHALL & ILSLE | |
| | | 4708 - 601 | | REREC | |
| 01/08/2010 | RES | 4716 - 873 | SP | JOHNSON BANK | |
| 01/15/2010 | RES | 4718 - 483 | FA | JOHNSON BANK | |
| 03/22/2010 | RES | 4730 - 282 | | SEMKE LIVING TRUST | |
| 06/04/2010 | RES | 4744 - 614 | | BOYDA GREGORY T | |
| 06/04/2010 | RES | 4744 - 615 | | BOYDA GREGORY T | |
| 06/24/2010 | RES | 4748 - 84 | FA | ANDERSON SAMUEL T | |
| 07/02/2010 | RES | 4750 - 224 | FA | BOYDA FAMILY TRUST | |
| 07/08/2010 | RES | 4750 - 742 | LT | RAY J N | |
| 07/23/2010 | RES | 4753 - 977 | | CLARK CHRISTINE | |
| 07/30/2010 | RES | 4755 - 500 | FA | 555 HOLDINGS LLC | |
| 05/24/2011 | RES | 4813 - 597 | FA | ROBERTSON CANDY W | |
| 11/30/2011 | RES | 4847 - 823 | YT | NICHOLS LAWRENCE W | |
| 03/06/2012 | RES | 4865 - 999 | LT | PISCES AND HUMMINGBI | |
| 04/13/2012 | XGR MOD | 4873 - 909 | | ICR SANITARY DISTRIC | ICR SANITARY DISTRIC |
| 08/27/2012 | RES | 4901 - 676 | PN | HARVILLE WILSON L | |
| 12/03/2012 | MIS | 4922 - 475 | | TALKING ROCK LAND LL | ICR SANITARY DISTRIC |
| 12/21/2012 | RES | 4926 - 902 | PN | MCLEOD JEFFREY G | |

| - AMERICAN TITLE SERVICE, ATS, JBAR | | | | YAVAPAI (YV), AZ |
|---|---|---|---|---|
| 06/13/2014 01:37PM RQ5C | | INVESTIGATIVE SEARCH RESULTS | | PAGE 6 OF 6 |
| 09/26/2013 RES | 4983 - 641 | PN | STAIR LIVING TRUST | |
| 10/21/2013 RES | 4987 - 808 | YT | BARLEY WALTER B | |
| 10/21/2013 RES | 4987 - 829 | LT | WARFIELD DAVID A | |
| 11/15/2013 RES | 4992 - 303 | PN | RHYNER WILLIAM J | |
| 11/15/2013 RES | 4992 - 498 | GA | J D FINANCIAL LLC | |
| 01/13/2014 RES AMD | 2014 - 1624 | | TALKING ROCK GOLF CL | |
| | | 3984 - 485 | | |
| 01/23/2014 RES | 2014 - 3156 | SA | STEVENS JOHN V | |
| 05/21/2014 RES | 2014 - 23051 | PN | MEYER FAMILY REVOCAB | |

| LOT | BLOCK | PLAT | SUB LOT | |
|---|---|---|---|---|
| 74 | | 45-62 | | |
| RECORDED INST | INST NO. | COMPANY FIRST PARTY | | SECOND PARTY |
| DOLLAR AMOUNT | YEAR FEE | ORIG INST NO | REMARKS | |
| 10/25/2002 DED SWR | 3969 - 985 | FA | TALKING ROCK LAND L | WILLIAMSON DON |
| 10/31/2002 PRL | 3971 - 942 | FA | HARVARD INSCRIPTION | |
| | | 3701 - 213 | | |
| 11/19/2002 DOT PRL | 3977 - 444 | FA | TALKING ROCK LAND L | |
| | | 3861 - 762 | | |
| 06/05/2003 EAS | 4038 - 715 | | TALKING ROCK RANCH A | |
| | | | RIGHT OF WAY/ | |
| 10/11/2005 DED WAR | 4321 - 116 | FA | WILLIAMSON DON | MURPHY SHANE |
| 10/11/2005 DOT | 4321 - 117 | FA | MURPHY SHANE | M&I BANK FSB |
| $207,000 | | | | |
| 10/23/2006 DOT REL | 4447 - 853 | 4321 - 117 | | |
| 10/13/2005 NOT | 4322 - 225 | FA | TALKING ROCK LAND L | |
| 08/31/2006 BASE | 59000029 | GC | | |
| 10/13/2006 DOT | 4445 - 150 | GC | MURPHY SHANE | M&I MARSHALL & ILSLE |
| $211,550 | | | | |
| 04/29/2009 LN | 4664 - 846 | | TALKING ROCK RANCH A | MURPHY SHANE |
| $585 | | | | |
| 09/30/2009 LN | 4698 - 54 | | TALKING ROCK LAND L | MURPHY SHANE |
| $685 | | | | |
| 10/09/2009 RES | 4700 - 283 | FA | MURPHY SHANE | |
| 10/09/2009 DED WAR | 4700 - 284 | FA | MURPHY SHANE | FARNER GLENN |
| 10/26/2009 LN REL | 4702 - 974 | | MURPHY SHANE | |
| | | 4664 - 846 | | |

END SEARCH

Recording Requested by:
First American Title Insurance Agency of Yavapai, Inc.

When recorded mail to:
Don Williamson
16698 Granite Drive
Ramona, CA 92065

```
3510874  BK 3969 PG 985
Yavapai County, Arizona
Patsy Jenney-Colon, Recorder
10/25/2002 11:27A PAGE 1    OF 2
FIRST AMERICAN TITLE INS CO
RECORDING FEE      7.00
SURCHARGE          8.00
POSTAGE            1.00
```

## SPECIAL WARRANTY DEED

Escrow No. **250-4038672 (ldr)**
A.P.N./Tax ID: **306-35-203U0**

For the consideration of TEN AND NO/100 DOLLARS, and other valuable considerations, I or we,

**Talking Rock Land, L.L.C, an Arizona Limited Liability Company**, the GRANTOR does hereby convey to

**Don Williamson, an unmarried man**, the GRANTEE

the following described property situate in **Yavapai** County, **Arizona**:

Lot 74, of AMENDED MAP OF TALKING ROCK RANCH, PHASE ONE - A, according to the plat of record in the office of the County Recorder of Yavapai County, Arizona, recorded in Book 45 of Maps, Page 62-65.

**Subject To:** Current taxes and other current assessments; patent reservations; all covenants, conditions, restrictions, reservations, easements and declaration, encumbrances, liens, obligations, liabilities or other matters of record or to which reference is made in the public record; any and all conditions, easements, encroachments, rights-of-way, or restrictions which a physical inspection, or accurate ALTA survey, of the Lot would reveal; and the applicable zoning and use regulations of any municipality, county, state or the United States affecting the Lot.

And the GRANTOR binds itself and its successors to warrant and defend the title as against all of the acts of Grantor and none other, subject to the matters above set forth.

The property conveyed pursuant to this Deed is subject to (in addition to the matters set forth above) the Declaration of Covenants, Conditions and Restrictions for Talking Rock Ranch recorded on August 31, 2001, with the Yavapai County, Arizona Recorder as Document No. 3382147, Book 3859, Page 676, which instrument, together with any and all amendments and supplements thereto, impose upon the Property and other real property, under a general plan of development, certain covenants, conditions, restrictions, easements, servitudes and other provisions running with the land and binding title to the Property and all owners of any portion thereof or interest therein, whether or not referenced in any future deed or instrument.

DATED: October 21, 2002

A.P.N.: 306-35-203U0

WARRANTY DEED - CONTINUED

Escrow No. 250-4038672

Talking Rock Land, L.L.C., an Arizona
Limited Liability Company

By: Harvard Simon I, L.L.C., an Arizona
    Limited Liability Company, its Manager

    By: Harvard Talking Rock, L.L.C., an
        Arizona Limited Liability Company, its
        Operating Member

        By: Harvard Investments, Inc., a
            Nevada Corporation, its Manager

By: _____
Its: Treasurer

STATE OF   AZ                )
                             )ss.
County of  Maricopa          )

On October 23, 2002, before me, the undersigned Notary Public, personally appeared _____, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

My Commission Expires:

Notary Public

OFFICIAL SEAL
JUDITH A MAZZOCOLI
NOTARY PUBLIC State of Arizona
MARICOPA COUNTY
My Commission Expires Nov. 13, 2005

SEAL

2513073 BK 3971 PG 942
Yavapai County, Arizona
Patsy Jenney-Colon, Recorder
10/31/2002 11:32A PAGE 1 OF 2
FIRST AMERICAN TITLE INS CO
RECORDING FEE    5.00
SURCHARGE        8.00
POSTAGE          0.00

WHEN RECORDED MAIL TO:

FATCO FOLDER
TRUST DEPT.



## PARTIAL RELEASE OF SUBORDINATE COLLATERAL ASSIGNMENT AND SECURITY AGREEMENT

KNOW ALL MEN BY THESE PRESENTS:

DALCOM, INC., an Arizona corporation and not personally, for and in consideration of the sum of Ten and 00/100 dollars, and other valuable consideration, to it in hand paid, the receipt whereof is hereby acknowledged, does hereby remise, release, and forever quit-claim unto

TALKING ROCK LAND, L.L.C., an Arizona Limited Liability Company,

all its rights, title and interest of whatever nature, of, in and to the following described tract of land, situate, lying and being in the County of Yavapai, State of Arizona, to-wit:

Lot __74__, of TALKING ROCK RANCH, PHASE ONE - A, according to the plat of record in the office of the County Recorder of Yavapai County, Arizona, recorded in Book 43 Maps; Pages 13-16.

It being the intention hereof to fully release and discharge the said above described property from all lien of a certain Subordinate Collateral Assignment and Security Agreement bearing the date of the 6th day of October 1999, recorded October 6, 1999 in Book 3701 of Official Records, Page 213, records of Yavapai County, Arizona, executed by Harvard Inscription Canyon Ranch Partner, L.L.C., an Arizona Limited Liability Company to DALCOM, INC., an Arizona corporation

It being the further intention of the parties hereto, that all the remainder of the property under the Subordinate Collateral Assignment and Security Agreement not hereby expressly released, shall continue to be subject to said Subordinate Collateral Assignment and Security Agreement.

To have and to hold the said releases premises unto the said Talking Rock Land, L.L.C., an Arizona Limited Liability Company.

IN WITNESS WHEREOF, DALCOM, INC., an Arizona corporation has caused these presents to be executed by its undersigned officer, thereunto duly authorized and has caused its corporation seal to be hereunto affixed this __5th__ day of __June__, 20_02_

DALCOM, INC., an Arizona corporation                The Richard D. Collison Revocable Trust

By: _____                         By: _Richard D Collison_
Its: __Pres.__                                      Its: __trustee__

Description: Yavapai,AZ Document - Book.Page 3971.942 Page: 1 of 2
Order: 000 Comment:

STATE OF ARIZONA     )
                     ) ss.
County of Yavapai    )

This instrument was acknowledged and executed before me this 5th day of June, 20 02 by W. A. Gary who acknowledged to be the President of DALCOM, INC., an Arizona corporation, and that as such officer, being authorized so to do, signed the name of the corporation as such officer.

_____
Notary Public

RAYLENE M JUNKINS
Notary Public - Arizona
YAVAPAI COUNTY
My Commission Expires
OCTOBER 31, 2004

SEAL


STATE OF ARIZONA     )
                     ) ss.
County of Yavapai    )

On 5th June 20 02, before me, the undersigned Notary Public, personally appeared RICHARD D. COLLISON, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to be that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_____
Notary Public

My Commission Expires:
Oct 31, 2004

RAYLENE M JUNKINS
Notary Public - Arizona
YAVAPAI COUNTY
My Commission Expires
OCTOBER 31, 2004

SEAL

Case 2:12-cr-01606-SRB   Document 316-21   Filed 12/09/14   Page 12 of 12



Return To:
M&I Mortgage Corp.
ATTN: Final Documentation Dept.
P.O. Box 478
Milwaukee, WI 53201-0478



Ana Wayman-Trujillo, Recorder
OFFICIAL RECORDS OF YAVAPAI COUNTY
FIRST AMERICAN TITLE INS    DOT

B-4321 P-117
10/11/2005 03:52P
24.00  3925631

B-4321 P-117
Page: 1 of 15
DOT    3925631

Prepared By:
Lorann TenHaken, Vice President
M&I Mortgage Corp.

4564217  ——[Space Above This Line For Recording Data]——

# DEED OF TRUST

DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

(A) "Security Instrument" means this document, which is dated  October   4  2005   , together with all Riders to this document.
(B) "Borrower" is

Shane Murphy and Melissa Murphy, husband and wife

Borrower is the trustor under this Security Instrument. Borrower's mailing address is
24807 N 43rd Dr,         Glendale, AZ 85310
(C) "Lender" is M&I Bank FSB

Lender is a   Corporation
organized and existing under the laws of the United States of America

3003.FRM (08/02)                9701442-0003967034                 MURPHY, M
ARIZONA-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT    Form 3003  1/01 (rev. 6/02)

VMP -6(AZ) (0206)
Page 1 of 15    Initials: MM SM
VMP MORTGAGE FORMS - (800)521-7291

Description: Yavapai,AZ Document - Book.Page 4321.117 Page: 1 of 15
Order: 000 Comment: