**EXHIBIT 21**
**DEFENDANTS' SENTENCING OBJECTIONS**
**Case No.  CR-12-1606-SRB**

| - AMERICAN TITLE SERVICE, ATS, JBAR | | | | | PINAL (PL), AZ |
|---|---|---|---|---|---|
| 06/13/2014  09:29AM RQ5C | | INVESTIGATIVE SEARCH RESULTS | | | PAGE 1 OF 4 |

**PLANT THROUGH**

JUNE 02, 2014 (Full)        INSTRUMENT: 2014-31762        JUNE 02, 2014 04:25PM

**SEARCH PARAMETERS**

| LOT | HI LOT | BLOCK | BOOK PAGE | SUB LOT | HI SUB LOT |
|---|---|---|---|---|---|
| 3 | | | C-49 | | |

SUBDIVISION:                    JUNIPER VILLAGE AT SUPERSTITION FOOTHILLS
SEARCH:                         FROM 00/00/0000  THROUGH 99/99/9999
DISPLAY AUTO CHAIN; OVERLAPPING PROPERTY

| PARAMETER ENTERED: | | | | | |
|---|---|---|---|---|---|
| LOT | HI LOT | BLOCK | BOOK PAGE | SUB LOT | HI SUB LOT |
| 3 | | | C-49 | | |

**AUTO CHAIN:**

| | | | | | |
|---|---|---|---|---|---|
| 03/10/1982 SECTION 31 | TOWN 1N | RANGE 9E | SESE |
| 0000 CREATED ARB  104 02 019 | | | |
| 07/05/1983 SECTION 31 | TOWN 1N | RANGE 9E | NHNENWSE |
| 0000 CREATED ARB  104 02 011 | | | |
| 10/13/1983 SECTION 31 | TOWN 1N | RANGE 9E | EHWH |
| 0000 CREATED ARB  104 02 002 | | | |
| 10/21/1983 SECTION 31 | TOWN 1N | RANGE 9E | NWSENW |
| 0000 CREATED ARB  104 02 002 | | | |
| 01/11/1984 SECTION 31 | TOWN 1N | RANGE 9E | NHNWSE |
| 0000 CREATED ARB  104 02 011 | | | |
| 04/02/1984 SECTION 31 | TOWN 1N | RANGE 9E | NWSWNE |
| 0000 CREATED ARB  104 02 007 | | | |
| 04/02/1984 SECTION 31 | TOWN 1N | RANGE 9E | WHNESE |
| 0000 CREATED ARB  104 02 021 | | | |
| 12/18/1985 SECTION 31 | TOWN 1N | RANGE 9E | EHSW |
| 0000 CREATED ARB  104 02 002 | | | |
| 12/31/1987 SECTION 31 | TOWN 1N | RANGE 9E | SHNWSE |
| 0000 CREATED ARB  104 02 012 | | | |
| 12/22/1989 SECTION 31 | TOWN 1N | RANGE 9E | SWNE |
| 0000 CREATED ARB  104 02 008 | | | |
| 12/22/1989 SECTION 31 | TOWN 1N | RANGE 9E | EHNESE |
| 0000 CREATED ARB  104 02 010 | | | |
| 12/22/1989 SECTION 31 | TOWN 1N | RANGE 9E | EHNWSE |
| 0000 CREATED ARB  104 02 010 | | | |
| 12/22/1989 SECTION 31 | TOWN 1N | RANGE 9E | SWSE |
| 0000 CREATED ARB  104 02 018 | | | |
| 07/02/1997 ARB 104 02 002 | | | |
| 1997- 22861          CREATED ARB  104 02 002A | | | |
| 07/02/1997 ARB 104 02 007 | | | |

| - AMERICAN TITLE SERVICE, ATS, JBAR | | PINAL (PL), AZ |
|---|---|---|
| 06/13/2014  09:29AM RQ5C | INVESTIGATIVE SEARCH RESULTS | PAGE 2 OF 4 |

1997- 22861          CREATED ARB  104 02 002A
    07/02/1997 ARB 104 02 008
1997- 22861          CREATED ARB  104 02 002A
    07/02/1997 ARB 104 02 010
1997- 22861          CREATED ARB  104 02 002A
    07/02/1997 ARB 104 02 011
1997- 22861          CREATED ARB  104 02 002A
    07/02/1997 ARB 104 02 012
1997- 22861          CREATED ARB  104 02 002A
    07/02/1997 ARB 104 02 018
1997- 22861          CREATED ARB  104 02 002A
    07/02/1997 ARB 104 02 019
1997- 22861          CREATED ARB  104 02 002A
    07/02/1997 ARB 104 02 021
1997- 22861          CREATED ARB  104 02 002A
    01/28/1998 ARB 104 02 002
1998- 3004          CREATED ARB  104 02 002B
    01/28/1998 ARB 104 02 002A
1998- 3004          CREATED ARB  104 02 002B
    01/28/1998 ARB 104 02 011
1998- 3004          CREATED ARB  104 02 002B
    01/28/1998 ARB 104 02 012
1998- 3004          CREATED ARB  104 02 002B
C  09/15/1998 ARB 104 02 002B
1998 - 37660     CREATED PLAT          C-49

**SEARCHED PARAMETER:**

| LOT | HI LOT | BLOCK | BOOK PAGE | SUB LOT | HI SUB LOT |
|---|---|---|---|---|---|
| 3 | | | C-49 | | |

NO OPEN ORDERS FOUND

| LOT | BLOCK | | BOOK PAGE C-49 | SUB LOT | |
|---|---|---|---|---|---|
| RECORDED INST | INST NO. | | COMPANY FIRST PARTY | SECOND PARTY | |
| DOLLAR AMOUNT | ALIAS FEE | | ORIG INST NO. | REMARKS | |
| 09/15/1998 PLT | 1998 - 37660 | | JUNIPER VILLAGE AT S C-49 | | |
| | | | | FR 002B | |
| 09/22/1998 RES MOD | 1998 - 38691 | | SUPERSTITION MOUNTAI | | |
| | | | 1997 - 42823 | | |
| 10/16/1998 RES | 1998 - 42667 | FA | DEERE CREDIT INC | | |
| 12/09/1998 RES AMD | 1998 - 50243 | | SUPERSTITION MOUNTAI | | |
| | | | 1997 - 42823 | | |

**- AMERICAN TITLE SERVICE, ATS, JBAR**                                                **PINAL (PL), AZ**
06/13/2014  09:29AM RQ5C              **INVESTIGATIVE SEARCH RESULTS**              **PAGE 3 OF 4**

| 04/12/1999 **DOT AMD** | 1999 - 16447 | FA | SUPERSTITION MOUNTAI | DEERE CREDIT INC |
| | | 1998 - 11191 | | |
| 04/12/1999 **UCC AMD** | 1999 - 16448 | FA | SUPERSTITION MOUNTAI | DEERE CREDIT INC |
| | | 1998 - 11192 | | |
| 04/12/1999 **ASN** | 1999 - 16449 | FA | SUPERSTITION MOUNTAI | DEERE CREDIT INC |
| | | 1998 - 11194  CORR | | |
| 01/18/2000 **RES AMD** | 2000 - 2719 | FA | SUPERSTITION MOUNTAI | |
| | | 1997 - 42823 | | |
| 05/22/2003 **DOT SUB** | 2003 - 33835 | FA | SUPERSTITION MOUNTAI | |
| | | 1997 - 22862 | | |
| | | 1997 - 40164 | | |
| | | 1998 - 3005 | | |
| | | 1998 - 3011 | | |
| | | 1998 - 7617 | | |
| | | 1998 - 7619 | | |
| | | 1998 - 37646 | | |
| | | 1998 - 37655 | | |
| | | 1999 - 16465 | | |
| | | 2003 - 2035 | | |
| 10/21/2004 **NOT** | 2004 - 84563 | | SUPERSTITION MOUNTAI | |
| | | 1997 - 42823 | | |
| 11/16/2004 **NOT** | 2004 - 93480 | | SUPERSTITION MOUNTAI | |
| | | 1997 - 42823 | | |
| 05/25/2010 **ASN** | 2010 - 49478 | TSA | SUPERSTITION MOUNTAI | 4H MOUNTAIN VIEW PRO |
| | | 1997 - 42823 | | |

| LOT | BLOCK | BOOK PAGE | SUB LOT | |
| 3 | | C-49 | | |
| RECORDED INST | INST NO. | COMPANY FIRST PARTY | | SECOND PARTY |
| DOLLAR AMOUNT | ALIAS FEE | ORIG INST NO. | REMARKS | |
| 04/12/1999 **DOT SUB** | 1999 - 16466 | SUPERSTITION MOUNTAI | | |
| | | 1997 - 22862  REREC | | |
| | | 1997 - 40164 | | |
| | | 1998 - 3005 | | |
| | | 1998 - 3011 | | |
| | | 1998 - 7617 | | |
| | | 1998 - 37652 | | |
| 11/18/1999 **DED SWR** | 1999 - 51965 | FA | SUPERSTITION MOUNTAI | VAN CAMP LORETTA |
| 12/08/1999 **DOT PRL** | 1999 - 54961 | FA | SUPERSTITION MOUNTAI | |
| | | 1998 - 37655 | | |
| 12/08/1999 **DOT PRL** | 1999 - 54962 | FA | SUPERSTITION MOUNTAI | |
| | | 1997 - 22862 | | |
| 04/07/2000 **AFF ERR** | 2000 - 14872 | FA | FIRST AMERICAN TITLE | |
| | | 1998 - 37655 | | |
| 04/07/2000 **DOT PRL** | 2000 - 14873 | FA | SUPERSTITION MOUNTAI | |
| | | 1998 - 37652 | | |

## - AMERICAN TITLE SERVICE, ATS, JBAR                    PINAL (PL), AZ
06/13/2014 09:29AM RQ5C          INVESTIGATIVE SEARCH RESULTS          PAGE 4 OF 4

| Date | Type | Doc No. | Code | Grantor | Grantee |
|---|---|---|---|---|---|
| 04/07/2000 | UCC PRL | 2000 - 14874 | | SUPERSTITION MOUNTAI | |
| | | | 1998 - 37653A | | |
| 04/11/2001 | DED QCL | 2001 - 15586 | | VAN CAMP LORETTA | LORETTA L VANCAMP TR |
| 06/27/2002 | DED WAR | 2002 - 34418 | FA | LORETTA L VANCAMP TR | WAGNER DARRYL C |
| 06/27/2002 | DOT | 2002 - 34419 | | WAGNER DARRYL | M&I MARSHALL AND ILS |
| | $272,700 | | | | |
| 01/14/2005 | DOT REL | 2005 - 4619 | 2002 - 34419 | | |
| 12/21/2004 | DOT | 2004 - 104695 | FA | WAGNER DARRYL C | NATIONAL BANK OF ARI |
| | $924,000 | | | | |
| 02/09/2006 | DOT REL | 2006 - 20146 | OR 2004 - 104695 | | |
| 01/10/2006 | DED DIS | 2006 - 4974 | OR | WAGNER MEAGAN L | WAGNER DARRYL C |
| 01/10/2006 | DOT | 2006 - 4975 | | WAGNER DARRYL C | M&I MARSHALL AND ILS |
| | $999,950 | | | | |
| 08/29/2008 | STR | 2008 - 83142 | SA 2006 - 4975 | | |
| 08/29/2008 | DOT SLE | 2008 - 83143 | SA 2006 - 4975 | | |
| 07/24/2007 | DOT | 2007 - 84913 | | WAGNER DARRYL C | NATIONAL CITY BANK |
| | $350,000 | | | | |
| 07/11/2008 | LN | 2008 - 65540 | | SUPERSTITION MOUNTAI | WAGNER DARRYL |
| | $1,195 | | | | |
| 08/29/2008 | DOT SLE | 2008 - 83143 | SA | WAGNER DARRYL C | |
| | | | 2006 - 4975 | | |
| 12/15/2008 | DED TRS | 2008 - 119180 | SA | FOLKS LARRY O | M & I MARSHALL & ILS |
| | | | 2006 - 4975 | | |
| 06/01/2009 | BASE | 45001362 | GC | | |
| 07/06/2009 | DED SWR | 2009 - 67527 | GC | M & I MARSHALL & ILS | FERREIRA FRED M |
| 07/06/2009 | DOT | 2009 - 67528 | GC | FERREIRA FRED M | V I P MORTGAGE INC |
| | $417,000 | | | | |
| 03/25/2010 | DOT REL | 2010 - 27934 | 2009 - 67528 | | |
| 03/04/2010 | DED WAR | 2010 - 20860 | FA | FERREIRA FRED M | HAWS BRUCE A |
| 03/04/2010 | DOT | 2010 - 20861 | | HAWS BRUCE A | WELLS FARGO BANK N A |
| | $417,000 | | | | |
| 01/16/2014 | DOT REL | 2014 - 2661 | 2010 - 20861 | | |
| 03/04/2010 | DOT | 2010 - 20862 | | HAWS BRUCE A | WELLS FARGO BANK N A |
| | $213,000 | | | | |
| 01/09/2014 | DOT SUB | 2014 - 1165 | | HAWS BRUCE A | |
| | | | 2010 - 20862 | | |
| 01/09/2014 | DOT | 2014 - 1166 | | HAWS BRUCE A | WELLS FARGO BANK NA |
| | $392,000 | | | | |

**END SEARCH**

```
CUSTOMER PROFILE - RELATED CUSTOMERS & ACCOUNT         NEXT =      PAGE    1
                                                       10/14/09   11:05:06
BANK 098    CUST # 00005078675
            CUST NAME DARRYL C WAGNER                        CUSTOMER CODES
```

```
STATUS          OPEN
DATE OPENED     01-30-2006
DATE CLOSED
BRANCH          AHWATUKEE AZ           PRIM OFFICER     SLATER,GREGORY
COST CENTER     0001602                SEC OFFICER
```

```
BNK APPL    ACCOUNT NUMBER      S   OPENED     CLOSED    P RELATIONSHIP   CDTYP SRA
098 HH      0602050000020520    O 02-05-06               P HH RELATED
098 LN      00004063680         O 01-30-06               P OWNER          100 N *
```

```
CIC2621 - SINGLE CUSTOMER RETURNED FROM SEARCH
```

Account #4063680

1C059-000001

View Loan Transaction History - 4063680-40000 Note - Bank 098                    Page 1 of 4

Wagner Darryl C
4063680-40000 Note

80 items: Life-to-date beginning 01/06/2006

| Effective /<br>Posted | Type | Amount | Principal | Interest | Balance | Part or Fee |
|---|---|---|---|---|---|---|
| 03/11/2009<br>03/11/2009 | 750 - Note<br>increase | 2654.29 | 2,654.29 | 0.00 | 111,872.21 | |
| 03/11/2009<br>03/11/2009 | 660 - Special<br>payment | 2654.29 | 0.00 | 0.00 | 109,217.92 | |
| 02/01/2009<br>01/30/2009 | 400 - Rate<br>change | 5.625000% | 0.00 | 0.00 | 109,217.92 | |
| 12/30/2008<br>01/02/2009 | 677 - Special<br>adjustment<br>decrease | 4881.8100000 | 0.00 | 4881.8100000 | 109,217.92 | |
| 12/30/2008<br>01/02/2009 | 677 - Special<br>adjustment<br>decrease | 886482.08 | 886,482.08 | 0.00 | 109,217.92 | |
| 04/28/2008<br>06/23/2008 | 714 - Partial<br>escrow<br>disbursement | 2654.29 | 0.00 | 0.00 | 995,700.00 | |
| 02/29/2008<br>02/29/2008 | 610 - Regular<br>payment | 6448.18 | 0.00 | 6448.18 | 995,700.00 | |
| 01/28/2008<br>01/28/2008 | 610 - Regular<br>payment | 6448.18 | 0.00 | 6448.18 | 995,700.00 | |
| 12/10/2007<br>12/10/2007 | 610 - Regular<br>payment | 6240.18 | 0.00 | 6240.18 | 995,700.00 | |
| 11/13/2007<br>11/13/2007 | 610 - Regular<br>payment | 6448.18 | 0.00 | 6448.18 | 995,700.00 | |
| 10/15/2007<br>10/15/2007 | 610 - Regular<br>payment | 6240.17 | 0.00 | 6240.17 | 995,700.00 | |
| 09/24/2007<br>09/24/2007 | 610 - Regular<br>payment | 6448.18 | 0.00 | 6448.18 | 995,700.00 | |
| 09/12/2007<br>09/24/2007 | 801 - NSF<br>reversal | -6448.18 | 0.00 | -6448.18 | 995,700.00 | |
| 09/12/2007 *<br>09/12/2007 | 610 - Regular<br>payment | 6448.18 | 0.00 | 6448.18 | 995,700.00 | |

1C059-000002

| Date | Transaction | | | | Balance |
|---|---|---|---|---|---|
| 08/21/2007 08/21/2007 | 610 - Regular payment | 6452.15 | 0.00 | 6452.15 | 995,700.00 |
| 07/24/2007 07/24/2007 | 610 - Regular payment | 6192.23 | 0.00 | 6192.23 | 995,700.00 |
| 07/17/2007 07/17/2007 | 750 - Note increase | 1000.00 | 1,000.00 | 0.00 | 995,700.00 |
| 06/26/2007 06/26/2007 | 750 - Note increase | 7000.00 | 7,000.00 | 0.00 | 994,700.00 |
| 06/25/2007 06/25/2007 | 610 - Regular payment | 6046.79 | 0.00 | 6046.79 | 987,700.00 |
| 06/19/2007 06/19/2007 | 750 - Note increase | 2250.00 | 2,250.00 | 0.00 | 987,700.00 |
| 06/06/2007 06/07/2007 | 750 - Note increase | 11408.00 | 11,408.00 | 0.00 | 985,450.00 |
| 05/29/2007 05/29/2007 | 750 - Note increase | 36000.00 | 36,000.00 | 0.00 | 974,042.00 |
| 05/25/2007 05/25/2007 | 610 - Regular payment | 5000.00 | 0.00 | 5000.00 | 938,042.00 |
| 05/25/2007 05/25/2007 | 610 - Regular payment | 814.69 | 0.00 | 814.69 | 938,042.00 |
| 05/15/2007 05/15/2007 | 750 - Note increase | 9000.00 | 9,000.00 | 0.00 | 938,042.00 |
| 05/09/2007 05/09/2007 | 750 - Note increase | 1000.00 | 1,000.00 | 0.00 | 929,042.00 |
| 04/30/2007 04/30/2007 | 610 - Regular payment | 5967.28 | 0.00 | 5967.28 | 928,042.00 |
| 04/02/2007 04/02/2007 | 750 - Note increase | 7000.00 | 7,000.00 | 0.00 | 928,042.00 |
| 03/29/2007 03/29/2007 | 610 - Regular payment | 5262.43 | 0.00 | 5262.43 | 921,042.00 |
| 02/28/2007 02/28/2007 | 750 - Note increase | 12375.00 | 12,375.00 | 0.00 | 921,042.00 |
| 02/26/2007 02/26/2007 | 610 - Regular payment | 5805.47 | 0.00 | 5805.47 | 908,667.00 |
| 02/15/2007 02/15/2007 | 750 - Note increase | 18000.00 | 18,000.00 | 0.00 | 908,667.00 |
| 01/29/2007 01/29/2007 | 610 - Regular payment | 5609.51 | 0.00 | 5609.51 | 890,667.00 |
| 12/26/2006 12/26/2006 | 750 - Note increase | 15000.00 | 15,000.00 | 0.00 | 890,667.00 |
| 12/26/2006 12/26/2006 | 750 - Note increase | 14907.00 | 14,907.00 | 0.00 | 875,667.00 |
| 12/15/2006 12/15/2006 | 610 - Regular payment | 3348.66 | 0.00 | 3348.66 | 860,760.00 |
| 12/04/2006 12/04/2006 | 750 - Note increase | 23900.00 | 23,900.00 | 0.00 | 860,760.00 |
| 12/01/2006 12/01/2006 | 610 - Regular payment | 1696.06 | 0.00 | 1696.06 | 836,860.00 |
| 12/01/2006 12/01/2006 | 750 - Note increase | 1696.06 | 1,696.06 | 0.00 | 836,860.00 |
| 11/22/2006 11/22/2006 | 750 - Note increase | 26690.00 | 26,690.00 | 0.00 | 835,163.94 |
| 11/10/2006 11/10/2006 | 750 - Note increase | 11750.00 | 11,750.00 | 0.00 | 808,473.94 |
| 11/01/2006 11/01/2006 | 610 - Regular payment | 5126.36 | 0.00 | 5126.36 | 796,723.94 |
| 11/01/2006 | 750 - Note | 5126.36 | 5,126.36 | 0.00 | 796,723.94 |

1C059-000003

| Date | Type | | | | |
|------|------|------:|------:|------:|------:|
| 11/01/2006 | increase | | | | |
| 10/02/2006 | 750 – Note increase | 231.00 | 231.00 | 0.00 | 791,597.58 |
| 10/02/2006 | | | | | |
| 10/01/2006 | 610 – Regular payment | 4946.06 | 0.00 | 4946.06 | 791,366.58 |
| 10/02/2006 | | | | | |
| 10/01/2006 | 750 – Note increase | 4946.06 | 4,946.06 | 0.00 | 791,366.58 |
| 10/02/2006 | | | | | |
| 09/12/2006 | 750 – Note increase | 20150.00 | 20,150.00 | 0.00 | 786,420.52 |
| 09/12/2006 | | | | | |
| 09/01/2006 | 610 – Regular payment | 4502.27 | 0.00 | 4502.27 | 766,270.52 |
| 09/01/2006 | | | | | |
| 09/01/2006 | 750 – Note increase | 4502.27 | 4,502.27 | 0.00 | 766,270.52 |
| 09/01/2006 | | | | | |
| 09/01/2006 | 750 – Note increase | 17.00 | 17.00 | 0.00 | 761,768.25 |
| 09/01/2006 | | | | | |
| 08/29/2006 | 750 – Note increase | 20000.00 | 20,000.00 | 0.00 | 761,751.25 |
| 08/29/2006 | | | | | |
| 08/24/2006 | 750 – Note increase | 30659.00 | 30,659.00 | 0.00 | 741,751.25 |
| 08/24/2006 | | | | | |
| 08/09/2006 | 750 – Note increase | 61500.00 | 61,500.00 | 0.00 | 711,092.25 |
| 08/09/2006 | | | | | |
| 08/01/2006 | 750 – Note increase | 34.00 | 34.00 | 0.00 | 649,592.25 |
| 08/01/2006 | | | | | |
| 08/01/2006 | 610 – Regular payment | 3903.58 | 0.00 | 3903.58 | 649,558.25 |
| 08/01/2006 | | | | | |
| 08/01/2006 | 750 – Note increase | 3903.58 | 3,903.58 | 0.00 | 649,558.25 |
| 08/01/2006 | | | | | |
| 07/19/2006 | 750 – Note increase | 85130.00 | 85,130.00 | 0.00 | 645,654.67 |
| 07/19/2006 | | | | | |
| 07/03/2006 | 750 – Note increase | 34.00 | 34.00 | 0.00 | 560,524.67 |
| 07/03/2006 | | | | | |
| 07/01/2006 | 610 – Regular payment | 2955.17 | 0.00 | 2955.17 | 560,490.67 |
| 07/05/2006 | | | | | |
| 07/01/2006 | 750 – Note increase | 2955.17 | 2,955.17 | 0.00 | 560,490.67 |
| 07/05/2006 | | | | | |
| 06/28/2006 | 750 – Note increase | 67700.00 | 67,700.00 | 0.00 | 557,535.50 |
| 06/28/2006 | | | | | |
| 06/14/2006 | 750 – Note increase | 63000.00 | 63,000.00 | 0.00 | 489,835.50 |
| 06/14/2006 | | | | | |
| 06/01/2006 | 610 – Regular payment | 2553.38 | 0.00 | 2553.38 | 426,835.50 |
| 06/01/2006 | | | | | |
| 06/01/2006 | 750 – Note increase | 2553.38 | 2,553.38 | 0.00 | 426,835.50 |
| 06/01/2006 | | | | | |
| 05/23/2006 | 750 – Note increase | 30000.00 | 30,000.00 | 0.00 | 424,282.12 |
| 05/23/2006 | | | | | |
| 05/01/2006 | 610 – Regular payment | 2455.63 | 0.00 | 2455.63 | 394,282.12 |
| 05/01/2006 | | | | | |
| 05/01/2006 | 750 – Note increase | 2455.63 | 2,455.63 | 0.00 | 394,282.12 |
| 05/01/2006 | | | | | |
| 04/03/2006 | 610 – Regular payment | 2521.15 | 0.00 | 2521.15 | 391,826.49 |
| 04/03/2006 | | | | | |
| 04/01/2006 | 750 – Note increase | 2521.15 | 2,521.15 | 0.00 | 391,826.49 |
| 04/03/2006 | | | | | |
| 03/01/2006 | 610 – Regular payment | 4024.34 | 0.00 | 4024.34 | 389,305.34 |
| 03/01/2006 | | | | | |
| 03/01/2006 | 750 – Note increase | 4024.34 | 4,024.34 | 0.00 | 389,305.34 |
| 03/01/2006 | | | | | |

1C059-000004

View Loan Transaction History - 4885888-48888 Note - Bank 098                                    Page 4 of 4

| 01/10/2006<br>01/30/2006 | 750 - Note<br>Increase | 385281.00 | 385,281.00 | 0.00 | 385,281.00 |
| 01/06/2006<br>01/30/2006 | 310 - New note | 0.00 | 0.00 | 0.00 | 0.00 |

1C059-000005

Checks deposited are subjected to the provisions of the Uniform
Commercial code or any applicable collection agreement.
M&I Marshall & Ilsley Bank
Milwaukee, Wisconsin 53202

M&I

M&I Commercial Loan

Attn:  Sue Kletzue
M&I Support Services \ M&I Loan Servicing \
BRX-401-LSC

| | | | | |
| 3114 | Lock Box Credit | | | |
| BIN | 12/10/07 | Y966234 | | |

Account 0020880156

ProcessDate 914   User Code 945
Check(s) Coupon(s)

$ 2,905,519.79

⑈3114⑈ ⑆075000051⑆ 0020880156⑈ 602 ⑈0290551979⑈

075000051
M&I BANK
12/10/07
:2759552946

| | |
|---|---|
| Posting Bank | 00098 |
| Account Number | 20880156 |
| Check Number | 3114 |
| Amount | $2,905,519.79 |
| Posting Date | 2007 Dec 10 |
| CPCS Sequence Number | 2759552946 |
| Bank of First Deposit | 000000000 |
| Tran Code | 602 |
| Document Type | 31 |
| D/C | C |

http://miarchive/inquiry/servlet/inquiry

11/11/2009