**EXHIBIT 22**
**DEFENDANTS' SENTENCING OBJECTIONS**
**Case No.  CR-12-1606-SRB**

| - AMERICAN TITLE SERVICE, ATS, MERG | | MARICOPA, AZ |
|---|---|---|
| 07/21/2014 10:09AM Y5R8 | INVESTIGATIVE SEARCH RESULTS | PAGE 1 OF 3 |

**PLANT THROUGH**
JULY 16, 2014 (Full)    **INSTRUMENT: 2014-467461**    JULY 16, 2014 04:59PM
**COURT HOUSE: MAY 28, 2014**

**SEARCH PARAMETERS**

**PARCEL: 219-17-927**
CROSS REFERENCE SUCCESSFUL

| LOT | HI LOT | BLOCK | PLAT | SUB LOT | HI SUB LOT |
|---|---|---|---|---|---|
| 47 | | | 559-14 | | |

SUBDIVISION:             SUMMIT AT LAS SENDAS
SEARCH:                  FROM 00/00/0000   THROUGH 99/99/9999
DISPLAY AUTO CHAIN; OVERLAPPING PROPERTY
MATCHED CROSS REFERENCE LEGAL

| PARAMETER ENTERED: | | | | | |
|---|---|---|---|---|---|
| LOT | HI LOT | BLOCK | PLAT | SUB LOT | HI SUB LOT |
| 47 | | | 559-14 | | |

AUTO CHAIN:

| | Date | Legal | | | |
|---|---|---|---|---|---|
| | 06/30/1954 | SECTION 30 | TOWN 2N | RANGE 7E | NE |
| | 0000 | CREATED ARB | 219 17 003 | | |
| | 06/30/1954 | SECTION 30 | TOWN 2N | RANGE 7E | NW |
| | 0000 | CREATED ARB | 219 17 002 | | |
| | 03/07/1983 | ARB 219 17 003 | | | |
| | 1983- 79811 | CREATED ARB | 219 17 003B | | |
| | 08/05/1988 | ARB 219 17 003 | | | |
| | 1988- 388545 | CREATED ARB | 219 17 003C | | |
| | 08/05/1988 | ARB 219 17 003B | | | |
| | 1988- 388545 | CREATED ARB | 219 17 003C | | |
| | 09/30/1996 | ARB 219 17 003C | | | |
| | 1996- 695169 | CREATED ARB | 219 17 003D | | |
| C | 04/05/2001 | ARB 219 17 002 | | | |
| | 2001 - 275062 | CREATED PLAT | 559-14 | | |
| C | 04/05/2001 | ARB 219 17 003B | | | |
| | 2001 - 275062 | CREATED PLAT | 559-14 | | |
| C | 04/05/2001 | ARB 219 17 003D | | | |
| | 2001 - 275062 | CREATED PLAT | 559-14 | | |
| C | 04/05/2001 | ARB 219 17 004 | | | |
| | 2001 - 275062 | CREATED PLAT | 559-14 | | |

| SEARCHED PARAMETER: | | | | | |
|---|---|---|---|---|---|
| LOT | HI LOT | BLOCK | PLAT | SUB LOT | HI SUB LOT |
| 47 | | | 559-14 | | |

**NO OPEN ORDERS FOUND**

| - AMERICAN TITLE SERVICE, ATS, MERG | | | | | MARICOPA, AZ |
|---|---|---|---|---|---|
| 07/21/2014 10:09AM Y5R8 | | | INVESTIGATIVE SEARCH RESULTS | | PAGE 2 OF 3 |

| LOT | BLOCK | | PLAT<br>559-14 | SUB LOT | |
|---|---|---|---|---|---|
| RECORDED INST | | INST NO. | COMPANY | FIRST PARTY | SECOND PARTY |
| DOLLAR AMOUNT | | YEAR FEE | ORIG INST NO. | REMARKS | |
| 04/05/2001 | PLT | 2001 - 275062 | | SUMMIT AT LAS SANDAS<br>559-14 | |
| | | | | | FR 002 |
| 04/05/2001 | PLT | 2001 - 275062 | | SUMMIT AT LAS SANDAS<br>559-14 | |
| | | | | | FR 003B |
| 04/05/2001 | PLT | 2001 - 275062 | | SUMMIT AT LAS SANDAS<br>559-14 | |
| | | | | | FR 003D |
| 04/05/2001 | PLT | 2001 - 275062 | | SUMMIT AT LAS SANDAS<br>559-14 | |
| | | | | | FR 004 |
| 04/19/2001 | RES | 2001 - 317217 | TR | SONORAN DESERT HOLDI | |
| 05/02/2001 | DED WAR | 2001 - 366708 | | CRM HOLDINGS L L C | CITY VIEW PROPERTIES |
| 06/05/2001 | XGR REL | 2001 - 483584 | TR<br>2000 - 85083 | SUNTERRA GOLF L L C | EAGLE CREST GOLF CLU |
| 10/26/2001 | EAS | 2001 - 994575 | | LAS SENDAS COMMUNITY<br>PUBLIC UTILITIES POWER | SALT RIVER PROJECT A |
| 10/26/2001 | EAS | 2001 - 994828 | | CITY VIEW PROPERTIES<br>POWER DISTRIBUTION | SALT RIVER PROJECT A |
| 02/14/2002 | DED QCL | 2002 - 156647* | 2002 - 149855 | SALT RIVER PROJECT A<br>REREC | SALT RIVER PROJECT A |
| EAS | | | | | |
| 04/07/2003 | PLT COR | 2003 - 426790* | | GETTINGS THOMAS R | |
| 10/27/2003 | PLT | 2003 - 1490224 | | SEC 1-36 1N 7E & SEC<br>657-27 INVALID | |
| 01/08/2004 | PLT COR | 2004 - 19779 | 2001 - 275062 | SUMMIT AT LAS SENDAS | |
| 07/21/2004 | RES AMD | 2004 - 834169* | 1995 - 467017 | CRM HOLDINGS L L C | |
| 05/13/2005 | PLT COR | 2005 - 637201 | | SUMMIT AT LAS SENDAS | |
| 09/16/2005 | RES AMD | 2005 - 1362854 | 1995 - 467017 | SONORAN DESERT HOLDI | |
| 10/06/2006 | XGR | 2006 - 1327527* | | LAS SENDAS COMMUNITY | FLOOD CONTROL DISTRI |
| 06/26/2007 | PLT | 2007 - 733743 | | SECS 1 THRU 36 1N 7E<br>932-28 INVALID | |
| 03/20/2013 | RES ANX | 2013 - 255576 | 1995 - 467017 | SONORAN DESERT HOLDI | |

Case 2:12-cr-01606-SRB   Document 316-23   Filed 12/09/14   Page 4 of 11

| - AMERICAN TITLE SERVICE, ATS, MERG | | | | | MARICOPA, AZ |
|---|---|---|---|---|---|
| 07/21/2014 10:09AM Y5R8 | | | INVESTIGATIVE SEARCH RESULTS | | PAGE 3 OF 3 |

| LOT | BLOCK | | PLAT | SUB LOT | |
|---|---|---|---|---|---|
| 47 | | | 559-14 | | |
| RECORDED INST | | INST NO. | COMPANY | FIRST PARTY | SECOND PARTY |
| DOLLAR AMOUNT | | YEAR FEE | ORIG INST NO. | REMARKS | |
| 05/29/2001 | BASE | 260783 | TR | | |
| 07/31/2001 | EAS | 2001 - 689269 | | SONORAN DESERT HOLDI CONSERVATION | DESERT UPLANDS LAND |
| 08/24/2001 | XGR | 2001 - 780071* | | CITY OF MESA | SUMMIT AT LAS SENDAS |
| 09/26/2003 | BASE | 1305496 | LDA | | |
| 01/29/2004 | DED SWR | 2004 - 92410 | TR | CITY VIEW PROPERTIES | HAYDEN COLIN B |
| 01/29/2004 | DOT | 2004 - 92411 | TR | HAYDEN COLIN B | EXPRESS ONE MORTGAGE |
| $728,951 | | | | | |
| 01/29/2004 | DOT ASN | 2004 - 92412 | TR  2004 - 92411 | | |
| 03/04/2005 | DOT MOD | 2005 - 270707 | TR  2004 - 92411 | | |
| 04/18/2007 | DOT REL | 2007 - 449942 | 2004 - 92411 | | |
| 04/18/2005 | DOT | 2005 - 493104 | | HAYDEN COLIN B | JPMORGAN CHASE BANK |
| $217,500 | | | | | |
| 04/18/2007 | DOT REL | 2007 - 450176 | 2005 - 493104 | | |
| 06/10/2005 | BASE | 1427935 | LDA | | |
| 09/20/2005 | DOT | 2005 - 1383319 | | HAYDEN COLIN B | KEYBANK N A |
| $38,315 | | | | | |
| 04/20/2007 | DOT REL | 2007 - 462161 | 2005 - 1383319 | | |
| 03/02/2007 | BASE | 4722003708 | OR  99 | | |
| 03/23/2007 | DOT | 2007 - 345091 | OR | HAYDEN COLIN B | M&I MARSHALL & ILSLE |
| $990,500 | | | | | |
| 08/05/2008 | STR | 2008 - 682936 | 2007 - 345091 | | |
| 08/05/2008 | DOT SLE | 2008 - 682937 | SA  2007 - 345091 | | |
| 12/31/2007 | BASE | 54691 | FR  R | | |
| 08/05/2008 | DOT SLE | 2008 - 682937 | SA  2007 - 345091 | HAYDEN COLIN B | |
| 11/10/2008 | DED TRS | 2008 - 963108 | SA  2007 - 345091 | FOLKS LARRY O | M & I MARSHALL & ILS |
| 06/30/2009 | DED SWR | 2009 - 599113 | DG | M&I MARSHALL & ILSLE | SMITH THOMAS G |
| 11/06/2012 | DED SWR | 2012 - 1010880 | | SMITH THOMAS G | TOM & JEAN SMITH FAM |
| 07/08/2014 | DED SWR | 2014 - 443685 | | TOM & JEAN SMITH FAM | JEAN B SMITH MARITAL |

**END SEARCH**

```
CUSTOMER PROFILE - RELATED CUSTOMERS & ACCOUNTS        NEXT =      PAGE    1
                                                       10/14/09   11:23:17
  BANK 098    CUST # 00006268762
              CUST NAME  COLIN B HAYDEN                       CUSTOMER CODES


   STATUS           OPEN
   DATE OPENED      03-29-2007
   DATE CLOSED
   BRANCH           AHWATUKEE AZ              PRIM OFFICER   SLATER,GREGORY
   COST CENTER      0001602                   SEC OFFICER

   BNK APPL    ACCOUNT NUMBER       S   OPENED    CLOSED   P RELATIONSHIP   CDTYP SRA
   098 HH      0704010000020400     O 04-01-07             P HH RELATED
   098 LN      00035730266          O 03-29-07             P JOINT            100 N



CIC2621 - SINGLE CUSTOMER RETURNED FROM SEARCH
```

# Account #35730266

1C059-000001

Hayden Colin/Vesta
35730266-40000 Note

28 items: Life-to-date beginning 03/21/2007

| Effective / Posted | Type | Amount | Principal | Interest | Balance | Part or Fee |
|---|---|---|---|---|---|---|
| [redacted] | | | | | | |
| 11/05/2008 12/01/2008 | 677 - Special adjustment decrease | 912027.34 | 912,027.34 | 0.00 | 78,472.66 | |
| [redacted] | | | | | | |
| 04/01/2008 04/10/2008 | 610 - Regular payment | 5468.39 | 0.00 | 5468.39 | 990,500.00 | |
| 03/01/2008 03/11/2008 | 610 - Regular payment | 5468.39 | 0.00 | 5468.39 | 990,500.00 | |
| 02/01/2008 02/11/2008 | 610 - Regular payment | 5468.39 | 0.00 | 5468.39 | 990,500.00 | |
| 01/01/2008 01/10/2008 | 610 - Regular payment | 5468.39 | 0.00 | 5468.39 | 990,500.00 | |
| 12/01/2007 12/07/2007 | 610 - Regular payment | 5468.39 | 0.00 | 5468.39 | 990,500.00 | |
| 11/01/2007 10/30/2007 | 610 - Regular payment | 5468.39 | 0.00 | 5468.39 | 990,500.00 | |
| 10/01/2007 10/09/2007 | 610 - Regular payment | 5468.39 | 0.00 | 5468.39 | 990,500.00 | |
| 09/01/2007 09/04/2007 | 610 - Regular payment | 5468.39 | 0.00 | 5468.39 | 990,500.00 | |
| 08/01/2007 08/07/2007 | 610 - Regular payment | 5468.39 | 0.00 | 5468.39 | 990,500.00 | |
| 07/01/2007 07/03/2007 | 610 - Regular payment | 5468.39 | 0.00 | 5468.39 | 990,500.00 | |
| 06/01/2007 | 610 - Regular | 5468.39 | 0.00 | 5468.39 | 990,500.00 | |

View Loan Transaction History - 35730266-40000 Note - Bank 098     Page 2 of 2

| Date 1 | Date 2 | Description | Amount/Rate | Col 4 | Col 5 | Balance |
|---|---|---|---|---|---|---|
| 05/30/2007 | 05/01/2007 | payment | | | | |
| 04/27/2007 | | 610 - Regular payment | 5468.39 | 0.00 | 5468.39 | 990,500.00 |
| 04/02/2007 | 04/02/2007 | 402 - FASB fee rate chg - sys gen | 6.675757% | 0.00 | 0.0000000 | 990,500.00 |
| 04/02/2007 | 04/02/2007 | 660 - Special payment | 1618.04 | 0.00 | 1618.04 | 990,500.00 |
| 04/01/2007 | 04/02/2007 | 725 - Special adjustment increase | 1618.0400000 | 0.00 | 1618.0400000 | 990,500.00 |
| 03/29/2007 | 03/29/2007 | 402 - FASB fee rate chg - sys gen | 6.619826% | 0.00 | 0.0000000 | 990,500.00 |
| 03/21/2007 | 03/29/2007 | 310 - New note | 990500.00 | 990,500.00 | 0.00 | 990,500.00 |

```
11/18/2009 17:33 FAX 414 765 8026        M&I MONEY TRANSFER                        ☒017
```

| | | |
|---|---|---|
| Run Date: 18-Nov-09<br>Run Time: 4:21 PM | **Transaction Detail Report** | Page: 1<br>User Name: GSHARPOV |

BNK: MIB  SND DATE: 070323  VAL: 070323  TRN: 070323-00003880
AMT: $990,500.00             CUR: USD    FOR AMT: 990,500.00
SRC: BOB  ADV: FED  TYP: PTR  LOC: MTRANS  CHECK NUM:

DBT: D/00029854979/098                         CDT: A/121000248
ACC: D/00029854979          ON FILE: Y         ACC: D/00000160059          ON FILE: Y
DEPT:                       CTRY:              DEPT:                       CTRY:
M&I MTG LN MEMO ACCT                           WELLS FARGO BANK
C/O LN BALANCING                               SAN FRANCISCO
BRK-401-LSC                                    CA

SEND:                                          BNF: /7578023660            BK: N
SNDR REF NUM: 333185                           OLD REPUBLIC TITLE AGENCY - MESA

ORIG:                                          ORIG TO BNF INFO:
REF NUM: NO REF PROVIDED                       0035730266 HAYDEN, COLIN B:
                                               ESC #4722003708-JK
                                               (PRINCIPAL-PORTFOLIO)
                                               23943.00

Checks deposited are subjected to the provisions of the Uniform
Commercial code or any applicable collection agreement.

M&I Marshall & Ilsley Bank
Milwaukee, Wisconsin 53202

**M&I**

M&I Commercial Loan

Attn: Sue Kletzie
M&I Support Services \ M&I Loan Servicing \
BRK-401-LSC

0020880156
Account

3114
BIN

Lock Box Credit
05/30/07  L966461
ProcessDate  User Code
395  430
Check(s)  Coupon(s)

$1,746,346.07

⑊3114⑊ ⑊075000051⑊ 0020880156⑊ 602 ⑊01746346 07⑊

075000051
M&I BANK
05/30/07
2728800683

| | |
|---|---|
| Posting Bank | 00098 |
| Account Number | 20880156 |
| Check Number | 3114 |
| Amount | $1,746,346.07 |
| Posting Date | 2007 May 30 |
| CPCS Sequence Number | 2728800683 |
| Bank of First Deposit | 000000000 |
| Tran Code | 602 |
| Document Type | 31 |
| D/C | C |

http://miarchive/inquiry/servlet/inquiry

11/27/2009

Hayden 35730266

1C059-000022

Page 1 of 2

Checks deposited are subjected to the provisions of the Uniform
Commercial code or any applicable collection agreement.
M&I Marshall & Ilsley Bank
Milwaukee, Wisconsin 53202

**M&I**

M&I Commercial Loan

Attn: Sue Kleuzte
M&I Support Services \ M&I Loan Servicing \
BRK-401-LSC

| | 3114 BIN | Lock Box Credit 12/07/07 | L966461 |
|---|---|---|---|
| 0020880156 Account | | ProcessDate 675 Check(s) | User Code 704 Coupon(s) |

$2,173,183.16

⑈3114⑈ ⑆075000051⑆ 0020⑈80156⑈ 602 ⑉02173183 16⑉

075000051
M&I BANK
12/07/07
2542763740

| | |
|---|---|
| Posting Bank | 00098 |
| Account Number | 20880156 |
| Check Number | 3114 |
| Amount | $2,173,183.16 |
| Posting Date | 2007 Dec 07 |
| CPCS Sequence Number | 2542763740 |
| Bank of First Deposit | 000000000 |
| Tran Code | 602 |
| Document Type | 31 |
| D/C | C |

http://miarchive/inquiry/servlet/inquiry    11/27/2009

Hayden - Acct 35730266

1C059-000012