**EXHIBIT 23**
**DEFENDANTS' SENTENCING OBJECTIONS**
**Case No.  CR-12-1606-SRB**

Dynamite Custom Homes (Paxton Anderson)

| | Borrower Name(s) | Loan # | Property Address | State | Foreclosure Date | Amount Owed to Bank At Time of Foreclosure | Date Resold by M&I | Resale Amount (Proceeds) | REO Expenses | Total Loss to M&I | Oreo | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ACRE MARK | 4152417 | 41606 N. 113th Place Scottsdale, AZ | AZ | 6/12/09 | $847,393.93 | 3/1/12 | $104,705.78 | $3,782.36 | $ 738,905.79 | 0984219 | 3782.36 |
| 2 | ACRE, MARK | 4064263 | 14245 E. White Fang Fountain Hills, AZ | AZ | 4/17/08 | $499,999.95 | 08/24/09 | 164,453.91 | | $335,546.04 | 981831 | #N/A |
| 3 | ACRE, MARK _ PAID OFF 5-31-2007 PAID LOAN NOTICE SENT TO FIDELITY NATIONAL TITLE | 4064296 | 40645 N. 97th Street Scottsdale, AZ | AZ | 7/2/08 | $869,703.23 | 04/13/09 | 387,339.04 | | $482,364.19 | 0982119 | #N/A |
| 4 | ACRE, MARK _ PAID OFF 5-19-06 PAID LOAN NOTICE SENT TO OLD REPUBLIC | 4064307 | Note not found, loan must have been paid awhile ago | AZ | | | | | | | | #N/A |
| 5 | ACRE, MARK_Note not found. Note must have been paid off before 2008 | 9425349 | 10890 E. Sundance Scottsdale, AZ | AZ | | | | | | | | |
| | TOTAL | | | | | | | | | $ 1,556,816.02 | | |

Last Updated: 09/13/07

| Loan Number | Borrower | Co-borrower | Employer (Borrower) | Employer (Co-borrower) | Builder | Seller | Co-seller | Broker Company | Broker Contact | Appraisal Company | Appraiser | Supervisory Appraiser | Title Company | Title Contact | M&I Company | M&I Contact | M&I Exception Contact |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00004152417 | Acre, Mark | N/A | Shadow Glen Investors | N/A | Dynamite Custom Homes | Moore, David | Moore, Janet | N/A | N/A | Norris Property Consultants | Hainlen, Jon E. | N/A | Old Republic Title | Kerwin, Janice | MIMC | Slater, Greg | |
| 00004061623 | Anderson, Sandra | N/A | Digigroup | N/A | Dynamite Custom Homes | Superstition Mountain Properties, Inc. | N/A | N/A | N/A | Diamondback Appraisals | Brennan, William | N/A | Old Republic Title | Godfrey, Cindy | MIMC | Slater, Greg | |
| 00035599377 | Anderson, Sandra | N/A | Self Employed | N/A | Dynamite Custom Homes | Kay, Robert | Kay, Carol | N/A | N/A | Perry Appraisal Services | Perry, Robert A. | N/A | Old Republic Title | Hughes, Cheri | MIMC | Slater, Greg | |
| 00003998285 | Henstein, Tasha | Henstein, Will | Walgreens | Arrow Pharmacy | Dynamite Custom Homes | Abbott, Michael | Abbott, Amy | N/A | N/A | TR Moore & Associates | Moore, Terrence R. | N/A | First American Title | McCullough, Garry | MIMC | Slater, Greg | |
| 00003752314 | Jennett, Paul | Jennett, Lori | Ryder Truck / Digigroup | | Dynamite Custom Homes | Smith, Winston | N/A | Axis Mortgage | Blemaster, Mike | Diamondback Appraisals | Brennan, William | N/A | DHI Title of Arizona | Warwick, Stephanie | MIHLS (WM) | N/A | |
| 00003897338 | Sanchez, Greg | N/A | Digigroup/Spark Hlding/Spark Desgn | N/A | Dynamite Custom Homes | N/A | N/A | N/A | N/A | TR Moore & Associates | Moore, Terrence R. | N/A | First American Title | Pope, Jennifer | MIMC | Slater, Greg | |
| 00004063680 | Wagner, Darryl | N/A | Sonoran Custom Homes LLC | N/A | Dynamite Custom Homes | | | N/A | N/A | Diamondback Appraisals | Brennan, William | | Old Republic Title Agency | Janice Kerwin | MIMC | Slater, Greg | |
| 0035610135 | Anderson, Jeff | N/A | Jeff B. Anderson, Optometrist | N/A | Dynamite Custom Homes | | | N/A | N/A | Diamondback Appraisals | Brennan, William | N/A | Old Republic Title Agency | Megan Massey | MIMC | Slater, Greg | |
| 3860015 | Haynie, Ray | Sorenson, Cathy | Frost & Co. P.S. | RSM McGladry Inc | Dynamite Custom Homes | Superstition Mountain Properties, Inc | | Pacific Coast Mortgage, Inc | Migual, Lisa | The Hendrickson Companies, Inc | Hendrickson, Donald | | First American Title | Barrow, Monica | MIMC | Wil Daly | |
| 00004223125 | Lombardo, Joe | Lombardo, Connie | Seattle Fire Department | Marie Dufflings DDS | Kevron Homes, Inc. | Superstition Mountain Properties, Inc | N/A | N/A | N/A | Appraisal ASAP, Inc. | Rose Mohr | Mark Andrews | Old Republic Title Agency | Janice Kerwin / Megan Massey | MIMC | Slater, Greg | |
| 35730266 | Hayden, Colin | Hayden, Vesta | | | | | | | | | | | | | | | |
| 00004082369 | Bailey, William | N/A | | N/A | | | | | | | | | | | | | |
| 00004049215 | Rongstad, Jason | N/A | Dynamite Custom Homes | N/A | N/A | Superstition Mountain Properties, Inc | | Wausau Mortgage Corp | Christopher, Cory | Diamondback Appraisals | Brennan, William | N/A | Stewart Title Company | Larsen, Patti | MIMC | N/A | |
| 00003755592 | Rongstad, Jason | N/A | Cal Home Door | N/A | Dynamite Custom Homes | Western Security Bank | N/A | Axis Mortgage&Investments | Michael Blemaster | Norris Property Consultants | John G. Willis | N/A | DHI Title of AZ, Inc. | Stephanie K. Warwick | MIMC | Wil Daly | N/A |
| 00004064263 | Acre, Mark | N/A | Shadow Glen Investors | N/A | N/A | N/A | N/A | N/A | N/A | T.R. Moore & Associates | Moore, Terrence | N/A | First American Title Agency | Pope, Jennifer | MIMC | Slater, Greg | N/A |
| 00004064296 | Acre, Mark | N/A | Shadow Glen Investors | N/A | | | | N/A | N/A | T.R. Moore & Associates | Moore, Terrence | N/A | First American Title Agency | Pope, Jennifer | MIMC | Slater, Greg | |
| 00004064307 | Acre, Mark | N/A | Shadow Glen Investors | N/A | N/A | N/A | N/A | N/A | N/A | T.R. Moore & Associates | Moore, Terrence | | First American Title Agency | Pope, Jennifer | MIMC | Slater, Greg | |
| 00009425349 | Acre, Mark | N/A | Shadow Glen Investors | N/A | Dynamite Customs Homes | Harry, Stephen | Harry, Linda | Axis Mortgage & Investment, LLC | Blemaster, Mike | Norris Property Consultants, Inc | Hainlen, Jon E | N/A | Old Republic Title Agency | Konieczny, Noreen | MIMC | Wil Daly | N/A |
| 00004065253 | Anderson, Marti Jo | N/A | Gannett Publishing | N/A | N/A-Vacant Lot Refi. | N/A-Vacant Lot Refi. | N/A-Vacant Lot Refi. | N/A | N/A | Appraisal Services | Rose Mohr | N/A | First American Title Agency | Penny Bailey | MIMC | Slater, Greg | |
| 00035591556 | Anderson, Marti Jo | N/A | Gannett Publishing | N/A | N/A-Vacant Lot Refi. | N/A-Vacant Lot Refi. | N/A-Vacant Lot Refi. | N/A | N/A | Diamondback Appraisal Services | William L. Brennan | N/A | Stewart Title | Deborah L. Wychkoff | MIMC | Slater, Greg | |
| 00004067948 | Woodson, Kerry | Woodson, Brandy | Southwest Greens of Florida | Thomson-West | N/A-Vacant Lot | Talking Rock Land, LLC | N/A | N/A | N/A | Benchmark Appraisals | Chad Calhoun | N/A | First American Title Agency | Lynn Wood | MIMC | Greg Slater | |
| 00004094161 | Woodson, Kerry | Woodson, Brandy | Southwest Greens of Florida | Thomson-West | N/A-Vacant Lot | Peter LaBarge | Nichelle LaBarge | N/A | N/A | Diamondback Appraisal Services | William L. Brennan | N/A | First American Title Agency | Sally D. Andrea | MIMC | Joshua Smith | N/A |
| 00004098363 | Woodson, Kerry | Woodson, Brandy | Southwest Greens of Florida | Thomson-West | N/A-Vacant Lot | Corey Christopher | N/A | N/A | N/A | Diamondback Appraisal Services | William L. Brennan | N/A | First American Title Agency | Sally D. Andrea | MIMC | Greg Slater | N/A |
| 00003897404 | Sanchez, Greg | N/A | Spark Holdings/Spark Designs, Digigroup | N/A | N/A-Vacant Lot | Talking Rock Land, LLC | N/A | N/A | N/A | Grrenhow Appraisals | Jan E. Greenhow | N/A | First American Title Agency | Toni Schmidt | MIMC | Greg Slater | |
| 00004035542 | Sanchez, Greg | N/A | Spark Design | N/A | N/A-Vacant Lot | Talking Rock Land, LLC | N/A | N/A | N/A | Perry Appraisal Services | Robert A. Perry | N/A | First American Title Agency | T. Rogers | MIMC | Jan Meyer | N/A |
| 00004038006 | Sanchez, Greg | N/A | Spark Design | N/A | N/A-Vacant Lot | Talking Rock Land, LLC | N/A | N/A | N/A | Perry Appraisal Services, Inc. | Robert A. Perry | N/A | First American Title Agency | T. Rogers | MIMC | Jan Meyer | N/A |

| Loan Number | Borrower | Co-borrower | Employer (Borrower) | Employer (Co-borrower) | Builder | Seller | Co-seller | Broker Company | Broker Contact | Appraisal Company | Appraiser | Supervisory Appraiser | Title Company | Title Contact | M&I Company | M&I Contact | M&I Exception Contact |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00004049226 | Jennett, Paul | Jennett, Lori | Ryder Truck Rental | N/A | N/A-Vacant Lot | N/A-Refinance | N/A | Wausau Mortgage Corporation | Corey Christopher | Diamond Back Appraisals | William L. Brennan | N/A | Steward Title & Trust of Phoenix | Barbara Hynd | MIMC | Mimi Winston | N/A |
| 00004194283 | P&B Enterprises | N/A | Broadstreet Mortgage | N/A | Landmark Building Consultants | William Perry | Michael & Elizabeth Blemaster | N/A | N/A | Norris Property Consultants | Scott J. Joseph | Mark A. Norris | Stewart Title | Barbara Hynd | MIMC | Mitch MacDermaid | N/A |
| 00004181490 | Blemaster, Michael | Blemaster, Elizabeth | Wausau Mortgage | N/A | N/A | N/A | N/A | Wausau Mortgage Corporation | Corey Christopher | Diamond Back Appraisals | William L. Brennan | N/A | Stewart Title | Barbara Hynd | MIMC | Mimi Winston | N/A |
| 00003756329 | Blemaster, Michael | Blemaster, Elizabeth | Axis Mortgage | West USA Realty | N/A | City View Properties, LLC | N/A | Axis Mortgage & Investment, LLC | Corey Christopher | Diamond Back Appraisals | William L. Brennan | N/A | Transnation Title | Barbara Boyer | MIMC | Wil Daly | N/A |
| 00004183195 | Westbrooks, Phillip | N/A | Chandler Regional Hospital | N/A | N/A - Vacant Lot Refi. | N/A-Refinance | N/A-Vacant Lot Refi | Altus Mortgage | Brett Nordin/Debbie Santorella | Speelman Appraisals | Bryan Speelman | N/A | First American Title Lenders Advantage | Michele Robison | MIMC | Nikkie Pruitt | N/A |
| 00004056882 | Woodward, Jason | N/A | NW Services | N/A | N/A - Vacant Lot | Talking Rock Land, LLC. | N/A | N/A | N/A | Perry Appraisal Services | Robert A. Perry | N/A | First American Title Agency | Lynn Wood | MIMC | Jan Meyer | N/A |
| 00004036763 | Woodward, Jason | N/A | NW Services | N/A | N/A - Vacant Lot | Talking Rock Land, LLC. | N/A | N/A | N/A | Perry Appraisal Services | Robert A. Perry | N/A | First American Title Agency | Lynn Wood | MIMC | Jan Meyer | N/A |
| 00003941371 | Woodward, Jason | Woodward, Julie | Alaska Airlines | Seattle University | N/A - Vacant Lot | Talking Rock Land, LLC. | N/A | N/A | N/A | Benchmark Appraisals | Chad Calhoun | N/A | First American Title Agency | Lynn Wood | MIMC | Greg Slater | N/A |
| 00009425331 | Woodward, Jason | Woodward, Julie | Alaska Airlines | Seattle University | Dynamite Custom Homes | Marion County Auto, Inc. | N/A | Axis Mortgage & Investments, LLC | Mike Blemaster | Diamondback Appraisals | Brennan, William | N/A | First American Title Agency | Carrie Charboneau | MIMC | Wil Daly | N/A |
| 00004136137 | Desmot, Larry | Desmot, Elizabeth | Alaska Airlines | Alaska Airlines | Dynamite Custom Homes | N/A | N/A | N/A | N/A | ASAP Appraisal Service | Mohr, Rode | Andrews, Mark | Old Republic Title Agency | Kerwin, Jancie | MIMC | Slater, Greg | N/A |
| 00003940722 | Desmot, Larry | Desmot, Elizabeth | Alaska Airlines | Alaska Airlines | N/A - Vacant Lot | Talking Rock Land, LLC. | N/A | N/A | N/A | N/A | Chad Calhoun | N/A | First American Title Agency | Lynn Wood | MIMC | Greg Slater | N/A |
| 00004020175 | Desmot, Larry/Elizabeth | Lopez, Armando/Jennifer | Alaska Airlines | Alaska Airlines,Country Wide Homes, Tempe Union H.S. District | N/A - Vacant Lot | Talking Rock Land, LLC. | N/A | N/A | N/A | N/A | Chad Calhoun | N/A | First American Title Agency | Lynn Wood | MIMC | Greg Slater | N/A |
| 00003758628 | Lopez, Armando | Lopez, Jennifer | Countrywide Home Loans | Tempe High School District | Dynamite Custom Homes | Superstition Mountain Properties, Inc. | N/A | Express One Mortgage, Corp. | Bill Rabold | Diamondback Appraisals | William L. Brennan | N/A | First American Title Agency | Cindy Mcgraugh | MIMC | Wil Daly | N/A |
| 00004004643 | Fisher, Scot | Fisher, Jeanine | Charter Funding | N/A | N/A | Superstition Mountain Properties, Inc. | N/A | N/A | N/A | The Hendrickson Companies, Inc. | Donald J. Hendrickson | N/A | First American Title Agency | Cindy Mcgraugh | MIMC | Greg Slater | Ryan Jones |

| OREONbr | TotalExpense |
|---|---:|
| 0981460 | 5,050.00 |
| 0982292 | 2,664.43 |
| 0982450 | 2,301.59 |
| 0982577 | 6,106.57 |
| 0982703 | 2,806.81 |
| 0982704 | 2,292.56 |
| 0982718 | 4,987.84 |
| 0982763 | 2,639.54 |
| 0982844 | 4,696.00 |
| 0982871 | 2,589.78 |
| 0982872 | 1,899.78 |
| 0982873 | 2,717.18 |
| 0982892 | 3,462.42 |
| 0982981 | 90,767.08 |
| 0983440 | 1,711.87 |
| 0984219 | 3,782.36 |
| 0984320 | 1,384.44 |
| 0984374 | 63,267.31 |
| 0985097 | 1,394.51 |
| 0985098 | 3,196.98 |
| 0985430 | 600.00 |
| 0985431 | 490.00 |
| 0985516 | 2,387.02 |
| 0985714 | 1,780.00 |
|  | 214,976.07 |