**EXHIBIT 24**
**DEFENDANTS' SENTENCING OBJECTIONS**
**Case No.  CR-12-1606-SRB**

| - AMERICAN TITLE SERVICE, ATS, JBAR | MARICOPA, AZ |
|---|---|
| 06/12/2014 02:09PM RQ5C    INVESTIGATIVE SEARCH RESULTS | PAGE 1 OF 10 |

PLANT THROUGH

JUNE 06, 2014 (Full)      INSTRUMENT: 2014-375334      JUNE 09, 2014 04:29PM
COURT HOUSE: APRIL 01, 2014

SEARCH PARAMETERS     *41606  N. 113rd*
                                    *Pl.*

| LOT | HI LOT | BLOCK | PLAT | SUB LOT | HI SUB LOT |
|---|---|---|---|---|---|
| 148 | | | 396-29 | | |

SUBDIVISION:                    DESERT MOUNTAIN PHASE II APACHE PEAK PART FOUR
SEARCH:                             FROM 00/00/0000  THROUGH 99/99/9999     *219-13090*
DISPLAY AUTO CHAIN; OVERLAPPING PROPERTY

| PARAMETER ENTERED: | | | | | |
|---|---|---|---|---|---|
| LOT | HI LOT | BLOCK | PLAT | SUB LOT | HI SUB LOT |
| 148 | | | 396-29 | | |

AUTO CHAIN:

| | | | | |
|---|---|---|---|---|
| 03/21/1975 | SECTION 16 | TOWN 6N | RANGE 5E | |
| | 0000 CREATED ARB  219 47 007A | | | |
| 03/21/1975 | SECTION 16 | TOWN 6N | RANGE 5E | NESE |
| | 0000 CREATED ARB  219 47 007D | | | |
| 03/21/1975 | SECTION 17 | TOWN 6N | RANGE 5E | |
| | 0000 CREATED ARB  219 47 008 | | | |
| 03/21/1975 | SECTION 17 | TOWN 6N | RANGE 5E | |
| | 0000 CREATED ARB  219 47 011 | | | |
| 03/21/1975 | SECTION 17 | TOWN 6N | RANGE 5E | NWSW |
| | 0000 CREATED ARB  219 47 010 | | | |
| 03/21/1975 | SECTION 18 | TOWN 6N | RANGE 5E | SE |
| | 0000 CREATED ARB  219 47 010 | | | |
| 03/21/1975 | SECTION 18 | TOWN 6N | RANGE 5E | SE |
| | 0000 CREATED ARB  219 47 010 | | | |

| | | |
|---|---|---|
| | 05/28/1980  ARB 219 47 010 | |
| 14445- 75 | CREATED ARB  219 47 011B | |
| | 05/28/1980  ARB 219 47 011 | |
| 14445- 75 | CREATED ARB  219 47 011B | |
| | 04/30/1981  ARB 219 47 008 | |
| 15203- 953 | CREATED ARB  219 47 011C | |
| | 04/30/1981  ARB 219 47 010 | |
| 15203- 953 | CREATED ARB  219 47 011C | |
| | 04/30/1981  ARB 219 47 011 | |
| 15203- 953 | CREATED ARB  219 47 011C | |
| | 04/30/1981  ARB 219 47 011B | |
| 15203- 953 | CREATED ARB  219 47 011C | |
| | 03/01/1985  ARB 219 47 007A | |
| 1985- 91271 | CREATED ARB  219 47 011F | |

| - AMERICAN TITLE SERVICE, ATS, JBAR | | | | MARICOPA, AZ |
|---|---|---|---|---|
| 06/12/2014  02:09PM RQ5C | INVESTIGATIVE SEARCH RESULTS | | | PAGE 2 OF 10 |

| | | | | | |
|---|---|---|---|---|---|
| 03/01/1985 | ARB 219 47 008 | | | | |
| 1985- 91271 | | CREATED ARB  219 47 011F | | | |
| 03/01/1985 | ARB 219 47 011 | | | | |
| 1985- 91271 | | CREATED ARB  219 47 011F | | | |
| 03/01/1985 | ARB 219 47 011C | | | | |
| 1985- 91271 | | CREATED ARB  219 47 011F | | | |
| 12/28/1987 | SECTION 15 | TOWN 6N | RANGE 5E | WH | |
| | 0000  CREATED ARB  219 13 005 | | | | |
| 01/05/1988 | ARB 219 47 007A | | | | |
| 1988- 3819 | | CREATED ARB  219 47 007H | | | |
| 01/05/1988 | ARB 219 47 007D | | | | |
| 1988- 3819 | | CREATED ARB  219 47 007H | | | |
| 01/05/1988 | ARB 219 47 011F | | | | |
| 1988- 3819 | | CREATED ARB  219 47 007H | | | |
| 01/25/1988 | ARB 219 47 007H | | | | |
| 1988 - 34585 | | CREATED PLAT | 319-11 | | |
| 06/04/1990 | PLAT 319-11 | BLOCK | LOT 17 | SUB LOT | |
| 1990- 247744 | | CREATED ARB  219 47 093 | | | |
| 06/04/1990 | PLAT 319-11 | BLOCK | LOT 18 | SUB LOT | |
| 1990- 247744 | | CREATED ARB  219 47 094 | | | |
| 06/04/1990 | PLAT 319-11 | BLOCK | LOT 25 | SUB LOT | |
| 1990- 247744 | | CREATED ARB  219 47 101 | | | |
| 06/04/1990 | PLAT 319-11 | BLOCK | LOT 28 | SUB LOT | |
| 1990- 247744 | | CREATED ARB  219 47 104 | | | |
| 08/01/1990 | ARB 219 13 005 | | | | |
| 1990- 345719 | | CREATED ARB  219 13 005C | | | |
| 05/11/1995 | ARB 219 13 005D | | | | |
| 1995 - 268339 | | CREATED PLAT | 396-29 | | |
| 05/11/1995 | ARB 219 47 093 | | | | |
| 1995 - 268339 | | CREATED PLAT | 396-29 | | |
| 05/11/1995 | ARB 219 47 094 | | | | |
| 1995 - 268339 | | CREATED PLAT | 396-29 | | |
| 05/11/1995 | ARB 219 47 101 | | | | |
| 1995 - 268339 | | CREATED PLAT | 396-29 | | |
| 05/11/1995 | ARB 219 47 104 | | | | |
| 1995 - 268339 | | CREATED PLAT | 396-29 | | |
| 05/11/1995 | ARB 219 13 005 | | | | |
| 1995- 268339 | | CREATED ARB  219 13 005D | | | |
| 05/11/1995 | ARB 219 13 005C | | | | |
| 1995- 268339 | | CREATED ARB  219 13 005D | | | |
| C  07/01/2004 | PLAT 2-13 | BLOCK 45 | LOT 1 | SUB LOT | |

| - AMERICAN TITLE SERVICE, ATS, JBAR | | | | MARICOPA, AZ |
|---|---|---|---|---|
| 06/12/2014 02:09PM RQ5C | INVESTIGATIVE SEARCH RESULTS | | | PAGE 3 OF 10 |

| | | | | |
|---|---|---|---|---|
| 2004 - 758735 | CREATED PLAT | | 396-29 | |
| C  07/01/2004 PLAT 2-13 | BLOCK 45 | LOT 2 | SUB LOT | |
| 2004 - 758735 | CREATED PLAT | | 396-29 | |
| C  07/01/2004 PLAT 2-13 | BLOCK 45 | LOT 23 | SUB LOT | |
| 2004 - 758735 | CREATED PLAT | | 396-29 | |
| C  07/01/2004 PLAT 2-13 | BLOCK 45 | LOT 24 | SUB LOT | |
| 2004 - 758735 | CREATED PLAT | | 396-29 | |
| C  07/01/2004 PLAT 2-13 | BLOCK 45 | LOT 25 | SUB LOT | |
| 2004 - 758735 | CREATED PLAT | | 396-29 | |
| C  07/01/2004 PLAT 2-13 | BLOCK 45 | LOT 26 | SUB LOT | |
| 2004 - 758735 | CREATED PLAT | | 396-29 | |

**SEARCHED PARAMETER:**

| LOT | HI LOT | BLOCK | PLAT | SUB LOT | HI SUB LOT |
|---|---|---|---|---|---|
| 148 | | | 396-29 | | |

NO OPEN ORDERS FOUND

| LOT | BLOCK | PLAT | SUB LOT |
|---|---|---|---|
| | | 396-29 | |
| RECORDED INST | INST NO. | COMPANY FIRST PARTY | SECOND PARTY |
| DOLLAR AMOUNT | YEAR FEE | ORIG INST NO.      REMARKS | |

| RECORDED INST | INST NO. | COMPANY FIRST PARTY | REMARKS | SECOND PARTY |
|---|---|---|---|---|
| 05/11/1995 PLT | 1995 - 268339 | DESERT MOUNTAIN PH39 | | |
| | | 396- 29 | | |
| | | | FR 005D | |
| 05/11/1995 PLT | 1995 - 268339 | DESERT MOUNTAIN PH39 | | |
| | | 396- 29 | | |
| | | | FR 093 | |
| 05/11/1995 PLT | 1995 - 268339 | DESERT MOUNTAIN PH39 | | |
| | | 396- 29 | | |
| | | | FR 094 | |
| 05/11/1995 PLT | 1995 - 268339 | DESERT MOUNTAIN PH39 | | |
| | | 396- 29 | | |
| | | | FR 101 | |
| 05/11/1995 PLT | 1995 - 268339 | DESERT MOUNTAIN PH39 | | |
| | | 396- 29 | | |
| | | | FR 104 | |
| 05/11/1995 RAT | 1995 - 268340 | BARCLAYS BANK PLC | | ASE |
| 05/23/1995 RES | 1995 - 291649 | DESERT MOUNTAIN AP | | |
| | | 1991 - 511466 | | |
| 06/07/1995 RES | 1995 - 324919 | DESERT MOUNTAIN PHAS | | |
| | | 1991 - 511461 | | |
| 06/07/1995 XGR | 1995 - 324920 | DESERT MOUNTAIN PR | | |
| 06/15/1995 DED WAR | 1995 - 345084 | DESERT MOUNTAIN PR | | FIRST AMERICAN TTL |
| | | | | TR 7682 |
| | | | | 103-169 |

**- AMERICAN TITLE SERVICE, ATS, JBAR**  **MARICOPA, AZ**
06/12/2014  02:09PM RQ5C       INVESTIGATIVE SEARCH RESULTS       **PAGE 4 OF 10**

| Date | Type | Inst. No. | | Company First Party | Second Party |
|---|---|---|---|---|---|
| 12/29/1995 | RES | 1995 - 804215 | FA | DESERT MOUNTAIN PHAS | |
| 01/22/1997 | NOT | 1997 - 42155 | | DESERT MOUNTAIN PR | BLUCOR CONTRACTING |
| 11/07/2003 | NOT | 2003 - 1547192* | | DESERT MOUNTAIN PROP | BLUCOR CONTRACTING I |
| 03/15/2005 | RES AMD | 2005 - 317372 | | DESERT MOUNTAIN MAST | |
| | | 1991 - 511461 | | | |
| 06/06/2005 | PLT | 2005 - 751360 | | SEC 4-9 & 16-22 & 27 | |
| | | | | 752-41 INVALID | |
| 12/28/2007 | RES AMD | 2007 - 1357246 | | DESERT MOUNTAIN PROP | |
| | | 1997 - 910626 | | | |
| 04/24/2008 | PLT | 2008 - 362786 | | MONUMENT INVENTORY S | |
| | | | | 984-18 INVALID | |
| 12/19/2008 | XGR | 2008 - 1072139 | | SCOTTSDALE CITY | DESERT MOUNTAIN PROP |
| 09/08/2009 | RES AMD | 2009 - 832830* | | DESERT MOUNTAIN PROP | |
| | | 1997 - 910626  REREC | | | |
| 10/02/2009 | DED QCL | 2009 - 918206 | | DMDC INC / | DESERT MOUNTAIN PROP |
| 03/18/2011 | RES AMD | 2011 - 234882 | FA | DESERT MOUNTAIN PROP | |
| | | 1991 - 511466 | | | |
| 06/21/2011 | RES AMD | 2011 - 517763 | | DESERT MOUNTAIN MAST | |
| | | 1986 - 153893 | | | |
| 07/14/2011 | NOT HOA | 2011 - 585547 | | DESERT MOUNTAIN MAST | |
| | | 2011 - 517763 | | | |
| 05/03/2013 | RES AMD | 2013 - 408686 | | DESERT MOUNTAIN OWNE | |
| | | 1991 - 511466 | | | |
| | | 1993 - 219327 | | | |
| | | 1995 - 291647 | | | |
| | | 1995 - 291649 | | | |

| LOT | BLOCK | PLAT | SUB LOT |
|---|---|---|---|
| 148 | | 396-29 | |

| RECORDED INST | INST NO. | COMPANY FIRST PARTY | | SECOND PARTY |
|---|---|---|---|---|
| DOLLAR AMOUNT | YEAR FEE | ORIG INST NO. | REMARKS | |
| 05/22/1996 UCC | 1996 - 355568 | | DESERT MOUNTAIN PROP | BARCLAYS BANK PLC |
| 05/31/1996 UCC | 1996 - 383929 | FA | 1996 - 355568 | |
| 10/16/1996 MIS MOD | 1996 - 735218 | FA | 1996 - 355568 | |
| 10/16/1996 UCC | 1996 - 735218 | FA | 1996 - 355568 | |
| 10/31/1996 MIS MOD | 1996 - 772020 | FA | 1996 - 355568 | |
| 10/31/1996 UCC | 1996 - 772020 | FA | 1996 - 355568 | |
| 11/12/1996 MIS MOD | 1996 - 798571 | | 1996 - 355568 | |
| 11/12/1996 UCC | 1996 - 798571 | | 1996 - 355568 | |
| 11/15/1996 MIS MOD | 1996 - 808466 | FA | 1996 - 355568 | |
| 11/15/1996 UCC | 1996 - 808466 | FA | 1996 - 355568 | |
| 11/19/1996 MIS MOD | 1996 - 815489 | FA | 1996 - 355568 | |
| 11/19/1996 UCC | 1996 - 815489 | FA | 1996 - 355568 | |
| 11/29/1996 MIS MOD | 1996 - 839085 | | 1996 - 355568 | |
| 11/29/1996 UCC | 1996 - 839085 | | 1996 - 355568 | |

Account #4152417 725K

1C059-000001

View Loan Transaction History - 4152417-40000 Note - Bank 698          Page 1 of 2

Acre Mark
4152417-40000 Note

48 items: Life-to-date beginning 05/12/2006

| Effective / Posted | Type | Amount | Principal | Interest | Balance | Part or Fee |
|---|---|---|---|---|---|---|
| 06/12/2009 06/18/2009 | 677 - Special adjustment decrease | 569840.14 | 569,840.14 | 0.00 | 277,553.79 | |
| 01/01/2008 01/02/2008 | 610 - Regular payment | 6313.86 | 0.00 | 6313.86 | 847,393.93 | |
| 01/01/2008 01/02/2008 | 750 - Note increase | 6313.86 | 6,313.86 | 0.00 | 847,393.93 | |
| 12/12/2007 12/12/2007 | 400 - Rate change | 8.750000% | 0.00 | 0.00 | 841,080.07 | |
| 12/01/2007 12/03/2007 | 610 - Regular payment | 6176.00 | 0.00 | 6176.00 | 841,080.07 | |
| 12/01/2007 12/03/2007 | 750 - Note increase | 6176.00 | 6,176.00 | 0.00 | 841,080.07 | |
| 11/01/2007 11/01/2007 | 400 - Rate change | 9.000000% | 0.00 | 0.00 | 834,904.07 | |
| 11/01/2007 11/01/2007 | 610 - Regular payment | 6508.02 | 0.00 | 6508.02 | 834,904.07 | |
| 11/01/2007 11/01/2007 | 750 - Note increase | 6508.02 | 6,508.02 | 0.00 | 834,904.07 | |
| 10/01/2007 10/01/2007 | 610 - Regular payment | 6451.70 | 0.00 | 6451.70 | 828,396.05 | |
| 10/01/2007 10/01/2007 | 750 - Note increase | 6451.70 | 6,451.70 | 0.00 | 828,396.05 | |
| 09/19/2007 09/19/2007 | 400 - Rate change | 9.250000% | 0.00 | 0.00 | 821,944.35 | |
| 09/01/2007 09/05/2007 | 610 - Regular payment | 6750.47 | 0.00 | 6750.47 | 821,944.35 | |
| 09/01/2007 09/05/2007 | 750 - Note increase | 6750.47 | 6,750.47 | 0.00 | 821,944.35 | |
| 08/01/2007 08/01/2007 | 610 - Regular payment | 6695.04 | 0.00 | 6695.04 | 815,193.88 | |
| 08/01/2007 08/01/2007 | 750 - Note increase | 6695.04 | 6,695.04 | 0.00 | 815,193.88 | |
| 07/01/2007 07/02/2007 | 610 - Regular payment | 6417.08 | 0.00 | 6417.08 | 808,498.84 | |
| 07/01/2007 07/02/2007 | 750 - Note increase | 6417.08 | 6,417.08 | 0.00 | 808,498.84 | |
| 06/07/2007 06/07/2007 | 610 - Regular payment | 6587.35 | 0.00 | 6587.35 | 802,081.76 | |
| 06/07/2007 06/07/2007 | 750 - Note increase | 6587.35 | 6,587.35 | 0.00 | 802,081.76 | |
| 05/01/2007 05/01/2007 | 610 - Regular payment | 6324.17 | 0.00 | 6324.17 | 795,494.41 | |

1C059-000002

| Date | | Transaction | | | | Balance |
|------|------|-------------|-----------|-----------|---------|-----------|
| 05/01/2007 05/01/2007 | 750 - Note increase | 6324.17 | 6,324.17 | 0.00 | 795,494.41 |
| 04/01/2007 04/02/2007 | 610 - Regular payment | 6481.31 | 0.00 | 6481.31 | 789,170.24 |
| 04/01/2007 04/02/2007 | 750 - Note increase | 6481.31 | 6,481.31 | 0.00 | 789,170.24 |
| 03/01/2007 03/01/2007 | 610 - Regular payment | 5810.62 | 0.00 | 5810.62 | 782,688.93 |
| 03/01/2007 03/01/2007 | 750 - Note increase | 5810.62 | 5,810.62 | 0.00 | 782,688.93 |
| 02/01/2007 02/01/2007 | 610 - Regular payment | 6380.36 | 0.00 | 6380.36 | 776,878.31 |
| 02/01/2007 02/01/2007 | 750 - Note increase | 6380.36 | 6,380.36 | 0.00 | 776,878.31 |
| 01/01/2007 01/02/2007 | 610 - Regular payment | 6327.96 | 0.00 | 6327.96 | 770,497.95 |
| 01/01/2007 01/02/2007 | 750 - Note increase | 6327.96 | 6,327.96 | 0.00 | 770,497.95 |
| 12/01/2006 12/01/2006 | 610 - Regular payment | 6075.14 | 0.00 | 6075.14 | 764,169.99 |
| 12/01/2006 12/01/2006 | 750 - Note increase | 6075.14 | 6,075.14 | 0.00 | 764,169.99 |
| 11/01/2006 11/01/2006 | 610 - Regular payment | 6226.09 | 0.00 | 6226.09 | 758,094.85 |
| 11/01/2006 11/01/2006 | 750 - Note increase | 6226.09 | 6,226.09 | 0.00 | 758,094.85 |
| 10/01/2006 10/02/2006 | 610 - Regular payment | 5977.35 | 0.00 | 5977.35 | 751,868.76 |
| 10/01/2006 10/02/2006 | 750 - Note increase | 5977.35 | 5,977.35 | 0.00 | 751,868.76 |
| 09/01/2006 09/01/2006 | 610 - Regular payment | 6125.87 | 0.00 | 6125.87 | 745,891.41 |
| 09/01/2006 09/01/2006 | 750 - Note increase | 6125.87 | 6,125.87 | 0.00 | 745,891.41 |
| 08/01/2006 08/01/2006 | 610 - Regular payment | 6085.40 | 0.00 | 6085.40 | 739,765.54 |
| 08/01/2006 08/01/2006 | 750 - Note increase | 6085.40 | 6,085.40 | 0.00 | 739,765.54 |
| 07/01/2006 07/05/2006 | 610 - Regular payment | 8680.14 | 0.00 | 8680.14 | 733,680.14 |
| 07/01/2006 07/05/2006 | 750 - Note increase | 8680.14 | 8,680.14 | 0.00 | 733,680.14 |
| 06/29/2006 06/29/2006 | 400 - Rate change | 9.750000% | 0.00 | 0.00 | 725,000.00 |
| 05/18/2006 06/01/2006 | 750 - Note increase | 725000.00 | 725,000.00 | 0.00 | 725,000.00 |
| 05/12/2006 06/01/2006 | 310 - New note | 0.00 | 0.00 | 0.00 | 0.00 |

1C059-000003

**Run Date:** 16-Nov-09                    <u>Transaction Detail Report</u>                    **Page:** 1
**Run Time:** 9:48 AM                                                                    **User Name:** GSHARPOV

**BNK:** MIB    **SND DATE:** 060516          **VAL:** 060516        **TRN:** 060516-00004076
**AMT:** $725,000.00                         **CUR:** USD          **FOR AMT:** 725,000.00
**SRC:** BOB    **ADV:** FED    **TYP:** FTR   **LOC:** MTRANS       **CHECK NUM:**

| | |
|---|---|
| **DBT:** D/00029854979/098<br>**ACC:** D/00029854979          **ON FILE:** Y<br>**DEPT:**                    **CTRY:**<br>M&I MTG LN MEMO ACCT<br>C/O LN BALANCING<br>BRK-401-LSC<br><br>**SEND:**<br>**SNDR REF NUM:** 79615<br><br>**ORIG:**<br>**REF NUM:** 4722003161-JK | **CDT:** A/121000248<br>**ACC:** D/00000160059          **ON FILE:** Y<br>**DEPT:**                    **CTRY:**<br>WELLS FARGO BANK<br>SAN FRANCISCO<br>CA<br><br>**BNF:** /7578023660          **BK:** N<br>OLD REPUBLIC TITLE INSURANCE AGE<br><br>**ORIG TO BNF INFO:**<br>0009746207/0004152417 ACRE M:<br>4722003161-JK<br>PRINCIPAL<br>RETAIL-CONSTRUCTION (SPEC) (AZ) |

1C059-000004

Account #4064307 - 5951

1C059-000001

```
098      M&I MARSHALL AND ILSLEY BANK      LOAN ACCOUNTING      RECORD DELETION - PURGE   R-6850-001-001 04-23-07   PAGE   20

ACCT-PART   NOTE      ACCOUNT OR          ORIGINAL     ISSUE    DUE    RATE OR PRIME                         INTEREST
NUMBER      NO        PART NAME           BALANCE      DATE     DATE   OVER  UNDER          ACCRUAL          PAID

00004064307 40000M ACRE MARK                  595,000.00 11-22-05 12-01-06  6.875                    .00        19,316.84
00020070000 ESCR  01T    CAT TAX   SUB 01         .00 12-07-05 00-00-00  .00000
00000060001        219-13-090 3                     12-07-05
            AC 12-07-05  BF 11-22-05 PRIN      595,000.00 INT               .00                    TC  310
            AC 12-12-05  BF 12-01-05 PRIN           .00 INT            227.26                      TC  725
            AC 12-07-05  BF 12-07-05 F    RATE CHANGE =   06.808                                   TC  402
            AC 12-12-05  BF 12-12-05 PRIN           .00 INT            227.26                      TC  402
            AC 12-12-05  BF 12-12-05 F    RATE CHANGE =   07.982                                   TC  610
            AC 01-11-06  BF 01-09-06 PRIN           .00 INT          3,408.85                      TC  610
            AC 02-02-06  BF 01-31-06 PRIN           .00 INT          3,408.85                      TC  610
            AC 03-06-06  BF 03-02-06 PRIN           .00 INT          3,408.85                      TC  610
            AC 04-03-06  BF 03-30-06 PRIN           .00 INT          3,408.87                      TC  610
            AC 05-11-06  BF 05-09-06 PRIN           .00 INT          3,408.85                      TC  668
            AC 05-11-06  BF 05-09-06 PRIN           .02 INT               .00                      TC  650
            AC 05-19-06  BF 05-19-06 PRIN      594,999.98 INT          2,045.31
                                     INS           .00 DLR               .00              OTH               36.00
            FEB   PR    NUM 001   CAT MS-         6,475.00 12-12-05 99-99-99                        TC  760
            AC 12-12-05  BF 12-12-05              6,475.00                                          TC  680
            AC 12-12-05  BF 12-12-05              6,475.00
            FEB   X1    NUM 001   CAT PP            14.00 03-28-06 99-99-99                         TC  760
            AC 03-28-06  BF 03-28-06                14.00                                          TC  650
            AC 05-19-06  BF 05-19-06                14.00
            FEB   X2    NUM 001   CAT PP            11.00 03-28-06 99-99-99                         TC  760
            AC 03-28-06  BF 03-28-06                11.00                                          TC  650
            AC 05-19-06  BF 05-19-06                11.00
            FEB   X2    NUM 002   CAT PP            11.00 05-15-06 99-99-99                         TC  760
            AC 05-15-06  BF 05-15-06                11.00                                          TC  650
            AC 05-19-06  BF 05-19-06                11.00
            FEB   25    NUM 001   CAT LT              .00 12-07-05 99-99-99                         TC  765
            AC 12-07-05  BF 12-07-05                 .00
            FEB   4P    NUM 001   CAT CS           370.00 12-07-05 99-99-99                         TC  760
            AC 12-07-05  BF 12-07-05               370.00
```

1C059-000002

Run Date: 19-Nov-09                    **Transaction Detail Report**              Page: 1
Run Time: 9:13 AM                                                        User Name: GSHARPOV

BNK: MIB      SND DATE: 051129              VAL: 051129          TRN: 051129-00003588
AMT: $595,000.00                           CUR: USD             FOR AMT: 595,000.00
SRC: MTW      ADV: FED       TYP: FTR       LOC: MTRANS         CHECK NUM:

DBT: D/00029854979/098                              CDT: A/122241255                         ON FILE: N
ACC: D/00029854979            ON FILE: Y            ACC: D/00000160059                       CTRY:
DEPT:                         CTRY:                 DEPT:
M&I MTG LN MEMO ACCT                                FIRST AMERICAN TRUST, F.S.B.
C/O LN BALANCING                                    SANTA ANA, CA
BRK-401-LSC                                                                                  BK: N
                                                   BNF: /2000021433
                                                   FIRST AMERICAN TITLE INSURANCE C

                                                   ORIG TO BNF INFO:
                                                   0009656471 [0004064307] ACRE M: 433
                                                   -4590939(JLF) (PRINCIPAL-RETAIL-POR
                                                   TFOLIO (AZ))

1C059-000003