**EXHIBIT 25**
**DEFENDANTS' SENTENCING OBJECTIONS**
**Case No.  CR-12-1606-SRB**



2200096890    107,000

**OLD REPUBLIC TITLE AGENCY**
ESCROW TRUST ACCOUNT 47 - 22

2200096890

ESCROW NO.   4722003161-JK

SELLER/BUYER: Acre
PROPERTY:   41606 N. 113th Place, Scottsdale, Arizona 85262
PAYMENT FOR Misc. Disbursement

CHECK TOTAL    107,000.00

THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED ABOVE. IF NOT CORRECT PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

DETACH HERE     RETAIN THIS STATEMENT     DETACH HERE

2200096890

**OLD REPUBLIC TITLE AGENCY**

Mesa
1744 South Val Vista, Suite 213
Mesa, AZ 85204
(480) 820-2255

Wells Fargo Bank
100 W. Washington Street
Phoenix, AZ 85003

91-527/1221

Acre Residence

ESCROW NO.  4722003161-JK          May 18, 2006

PAY  One Hundred Seven Thousand and 00/100 DOLLARS          $107,000.00
TO
THE   Dynamite Custom Homes            VOID AFTER 120 DAYS - INVALID OVER $1,000,000
ORDER 3930 E. Ray Road #110                  ESCROW TRUST ACCOUNT 47 - 22
OF    Phoenix, AZ 85044

⑈2200096890⑈ ⑆122105278⑆ 25280 23660⑈

1C072-000014