**EXHIBIT 26**
**DEFENDANTS' SENTENCING OBJECTIONS**
**Case No.  CR-12-1606-SRB**

| - AMERICAN TITLE SERVICE, ATS, JBAR | | | MARICOPA, AZ |
|---|---|---|---|
| 06/12/2014 04:45PM RQ5C | INVESTIGATIVE SEARCH RESULTS | | PAGE 1 OF 5 |

PLANT THROUGH
JUNE 06, 2014 (Full)   INSTRUMENT: 2014-375334   JUNE 09, 2014 04:29PM
COURT HOUSE: APRIL 01, 2014

SEARCH PARAMETERS

| LOT | HI LOT | BLOCK | PLAT | SUB LOT | HI SUB LOT |
|---|---|---|---|---|---|
| 98 | | | 683-26 | | |

SUBDIVISION:            EAGLES NEST PARCEL 9
SEARCH:                 FROM 00/00/0000 THROUGH 99/99/9999
DISPLAY AUTO CHAIN; OVERLAPPING PROPERTY

| PARAMETER ENTERED: | | | | | |
|---|---|---|---|---|---|
| LOT | HI LOT | BLOCK | PLAT | SUB LOT | HI SUB LOT |
| 98 | | | 683-26 | | |

**AUTO CHAIN:**

| | | | | | |
|---|---|---|---|---|---|
| | 03/09/1973 | SECTION 5 | TOWN 3N | RANGE 6E | |
| | 0000 | CREATED ARB | 217 19 006 | | |
| | 09/05/1973 | SECTION 8 | TOWN 3N | RANGE 6E | |
| | 0000 | CREATED ARB | 217 19 009 | | |
| | 11/19/1974 | SECTION 6 | TOWN 3N | RANGE 6E | |
| | 0000 | CREATED ARB | 217 19 007 | | |
| | 07/29/1988 | ARB 217 19 006 | | | |
| 1988- 374550 | | CREATED ARB | 217 19 006C | | |
| | 09/24/1992 | PLAT 165-42 | BLOCK 6 | LOT 9 | SUB LOT |
| 1992- 533883 | | CREATED ARB | 176 17 276 | | |
| | 09/24/1992 | PLAT 165-42 | BLOCK 6 | LOT 10 | SUB LOT |
| 1992- 533883 | | CREATED ARB | 176 17 277 | | |
| | 12/02/1994 | PLAT 165-43 | BLOCK | LOT A | SUB LOT |
| 1994- 849307 | | CREATED ARB | 176 21 467 | | |
| | 12/06/1994 | ARB 176 17 276 | | | |
| 1994 - 855304 | | CREATED PLAT | | 387-30 | |
| | 12/06/1994 | ARB 176 17 277 | | | |
| 1994 - 855304 | | CREATED PLAT | | 387-30 | |
| | 12/06/1994 | ARB 217 19 009D | | | |
| 1994 - 855304 | | CREATED PLAT | | 387-30 | |
| | 12/06/1994 | PLAT 165-42 | BLOCK | LOT A | SUB LOT |
| 1994 - 855304 | | CREATED PLAT | | 387-30 | |
| | 12/06/1994 | PLAT 165-42 | BLOCK 1 | LOT | SUB LOT |
| 1994 - 855304 | | CREATED PLAT | | 387-30 | |
| | 12/06/1994 | PLAT 165-42 | BLOCK 5 | LOT | SUB LOT |
| 1994 - 855304 | | CREATED PLAT | | 387-30 | |
| | 12/06/1994 | PLAT 165-42 | BLOCK 6 | LOT 1-8 | |
| 1994 - 855304 | | CREATED PLAT | | 387-30 | |

| - AMERICAN TITLE SERVICE, ATS, JBAR | | | | MARICOPA, AZ |
|---|---|---|---|---|
| 06/12/2014 04:45PM RQ5C | INVESTIGATIVE SEARCH RESULTS | | | PAGE 2 OF 5 |

| | | | | |
|---|---|---|---|---|
| 12/06/1994 PLAT 165-42 | BLOCK 6 | LOT 11-19 | | |
| 1994 - 855304 CREATED PLAT | | 387-30 | | |
| 12/06/1994 PLAT 165-43 | BLOCK | LOT D | SUB LOT | |
| 1994 - 855304 CREATED PLAT | | 387-30 | | |
| 12/06/1994 PLAT 165-43 | BLOCK 3 | LOT 31-55 | | |
| 1994 - 855304 CREATED PLAT | | 387-30 | | |
| 12/06/1994 ARB 217 19 009 | | | | |
| 1994- 855304 CREATED ARB 217 19 009D | | | | |
| 08/16/1995 ARB 176 21 417A | | | | |
| 1995 - 490675 CREATED PLAT | | 402-6 | | |
| 08/16/1995 ARB 176 21 467 | | | | |
| 1995 - 490675 CREATED PLAT | | 402-6 | | |
| 08/16/1995 ARB 176 21 469A | | | | |
| 1995 - 490675 CREATED PLAT | | 402-6 | | |
| 08/16/1995 PLAT 165-43 | BLOCK 1 | LOT 21-48 | | |
| 1995 - 490675 CREATED PLAT | | 402-6 | | |
| 08/16/1995 PLAT 165-43 | BLOCK 3 | LOT 7-30 | | |
| 1995 - 490675 CREATED PLAT | | 402-6 | | |
| 08/16/1995 ARB 176 21 417 | | | | |
| 1995- 490675 CREATED ARB 176 21 417A | | | | |
| 08/16/1995 ARB 176 21 469 | | | | |
| 1995- 490675 CREATED ARB 176 21 469A | | | | |
| 08/16/1995 PLAT 165-43 | BLOCK | LOT C | SUB LOT | |
| 1995- 490675 CREATED ARB 176 21 469 | | | | |
| 08/16/1995 PLAT 165-43 | BLOCK 1 | LOT 52 | SUB LOT | |
| 1995- 490675 CREATED ARB 176 21 417 | | | | |
| 12/16/1996 ARB 176 17 766 | | | | |
| 1996- 873204 CREATED ARB 176 17 766A | | | | |
| 12/16/1996 PLAT 387-30 | BLOCK | LOT E | SUB LOT | |
| 1996- 873204 CREATED ARB 176 17 766 | | | | |
| 12/16/1996 ARB 176 21 541 | | | | |
| 1996- 873205 CREATED ARB 176 21 541A | | | | |
| 12/16/1996 PLAT 402-6 | BLOCK | LOT B | SUB LOT | |
| 1996- 873205 CREATED ARB 176 21 541 | | | | |
| C 12/20/2001 ARB 176 17 766A | | | | |
| 2001 - 1201369 CREATED PLAT | | 580-25 | | |
| C 12/20/2001 ARB 176 21 469 | | | | |
| 2001 - 1201369 CREATED PLAT | | 580-25 | | |
| C 12/20/2001 ARB 176 21 541A | | | | |
| 2001 - 1201369 CREATED PLAT | | 580-25 | | |
| C 12/20/2001 ARB 217 19 006 | | | | |

| - AMERICAN TITLE SERVICE, ATS, JBAR | | | | MARICOPA, AZ |
|---|---|---|---|---|
| 06/12/2014 04:45PM RQ5C | INVESTIGATIVE SEARCH RESULTS | | | PAGE 3 OF 5 |

| | | | | | |
|---|---|---|---|---|---|
| 2001 - 1201369 | CREATED PLAT | | 580-25 | | |
| C 12/20/2001 | ARB 217 19 006C | | | | |
| 2001 - 1201369 | CREATED PLAT | | 580-25 | | |
| C 12/20/2001 | ARB 217 19 007 | | | | |
| 2001 - 1201369 | CREATED PLAT | | 580-25 | | |
| C 12/20/2001 | ARB 217 19 009 | | | | |
| 2001 - 1201369 | CREATED PLAT | | 580-25 | | |
| C 12/20/2001 | PLAT 165-43 | BLOCK | LOT B | SUB LOT | |
| 2001 - 1201369 | CREATED PLAT | | 580-25 | | |
| C 12/20/2001 | PLAT 165-43 | BLOCK 1 | LOT 53-54 | | |
| 2001 - 1201369 | CREATED PLAT | | 580-25 | | |
| C 12/20/2001 | PLAT 165-43 | BLOCK 2 | LOT 1-3 | | |
| 2001 - 1201369 | CREATED PLAT | | 580-25 | | |
| C 12/20/2001 | PLAT 165-43 | BLOCK 3 | LOT 1-6 | | |
| 2001 - 1201369 | CREATED PLAT | | 580-25 | | |
| C 05/04/2004 | PLAT 580-25 | BLOCK | LOT 9 | SUB LOT | |
| 2004 - 490377 | CREATED PLAT | | 683-26 | | |

| SEARCHED PARAMETER: | | | | | |
|---|---|---|---|---|---|
| LOT | HI LOT | BLOCK | PLAT | SUB LOT | HI SUB LOT |
| 98 | | | 683-26 | | |

NO OPEN ORDERS FOUND

| LOT | BLOCK | PLAT | SUB LOT |
|---|---|---|---|
| | | 683-26 | |
| RECORDED INST | INST NO. | COMPANY FIRST PARTY | SECOND PARTY |
| DOLLAR AMOUNT | YEAR FEE | ORIG INST NO.   REMARKS | |

| | | | | |
|---|---|---|---|---|
| 05/04/2004 PLT | 2004 - 490377 | | EAGLES NEST PARCEL 9 | |
| | | | 683-26 | |
| | | | | FR 580- 25 |
| 06/04/2004 RES | 2004 - 638523 | | EN LLC / | |
| 06/04/2004 PLT RAT | 2004 - 638525 | | EN LLC / | |
| 11/15/2004 PLT COR | 2004 - 1332436 | | EN LLC / | |
| 05/27/2005 PLT | 2005 - 712867 | | SEC 1-23 AND 26-30 3 | |
| | | | 751-36 INVALID | |
| 10/06/2006 XGR | 2006 - 1327527* | | LAS SENDAS COMMUNITY | FLOOD CONTROL DISTRI |
| 11/03/2006 UCC PRL | 2006 - 1457210 | FA | EN LLC | |
| | | 2003 - 1469460 | | |
| 12/13/2006 PLT RAT | 2006 - 1626096 | | EN LLC / | |
| | | 2004 - 638523 | | |
| 03/09/2007 UCC PRL | 2007 - 288489* | FA | EN LLC | |
| | | 2003 - 1469460 | REREC | |
| 02/28/2011 RES AMD | 2011 - 174954 | | NORTH HEIGHTS PROPER | |
| | | 1999 - 572880 | | |

| AMERICAN TITLE SERVICE, ATS, JBAR | | | | | MARICOPA, AZ |
|---|---|---|---|---|---|
| 06/12/2014 04:45PM RQ5C | | INVESTIGATIVE SEARCH RESULTS | | | PAGE 4 OF 5 |
| 11/21/2011 XGR MOD | 2011 - 963840 | | FOUNTAIN HILLS TOWN / | FOUNTAIN HILLS TOWN / | |
| 01/03/2012 RSL | 2012 - 2879 | | FOUNTAIN HILLS TOWN | | |
| | | 2011 - 963840 REREC | | | |
| 01/15/2013 NOT HOA | 2013 - 45598 | | EAGLES NEST COMMUNIT | CITY PROPERTY MANAGE | |
| | | 2004 - 638523 | | | |
| 07/29/2013 RES AMD | 2013 - 689811 | | EN LLC / | | |
| | | 2004 - 638523 | | | |
| 05/14/2014 RSL | 2014 - 314508 | | FOUNTAIN HILLS TOWN | | |

| LOT | BLOCK | PLAT | SUB LOT | |
|---|---|---|---|---|
| 98 | | 683-26 | | |
| RECORDED INST | INST NO. | COMPANY FIRST PARTY | | SECOND PARTY |
| DOLLAR AMOUNT | YEAR FEE | ORIG INST NO. | REMARKS | |

| Recorded Inst | Inst No. | Company | First Party | Second Party |
|---|---|---|---|---|
| 01/06/2005 DOT PRL | 2005 - 24882 | FA | EN LLC | |
| | | 2003 - 1469459 | | |
| 01/06/2005 UCC PRL | 2005 - 24883 | FA | EN LLC | |
| | | 2003 - 1469460 | | |
| 01/06/2005 DED WAR | 2005 - 24884 | FA | EN LLC / | ACRE MARK |
| 01/06/2005 DED DIS | 2005 - 24885 | FA | ACRE DOMINIQUE | ACRE MARK |
| 01/06/2005 DOT $319,593 | 2005 - 24886 | FA | ACRE MARK | M&I MARSHALL AND ILS |
| 01/03/2006 DOT REL | 2006 - 3387 | 2005 - 24886 | | |
| 01/21/2005 EAS | 2005 - 83264 | | EN LLC / PUBLIC UTILITIES | SALT RIVER PROJECT A |
| 11/30/2005 DOT $500,000 | 2005 - 1814488 | FA | ACRE MARK | M&I MARSHALL AND ILS |
| 01/11/2008 STR | 2008 - 30905 | SA 2005 - 1814488 | | |
| 01/11/2008 DOT SLE | 2008 - 30906 | SA 2005 - 1814488 | | |
| 01/11/2008 DOT SLE | 2008 - 30906 | SA 2005 - 1814488 | ACRE MARK | |
| 04/21/2008 DED TRS | 2008 - 348938 | SA 2005 - 1814488 | FOLKS & OCONNOR PLLC | M & I MARSHALL & ILS |
| 08/24/2009 DED SWR | 2009 - 785043 | SA | M & I MARSHALL & ILS | EMPIRE SOUTHWEST COM |
| 08/24/2009 DED DIS | 2009 - 785044 | SA | SPRING MARTHA F | SPRING FRANK L |
| 05/20/2010 DED SWR | 2010 - 428636 | | WARD ANNE M | J2C LLC / |
| 05/21/2010 DED SWR | 2010 - 431680* | SA 2009 - 785043 REREC | M&I MARSHALL & ILSLE | EMPIRE SOUTHWEST COM |
| 06/18/2010 DED SWR | 2010 - 519402 | | J2C LLC | J2C LLC / |
| 08/02/2010 DED SWR | 2010 - 655624 | | J2C LLC / | SPRING FRANK L / |
| 07/09/2013 POA | 2013 - 621223 | SA | WALBRO ELIZABETH | |
| 07/09/2013 POA | 2013 - 621225 | SA | KENNEDY PAMELA | |

| | | | |
|---|---|---|---|
| 07/09/2013 POA | 2013 - 621226 | SA | FINE ANTOINETTE |
| 07/09/2013 POA | 2013 - 621227 | SA | LEE CHRISTOPHER |

| AMERICAN TITLE SERVICE, ATS, JBAR | | | | MARICOPA, AZ |
|---|---|---|---|---|
| 06/12/2014 04:45PM RQ5C | | INVESTIGATIVE SEARCH RESULTS | | PAGE 5 OF 5 |
| 07/09/2013 POA | 2013 - 621228 | SA | SNEAD PATRICIA I | |
| 07/09/2013 POA | 2013 - 621229 | SA | FREDMAN GERALD S | |
| 07/09/2013 POA | 2013 - 621230 | SA | FOLEY JR JAMES H | |
| 07/09/2013 POA | 2013 - 621231 | SA | WEYSHIRE LLC | |
| 07/09/2013 POA | 2013 - 621232 | SA | FINDLEY DIANE K | |
| 07/09/2013 POA | 2013 - 621233 | SA | ARWI LLC | |
| 07/09/2013 POA | 2013 - 621234 | | ARWI LLC | |
| 10/10/2013 LN $1,295 | 2013 - 901648 | | EAGLES NEST COMMUNIT | SPRING FRANK L / |
| 11/22/2013 LN REL | 2013 - 1008783 | 2013 - 901648 | SPRING FRANK L / | |
| 01/17/2014 DED QCL | 2014 - 37464 | | SPRING MARTHA F | SPRING FRANK L |

END SEARCH

# Account #4064263

1C059-000001

View Loan Transaction History - 4064263-40000 Note - Bank 098 — Page 1 of 3

Acre Mark
4064263-40000 Note

54 items: Life-to-date beginning 11/22/2005

| Effective / Posted | Type | Amount | Principal | Interest | Balance | Part or Fee |
|---|---|---|---|---|---|---|
| 04/28/2008 04/30/2008 | 677 - Special adjustment decrease | 876.8500000 | 0.00 | 876.8500000 | 137,164.81 | |
| 04/28/2008 04/30/2008 | 677 - Special adjustment decrease | 362835.14 | 362,835.14 | 0.00 | 137,164.81 | |
| 09/10/2007 09/10/2007 | 668 - System-generated payment | 0.01 | 0.01 | 0.00 | 499,999.95 | |
| 09/10/2007 09/10/2007 | 615 - User defined reg payment | 3020.83 | 0.00 | 3020.83 | 499,999.96 | |
| 08/03/2007 08/03/2007 | 615 - User defined reg payment | 3020.84 | 0.00 | 3020.84 | 499,999.96 | |
| 07/12/2007 07/12/2007 | 668 - System-generated payment | 0.01 | 0.01 | 0.00 | 499,999.96 | |
| 07/12/2007 07/12/2007 | 615 - User defined reg payment | 3020.83 | 0.00 | 3020.83 | 499,999.97 | |

https://insight.metavante.com/opstopb1/OpstopServlet/LnViewTransHistoryListNote    10/27/2009

| Date 1 | Date 2 | Code | Amount | Col A | Col B | Balance |
|---|---|---|---|---|---|---|
| 06/01/2007 | 06/01/2007 | 668 - System-generated payment | 0.01 | 0.01 | 0.00 | 499,999.97 |
| 06/01/2007 | 06/01/2007 | 615 - User defined reg payment | 3020.83 | 0.00 | 3020.83 | 499,999.98 |
| 05/03/2007 | 05/04/2007 | 610 - Regular payment | 3020.84 | 0.00 | 3020.84 | 499,999.98 |
| 04/02/2007 | 04/02/2007 | 668 - System-generated payment | 0.01 | 0.01 | 0.00 | 499,999.98 |
| 04/02/2007 | 04/02/2007 | 615 - User defined reg payment | 3020.83 | 0.00 | 3020.83 | 499,999.99 |
| 03/05/2007 | 03/06/2007 | 668 - System-generated payment | 0.01 | 0.01 | 0.00 | 499,999.99 |
| 03/05/2007 | 03/06/2007 | 610 - Regular payment | 3020.83 | 0.00 | 3020.83 | 500,000.00 |
| 02/01/2007 | 02/01/2007 | 615 - User defined reg payment | 3020.84 | 0.00 | 3020.84 | 500,000.00 |
| 01/03/2007 | 01/03/2007 | 615 - User defined reg payment | 156.29 | 0.00 | 156.29 | 500,000.00 |
| 01/02/2007 | 01/04/2007 | 610 - Regular payment | 2864.58 | 0.00 | 2864.58 | 500,000.00 |
| 12/04/2006 | 12/06/2006 | 800 - Reversal | -2864.50 | -2,864.50 | 0.00 | 500,000.00 |
| 12/04/2006 | 12/06/2006 | 800 - Reversal | -0.08 | 0.00 | -0.08 | 500,000.00 |
| 12/04/2006 * | 12/06/2006 | 668 - System-generated payment | 2864.50 | 2,864.50 | 0.00 | 500,000.00 |
| 12/04/2006 * | 12/06/2006 | 610 - Regular payment | 0.08 | 0.00 | 0.08 | 500,000.00 |
| 12/04/2006 | 12/06/2006 | 610 - Regular payment | 2864.58 | 0.00 | 2864.58 | 500,000.00 |
| 12/01/2006 | 12/05/2006 | 400 - Rate change | 7.250000% | 0.00 | 0.00 | 500,000.00 |
| 11/15/2006 | 12/05/2006 | 661 - Renewal payment | 0.00 | 0.00 | 0.00 | 500,000.00 |
| 10/30/2006 | 11/01/2006 | 610 - Regular payment | 2864.58 | 0.00 | 2864.58 | 500,000.00 |
| 09/28/2006 | 09/29/2006 | 610 - Regular payment | 2864.58 | 0.00 | 2864.58 | 500,000.00 |
| 08/31/2006 | 09/05/2006 | 610 - Regular payment | 2864.58 | 0.00 | 2864.58 | 500,000.00 |
| 07/31/2006 | 08/02/2006 | 610 - Regular payment | 2864.58 | 0.00 | 2864.58 | 500,000.00 |
| 07/03/2006 | 07/07/2006 | 610 - Regular payment | 2864.58 | 0.00 | 2864.58 | 500,000.00 |
| 05/31/2006 | 06/02/2006 | 610 - Regular payment | 2864.58 | 0.00 | 2864.58 | 500,000.00 |
| 05/01/2006 | 05/03/2006 | 610 - Regular payment | 2864.58 | 0.00 | 2864.58 | 500,000.00 |
| 03/30/2006 | 04/03/2006 | 610 - Regular payment | 2864.58 | 0.00 | 2864.58 | 500,000.00 |
| 03/02/2006 | 03/06/2006 | 610 - Regular payment | 2864.58 | 0.00 | 2864.58 | 500,000.00 |
| 01/31/2006 | 02/02/2006 | 610 - Regular payment | 2864.58 | 0.00 | 2864.58 | 500,000.00 |
| 01/09/2006 | 01/11/2006 | 610 - Regular payment | 2864.58 | 0.00 | 2864.58 | 500,000.00 |
| 12/09/2005 | | 402 - FASB fee rate | 7.988359% | 0.00 | 0.0000000 | 500,000.00 |

View Loan Transaction History - 4004205-40000 Note - Bank 098                                   Page 3 of 3

| Date | Transaction | | | | |
|---|---|---:|---:|---:|---:|
| 12/09/2005 | chg - sys gen | | | | |
| 12/09/2005 | 660 - Special payment | 190.98 | 0.00 | 190.98 | 500,000.00 |
| 12/09/2005 | | | | | |
| 12/07/2005 | 402 - FASB fee rate | 6.795970% | 0.00 | 0.0000000 | 500,000.00 |
| 12/07/2005 | chg - sys gen | | | | |
| 12/01/2005 | 725 - Special adjustment increase | 190.9800000 | 0.00 | 190.9800000 | 500,000.00 |
| 12/09/2005 | | | | | |
| 11/22/2005 | 310 - New note | 500000.00 | 500,000.00 | 0.00 | 500,000.00 |
| 12/07/2005 | | | | | |

https://insight.metavante.com/opstopb1/OpstopServlet/LnViewTransHistoryListNote                         10/27/2009

1C059-000004

11/19/2009 11:02 FAX 414 765 8026         M&I MONEY TRANSFER                                    ☒005

| | | |
|---|---|---|
| Run Date: 18-Nov-09 | Transaction Detail Report | Page: 1 |
| Run Time: 4:52 PM | | User Name: GSHARPOV |

BNK: MIB    SND DATE: 051129          VAL: 051129        TRN: 051129-00004804
AMT: $500,000.00                       CUR: USD           FOR AMT: 500,000.00
SRC: MTW    ADV: FED    TYP: FTR      LOC: MTRANS        CHECK NUM:

DBT: D/00029854979/098                           CDT: A/122241255
ACC: D/00029854979             ON FILE: Y        ACC: D/00000160059                ON FILE: N
DEPT:                          CTRY:             DEPT:                             CTRY:
M&I MTG LN MEMO ACCT                             FIRST AMERICAN TRUST, F.S.B.
C/O LN BALANCING                                 SANTA ANA, CA
BRK-401-LSC
                                                 BNF: /2000021433                  BK: N
                                                 FIRST AMERICAN TITLE INSURANCE C

                                                 **ORIG TO BNF INFO:**
                                                 0009656463 [0004064263] ACRE M: 433
                                                 -4597631(JLP) (PRINCIPAL-RETAIL-POR
                                                 TFOLIO (AZ))