**EXHIBIT 27**
**DEFENDANTS' SENTENCING OBJECTIONS**
**Case No.  CR-12-1606-SRB**

| - AMERICAN TITLE SERVICE, ATS, JBAR | MARICOPA, AZ |
|---|---|
| 06/12/2014 02:15PM RQ5C    INVESTIGATIVE SEARCH RESULTS | PAGE 1 OF 5 |

**PLANT THROUGH**

**JUNE 06, 2014 (Full)**

**INSTRUMENT: 2014-375334**
**COURT HOUSE: APRIL 01, 2014**

JUNE 09, 2014 04:29PM

*40645 N. 97th St*

**SEARCH PARAMETERS**

| LOT | HI LOT | BLOCK | PLAT | SUB LOT | HI SUB LOT |
|---|---|---|---|---|---|
| 57 | | | 494-32 | | |

SUBDIVISION: DESERT MOUNTAIN PHASE III UNIT THIRTY-TWO THE SAGUARO FOREST AT DESERT MOUNTAIN PART TWO

SEARCH: FROM 00/00/0000 THROUGH 99/99/9999
DISPLAY AUTO CHAIN; OVERLAPPING PROPERTY

*219-47-626*

**PARAMETER ENTERED:**

| LOT | HI LOT | BLOCK | PLAT | SUB LOT | HI SUB LOT |
|---|---|---|---|---|---|
| 57 | | | 494-32 | | |

**AUTO CHAIN:**

| | | | | | |
|---|---|---|---|---|---|
| 03/21/1975 SECTION 16 | TOWN 6N | RANGE 5E | | | |
| 0000 CREATED ARB 219 47 007A | | | | | |
| 03/21/1975 SECTION 17 | TOWN 6N | RANGE 5E | | | |
| 0000 CREATED ARB 219 47 008 | | | | | |
| 03/21/1975 SECTION 17 | TOWN 6N | RANGE 5E | | | |
| 0000 CREATED ARB 219 47 011 | | | | | |
| 03/21/1975 SECTION 17 | TOWN 6N | RANGE 5E | NWSW | | |
| 0000 CREATED ARB 219 47 010 | | | | | |
| 03/21/1975 SECTION 18 | TOWN 6N | RANGE 5E | SE | | |
| 0000 CREATED ARB 219 47 010 | | | | | |
| 03/21/1975 SECTION 18 | TOWN 6N | RANGE 5E | SE | | |
| 0000 CREATED ARB 219 47 010 | | | | | |
| 09/19/1975 SECTION 19 | TOWN 6N | RANGE 5E | | | |
| 0000 CREATED ARB 219 11 304 | | | | | |
| 09/19/1975 SECTION 20 | TOWN 6N | RANGE 5E | NW | | |
| 0000 CREATED ARB 219 11 304 | | | | | |
| 09/28/1976 SECTION 20 | TOWN 6N | RANGE 5E | | | |
| 0000 CREATED ARB 219 11 305 | | | | | |
| 03/23/1979 SECTION 29 | TOWN 6N | RANGE 5E | NH | | |
| 0000 CREATED ARB 219 11 308 | | | | | |
| 05/28/1980 ARB 219 47 010 | | | | | |
| 14445- 75 | CREATED ARB 219 47 011B | | | | |
| 05/28/1980 ARB 219 47 011 | | | | | |
| 14445- 75 | CREATED ARB 219 47 011B | | | | |
| 04/30/1981 ARB 219 11 304 | | | | | |
| 15203- 953 | CREATED ARB 219 11 304B | | | | |
| 04/30/1981 ARB 219 11 305 | | | | | |
| 15203- 953 | CREATED ARB 219 11 305B | | | | |

| - AMERICAN TITLE SERVICE, ATS, JBAR | | MARICOPA, AZ |
|---|---|---|
| 06/12/2014  02:15PM RQ5C | INVESTIGATIVE SEARCH RESULTS | PAGE 2 OF 5 |

|  | 04/30/1981  ARB 219 47 008 | |
|---|---|---|
| 15203- 953 | CREATED ARB  219 47 011C | |

|  | 04/30/1981  ARB 219 47 010 | |
|---|---|---|
| 15203- 953 | CREATED ARB  219 47 011C | |

|  | 04/30/1981  ARB 219 47 011 | |
|---|---|---|
| 15203- 953 | CREATED ARB  219 47 011C | |

|  | 04/30/1981  ARB 219 47 011B | |
|---|---|---|
| 15203- 953 | CREATED ARB  219 47 011C | |

|  | 02/26/1982  ARB 219 11 308 | |
|---|---|---|
| 15857- 8 | CREATED ARB  219 11 305B | |

|  | 03/01/1985  ARB 219 47 007A | |
|---|---|---|
| 1985- 91271 | CREATED ARB  219 47 011F | |

|  | 03/01/1985  ARB 219 47 008 | |
|---|---|---|
| 1985- 91271 | CREATED ARB  219 47 011F | |

|  | 03/01/1985  ARB 219 47 011 | |
|---|---|---|
| 1985- 91271 | CREATED ARB  219 47 011F | |

|  | 03/01/1985  ARB 219 47 011C | |
|---|---|---|
| 1985- 91271 | CREATED ARB  219 47 011F | |

|  | 02/28/1986  ARB 219 11 304B | |
|---|---|---|
| 1986- 99202 | CREATED ARB  219 11 304C | |

|  | 02/09/1990  ARB 219 47 011 | |
|---|---|---|
| 1990- 61920 | CREATED ARB  219 47 011K | |

|  | 02/09/1990  ARB 219 47 011C | |
|---|---|---|
| 1990- 61920 | CREATED ARB  219 47 011K | |

| C  02/23/1999  ARB 219 47 011K | | |
|---|---|---|
| 1999 - 170955 | CREATED PLAT | 494-32 |

| C  02/23/1999  ARB 219 11 304C | | |
|---|---|---|
| 1999 - 170955 | CREATED PLAT | 494-32 |

| C  02/23/1999  ARB 219 11 305B | | |
|---|---|---|
| 1999 - 170955 | CREATED PLAT | 494-32 |

| C  02/23/1999  ARB 219 47 011C | | |
|---|---|---|
| 1999 - 170955 | CREATED PLAT | 494-32 |

| C  02/23/1999  ARB 219 47 011F | | |
|---|---|---|
| 1999 - 170955 | CREATED PLAT | 494-32 |

**SEARCHED PARAMETER:**

| LOT | HI LOT | BLOCK | PLAT | SUB LOT | HI SUB LOT |
|---|---|---|---|---|---|
| 57 | | | 494-32 | | |

NO OPEN ORDERS FOUND

**- AMERICAN TITLE SERVICE, ATS, JBAR**　　　　　　　　　　　**MARICOPA, AZ**
06/12/2014  02:15PM RQ5C　　　　　INVESTIGATIVE SEARCH RESULTS　　　　　**PAGE 3 OF 5**

| LOT | BLOCK | PLAT 494-32 | SUB LOT |
|---|---|---|---|
| RECORDED INST | INST NO. | COMPANY FIRST PARTY | SECOND PARTY |
| DOLLAR AMOUNT | YEAR FEE | ORIG INST NO.　　REMARKS | |
| 02/23/1999 PLT | 1999 - 170955 | DESERT MOUNTAIN PHAS 494-32 | |
| | | FR 011C | |
| 02/23/1999 PLT | 1999 - 170955 | DESERT MOUNTAIN PHAS 494-32 | |
| | | FR 011F | |
| 02/23/1999 PLT | 1999 - 170955 | DESERT MOUNTAIN PHAS 494-32 | |
| | | FR 011K | |
| 02/23/1999 PLT | 1999 - 170955 | DESERT MOUNTAIN PHAS 494-32 | |
| | | FR 304C | |
| 02/23/1999 PLT | 1999 - 170955 | DESERT MOUNTAIN PHAS 494-32 | |
| | | FR 305B | |
| 02/23/1999 DOT SUB | 1999 - 170956* | DESERT MOUNTAIN PROP | |
| | | 1997 - 601276 | |
| 02/26/1999 RES MOD | 1999 - 186188 | DESERT MOUNTAIN PROP | |
| | | 1991 - 511461 | |
| 03/01/1999 RES | 1999 - 194956 | DESERT MOUNTAIN PROP | |
| 04/08/1999 MLN | 1999 - 338752* | PIONEER LANDSCAPING DBA PIONEER SAND COM | DESERT MOUNTAIN PROP |
| $67,561 | | | |
| *05/07/1999 MLN AMD* | *1999 - 441986* | *1999 - 338752* | |
| *01/21/2000 MLN REL* | *2000 - 47931* | *1999 - 338752* | |
| 05/07/1999 MLN AMD | 1999 - 441986 | PIONEER LANDSCAPING | DESERT MOUNTAIN PROP |
| | | 1999 - 338752 | |
| 05/07/1999 MLN PRL | 1999 - 441987 | DESERT MOUNTAIN PROP | |
| | | 1999 - 441986 | |
| 06/01/1999 DED SWR | 1999 - 525941* | FA SONORA PARTNERS LIMI REREC | DESERT MOUNTAIN PROP |
| | | 1989 - 441305 / | |
| 06/23/1999 PLT COR | 1999 - 596310 | GANNETT FLEMING INC | |
| 12/21/1999 RES | 1999 - 1137746 | DESERT MOUNTAIN PROP | |
| 12/21/1999 RES | 1999 - 1137747 | DESERT MOUNTAIN PROP | |
| 11/17/2000 DOT SUB | 2000 - 881808* | | |
| | | 1997 - 601276 | |
| 11/17/2000 DOT SUB | 2000 - 881812* | | |
| | | 1997 - 601276 | |
| 07/31/2001 PLT COR | 2001 - 689427 | DESERT MOUNTAIN PHAS | |
| 02/20/2002 PLT | 2002 - 171376 | SAGUARO FOREST AT DE | |

**- AMERICAN TITLE SERVICE, ATS, JBAR**                                   **MARICOPA, AZ**
06/12/2014  02:15PM RQ5C               INVESTIGATIVE SEARCH RESULTS               PAGE 4 OF 5

585-32 INVALID

| Recorded Inst | Inst No. | | Company First Party | Second Party |
|---|---|---|---|---|
| 04/11/2002 **PLT COR** | 2002 - 371383 | | GANNETT FLEMING INC | |
| 07/02/2003 **DOT AMD** | 2003 - 866377* | | DESERT MOUNTAIN PROP | CRESCENT REAL ESTATE |
| | | 1997 - 601276 | | |
| 11/07/2003 **NOT** | 2003 - 1547192* | | DESERT MOUNTAIN PROP | BLUCOR CONTRACTING I |
| 12/07/2004 **NOT** | 2004 - 1431981 | | DESERT MOUNTAIN HOME | |
| | | 1999 - 194956 | | |
| 03/15/2005 **RES AMD** | 2005 - 317372 | | DESERT MOUNTAIN MAST | |
| | | 1991 - 511461 | | |
| 06/06/2005 **PLT** | 2005 - 751360 | | SEC 4-9 & 16-22 & 27 | |
| | | | 752-41 INVALID | |
| 12/28/2007 **RES AMD** | 2007 - 1357245 | | DESERT MOUNTAIN PROP | |
| | | 1997 - 910625 | | |
| 12/28/2007 **RES AMD** | 2007 - 1357246 | | DESERT MOUNTAIN PROP | |
| | | 1997 - 910626 | | |
| 12/19/2008 **XGR** | 2008 - 1072139 | | SCOTTSDALE CITY | DESERT MOUNTAIN PROP |
| 09/08/2009 **RES AMD** | 2009 - 832830* | | DESERT MOUNTAIN PROP | |
| | | 1997 - 910626  REREC | | |
| 10/02/2009 **DED QCL** | 2009 - 918206 | | DMDC INC / | DESERT MOUNTAIN PROP |
| 01/03/2011 **RES AMD** | 2011 - 699 | CH | DESERT MOUNTAIN PROP | |
| | | 1986 - 153895 | | |
| | | 1988 - 1663 | | |
| | | 1989 - 359071 | | |
| | | 1991 - 14700 | | |
| | | 1995 - 804215 | | |
| | | 1996 - 760812 | | |
| | | 1999 - 1137746 | | |
| 06/21/2011 **RES AMD** | 2011 - 517763 | | DESERT MOUNTAIN MAST | |
| | | 1986 - 153893 | | |
| 07/14/2011 **NOT HOA** | 2011 - 585547 | | DESERT MOUNTAIN MAST | |
| | | 2011 - 517763 | | |

| LOT | BLOCK | | PLAT | SUB LOT | |
|---|---|---|---|---|---|
| 57 | | | 494-32 | | |
| **RECORDED INST** | **INST NO.** | | **COMPANY FIRST PARTY** | | **SECOND PARTY** |
| **DOLLAR AMOUNT** | **YEAR FEE** | | **ORIG INST NO.** | **REMARKS** | |
| 07/08/1999 **DED SWR** | 1999 - 650784 | FA | DESERT MOUNTAIN PROP | | EDGCOMB & SPACKMAN I |
| 07/08/1999 **DOT** | 1999 - 650785 | FA | EDGCOMB & SPACKMAN I | | NATIONAL BANK OF ARI |
| $544,000 | | | | | |
| 01/04/2005 *DOT REL* | *2005 - 10832* | *CP* | *1999 - 650785* | | |
| 03/21/2005 *DOT REL* | *2005 - 337914* | | *1999 - 650785* | | |
| 03/21/2005 *DOT REL* | *2005 - 337915* | *CP* | *1999 - 650785* | | |
| 07/27/1999 **DOT PRL** | 1999 - 704041 | FA | DESERT MOUNTAIN PROP | | |
| | | 1997 - 601276 | | | |
| 07/27/1999 **UCC PRL** | 1999 - 704051 | | DESERT MOUNTAIN PROP | | |

**- AMERICAN TITLE SERVICE, ATS, JBAR**                                                              **MARICOPA, AZ**
06/12/2014 02:15PM RQ5C                    INVESTIGATIVE SEARCH RESULTS                                   PAGE 5 OF 5

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | 1997 - 601276A |  |  |  |
| 08/16/2004 **NOT** | 2004 - 946543 |  | DESERT MOUNTAIN HOME |  |  |
|  |  | 1999 - 194956 |  |  |  |
| 12/17/2004 **DED WAR** | 2004 - 1483752 | CP | EDGCOMB & SPACKMAN I | ACRE MARK |  |
| 12/17/2004 **DED DIS** | 2004 - 1483753 | CP | ACRE DOMINIQUE | ACRE MARK |  |
| 12/17/2004 **DOT** $616,000 | 2004 - 1483754 | CP | ACRE MARK | M&I MARSHALL AND ILS |  |
| *01/03/2006 DOT REL* | *2006 - 3388* | *2004 - 1483754* |  |  |  |
| 12/17/2004 **XGR MOD** | 2004 - 1483755* | CP | DESERT MOUNTAIN PROP | ACRE MARK |  |
| 01/03/2005 **DED WAR** | 2005 - 1746 |  | ACRE MARK | ACRE MARK |  |
| 03/21/2005 **AFF ERR** | 2005 - 337915 |  | NATIONAL BANK OF ARI |  |  |
|  |  | 2005 - 10832 |  |  |  |
| 11/30/2005 **DED QCL** | 2005 - 1814985 | FA | ACRE DOMINIQUE | ACRE MARK |  |
| 11/30/2005 **DOT** $875,000 | 2005 - 1814986 | FA | ACRE MARK | M&I MARSHALL AND ILS |  |
| *03/17/2008 STR* | *2008 - 234452* | *2005 - 1814986* |  |  |  |
| *03/17/2008 DOT SLE* | *2008 - 234453* | *2005 - 1814986* |  |  |  |
| 12/06/2005 **DED QCL** | 2005 - 1844147 | - | ACRE MARK | SAGUARO FOREST PROPE |  |
| 08/17/2007 **DED QCL** | 2007 - 929373 |  | SAGUARO FOREST PROPE | SAGUARO FOREST PROPE |  |
| 01/22/2008 **BASE** | 29014197 | GC | 99 |  |  |
| ~~03/17/2008 DOT SLE~~ | ~~2008 - 234453~~ |  | ACRE MARK |  |  |
|  |  | 2005 - 1814986 |  |  |  |
| 04/14/2008 **DED QCL** | 2008 - 326160 |  | SONORAN DREAM DEVELO | SAGUARO FOREST PROPE |  |
| 07/08/2008 **DED TRS** | 2008 - 598957 | SA | FOLKS & OCONNOR PLLC | M & I MARSHALL & ILS |  |
|  |  | 2005 - 1814986 |  |  |  |
| 12/15/2008 **BASE** | ~~45001116~~ | GC |  |  |  |
| 03/13/2009 **BASE** | ~~45001216~~ | GC |  |  |  |
| 04/10/2009 **DED SWR** | 2009 - 321011 | GC | M & I MARSHALL & ILS | BELLO JOHN |  |
| 06/21/2011 **RES AMD** | ~~2011 - 517763~~ |  | DESERT MOUNTAIN MAST |  |  |
|  |  | 1986 - 153893 |  |  |  |
| 02/22/2013 **RES AMD** | ~~2013 - 169217~~ |  | DESERT MOUNTAIN MAST |  |  |
|  |  | 1986 - 153893 |  |  |  |

**END SEARCH**



OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL
2005-1844147 12/06/05 12:04
1 OF 1
PALUMBON

When recorded, please return to:

**Saguaro Forest Properties, LLC**
**1588 West Yosemite Place**
**Chandler, AZ 85248**

Exempt pursuant to A.R.S. § 11-1134.A.7

## QUIT-CLAIM DEED

For the consideration of Five and No/100 Dollars ($5.00), and other valuable considerations, the undersigned, Mark Acre, a married man dealing with his sole and separate property, ("Grantor") hereby quit-claims to Saguaro Forest Properties, LLC ("Grantee"), all right, title, or interest, if any, of Grantor in and to the real property, situated in Maricopa County, Arizona, and legally described as:

**Lot Fifty-seven (57), DESERT MOUNTAIN, PHASE III, UNIT THIRTY-TWO (THE SAGUARO FOREST AT DESERT MOUNTAIN – PART TWO), according to the plat of record in the office of the County Recorder of Maricopa County, Arizona in Book 494 of Maps, Page 32.**

DATED this 7th day of November, 2005.

_____
Mark Acre

STATE OF ARIZONA        )
                        ) ss.
County of Maricopa      )

On this 7th day of November, 2005, before me, the undersigned Notary Public, personally appeared Mark Acre who acknowledged to me that they executed the foregoing instrument for the purposes therein contained.

IN WITNESS WHEREOF, I have hereunto set my hand and official seal.

_____
Notary Public

My commission expires: May 15, 2009

KRISTINA BATES
Notary Public - Arizona
Maricopa County
My Commission Expires
May 15, 2009



RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:

SAGUARO FOREST PROPERITES LLC
1588 W. YOSEMITE PLACE
CHANDLER, AZ 85248

OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL
2007-0929373 08/17/07 02:55 PM
1 OF 1

PALUREDA

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## QUIT CLAIM DEED

For consideration of Ten Dollars, and other valuable considerations, I or we,
**Saguaro Forest Properties, LLC., an Arizona Limited Liability**
hereby quit-claim to
**Saguaro Forest Properties, LLC., an Arizona Limited Liability and Sonoran Dream Development, LLC, an Arizona Limited Liability**
all right, title or interest in the following real property situated in **Maricopa** County, State of **ARIZONA:**

Lot 57, DESERT MOUNTAIN , PHASE III, UNIT THIRTY TWO (The Saguaro Forest at Desert Mountain -Part Two), according to the Plat of record in the office of the County Recorder of Maricopa County, Arizona in  Book 494 of Maps, Page 32.
EXEMPT PER ARS 11-1134 B9

Dated this August 16, 2007

Saguaro Forest Properties, LLC

**Mark Acre, Managing Member**

State of **ARIZONA**                    } ss

County of **Maricopa**

OFFICIAL SEAL
BARBARA HYND
Notary Public · State of Arizona
MARICOPA COUNTY
My comm. expires Sep. 21, 2008

This instrument was acknowledged before me this ____ day of August, 2007 by Mark Acre, Managing Member.

Notary Public

My commission will expire _____



```
        OFFICIAL RECORDS OF
     MARICOPA COUNTY RECORDER
           HELEN PURCELL
  2008-0326160 04/14/08 12:16 PM
              1 OF 1
                              GASTELUMP
```

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:

SAQUARO FOREST PROPERTIES
1588 W. YOSEMITE PLACE
CHANDLER, AZ 85248

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## QUIT CLAIM DEED

For consideration of Ten Dollars, and other valuable considerations, I or we,
**Sonoran Dream Development, LLC., a Limited Liability Company**
hereby quit-claim to
**Saguaro Forest Properties, LLC., a Limited Liability Company**
all right, title or interest in the following real property situated in **Maricopa** County, State of **ARIZONA**:

Lot 57, DESERT MOUNTAIN, PHASE III, UNIT THIRTY TWO (The Saguaro Forest at Desert Mountain - Part Two),
according to Book 494 of Maps, Page 32, records of Maricopa County, Arizona.
    **EXEMPT PER ARS 11-1134 B9**

Dated this April 14, 2008

**Sonoran Dream Properties, LLC.,**
**A Limited Liability Company**

William Rabold, Manager

Michael R. Blemaster, Member

State of **ARIZONA**                    } ss

County of **Maricopa**

OFFICIAL SEAL
CINDY L. MITCHELL
NOTARY PUBLIC - STATE OF ARIZONA
MARICOPA COUNTY
My Comm. Expires Jan. 15, 2010

State of **ARIZONA**                    } ss

County of **Maricopa**

OFFICIAL SEAL
CINDY L. MITCHELL
NOTARY PUBLIC - STATE OF ARIZONA
MARICOPA COUNTY
My Comm. Expires Jan. 15, 2010

This instrument was acknowledged before me this 14th day of
April, 2008 by William Rabold, Manager.

Notary Public

My commission will expire 1-15-2010

This instrument was acknowledged before me this 14th day of
April, 2008 by Michael R. Blemaster, member

Notary Public

My commission will expire 1-15-2010

Account #4064296 -875K

1C059-000001

Acre Mark
4064296-40000 Note

50 items: Life-to-date beginning 11/22/2005

| Effective / Posted | Type | Amount | Principal | Interest | Balance | Part or Fee |
|---|---|---|---|---|---|---|
| 07/16/2008 07/18/2008 | 677 - Special adjustment decrease | 2452.0000000 | 0.00 | 2452.0000000 | | 0.00 |
| 07/16/2008 07/18/2008 | 677 - Special adjustment decrease | 39758.7300000 | 0.00 | 39758.7300000 | | 0.00 |
| 07/16/2008 07/18/2008 | 677 - Special adjustment decrease | 869703.23 | 869,703.23 | 0.00 | | 0.00 |
| 11/13/2007 11/16/2007 | 610 - Regular payment | 5254.45 | 0.00 | 5254.45 | 869,703.23 | |
| 10/09/2007 10/09/2007 | 610 - Regular payment | 5254.46 | 0.00 | 5254.46 | 869,703.23 | |
| 09/04/2007 09/07/2007 | 610 - Regular payment | 5254.46 | 0.00 | 5254.46 | 869,703.23 | |
| 09/04/2007 09/07/2007 | 800 - Reversal | -0.10 | -0.10 | 0.00 | 869,703.23 | |
| 09/04/2007 09/07/2007 | 800 - Reversal | -5254.46 | 0.00 | -5254.46 | 869,703.23 | |
| 09/04/2007 * 09/07/2007 | 668 - System-generated payment | 0.10 | 0.10 | 0.00 | 869,703.23 | |
| 09/04/2007 * 09/07/2007 | 610 - Regular payment | 5254.46 | 0.00 | 5254.46 | 869,703.23 | |
| 08/02/2007 08/07/2007 | 668 - System-generated payment | 10.00 | 10.00 | 0.00 | 869,703.23 | |
| 08/02/2007 08/07/2007 | 610 - Regular payment | 5256.65 | 0.00 | 5256.65 | 869,713.23 | |
| 07/03/2007 07/10/2007 | 668 - System-generated payment | 5286.45 | 5,286.45 | 0.00 | 869,713.23 | |
| 07/03/2007 07/10/2007 | 610 - Regular payment | 0.00 | 0.00 | 0.00 | 874,999.68 | |
| 06/19/2007 06/21/2007 | 668 - System-generated | 0.01 | 0.01 | 0.00 | 874,999.68 | |

1C059-000002

View Loan Transaction History - 1004290 40000 Note - Bank 098                    Page 2 of 3

| | | | | | |
|---|---|---|---|---|
| | | payment | | | |
| 06/19/2007 06/21/2007 | 610 – Regular payment | 5286.45 | 0.00 | 5286.45 | 874,999.69 |
| 05/31/2007 06/04/2007 | 610 – Regular payment | 5286.46 | 0.00 | 5286.46 | 874,999.69 |
| 05/03/2007 05/04/2007 | 668 – System-generated payment | 0.10 | 0.10 | 0.00 | 874,999.69 |
| 05/03/2007 05/04/2007 | 610 – Regular payment | 5286.46 | 0.00 | 5286.46 | 874,999.79 |
| 04/02/2007 04/02/2007 | 668 – System-generated payment | 0.10 | 0.10 | 0.00 | 874,999.79 |
| 04/02/2007 04/02/2007 | 615 – User defined reg payment | 5286.46 | 0.00 | 5286.46 | 874,999.89 |
| 03/05/2007 03/06/2007 | 668 – System-generated payment | 0.11 | 0.11 | 0.00 | 874,999.89 |
| 03/05/2007 03/06/2007 | 610 – Regular payment | 5286.45 | 0.00 | 5286.45 | 875,000.00 |
| 02/01/2007 02/01/2007 | 615 – User defined reg payment | 5286.56 | 0.00 | 5286.56 | 875,000.00 |
| 01/03/2007 01/03/2007 | 615 – User defined reg payment | 273.35 | 0.00 | 273.35 | 875,000.00 |
| 01/02/2007 01/04/2007 | 610 – Regular payment | 5013.02 | 0.00 | 5013.02 | 875,000.00 |
| 12/04/2006 12/06/2006 | 610 – Regular payment | 5013.02 | 0.00 | 5013.02 | 875,000.00 |
| 12/01/2006 12/05/2006 | 400 – Rate change | 7.250000% | 0.00 | 0.00 | 875,000.00 |
| 11/15/2006 12/05/2006 | 661 – Renewal payment | 0.00 | 0.00 | 0.00 | 875,000.00 |
| 10/30/2006 11/01/2006 | 610 – Regular payment | 5013.02 | 0.00 | 5013.02 | 875,000.00 |
| 09/28/2006 09/29/2006 | 610 – Regular payment | 5013.02 | 0.00 | 5013.02 | 875,000.00 |
| 08/31/2006 09/05/2006 | 610 – Regular payment | 5013.02 | 0.00 | 5013.02 | 875,000.00 |
| 07/31/2006 08/02/2006 | 610 – Regular payment | 5013.02 | 0.00 | 5013.02 | 875,000.00 |
| 07/03/2006 07/07/2006 | 610 – Regular payment | 5013.02 | 0.00 | 5013.02 | 875,000.00 |
| 05/31/2006 06/02/2006 | 610 – Regular payment | 5013.02 | 0.00 | 5013.02 | 875,000.00 |
| 05/01/2006 05/03/2006 | 610 – Regular payment | 5013.02 | 0.00 | 5013.02 | 875,000.00 |
| 03/30/2006 04/03/2006 | 610 – Regular payment | 5013.02 | 0.00 | 5013.02 | 875,000.00 |
| 03/02/2006 03/06/2006 | 610 – Regular payment | 5013.02 | 0.00 | 5013.02 | 875,000.00 |
| 01/31/2006 02/02/2006 | 610 – Regular payment | 5013.02 | 0.00 | 5013.02 | 875,000.00 |
| 01/09/2006 01/11/2006 | 610 – Regular payment | 5013.02 | 0.00 | 5013.02 | 875,000.00 |

1C059-000003

| | | | | | |
|---|---|---|---|---|---|
| 12/08/2005<br>12/08/2005 | 402 - FASB fee<br>rate chg - sys<br>gen | 7.973865% | 0.00 | 0.0000000 | 875,000.00 |
| 12/08/2005<br>12/08/2005 | 660 - Special<br>payment | 334.20 | 0.00 | 334.20 | 875,000.00 |
| 12/06/2005<br>12/06/2005 | 402 - FASB fee<br>rate chg - sys<br>gen | 6.829826% | 0.00 | 0.0000000 | 875,000.00 |
| 12/01/2005<br>12/08/2005 | 725 - Special<br>adjustment<br>increase | 334.2000000 | 0.00 | 334.2000000 | 875,000.00 |
| 11/22/2005<br>12/06/2005 | 310 - New note | 875000.00 | 875,000.00 | 0.00 | 875,000.00 |

1C059-000004

Page 2 of 2



```
075000051
M&I BANK
11/16/07
2756341712
```

| | |
|---|---|
| Posting Bank | 00098 |
| Account Number | 40462851 |
| Check Number | 1233 |
| Amount | $5,254.45 |
| Posting Date | 2007 Nov 16 |
| CPCS Sequence Number | 2756341712 |
| Bank of First Deposit | 000000000 |
| Tran Code | 800 |
| Document Type | 30 |
| D/C | D |

1C059-000006

Page 1 of 1



**SONORAN DREAM DEVELOPMENT, LLC**
3489 E. BASELINE RD
GILBERT, AZ 85234

1216

DATE _O-01-07_

PAY TO THE ORDER OF _M & T     B&W_     $ 5,254.46

_Sive-second tom-hondol, fifty-seven $ 46/100_     DOLLARS

**M&I Marshall & Ilsley Bank**

FOR _____

CREDITED WITHIN M&I BANK
NOMED PAYEE    LOCKBOX
>875912863<    MILW WI

LNE 10/09/07
0254000051 412
003415000064296
2113908021

| | |
|---|---|
| Posting Bank | 00098 |
| Account Number | 40462851 |
| Check Number | 1216 |
| Amount | $5,254.46 |
| Posting Date | 2007 Oct 09 |
| CPCS Sequence Number | 2113908021 |
| Bank of First Deposit | 000000000 |
| Tran Code | 800 |
| Document Type | 30 |
| D/C | D |

11/20/2009

1C059-000007

Page 1 of 2



| | |
|---|---|
| Posting Bank | 00098 |
| Account Number | 40462851 |
| Check Number | 1188 |
| Amount | $5,254.46 |
| Posting Date | 2007 Sep 07 |
| CPCS Sequence Number | 2109421184 |
| Bank of First Deposit | 000000000 |
| Tran Code | 800 |
| Document Type | 30 |
| D/C | D |

http://miarchive/inquiry/servlet/inquiry

11/20/2009

1C059-000008

Page 1 of 4



| | |
|---|---|
| Posting Bank | 00098 |
| Account Number | 40462851 |
| Check Number | 1170 |
| Amount | $5,266.65 |
| Posting Date | 2007 Aug 07 |
| CPCS Sequence Number | 2105322258 |
| Bank of First Deposit | 000000000 |
| Tran Code | 800 |
| Document Type | 30 |
| D/C | D |

11/20/2009

1C059-000010

Page 1 of 2



| Posting Bank | 00098 |
|---|---|
| Account Number | 40462851 |
| Check Number | 1143 |
| Amount | $5,286.45 |
| Posting Date | 2007 Jul 10 |
| CPCS Sequence Number | 2734673155 |
| Bank of First Deposit | 000000000 |
| Tran Code | 800 |
| Document Type | 30 |
| D/C | D |

11/20/2009

1C059-000012

Page 2 of 2



| | |
|---|---|
| Posting Bank | 00098 |
| Account Number | 40462851 |
| Check Number | 1139 |
| Amount | $5,286.46 |
| Posting Date | 2007 Jun 21 |
| CPCS Sequence Number | 2732505312 |
| Bank of First Deposit | 000000000 |
| Tran Code | 800 |
| Document Type | 30 |
| D/C | D |

1C059-000015

Page 1 of 2



| | |
|---|---|
| Posting Bank | 00098 |
| Account Number | 40462851 |
| Check Number | 1123 |
| Amount | $5,286.46 |
| Posting Date | 2007 Jun 04 |
| CPCS Sequence Number | 2195209460 |
| Bank of First Deposit | 000000000 |
| Tran Code | 800 |
| Document Type | 30 |
| D/C | D |

1C059-000016



Page: 1 Document Name: untitled

CHARGE-OFF INFORMATION                          AUTHORITY CODE: 0
                                  PAGE REQUEST: 001   PAGE NO: 001
ACCOUNT: 00004064296 INQUIRY: 295        ACRE MARK
SEARCH 1: 40000         SEARCH 2: 09/19/08    SEARCH 3:
PROC DATE: 09/19/08
      ACTIVE LOAN PORTION                 CHARGED-OFF PORTION
PRINCIPAL BAL:          869,703.22   PRINCIPAL BAL:              0.01
ACCRUAL BAL:            0.0000000    ORIG DATE:               07-16-08
MEMO BAL:              350.2971302   LAST TRAN DATE:          07-16-08
COF ACCRUAL:            0.0000000    COLLECTION STATUS:
DEF ACT ACCRUAL:        0.0000000    UNPOST CHOF PMT:            0.00
BANKS SHARE OF:                      NOTE PMT DATE:           00-00-00
      PRINCIPAL CHARGED-OFF
MTD:              0.00
YTD:              0.01
LTD:              0.01


    PRINCIPAL RECOVERED      INTEREST RECOVERED      FEES RECOVERED
MTD:              0.00                  0.00                    0.00
YTD:              0.00                  0.00                    0.00
LTD:              0.00                  0.00                    0.00

SEARCH FIELD MUST BE SPACES

Date: 09/19/2008 Time: 1:53:02 PM

Anderson-002787



Page: 1 Document Name: untitled

PAYOFF FOR NOTE AND PARTS                    AUTHORITY CODE: 0
                                  PAGE REQUEST: 001  PAGE NO: 001
ACCOUNT: 00004064296 INQUIRY: 232        ACRE MARK
SEARCH 1: 40000        SEARCH 2: 09/19/08    SEARCH 3:
PROC DATE: 09/19/08
NOTE/PART  STATUS                        REB/ACC  DLY ACC/GOOD THRU

40000M      CN   CURRENT BAL         0.00
                 INTEREST        2,452.16      ACC
                 LATE CHG            0.00
                 OTHER FEES      2,818.44

                 TOTAL PAYOFF    5,270.60

                 ACTUAL ACCRUAL                     2452.1571552


INTEREST PAID TO 11/01/07          TELLER ACTIVITY           0.00


LAST PAGE

Date: 09/19/2008 Time: 1:52:54 PM

Anderson-002786