**EXHIBIT 28**
**DEFENDANTS' SENTENCING OBJECTIONS**
**Case No.  CR-12-1606-SRB**

| - AMERICAN TITLE SERVICE, ATS, JBAR | MARICOPA, AZ |
|---|---|
| 06/12/2014 01:02PM RQ5C    INVESTIGATIVE SEARCH RESULTS | PAGE 1 OF 5 |

**PLANT THROUGH**

**JUNE 06, 2014 (Full)**   **INSTRUMENT: 2014-375334**   **JUNE 09, 2014 04:29PM**
**COURT HOUSE: APRIL 01, 2014**

**SEARCH PARAMETERS**   *37595 N 104 Pl.*

| LOT | HI LOT | BLOCK | PLAT | SUB LOT | HI SUB LOT |
|---|---|---|---|---|---|
| 32 | | | 597-44 | | |

*Scottsdale*

SUBDIVISION:              MIRABEL VILLAGE 1
SEARCH:                   FROM 00/00/0000  THROUGH 99/99/9999    *219 - 60 - 453*
DISPLAY AUTO CHAIN; OVERLAPPING PROPERTY

**PARAMETER ENTERED:**

| LOT | HI LOT | BLOCK | PLAT | SUB LOT | HI SUB LOT |
|---|---|---|---|---|---|
| 32 | | | 597-44 | | |

**AUTO CHAIN:**

| | | | | |
|---|---|---|---|---|
| 01/11/1972 SECTION 28 | TOWN 6N | RANGE 5E | | |
| 0000 CREATED ARB  219 11 004D | | | | |
| 01/11/1972 SECTION 28 | TOWN 6N | RANGE 5E | NHSE | |
| 0000 CREATED ARB  219 11 008D | | | | |
| 01/11/1972 SECTION 29 | TOWN 6N | RANGE 5E | | |
| 0000 CREATED ARB  219 11 004D | | | | |
| 01/11/1972 SECTION 32 | TOWN 6N | RANGE 5E | | |
| 0000 CREATED ARB  219 11 004D | | | | |
| 01/11/1972 SECTION 32 | TOWN 6N | RANGE 5E | SENE | |
| 0000 CREATED ARB  219 11 008D | | | | |
| 01/11/1972 SECTION 33 | TOWN 6N | RANGE 5E | | |
| 0000 CREATED ARB  219 11 008D | | | | |
| 01/11/1972 SECTION 33 | TOWN 6N | RANGE 5E | NWNE | |
| 0000 CREATED ARB  219 11 004D | | | | |
| 01/11/1972 SECTION 33 | TOWN 6N | RANGE 5E | NHNW | |
| 0000 CREATED ARB  219 11 004D | | | | |
| 03/26/1973 SECTION 28 | TOWN 6N | RANGE 5E | SWSE | |
| 0000 CREATED ARB  219 11 003F | | | | |
| 03/26/1973 SECTION 28 | TOWN 6N | RANGE 5E | SW | |
| 0000 CREATED ARB  219 11 003F | | | | |
| 03/10/1976 ARB 219 11 004D | | | | |
| 11580- 380 | CREATED ARB  219 11 004E | | | |
| 03/10/1976 ARB 219 11 008D | | | | |
| 11580- 380 | CREATED ARB  219 11 008E | | | |
| C  02/22/2001 ARB 219 11 003F | | | | |
| 2001 - 131921 | CREATED PLAT | 555-20 | | |
| C  02/22/2001 ARB 219 11 004E | | | | |
| 2001 - 131921 | CREATED PLAT | 555-20 | | |

## - AMERICAN TITLE SERVICE, ATS, JBAR

**MARICOPA, AZ**

| 06/12/2014 01:02PM RQ5C | INVESTIGATIVE SEARCH RESULTS | PAGE 2 OF 5 |
|---|---|---|

| | | | |
|---|---|---|---|
| C  02/22/2001  ARB 219 11 008E | | | |
| 2001 - 131921 | CREATED PLAT | 555-20 | |
| C  07/09/2002  ARB 219 11 008E | | | |
| 2002 - 695555 | CREATED PLAT | 597-44 | |
| C  07/09/2002  PLAT 555-20 | BLOCK | LOT | SUB LOT |
| 2002 - 695555 | CREATED PLAT | 597-44 | |

**SEARCHED PARAMETER:**

| LOT | HI LOT | BLOCK | PLAT | SUB LOT | HI SUB LOT |
|---|---|---|---|---|---|
| 32 | | | 597-44 | | |

NO OPEN ORDERS FOUND

| LOT | BLOCK | PLAT | SUB LOT |
|---|---|---|---|
| | | 597-44 | |
| RECORDED INST | INST NO. | COMPANY FIRST PARTY | SECOND PARTY |
| DOLLAR AMOUNT | YEAR FEE | ORIG INST NO.   REMARKS | |
| 07/09/2002 PLT | 2002 - 695555 | MIRABEL VILLAGE 1 | |
| | | 597-44 | |
| | | | FR 008E |
| 07/09/2002 PLT | 2002 - 695555 | MIRABEL VILLAGE 1 | |
| | | 597-44 | |
| | | | FR 555- 20 |
| 01/28/2003 RES MOD | 2003 - 98511* | GC  TERRABROOK MIRABEL L | |
| | | 2001 - 130259 | |
| 04/09/2003 PLT RAT | 2003 - 442972* | GC  DESERT HILLS BANK | |
| 04/09/2003 PLT RAT | 2003 - 442997* | GC  COMPASS BANK | |
| 04/09/2003 PLT RAT | 2003 - 442998 | GC  BANK OF THE SOUTHWES | |
| 04/09/2003 PLT RAT | 2003 - 442999 | GC  APCFG LIMITED PARTNE | |
| 04/09/2003 PLT RAT | 2003 - 443003 | GC  ROY HOUFF TRUST | |
| 04/09/2003 PLT RAT | 2003 - 443009 | GC  KUSHNER RICK A | |
| 04/09/2003 PLT RAT | 2003 - 443010 | GC  ADKIN FAMILY TRUST | |
| 04/09/2003 PLT RAT | 2003 - 443012 | GC  NAKOMA INVESTMENTS L | |
| 04/09/2003 PLT RAT | 2003 - 443013 | MIDDLETON BLAKE | |
| 04/09/2003 PLT RAT | 2003 - 443014 | GC  NAKOMA INVESTMENTS L | |
| 04/09/2003 PLT RAT | 2003 - 443264 | GC  SODERHOLM JOSEPH W | |
| 04/09/2003 PLT RAT | 2003 - 443265 | GC  WEBER GORDON J | |
| 04/09/2003 PLT RAT | 2003 - 443289 | GC  WHITTEN ANDREW | |
| 04/09/2003 PLT RAT | 2003 - 443290 | GC  MILLER RONALD W | |
| 04/09/2003 PLT RAT | 2003 - 443291 | GC  RIST JACK A | |
| 04/09/2003 PLT RAT | 2003 - 443292 | GC  DISTEL STEVEN | |
| 04/09/2003 PLT RAT | 2003 - 443318 | GC  HARRY STEPHEN A | |
| 04/09/2003 PLT RAT | 2003 - 443319 | GC  GIOVAN PETER | |
| 04/09/2003 PLT RAT | 2003 - 443320 | GC  CARR THOMAS | |

## - AMERICAN TITLE SERVICE, ATS, JBAR

**MARICOPA, AZ**

06/12/2014  01:02PM RQ5C          INVESTIGATIVE SEARCH RESULTS          PAGE 3 OF 5

| Date | Type | Number | | Name | |
|------|------|--------|--|------|--|
| 04/09/2003 | PLT RAT | 2003 - 443321 | GC | DOUGHAN JAMES | |
| 04/09/2003 | PLT RAT | 2003 - 443933 | GC | BERNSTEIN JOEL E | |
| 04/09/2003 | PLT RAT | 2003 - 443934 | GC | PLAYGROUND INVESTORS | |
| 04/09/2003 | PLT RAT | 2003 - 443935 | GC | PLAYGROUND INVESTORS | |
| 04/09/2003 | PLT RAT | 2003 - 443936 | GC | EARDLEY DENNIS R / | |
| 04/09/2003 | PLT RAT | 2003 - 443937 | GC | WARREN DAKE F | |
| 04/09/2003 | PLT RAT | 2003 - 443938 | GC | TERRY L RAY P C | |
| 04/09/2003 | PLT RAT | 2003 - 443939 | GC | CUMMINGS CLARENCE T | |
| 04/09/2003 | PLT RAT | 2003 - 443940 | GC | TURNER G T / | |
| 04/09/2003 | PLT RAT | 2003 - 443941 | GC | BIRKELAND MARION L | |
| 04/09/2003 | PLT RAT | 2003 - 443942 | GC | LOUDEN JR ED | |
| 04/09/2003 | PLT RAT | 2003 - 444107 | GC | BENNETT REVOCABLE TR | |
| 04/09/2003 | PLT RAT | 2003 - 444109 | GC | THIES FAMILY TRUST | |
| 04/09/2003 | PLT RAT | 2003 - 444110 | GC | ROBERT AND WENDY BAR | |
| 04/09/2003 | PLT RAT | 2003 - 444111 | GC | SOKOL KEVIN D | |
| 04/09/2003 | PLT RAT | 2003 - 444112 | GC | GARY AND DIANE THOMA | |
| 04/09/2003 | PLT RAT | 2003 - 444428 | GC | NASUS VENTURES LTD | |
| 04/10/2003 | PLT RAT | 2003 - 447894 | GC | ABBOTT MICHAEL | |
| 04/10/2003 | PLT RAT | 2003 - 447895 | GC | JAMES L THOMPSON FAM | |
| 07/02/2003 | DOT AMD | 2003 - 866377* | | DESERT MOUNTAIN PROP | CRESCENT REAL ESTATE |
| | | 1997 - 601276 | | | |
| 09/11/2003 | PLT RAT | 2003 - 1273390 | | MICHAEL D DUDGEON TR | |
| 09/11/2003 | PLT RAT | 2003 - 1273397 | | GERLACH GARY G / | |
| 10/02/2003 | PLT RAT | 2003 - 1387967 | GC | SCOFFIE LENIE | |
| 08/16/2004 | NOT | 2004 - 946558 | | MIRABEL COMMUNITY AS | |
| | | 2001 - 130259 | | | |
| 12/14/2004 | RES AMD | 2004 - 1464940 | | TERRABROOK MIRABEL L | |
| | | 2001 - 130259 | | | |
| | | 2001 - 257677 | | | |
| 06/06/2005 | PLT | 2005 - 751360 | | SEC 4-9 & 16-22 & 27 | |
| | | | | 752-41 INVALID | |
| 11/02/2005 | RES AMD | 2005 - 1663618 | | TERRABROOK MIRABEL L | |
| | | 2001 - 130259 | | | |
| | | 2001 - 257677 | | | |
| 03/28/2007 | RES AMD | 2007 - 365312 | | TERRABROOK MIRABEL L | |
| | | 2001 - 130259 | | | |
| | | 2001 - 257677 | | | |
| 04/24/2008 | PLT | 2008 - 362786 | | MONUMENT INVENTORY S | |
| | | | | 984-18 INVALID | |
| 11/12/2009 | NOT HOA | 2009 - 1046418* | | MIRABEL COMMUNITY AS | CITY PROPERTY MANAGE |
| | | 2001 - 130259 | | | |

| - AMERICAN TITLE SERVICE, ATS, JBAR | | MARICOPA, AZ |
|---|---|---|
| 06/12/2014 01:02PM RQ5C | INVESTIGATIVE SEARCH RESULTS | PAGE 4 OF 5 |

| LOT 32 | BLOCK | PLAT 597-44 | SUB LOT | |
|---|---|---|---|---|
| RECORDED INST | INST NO. | COMPANY FIRST PARTY | | SECOND PARTY |
| DOLLAR AMOUNT | YEAR FEE | ORIG INST NO. | REMARKS | |
| 07/12/2002 BASE | 325551 | LDA | | |
| 06/22/2004 DED WAR | 2004 - 706948 | CE | ABBOTT MICHAEL | HENSTEIN WILL |
| 06/22/2004 DOT $750,000 | 2004 - 706949 | CE | HENSTEIN TASHA | AXIS MORTGAGE |
| 07/07/2004 DOT ASN | 2004 - 779065 | CE | 2004 - 706949 | |
| 06/17/2009 DOT REL | 2009 - 553085 | FA | 2004 - 706949 | |
| 07/07/2004 DOT $750,000 | 2004 - 779064 | CE | HENSTEIN TASHA 2004 - 706949 REREC | AXIS MORTGAGE |
| 07/07/2004 DOT ASN | 2004 - 779065 | CE | 2004 - 779064 | |
| 10/12/2005 DOT $999,583 | 2005 - 1514937 | FA | HENSTEIN WILL | M&I MARSHALL AND ILS |
| 07/28/2008 STR | 2008 - 654139 | 2005 - 1514937 | | |
| 07/28/2008 DOT SLE | 2008 - 654140 | SA | 2005 - 1514937 | |
| 07/26/2006 EAS | 2006 - 995155 | | HENSTEIN WILL | SCOTTSDALE CITY |
| | | | NATURAL AREA OPEN SPACE | |
| 10/12/2006 MLN $10,931 | 2006 - 1346461 | | N D MASONRY INC | HENSTEIN WILL |
| 10/16/2006 MLN WAI | 2006 - 1358284 | 2006 - 1346461 | | |
| 08/03/2007 MLN $21,341 | 2007 - 879681 | | MILLER WHOLESALE | HENSTEIN WILL |
| 08/17/2007 BASE | 1619218 | LDA | | |
| 02/01/2008 LIS | 2008 - 94140 | | MILLER WHOLESALE LUM CV2008002417 | J R CUSTOM HOMES INC / |
| 07/28/2008 DOT SLE | 2008 - 654140 | SA 2005 - 1514937 | HENSTEIN WILL | |
| 10/31/2008 DED TRS | 2008 - 942076 | SA 2005 - 1514937 | FOLKS LARRY O | M&I MARSHALL AND ILS |
| 08/24/2009 DED SWR | 2009 - 785043 | SA | M & I MARSHALL & ILS | EMPIRE SOUTHWEST COM |
| 08/24/2009 DED DIS | 2009 - 785044 | SA | SPRING MARTHA F | SPRING FRANK L |
| 04/19/2010 LN $1,885 | 2010 - 325768 | | MIRABEL COMMUNITY AS | EMPIRE SOUTHWEST LTD |
| 05/20/2010 DED SWR | 2010 - 428636 | | WARD ANNE M | J2C LLC / |
| 05/21/2010 DED SWR | 2010 - 431680 | SA 2009 - 785043 REREC | M&I MARSHALL & ILSLE | EMPIRE SOUTHWEST COM |
| 05/27/2010 LN REL | 2010 - 452242 | 2010 - 325768 | EMPIRE SOUTHWEST LTD | |
| 06/18/2010 DED SWR | 2010 - 519402 | | J2C LLC | J2C LLC / |
| 08/02/2010 DED SWR | 2010 - 655624 | | J2C LLC / | SPRING FRANK L / |

| - AMERICAN TITLE SERVICE, ATS, JBAR | | | MARICOPA, AZ |
|---|---|---|---|
| 06/12/2014  01:02PM RQ5C | | INVESTIGATIVE SEARCH RESULTS | PAGE 5 OF 5 |

| | | | |
|---|---|---|---|
| 07/09/2013  POA | 2013  -  621223 | SA | WALBRO ELIZABETH |
| 07/09/2013  POA | 2013  -  621225 | SA | KENNEDY PAMELA |
| 07/09/2013  POA | 2013  -  621226 | SA | FINE ANTOINETTE |
| 07/09/2013  POA | 2013  -  621227 | SA | LEE CHRISTOPHER |
| 07/09/2013  POA | 2013  -  621228 | SA | SNEAD PATRICIA I |
| 07/09/2013  POA | 2013  -  621229 | SA | FREDMAN GERALD S |
| 07/09/2013  POA | 2013  -  621230 | SA | FOLEY JR JAMES H |
| 07/09/2013  POA | 2013  -  621231 | SA | WEYSHIRE LLC |
| 07/09/2013  POA | 2013  -  621232 | SA | FINDLEY DIANE K |
| 07/09/2013  POA | 2013  -  621233 | SA | ARWI LLC |
| 07/09/2013  POA | 2013  -  621234 | | ARWI LLC |

**END SEARCH**

```
CUSTOMER PROFILE - RELATED CUSTOMERS & ACCOUNTS          NEXT =      PAGE   1
                                                        10/14/09   10:24:07
BANK 098     CUST # 00005017299
          CUST NAME  TASHA HENSTEIN                         CUSTOMER CODES


STATUS          OPEN
DATE OPENED     09-29-2005
DATE CLOSED
BRANCH          AHWATUKEE AZ          PRIM OFFICER    SLATER,GREGORY
COST CENTER     0001602               SEC OFFICER
```

| BNK APPL | ACCOUNT NUMBER   | S | OPENED   | CLOSED | P | RELATIONSHIP | CDTYP | SRA |
|----------|------------------|---|----------|--------|---|--------------|-------|-----|
| 098 HH   | 0510020000027420 | O | 10-02-05 |        | P | HH RELATED   |       |     |
| 098 LN   | 00003998285      | O | 09-29-05 |        | P | JOINT        | 100   | N   |

```
CIC2621 - SINGLE CUSTOMER RETURNED FROM SEARCH
```

Account #3998285

1C059-000001

Henstein Tasha
3998285-40000 Note

75 items: Life-to-date beginning 09/09/2005

| Effective / Posted | Type | Amount | Principal | Interest | Balance | Part or Fee |
|---|---|---|---|---|---|---|
| 07/30/2009 07/30/2009 | 660 - Special payment | 85.00 | 85.00 | 0.00 | 436,229.28 | |
| 06/01/2009 06/23/2009 | 725 - Special adjustment increase | 55591.41 | 55,591.41 | 0.00 | 436,314.28 | |
| 06/01/2009 06/23/2009 | 677 - Special adjustment decrease | 42850.0900000 | 0.00 | 42850.0900000 | 380,722.87 | |
| 06/01/2009 06/23/2009 | 400 - Rate change | 6.500000% | 0.00 | 0.00 | 380,722.87 | |
| 01/09/2009 01/09/2009 | 660 - Special payment | 2537.11 | 0.00 | 0.00 | 380,722.87 | |
| 01/09/2009 01/09/2009 | 750 - Note increase | 2537.11 | 2,537.11 | 0.00 | 380,722.87 | |
| 10/29/2008 11/21/2008 | 677 - Special adjustment decrease | 412968.24 | 412,968.24 | 0.00 | 378,185.76 | |
| 10/01/2008 10/01/2008 | 400 - Rate change | 6.000000% | 0.00 | 0.00 | 791,154.00 | |
| 04/29/2008 04/29/2008 | 610 - Regular payment | 4367.60 | 0.00 | 4367.60 | 791,154.00 | |
| 04/05/2008 04/04/2008 | 716 - Escrow auto-disbursement | 901.42 | 0.00 | 0.00 | 791,154.00 | |
| 03/31/2008 03/31/2008 | 610 - Regular payment | 5196.18 | 0.00 | 4085.82 | 791,154.00 | |
| 03/04/2008 03/04/2008 | 610 - Regular payment | 4367.61 | 0.00 | 4367.61 | 791,154.00 | |
| 01/30/2008 01/30/2008 | 610 - Regular payment | 4922.78 | 0.00 | 4367.60 | 791,154.00 | |
| 12/20/2007 | 610 - Regular | 4764.65 | 0.00 | 4209.47 | 791,154.00 | |

1C059-000002

| Date | Date | Type | Amount | Amount 2 | | Balance |
|------|------|------|--------|----------|---|---------|
| 12/20/2007 | | payment | | | | |
| 11/05/2007 | 11/05/2007 | 750 - Note increase | 24200.00 | 24,200.00 | 0.00 | 791,154.00 |
| 11/05/2007 | 11/05/2007 | 610 - Regular payment | 8886.62 | 0.00 | 8331.44 | 766,954.00 |
| 10/05/2007 | 10/10/2007 | 716 - Escrow auto-disbursement | 901.42 | 0.00 | 0.00 | 766,954.00 |
| 09/19/2007 | 09/19/2007 | 610 - Regular payment | 4234.00 | 0.00 | 4234.00 | 766,954.00 |
| 09/19/2007 | 09/19/2007 | 714 - Partial escrow disbursement | 3510.17 | 0.00 | 0.00 | 766,954.00 |
| 08/22/2007 | 08/22/2007 | 610 - Regular payment | 4234.01 | 0.00 | 4234.01 | 766,954.00 |
| 07/19/2007 | 07/19/2007 | 610 - Regular payment | 4049.56 | 0.00 | 4049.56 | 766,954.00 |
| 06/21/2007 | 06/21/2007 | 610 - Regular payment | 3935.89 | 0.00 | 3935.89 | 766,954.00 |
| 06/08/2007 | 06/08/2007 | 750 - Note increase | 19000.00 | 19,000.00 | 0.00 | 766,954.00 |
| 06/06/2007 | 06/07/2007 | 750 - Note increase | 15400.00 | 15,400.00 | 0.00 | 747,954.00 |
| 06/04/2007 | 06/04/2007 | 750 - Note increase | 19600.00 | 19,600.00 | 0.00 | 732,554.00 |
| 05/23/2007 | 05/23/2007 | 610 - Regular payment | 3596.73 | 0.00 | 3596.73 | 712,954.00 |
| 05/01/2007 | 05/01/2007 | 750 - Note increase | 41000.00 | 41,000.00 | 0.00 | 712,954.00 |
| 04/20/2007 | 04/20/2007 | 610 - Regular payment | 3579.14 | 0.00 | 3579.14 | 671,954.00 |
| 04/04/2007 | 04/04/2007 | 750 - Note Increase | 7000.00 | 7,000.00 | 0.00 | 671,954.00 |
| 03/28/2007 | 03/28/2007 | 750 - Note increase | 14850.00 | 14,850.00 | 0.00 | 664,954.00 |
| 03/23/2007 | 03/23/2007 | 610 - Regular payment | 3223.09 | 0.00 | 3223.09 | 650,104.00 |
| 03/12/2007 | 03/12/2007 | 750 - Note increase | 5000.00 | 5,000.00 | 0.00 | 650,104.00 |
| 02/21/2007 | 02/21/2007 | 610 - Regular payment | 3461.96 | 0.00 | 3461.96 | 645,104.00 |
| 01/30/2007 | 01/30/2007 | 750 - Note increase | 18000.00 | 18,000.00 | 0.00 | 645,104.00 |
| 01/23/2007 | 01/23/2007 | 610 - Regular payment | 3130.72 | 0.00 | 3130.72 | 627,104.00 |
| 01/16/2007 | 01/16/2007 | 750 - Note increase | 24000.00 | 24,000.00 | 0.00 | 627,104.00 |
| 12/22/2006 | 12/22/2006 | 610 - Regular payment | 2875.16 | 0.00 | 2875.16 | 603,104.00 |
| 12/22/2006 | 12/22/2006 | 750 - Note increase | 36000.00 | 36,000.00 | 0.00 | 603,104.00 |
| 11/28/2006 | 11/28/2006 | 610 - Regular payment | 2788.45 | 0.00 | 2788.45 | 567,104.00 |
| 11/15/2006 | 11/15/2006 | 750 - Note increase | 62000.00 | 62,000.00 | 0.00 | 567,104.00 |
| 10/26/2006 | 10/26/2006 | 610 - Regular payment | 720.19 | 0.00 | 720.19 | 505,104.00 |

1C059-000003

| Date | Date | Transaction | Amount | Amount | Amount | Balance |
|---|---|---|---|---|---|---|
| 10/01/2006 | 10/02/2006 | 610 – Regular payment | 2076.21 | 0.00 | 2076.21 | 505,104.00 |
| 10/01/2006 | 10/02/2006 | 750 – Note increase | 2076.21 | 2,076.21 | 0.00 | 505,104.00 |
| 09/01/2006 | 09/01/2006 | 610 – Regular payment | 2388.40 | 0.00 | 2388.40 | 503,027.79 |
| 09/01/2006 | 09/01/2006 | 750 – Note increase | 2388.40 | 2,388.40 | 0.00 | 503,027.79 |
| 08/23/2006 | 08/23/2006 | 750 – Note increase | 68000.00 | 68,000.00 | 0.00 | 500,639.39 |
| 08/01/2006 | 08/01/2006 | 610 – Regular payment | 2375.30 | 0.00 | 2375.30 | 432,639.39 |
| 08/01/2006 | 08/01/2006 | 750 – Note increase | 2375.30 | 2,375.30 | 0.00 | 432,639.39 |
| 07/01/2006 | 07/05/2006 | 610 – Regular payment | 2286.45 | 0.00 | 2286.45 | 430,264.09 |
| 07/01/2006 | 07/05/2006 | 750 – Note increase | 2286.45 | 2,286.45 | 0.00 | 430,264.09 |
| 06/01/2006 | 06/01/2006 | 610 – Regular payment | 2349.70 | 0.00 | 2349.70 | 427,977.64 |
| 06/01/2006 | 06/01/2006 | 750 – Note increase | 2349.70 | 2,349.70 | 0.00 | 427,977.64 |
| 05/01/2006 | 05/01/2006 | 610 – Regular payment | 2261.82 | 0.00 | 2261.82 | 425,627.94 |
| 05/01/2006 | 05/01/2006 | 750 – Note increase | 2261.82 | 2,261.82 | 0.00 | 425,627.94 |
| 04/03/2006 | 04/01/2006 | 610 – Regular payment | 2324.38 | 0.00 | 2324.38 | 423,366.12 |
| 04/01/2006 | 04/03/2006 | 750 – Note increase | 2324.38 | 2,324.38 | 0.00 | 423,366.12 |
| 03/01/2006 | 03/01/2006 | 610 – Regular payment | 2089.03 | 0.00 | 2089.03 | 421,041.74 |
| 03/01/2006 | 03/01/2006 | 750 – Note increase | 2089.03 | 2,089.03 | 0.00 | 421,041.74 |
| 02/01/2006 | 02/01/2006 | 610 – Regular payment | 2299.34 | 0.00 | 2299.34 | 418,952.71 |
| 02/01/2006 | 02/01/2006 | 750 – Note increase | 2299.34 | 2,299.34 | 0.00 | 418,952.71 |
| 01/03/2006 | 01/03/2006 | 610 – Regular payment | 2287.52 | 0.00 | 2287.52 | 416,653.37 |
| 01/03/2006 | 01/03/2006 | 750 – Note increase | 2287.52 | 2,287.52 | 0.00 | 416,653.37 |
| 12/01/2005 | 12/01/2005 | 610 – Regular payment | 2201.98 | 0.00 | 2201.98 | 414,365.85 |
| 12/01/2005 | 12/01/2005 | 750 – Note increase | 2201.98 | 2,201.98 | 0.00 | 414,365.85 |
| 11/01/2005 | 11/01/2005 | 610 – Regular payment | 3059.87 | 0.00 | 3059.87 | 412,163.87 |
| 11/01/2005 | 11/01/2005 | 750 – Note increase | 3059.87 | 3,059.87 | 0.00 | 412,163.87 |
| 09/20/2005 | 09/29/2005 | 750 – Note increase | 409104.00 | 409,104.00 | 0.00 | 409,104.00 |
| 09/09/2005 | 09/29/2005 | 310 – New note | 0.00 | 0.00 | 0.00 | 0.00 |

1C059-000004

## Foreclosure Sale / Bid Approval

| Date Of Bid Analysis | 10/15/08 | Prepared By | Kelly Zamitalo | Bank Number | 98 |
|---|---|---|---|---|---|
| | | | | Account Number | 3996285 |
| Customer | TASHA HENSTEIN | | | Note Number | 40000 |
| Collateral Address | 37595 N 104TH PLACE | | | Note Date | 05/09/06 |
| City | SCOTTSDALE | | | Original Value | $999,583 |
| State | AZ | PMI Coverage | | Original LTV | 67% |
| Zip | 85262-3473 | | | Current Balance | $791,154 |
| | | | | Our Pay Off Amt. | $832,027 |

### APPRAISAL / BPO HISTORY

| Evaluation Source | | | Dollar | Type | | Date | |
|---|---|---|---|---|---|---|---|
| | Original Value | | 1,500,000 | Original Appraisal | | 08/26/2005 | |
| | Value 1 | | 0 | | | 01/00/1900 | |
| | Value 2 | | 0 | | | 01/00/1900 | |
| 0 | Current Value | | 500,000 | M&I VR | | 09/16/2008 | |

### MARKET

| | RETAIL | Sheriff's Sale Date | 10/29/2008 |
|---|---|---|---|
| | | Confirmation Date | 10/29/2008 |
| REO Marketing Time | 6 Months | | |
| Process Time (Start of Foreclosure Thru REO Sale) | 7 Months | | |
| Current Valuation | | | $500,000 |
| Estimated Sale Price | | | $450,000 |

### SENIOR LIEN INFORMATION

| Senior Lien/s | 0 | | | $0 |
|---|---|---|---|---|
| Past Due Fees and Interest At Time of Notice | | | | $0 |
| Post Notification Adjustment | | | | $0 |
| Interest Rate | 0.00% | Mos to Acquisition | 1 | Monthly Interest | $0 | $0 |
| Senior Lien Holders Foreclosure Costs | | | | $0 |
| Total to Senior Lien | | Payoff thru confirmation date: | 10/29/2008 | $0 |

### REAL ESTATE TAXES

| Past Due | 0 | $0 | Good Thru | | $0 |
|---|---|---|---|---|---|
| Thru Foreclosure Process and Sale | | | | | |
| Annual Real Estate Tax | 2008 | $1,876 | Process Time | 16 Months | $2,502 |
| TOTAL REAL ESTATE TAX ADJUSTMENT | | | | | $2,502 |

### REO SALES COSTS

| Typical Commission Rate | 6.00% | Commission Paid | $27,000 |
|---|---|---|---|
| Title Insurance Fee (estimated) | | | $2,030 |
| Property Preservation Costs | | | $500 |
| Estimated Repair Costs | | | $1,000 |
| Miscellaneous Closing Costs + Appraisal Fee | | | $1,000 |
| TOTAL OTHER COSTS | | | $31,530 |
| TOTAL SELLING COSTS | | | $34,032 |

| GROSS SURPLUS FROM SALE | $415,968 |
|---|---|
| MINUS our LEGAL FEES | $3,000 |
| RECAPTURE | $412,968 |
| our BALANCE | $791,154 |
| | ($378,185) |
| RECAPTURE $$ | $412,968 |
| LOSS AMOUNT | ($378,186) |
| GAIN AS % OF our BALANCE | 52.20% |
| LOSS AS % OF our BALANCE | -47.80% |

| | YES | NO |
|---|---|---|
| Sufficient Equity to Bid at Foreclosure/Trustee Sale | X | |

| EQUITY | | $412,968.24 |
|---|---|---|
| RECOMMENDED BID AMOUNT | | $412,968.24 |

### GLA COMMENTS

08/08/08 09:01  JOE HEIDEL      F098575   GLA  08/12/2008
ORIGINAL APPRAISAL: $1,500,000      DATE: 08/26/05
RECD & REVIEWED DRIVE BY BPO DATED 08/07/08 FROM REO AMERICA. AS IS PRICE/SALE
$590 K. VACANT BI-LEVEL WOOD HOUSE, 1 ACRE, 4000 SQ FT, 2 CAR ATTACHED & 2
CAR DETACHED GARAGES, SUBURBAN LOCATION. GENERAL CONDITION & EXTERIOR APPEAL
IS AVERAGE. CONSTRUCTION IS NOT COMPLETE. EXCELLENT VIEW & LOCATION. THE BPO
VALUE OF $590 K VARIES BY MORE THAN 20% OF ORIGINAL VALUE OF $1,500,000. WILL
COMPLETE G/L WITH THIS DRIVE BY BPO.

### BID COMMENTS

| | Customer indicated they had issues with the contractor. |
|---|---|
| Reason for default | No Bky filed as of 10/15/2008 - Def. Is Coll. |
| Whether Bk was filed, or whether the balance will be collectable. | Partially build house |
| Issues that affect value, title or the ability to sell the property. | Yes |
| Loss Mit? | Vacant |
| Property status | Yes |
| Title review | I recommend we bid our equity of $412,968.24 |
| Bid recommendation | |

| APPROVAL | [signature] David Roberts | 10-16-08 DATE |
|---|---|---|
| APPROVAL | [signature] Scott Williams | 10-17-08 DATE |

Anderson-004120

Nov 08 2006 10:45AM  HP LASERJET FAX

**M&I Mortgage Corp.**



### Draw Consent Form

I hereby authorize M&I to release draw number ____2____ on the property located at:

in the amount of $ ___62,000___ ⊘   I request that the proceeds of this draw be

disbursed to : **DYNAMITE CUSTOM HOMES LLC**

Please mark one:

_____ Deposit draw into M&I Bank Account Number _____

__X__ *Wire draw to: Bank Name ___Chase (Dynamite)___

ABA Routing No. ___122100024___

Account Number: ___647190370___

___Will & TABitha Hewston___          ___9639147-0003998285___
Borrower Name (Please Print)          M&I Mortgage Corp Loan Number

___Tabitha Will Hewst___              ___11/8/06___
Borrower Signature                    Date

___480-889-7793___
Daytime Phone Number

I hereby authorize M&I to release this draw as indicated above:

___(signature)___                     ___11/6/06___
General Contractor's Signature        Date

___480-889-7793___                    ___480-889-7794___
Daytime Phone Number                  Fax Number

* A wire fee will appear on your next construction billing statement.

11/1  ⊘

Nov 08 2006 10:45AM  HP  LASERJET FAX                                    p.3

# M&I Mortgage Corp.

## AFFIDAVIT OF CONTRACTOR

State of Arizona}
County of ___Maricopa___ }

9639147-0003998285
M&I Mortgage Corp Loan Number

**DYNAMITE CUSTOM HOMES LLC**   , first duly sworn upon oath, says that he is the contractor, having a contract with

**TASHA HENSTEIN and WILL HENSTEIN**   , for the construction of a single-family residence situated at the following described property:

**37595 N 104TH PLACE**

Affidavit further says that the following shows the names of each person furnishing labor, materials, fixtures, or tools in the construction of such building, giving the amount, if any, which is due or to become due to them, or any of them, for labor, materials, machinery, fixtures, or tools, furnished to date hereof, in such construction:

① 100% Permits/Water meter "15,000"

② 100% Civil Engineering "8,250"

③ 15% Clearing, grading "CST 12k"

④ 40% Footings, "Greco - 13,500"

Affiant further says that each laborer has been paid in full, less any retainings to be disbursed from draw dated __11/18/06__, that the amounts due or to become due to said materialmen or laborers for work done or material, machinery, fixtures, or tools, furnished to the date hereof to him is fully and correctly set forth opposite their names in this affidavit.

Affiant further says that he has not employed or purchased, or procured material, machinery, fixtures, or tools from, or subcontracted with any person, firm or corporation other than those mentioned and owes for no labor performed or material, machinery, fixtures, or tools furnished in such construction, other than above set forth.

___Joey Puany  480-889-7793___

Contractor's name and phone number (please print)

_____
Contractor's Signature

**Notary only**
Subscribed and sworn before me this __8th__ day of __November__, 20_06_

My commission expires

OFFICIAL SEAL
BARBARA HYND
Notary Public - State of Arizona
MARICOPA COUNTY
My comm. expires Sep. 21, 2008

_____
NOTARY PUBLIC

Run Date: 17-Nov-09                     <u>Transaction Detail Report</u>                          Page: 1
Run Time: 1:42 PM                                                              User Name: GSHARPOV

BNK: MIB     SND DATE: 061115              VAL: 061115          TRN: 061115-00003819
AMT: $62,000.00                            CUR: USD             FOR AMT: 62,000.00
SRC: LTR     ADV: FED     TYP: FTR         LOC: MTRANS          CHECK NUM:

| DBT: D/00024103937 | | CDT: A/122100024 | |
|---|---|---|---|
| ACC: D/00024103937 | ON FILE: Y | ACC: D/00000160059 | ON FILE: N |
| DEPT: | CTRY: | DEPT: | CTRY: |
| M&I COMMERCIAL LOAN TRANSFER ACCT | | JPMORGAN CHASE BANK, NA | |
| ATTN LN BALANCING BRK-401-LSC | | PHOENIX, AZ | |
| 401 N EXECUTIVE DR | | | |
| BROOKFIELD WI 53008 | | BNF: /647190370 | BK: N |
| | | DYNAMITE CUSTOM HOMES LLC | |
| | | ORIG TO BNF INFO: | |
| | | RE: HENSTEIN | |

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G21Nov08-645
Sequence number    Posting date

YNN T 1 0 62 195369

DYNAMITE CUSTOM HOMES LLC

Acct # 000000647190370
Jul 1 through Jul 30, 2004
Page 3 of 4

Other withdrawals including fees and list posted items

| Date | Description | | |
|------|-------------|---|---|
| 07-21 | 040721007052 Incoming Domestic Wire Fee | | 12.00 |
| 07-21 | Card Purchase With Pin | 000382 07/203145 S. Alma Schoo Chandler AZ | 68.59 |
| 07-21 | Card Purchase With Pin | 000388 07/203145 S. Alma Schoo Chandler AZ | 60.00 |
| 07-21 | The One Card Purchase | 07/16Kinko'S #2313 Phoenix AZ | 0.61 |
| 07-22 | Card Purchase With Pin | 538548 07/212880 S Alma School Chandler AZ | 130.34 |
| 07-22 | Card Purchase With Pin | 884008 07/221334 West Chandler Chandler AZ | 34.51 |
| 07-23 | Withdrawal | | 4,000.00 |
| 07-23 | Card Purchase With Pin | 884115 07/221334 West Chandler Chandler AZ | 17.26 |
| 07-26 | Card Purchase With Pin | 003044 07/234970 South Alma SC Chandler AZ | 45.95 |
| 07-26 | The One Card Purchase | 07/23Makutus Island 480-940-0441 AZ | 27.49 |
| 07-26 | The One Card Purchase | 07/23Makutus Island 480-940-0441 AZ | 25.44 |
| 07-27 | Non Bk One Withdrawal Fee | | 2.00 |
| 07-27 | Non-Bank One ATM Withdraw | 000892 07/271334 E. Chandler B Phoenix AZ | 101.50 |
| 07-27 | Card Purchase With Pin | 889113 07/271334 West Chandler Chandler AZ | 24.21 |
| 07-28 | Withdrawal | | 12,483.35 |
| 07-28 | The One Card Purchase | 07/26Nco Utility Bill Pmt 800-794-163 MI | 304.95 |
| 07-28 | Card Purchase With Pin | 512067 07/283425 W Frye Rd Chandler AZ | 211.69 |
| 07-28 | The One Card Purchase | 07/26Nco Utility Bill Pmt 800-794-163 MI | 171.78 |
| 07-28 | Card Purchase With Pin | 000330 07/273145 S. Alma Schoo Chandler AZ | 20.24 |
| 07-29 | Overdraft Fee | | 116.00 |
| 07-29 | Withdrawal | | 6,000.00 |
| 07-29 | Vz Wireless Vw  E Check | Tel | 1,200.00 |
| 07-29 | Card Purchase With Pin | 539084 07/282880 S Alma School Chandler AZ | 75.99 |
| 07-30 | Service Fee | | 8.00 |
| | | | 31,873.69 |

*A overdraft fee was charged on 07-13 due to insufficient funds in your account.*

*A overdraft fee was charged on 07-29 due to insufficient funds in your account.*

Deposits / additions / other credits



| Date | Description | | | |
|------|-------------|---|---|---|
| 07-06 | Deposit | | | 9,446.25 |
| 07-13 | 040713005722 0672 | 052005590 | Org=regions Mortgage, Inc.    Obl=re Henstein Tasha 0090423047 | 61,323.36 |
| 07-21 | Card Purchase Return | 07/16Kinko'S #2313 Phoenix AZ | | 0.61 |
| 07-21 | 040721007062 0756 | 052005590 | Org=regions Mortgage, Inc.    Obl=ref Loughlin Martin H 00904277 17 | 68,201.60 |
| 07-29 | Deposit | | | 40,226.79 |
| 07-29 | Deposit | | | 4,337.40 |
| | | | | 183,536.01 |

*continues*



12/19/2006 10:28 FAX  480 951 ... 8     M&I Bank
Dec 19 2006 9:15AM   HP LASERJET FAX

# M&I Mortgage Corp.

## Draw Consent Form

I hereby authorize M&I to release draw number _____3_____ on the property located at:


in the amount of $ ___36,000___ . I request that the proceeds of this draw be

disbursed to : **DYNAMITE CUSTOM HOMES LLC**

Please mark one:

_____ Deposit draw into M&I Bank Account Number _____

___X___ *Wire draw to: Bank Name ___Chase (Dynamite)___

ABA Routing No. ___122100024___

Account Number: ___647190370___


___WILL & TASHA HEINSTEIN___      ___9639147-0003998285___
Borrower Name (Please Print)      M&I Mortgage Corp Loan Number

_____      ___12/19/06___
Borrower Signature      Date

___662-791-6944___
Daytime Phone Number

_____

I hereby authorize M&I to release this draw as indicated above:

_____      ___12-19-06___
General Contractor's Signature      Date

___480-889-7793___      ___480-887-7794___
Daytime Phone Number      Fax Number

* A wire fee will appear on your next construction billing statement.

# M&I Mortgage Corp.

## AFFIDAVIT OF CONTRACTOR

State of Arizona}
County of  MARICOPA  }

_____9639147-0003998285_____
M&I Mortgage Corp Loan Number

**DYNAMITE CUSTOM HOMES LLC**  , first duly sworn upon oath, says that he is the contractor, having a contract with

**TASHA  HENSTEIN  and  WILL  HENSTEIN**  , for the construction of a single-family residence situated at the following described property:

**37595 N 104TH PLACE**

Affidavit further says that the following shows the names of each person furnishing labor, materials, fixtures, or tools in the construction of such building, giving the amount, if any, which is due or to become due to them, or any of them, for labor, materials, machinery, fixtures, or tools, furnished to date hereof, in such construction:

① 100% clearing grading "CST Enterpries" - 20K

② 70% Footings "Gino plumbing" - $10K

Affiant further says that each laborer has been paid in full, less any retainings to be disbursed from draw dated _12-19-06_, that the amounts due or to become due to said materialmen or laborers for work done or material, machinery, fixtures, or tools, furnished to the date hereof to him is fully and correctly set forth opposite their names in this affidavit.

Affiant further says that he has not employed or purchased, or procured material, machinery, fixtures, or tools from, or subcontracted with any person, firm or corporation other than those mentioned and owes for no labor performed or material, machinery, fixtures, or tools furnished in such construction, other than above set forth.

_Dynamite Custom   480-889-7799_
Contractor's name and phone number (please print)

_____
Contractor's Signature

**Notary only**
Subscribed and sworn before me this 19 day of _December_, 20 06

_____
NOTARY PUBLIC

My commission expires:

OFFICIAL SEAL
BARBARA HYND
Notary Public - State of Arizona
MARICOPA COUNTY
My comm. expires Sep. 21, 2008

Jan 10 2007 9:43AM   HP LASERJET FAX



# M&I Mortgage Corp.

## Draw Consent Form

I hereby authorize M&I to release draw number ___3___ on the property located at:

in the amount of $ ___24,000___ . I request that the proceeds of this draw be

disbursed to : **DYNAMITE CUSTOM HOMES LLC**

Please mark one:

_____ Deposit draw into M&I Bank Account Number _____

__X__ *Wire draw to:  Bank Name ___Chase (Dynamite)___

ABA Routing No. ___122100024___

Account Number: ___647190370___

___Will & Tasha Henstein___          ___9639147-000399828___
Borrower  Name (Please Print)              M&I Mortgage Corp Loan Number

___(signature)___                        ___1-10-07___
Borrower Signature                          Date

___602-791-6944___
Daytime Phone Number

I hereby authorize M&I to release this draw as indicated above:

___(signature)___                        ___1-10-07___
General Contractor's Signature              Date

___480-889-7793___                       ___480-889-7794___
Daytime Phone Number                        Fax Number

* A wire fee will appear on your next construction billing statement.



11/17/2009 15:56 FAX 414 765 8026 _____ M&I MONEY TRANSFER                    ☒004

Run Date: 17-Nov-09                     <u>Transaction Detail Report</u>                    Page: 1
Run Time: 1:41 PM                                                       User Name: GSHARPOV

BNK: MIB     SND DATE: 070116           VAL: 070116          TRN: 070116-00003686
AMT: $24,000.00                         CUR: USD             FOR AMT: 24,000.00
SRC: LTR     ADV: FED     TYP: FTR      LOC: MTRANS          CHECK NUM:

DBT: D/00024103937                                  CDT: A/122100024
ACC: D/00024103937              ON FILE: Y          ACC: D/00000160059              ON FILE: N
DEPT:                           CTRY:               DEPT:                           CTRY:
M&I COMMERCIAL LOAN TRANSFER ACCT                   JPMORGAN CHASE BANK, NA
ATTN LN BALANCING BRK-401-LSC                       PHOENIX, AZ
401 N EXECUTIVE DR
BROOKFIELD WI 53008                                 BNF: /647190370                             BK: N
                                                    DYNAMITE HOMES

                                                    ORIG TO BNF INFO:
                                                    RE: HENSTEIN

Jan 10 2007 9:43AM   HP LASERJET FAX                                    p.3

# M&I Mortgage Corp.

## AFFIDAVIT OF CONTRACTOR

State of Arizona}
County of   MARICOPA   }

___9639147-0003998285___
M&I Mortgage Corp Loan Number

**DYNAMITE CUSTOM HOMES LLC**   , first duly sworn upon oath, says that he is the
contractor, having a contract with

**TASHA HENSTEIN and WILL HENSTEIN**   , for the construction of a single-family
residence situated at the following described property:

**37595 N 104TH PLACE**

Affidavit further says that the following shows the names of each person furnishing labor,
materials, fixtures, or tools in the construction of such building, giving the amount, if any, which
is due or to become due to them, or any of them, for labor, materials, machinery, fixtures, or
tools, furnished to date hereof, in such construction:

① 100% GRADING, RETENTION "CAPITAL GRADING" - $19,000

Affiant further says that each laborer has been paid in full, less any retainings to be disbursed
from draw dated _1/10/07_, that the amounts due or to become due to said materialmen or
laborers for work done or material, machinery, fixtures, or tools, furnished to the date hereof to
him is fully and correctly set forth opposite their names in this affidavit.

Affiant further says that he has not employed or purchased, or procured material, machinery,
fixtures, or tools from, or subcontracted with any person, firm or corporation other than those
mentioned and owes for no labor performed or material, machinery, fixtures, or tools furnished
in such construction, other than above set forth.

_Dynamite   480-889-7793_
Contractor's name and phone number (please print)

_____
Contractor's Signature

**Notary only**
Subscribed and sworn before me this _9th_ day of _January_, 20 _07_

My commission expires: _____

OFFICIAL SEAL
BARBARA HYND
Notary Public · State of Arizona
MARICOPA COUNTY
My comm. expires Sep. 21, 2008

_____
NOTARY PUBLIC

G30

Mar 09 2007 10:29AM   HP LASERJET FAX

## M&I Mortgage Corp.

### Draw Consent Form

I hereby authorize M&I to release draw number ___4___ on the property located at:

in the amount of $___$13,750 _5000.___. I request that the proceeds of this draw be

disbursed to : ___JR CUSTOM BUILDERS___

Please mark one:

_____Deposit draw into M&I Bank Account Number _____

___X___ *Wire draw to:  Bank Name ___CHASE BANK (JR BUILDERS)___

ABA Routing No. ___122100024___

Account Number: ___730217551___

___WILL HENSTON___                           ___963 9147 - 000 3998285___
Borrower   Name (Please Print)               M&I Mortgage Corp Loan Number
___Jennifer / Will Henst___                  ___3/9/07___
Borrower Signature                           Date

___480 - 290 - 7194___
Daytime Phone Number

----------------------------------------------------------------

I hereby authorize M&I to release this draw as indicated above:

_____                    ___3-9-07___
General Contractor's Signature               Date

___480- 889-7793___                          ___480 -889-7794,___
Daytime Phone Number                         Fax Number

* A wire fee will appear on your next construction billing statement.



Mar 09 2007 10:29AM HP LASERJET FAX                                    P.5

# M&I Mortgage Corp.

## AFFIDAVIT OF CONTRACTOR

State of Arizona}
County of **MARICOPA**              }                    _____9639147-0003998285_____
                                                        M&I Mortgage Corp Loan Number

**DYNAMITE CUSTOM HOMES LLC___**, first duly sworn upon oath, says that he is the
contractor, having a contract with

**TASHA  HENSTEIN and  WILL  HENSTEIN____**, for  the  construction  of  a  single-family
residence situated at the following described property:

**37595 N 104TH PLACE**

Affidavit further says that the following shows the names of each person furnishing labor,
materials, fixtures, or tools in the construction of such building, giving the amount, if any, which
is due or to become due to them, or any of them, for labor, materials, machinery, fixtures, or
tools, furnished to date hereof, in such construction:

① 25% WINDOWS - $5,000 - JR CUSTOM

② 50% TUB SET - $3,750 - JR CUSTOM

③ 50% HVAC - $5,000 - JR CUSTOM

Affiant further says that each laborer has been paid in full, less any retainings to be disbursed
from draw dated _3-9-07_, that the amounts due or to become due to said materialmen or
laborers for work done or material, machinery, fixtures, or tools, furnished to the date hereof to
him is fully and correctly set forth opposite their names in this affidavit.

Affiant further says that he has not employed or purchased, or procured material, machinery,
fixtures, or tools from, or subcontracted with any person, firm or corporation other than those
mentioned and owes for no labor performed or material, machinery, fixtures, or tools furnished
in such construction, other than above set forth.

_Dynamite  Joe Perry  480-889-7793_
Contractor's name and phone number (please print)

                                                        _____
                                                        Contractor's Signature

**Notary only**
Subscribed and sworn before me this _9_ day of _March_____, 20 _07_.

My commission expires: _2|11|11_____              _Shauna Gutierrez_
                                                   NOTARY PUBLIC

Notary Public State of Arizona
Maricopa County
Shawna Gutierrez
My Commission Expires
02/11/2011

Run Date: 17-Nov-09                      <u>Transaction Detail Report</u>                              Page: 1
Run Time: 1:39 PM                                                                    User Name: GSHARPOV

BNK: MIB    SND DATE: 070312          VAL: 070312          TRN: 070312-00005642
AMT: $35,000.00                       CUR: USD             FOR AMT: 5,000.00
SRC: LTR    ADV: FED    TYP: FTR      LOC: MTRANS          CHECK NUM:

| | | |
|---|---|---|
| DBT: D/00024103937 | | CDT: A/122100024 | |
| ACC: D/00024103937                 ON FILE: Y | | ACC: D/00000160059                 ON FILE: N |
| DEPT:                                  CTRY: | | DEPT:                                  CTRY: |
| M&I COMMERCIAL LOAN TRANSFER ACCT | | JPMORGAN CHASE BANK, NA |
| ATTN LN BALANCING BRK-401-LSC | | PHOENIX, AZ |
| 401 N EXECUTIVE DR | | |
| BROOKFIELD WI 53008 | | BNF: /730217551                      BK: N |
| | | JR CUSTOM BUILDERS |
| | | |
| | | ORIG TO BNF INFO: |
| | | RE: HENSTEIN |

1C059-000036

Mar 27 2007 8:59AM    HP  .ASERJET FAX

## M&I Mortgage Corp.

### Draw Consent Form

I hereby authorize M&I to release draw number ___5___ on the property located at:

in the amount of $ ___#14,850 –___ . I request that the proceeds of this draw be

disbursed to : ___JR CUSTOM BUILDERS___

Please mark one:

_____ Deposit draw into M&I Bank Account Number _____

___X___ *Wire draw to:  Bank Name ___CHASE BANK (JR CUSTOM BLDRS)___

ABA Routing No. ___122100024___

Account Number: ___730217551___

___Will & Tasha Herstein___          ___9639147-0003998285___
Borrower  Name (Please Print)          M&I Mortgage Corp Loan Number

___Tasha Herstein Will Herstein___          ___3-27-07___
Borrower Signature                              Date

___480-290-7194___
Daytime Phone Number

I hereby authorize M&I to release this draw as indicated above:

_____          ___3-27-07___
General Contractor's Signature          Date

___480-889-7793___          ___480-889-7794___
Daytime Phone Number          Fax Number

* A wire fee will appear on your next construction billing statement.

Mar 27 2007 8:52AM    HP LASERJET FAX                                   P.5

# M&I Mortgage Corp.

## AFFIDAVIT OF CONTRACTOR

State of Arizona}                    9639147-0003998285
County of   MARICOPA        }        M&I Mortgage Corp Loan Number

**DYNAMITE CUSTOM HOMES LLC**   , first duly sworn upon oath, says that he is the contractor, having a contract with

**TASHA HENSTEIN and WILL HENSTEIN**   , for the construction of a single-family residence situated at the following described property:

**37595 N 104TH PLACE**

Affidavit further says that the following shows the names of each person furnishing labor, materials, fixtures, or tools in the construction of such building, giving the amount, if any, which is due or to become due to them, or any of them, for labor, materials, machinery, fixtures, or tools, furnished to date hereof, in such construction:

(1) 20% WINDOWS — $2,850 - JR CUSTOM BLDRS

(2) 20% CABINETS — $7,000 — JR CUSTOM BLDRS

(3) 17% FLOORING — $5,000 — JR CUSTOM BLDRS

Affiant further says that each laborer has been paid in full, less any retainings to be disbursed from draw dated   3-27-07  , that the amounts due or to become due to said materialmen or laborers for work done or material, machinery, fixtures, or tools, furnished to the date hereof to him is fully and correctly set forth opposite their names in this affidavit.

Affiant further says that he has not employed or purchased, or procured material, machinery, fixtures, or tools from, or subcontracted with any person, firm or corporation other than those mentioned and owes for no labor performed or material, machinery, fixtures, or tools furnished in such construction, other than above set forth.

_Dynamite Joe Piazzy  480-889-7793_
**Contractor's name and phone number (please print)**

OFFICIAL SEAL
SHARON THATCHER
Notary Public - State of Arizona
MARICOPA COUNTY
My comm. expires Mar. 3, 2010

Contractor's Signature

**Notary only**
Subscribed and sworn before me this  27  day of  March            , 20  07 .

My commission expires:   3/5/10

_Sharon Thatcher_
NOTARY PUBLIC

Run Date: 17-Nov-09         **Transaction Detail Report**         Page 1
Run Time: 1:38 PM                                                  User Name: GSHARPOV

BNK: MIB     SND DATE: 070328        VAL: 070328        TRN: 070328-00006090
AMT: $14,850.00                   CUR: USD           FOR AMT: 14,850.00
SRC: LTR     ADV: FED     TYP: FTR       LOC: MTRANS       CHECK NUM:

DBT: D/00024103937                      CDT: A/122100024
ACC: D/00024103937        ON FILE: Y       ACC: D/00000160059        ON FILE: N
DEPT:                     CTRY:          DEPT:                       CTRY:
M&I COMMERCIAL LOAN TRANSFER ACCT       JPMORGAN CHASE BANK, NA
ATTN LN BALANCING BRK-401-LSC            PHOENIX, AZ
401 N EXECUTIVE DR
BROOKFIELD WI 53008                    BNF: /730217551                 BK: N
                                               JR CUSTOM BUILDERS

                                               ORIG TO BNF INFO:
                                               RE: HENSTEIN

Apr 03 2007 11:11AM   HP LASERJET FAX

**M&I Mortgage Corp.**

C-32

## Draw Consent Form

I hereby authorize M&I to release draw number _____5_____ on the property located at:

in the amount of $ _____7,000_____. I request that the proceeds of this draw be

disbursed to : _____JR Custom Builders_____

Please mark one:

_____ Deposit draw into M&I Bank Account Number _____

__X__ *Wire draw to: Bank Name _____Chase Bank (JR Builders)_____

ABA Routing No. _____122100024_____

Account Numb. _____730217551_____

_____Will & Tasha Henstein_____          _____9639147-0003998285_____
Borrower Name (Please Print)                    M&I Mortgage Corp Loan Number

_____Will & Tasha Henstein_____ / _4/3/07_
Borrower Signature                                    Date

_____480-290-7114_____
Daytime Phone Number

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

I hereby authorize M&I to release this draw as indicated above:

_____          _____4-3-7_____
General Contractor's Signature                    Date

_____480-889-7793_____          _____480-889-7794_____
Daytime Phone Number                    Fax Number

* A wire fee will appear on your next construction billing statement.

Apr 03 2007 11:11AM   HP  ASERJET FAX                          P.2

# M&I Mortgage Corp.

## AFFIDAVIT OF CONTRACTOR

State of Arizona}
County of  MARICOPA        }

9639147-0003998285
M&I Mortgage Corp Loan Number

**DYNAMITE CUSTOM HOMES LLC**  , first duly sworn upon oath, says that he is the contractor, having a contract with

**TASHA HENSTEIN and WILL HENSTEIN**  , for the construction of a single-family residence situated at the following described property:

**37595 N 104TH PLACE**  -    ...   ...

Affidavit further says that the following shows the names of each person furnishing labor, materials, fixtures, or tools in the construction of such building, giving the amount, if any, which is due or to become due to them, or any of them, for labor, materials, machinery, fixtures, or tools, furnished to date hereof, in such construction:

① CABINET deposit $2,000 - JR woodworking
② Flooring deposit $5,000 - JR builders

Affiant further says that each laborer has been paid in full, less any retainings to be disbursed from draw dated  4/3/07  , that the amounts due or to become due to said materialmen or laborers for work done or material, machinery, fixtures, or tools, furnished to the date hereof to him is fully and correctly set forth opposite their names in this affidavit.

Affiant further says that he has not employed or purchased, or procured material, machinery, fixtures, or tools from, or subcontracted with any person, firm or corporation other than those mentioned and owes for no labor performed or material, machinery, fixtures, or tools furnished in such construction, other than above set forth.

Dynamite  480-884-7793
**Contractor's name and phone number (please print)**

Contractor's Signature

**Notary only**
Subscribed and sworn before me this  3  day of  April  , 20 07 .

My commission expires:  2/11/2011

Shawna Gutierrez
NOTARY PUBLIC

Notary Public State of Arizona
Maricopa County
Shawna Gutierrez
My Commission Expires
02/11/2011

Run Date: 17-Nov-09                    **Transaction Detail Report**                          Page: 1
Run Time: 1:38 PM                                                          User Name: GSHARPOV

| | | |
|---|---|---|
| BNK: MIB     SND DATE: 070404 | VAL: 070404 | TRN: 070404-00005495 |
| AMT: $7,000.00 | CUR: USD | FOR AMT: 7,000.00 |
| SRC: LTR     ADV: FED     TYP: FTR | LOC: MTRANS | CHECK NUM: |

DBT: D/00024103937                                    CDT: A/122100024
ACC: D/00024103937          ON FILE: Y                 ACC: D/00000160059                ON FILE: N
DEPT:                       CTRY:                       DEPT:                            CTRY:
M&I COMMERCIAL LOAN TRANSFER ACCT                       JPMORGAN CHASE BANK, NA
ATTN LN BALANCING BRK-401-LSC                          PHOENIX, AZ
401 N EXECUTIVE DR
BROOKFIELD WI 53008                                    BNF: /0730217551                  BK: N
                                                       JR CUSTOM BUILDERS

                                                       ORIG TO BNF INFO:
                                                       RE: fIENSTIEN

1C059-000032