IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>    Plaintiff,<br><br>    v.<br><br>Joseph John Plany,<br>    Defendant. | Case No. CR-12-01606-2-PHX-SRB<br><br>**ORDER** |

Upon motion of the Defendant, with no objection from the Government and with good cause appearing,

IT IS ORDERED granting the Defendant's Motion to Extend Time to File Joint PSR Objections One Business day [Doc. 313].

IT IS FURTHER ORDERED that the Defendants' Joint PSR Objections shall be due December 8, 2014.

DATED this 9th day of December, 2014.

Susan R. Bolton
United States District Judge