# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>v.<br><br>Joseph John Plany,<br><br>                    Defendant. | No. CR-12-01606-2-PHX-SRB<br><br>**ORDER** |

On December 9, 2014, Defendant filed a Motion for Leave to File Oversized Brief [Doc. 314] and lodged Defendants' Joint PSR Objections [Doc. 316].

IT IS ORDERED granting Defendant's Motion for Leave to File Oversized Brief [Doc. 314]. However, the Court will not allow the lodged brief to be filed in for failure to comply with LRCiv. 7.1(b)(1). LRCiv. 7.1 (b)(1) directs that "All pleadings, motions, and other original documents filed with the Clerk shall be in a fixed-pitch type size no smaller than ten (10) pitch (10 letters per inch) or in a proportional font size no smaller than 13 point, including footnotes."

IT IS FURTHER ORDERED that Defendant Plany re-file the Joint PSR Objections in compliance with LRCiv. 7.1(b)(1) within 3 days of the date of this order.

Dated this 15th day of December, 2014.

_____
Susan R. Bolton
United States District Judge