UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

## EXHIBIT LIST --- CRIMINAL

☐ Motion to Suppress         ☒ Non-Jury Trial         ☐ Jury Trial

| USA vs. Anderson, Paxton Jeffrey, et al. | CR-12-1606-PHX-SRB   7026 |
|---|---|
| Last, First, Middle Initial | Case Number-Judge   Judge Code |

☒ GOVERNMENT         ☐ DEFENDANT

| Exhibit No. | Date Marked For Evidence | Date Admitted In Evidence | Description |
|---|---|---|---|
| 1. | | | FDIC statement regarding Receivership of Tier One. |
| 2. | | | Documents related to the resale of Mark Acre – Tier One – FDIC property to 3rd party. |
| 3. | | | FDIC letter requesting restitution. |
| 4. | | | Memorandums of Interview of Vince Adam and Oliver Adam. |
| 5. | | | Title history and recorded documents in regard to Lot 25 Ponderosa. |
| 6. | | | Emails regarding Oliver Adam loan qualification for Lot 25 Ponderosa. |
| 7. | | | Documents listing prepaids and nominee-builder JR CUSTOM HOMES, in regard to Lot 25 Ponderosa. |
| 8. | | | Documents related to draw disbursements received by ANDERSON. |
| 9. | | | Chase restitution summary. |
| 10. | | | Sandra Anderson Lot 74 Talking Rock URLA financed by Tier One. |
| 11. | | | Straw Payments made to/for Sandra Anderson. |
| 12. | | | Sandra Anderson Lot 74 Talking Rock URLA refinanced by M & I Bank. |
| 13. | | | Lot 74 recorded documents. |

| Exhibit No. | Date Marked For Evidence | Date Admitted In Evidence | Description |
|---|---|---|---|
| 14. | | | M & I Bank statement of loss. |
| 15. | | | Emails regarding the refinancing of Henstein Lot 249. |
| 16. | | | Email regarding the Cut and Paste ("C&P") of Henstein signatures. |
| 17. | | | Documents related to the draw fraudulently obtained by ANDERSON. |
| 18. | | | Title history and recorded documents in regard to Lot 249. |
| 19. | | | Documents related to the seasoning of Jason Rongstad's bank account. |
| 20. | | | M & I loan documents for Rongstad's Lot 19. |
| 21. | | | Emails regarding the refinancing of Rongstad's Lot 19. |
| 22. | | | Loan documents for Rongstad's Lot 9. |
| 23. | | | Straw Payments made to/for Jason Rongstad. |
| 24. | | | Title history and recorded documents in regard to Lot 19. |
| 25. | | | FDIC press release regarding Chase and Washington Mutual. |
| 26. | | | Email correspondence between ANDERSON and M & I Loan Originator Greg Slater regarding prepaids needed for Darryl Wagner loan qualification. |
| 27. | | | Loan documents – prepaids for Darryl Wagner. |
| 28. | | | Loan documents – draw disbursement requests for Wagner loan. |
| 29. | | | JR CUSTOM HOMES bank statement reflecting deposit of Wagner $100,000 wire. |
| 30. | | | Email correspondence between ANDERSON and Slater regarding loan qualification for Kerry Woodson. |
| 31. | | | M & I loan documents for Woodson's Lot 174 Talking Rock. |
| 32. | | | M & I loan documents for Woodson's Lot 4 Cottonwood. |

| Exhibit No. | Date Marked For Evidence | Date Admitted In Evidence | Description |
|---|---|---|---|
| 33. | | | Loan documents for Woodson's Lot 12 Lost Gold. |
| 34. | | | Memorandum of Interview of Corey Christopher. |
| 35. | | | HUD Settlement Statement for Lot 4 Cottonwood. |
| 36. | | | Email correspondence between ANDERSON, Mark Acre and Peter LaBarge regarding the Woodson buy-out of LaBarge. |
| 37. | | | Emails regarding the refinancing of Woodson's Lot 12 Lost Gold. |
| 38. | | | Emails regarding the attempted refinance of Woodson's Lot 4 Cottonwood. |
| 39. | | | JR CUSTOM HOMES Bank statements reflecting the deposit of Washington Mutual funds for Woodson's loan. |
| 40. | | | Title history and recorded documents in regard to Lot 12 Lost Gold. |
| 41. | | | Straw Payments made to/for Larry Desmet. |
| 42. | | | Email correspondence between ANDERSON and GREG SANCHEZ regarding various deals and straw buyers. |
| 43. | | | Summary of straw payments made to/for Sandra Anderson and copies of checks issued from ANDERSON-controlled bank accounts, made payable to Countrywide for Sandra's loan. |
| 44. | | | URLAs for Lot 6, 9 Hunterhill Rd, and Lot 74 reflecting other properties owned by straw-buyer Sandra Anderson. |
| 45. | | | Bank of America loss statement. |
| 46. | | | Email correspondence between ANDERSON and Slater regarding loan qualification and the large prepaids in the loan for Jeff Anderson. |
| 47. | | | Loan documents – URLA and prepaids in regard to Jeff Anderson loan for 14695 N. Kinishba Fire Trail. |
| 48. | | | Straw Payments made to/for Jeff Anderson. |
| 49. | | | Documents related to Jeff Anderson's ownership of Lot 106. |
| 50. | | | Marti Jo Lot 44 URLA and title history search in regard to undisclosed property of 13864 Coyote Way. |

| Exhibit No. | Date Marked For Evidence | Date Admitted In Evidence | Description |
|---|---|---|---|
| 51. | | | Emails regarding the refinance of Marti Jo's 13864 Coyote Way. |
| 52. | | | Memorandum of Interview of Marti Jo. |
| 53. | | | Straw Payments made to/for Marti Jo Anderson. |
| 54. | | | Operating Agreement between ANDERSON, SANCHEZ and Bailey in regard to Lot 11 Firerock. |
| 55. | | | Lot 11 Firerock Deed of Trust and Affidavit of Property Value |
| 56. | | | Bill Bailey - M & I URLA for 36365 N. 100th Way |
| 57. | | | Straw Payments made to/for Bill Bailey. |
| 58. | | | Email from ANDERSON to Acre stating he has made multiple payments for Bailey's Lot 11. |
| 59. | | | BMO Harris Bank- J. Anderson Loans |
| 60. | | | BMO Harris Bank- MJ. Anderson Loans |
| 61. | | | Restitution Hearing Transcript- 12/16/2014 |