IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>Paxton Jeffrey Anderson (1),<br><br>Joseph John Plany (2),<br><br>　　　　　　Defendants. | CR-12-01606-PHX-SRB<br><br>**ORDER** |

Pursuant to the United States' motion, and good cause appearing,

IT IS HEREBY ORDERED granting the Government's Motion for Leave to Exceed Page Limit for Response to 20 pages [Doc. 338].

IT IS FURTHER ORDERED directing the Clerk's Office to remove the cover sheet and file the United States' Supplemental Response to Defendants' Objection to Restitution and Response to Specific Offense Characteristics as of this date.

　　　　　　　　　　　　　　　Dated this 14th day of January, 2015.

_____
Susan R. Bolton
United States District Judge